State of Alabama
Unified Judicial System

Form C-10   Rev 6/86

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP and ORDER

Case Number: 2:06CV172-A

IN THE **United States District** COURT OF **Elmore** COUNTY

Plaintiff/State         v. Defendant

RECEIVED 2006 FEB 24 A 9:34

IN THE MATTER OF:

TYPE OF PROCEEDING:        CHARGE:

[✓] CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

## AFFIDAVIT

A. Do you have a job or work for yourself?  ___Yes ✓No
   Employer's name and address _____
   How much money do you take home each week?   + $_____

B. If unemployed, give month and year of last employment and amount earned per month **Feb. 1987**   $800.00

C. Does your husband or wife have a job?   ✓Yes ___No
   Employer's name and address **Continental Eagle 201 Ginshop Hill Road, Prattville, AL 36067**
   How much money does he/she take home each week?   + $298.91

D. Do you receive money or benefits from any other source?   ___Yes ✓No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?   + $_____

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?   ___Yes ✓No
   Where? _____   How much?  + $_____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)   ___Yes ✓No
   What? _____
   Total Value  + $_____

A. Are you:  ___Single  ✓Married  ___Widowed  ___Divorced  ___Separated?

B. Do you have any dependents?   ___Yes ✓No
   Who and what relationship? _____

N957

What does it cost you to live each month?

$ 0

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| **D** Loans | | | |
| **E** Charge Accounts | | | |
| **B** House or rent payments | | | |
| **T** Alimony | | | |
| **S** Support | | | |
| Car payment | | | |
| Groceries | | | |
| Utilities | | | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.

Sworn to and subscribed before me this

21 day of February, ~~19~~ 2006

_Juanita Hawthorne, COSI_
Judge/Notary

_Debra Joyce Clackler_

Subscribed and sworn to before me this 21 day of February, 20 06.

My commission expires 11/28/09

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED        ☐ DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 ____

_____
Judge

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
TUTWILER PRISON

AIS #: 159516        NAME: CLACKLER, DEBRA JOYCE        AS OF: 01/24/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 7 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $10.99 | $101.62 |
| APR | 30 | $16.09 | $60.00 |
| MAY | 31 | $27.73 | $145.38 |
| JUN | 30 | $20.06 | $118.00 |
| JUL | 31 | $30.89 | $101.63 |
| AUG | 31 | $53.40 | $126.13 |
| SEP | 30 | $28.20 | $90.13 |
| OCT | 31 | $58.08 | $141.25 |
| NOV | 30 | $28.30 | $78.98 |
| DEC | 31 | $37.19 | $142.38 |
| JAN | 24 | $36.67 | $37.35 |

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                        TUTWILER PRISON

AIS #: 159516      NAME: CLACKLER, DEBRA JOYCE              AS OF: 01/24/2006

                    # OF        AVG DAILY           MONTHLY
          MONTH     DAYS         BALANCE           DEPOSITS
----------------------------------------------------------------------------

           JAN        7           $0.00              $0.00
           FEB       28           $0.00              $0.00
           MAR       31          $10.99            $101.62
           APR       30          $16.09             $60.00
           MAY       31          $27.73            $145.38
           JUN       30          $20.06            $118.00
           JUL       31          $30.89            $101.63
           AUG       31          $53.40            $126.13
           SEP       30          $28.20             $90.13
           OCT       31          $58.08            $141.25
           NOV       30          $28.30             $78.98
           DEC       31          $37.19            $142.38
           JAN       24          $36.67             $37.35
```