March 12, 2006

RECEIVED

2006 MAR 16  A 9:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

RE: Court filing fee

Dear Sir:

    I recently filed a civil suit (case # 2:06-cv-172). My deadline for paying the court filing fee is March 20, 2006. Would you please grant me an extension for paying this fee?
    Your help in this matter will be greatly appreciated.

Sincerely,
Debra Clackler