Clackler

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Frank Albright, Deputy Warden
    Julia Tutwiler Prison for Women
    8966 US Highway 231 North
    Wetumpka, AL 36092

2:06cv172 (cmp/order 40 dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Susie Mims_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Susie Mims
C. Date of Delivery: 3-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 3557

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Clackler

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Gladys Deese, Warden
    Julia Tutwiler Prison for Women
    8966 US Highway 231 North
    Wetumpka, AL 36092

2:06cv172 (cmp/order-40 dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Susie Mims_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Susie Mims
C. Date of Delivery: 3-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 3564

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Clackler

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susi M____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Susi M____  3-21-06 |
| 1. Article Addressed to:<br>Dr. Samuel Englehardt<br>Julia Tutwiler Prison for Women<br>8966 US Highway 231 North<br>Wetumpka, AL 36092 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06cv172 (Cmp/Order 40 Dys) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1160 0001 2962 3540 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540