# Exhibit "B"

Certified Mail Return Receipt

Clackler

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susi M____  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Susi M____  C. Date of Delivery 3-21-06 |
| 1. Article Addressed to:<br><br>Dr. Samuel Englehardt<br>Julia Tutwiler Prison for Women<br>8966 US Highway 231 North<br>Wetumpka, AL 36092 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06cv172 (Cmp/Order 40 Qyp) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 2962 3540 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540