IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-172-WHA |
| ) | |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to quash service filed by defendant Englehardt on April 28, 2006 (Court Doc. No. 8), and as Dr. Englehardt asserts that he has not yet personally received a copy of the complaint, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is DIRECTED to serve a copy of the complaint and the order of procedure on Dr. Samuel Englehardt or his agent at the Julia Tutwiler Prison for Women, c/o the Health Care Unit, Julia Tutwiler Prison for Women, 8966 Highway 231, Wetumpka, Alabama. It is further

ORDERED that Dr. Englehard is GRANTED an extension to and including May 19, 2006 to file a written report in compliance with the order of procedure.

Done this 1st day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE