*Clackler*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Samuel Englehardt
Julia Tutwiler Prison for Women
c/o The Health Care Unit
8966 Highway 231
Wetumpka, AL 36092

2:06cv172 (only ans. due 5/19)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Susie Mims_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Susie Mims

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 4042

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540