IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.      ) | CIVIL ACTION NO. 2:06-CV-172-WHA |
| ) | |
| GLADYS DEESE, et al.,     ) | |
| ) | |
| Defendants.  ) | |

**ORDER ON MOTION**

Upon consideration of the motion to quash service filed by defendant Englehardt on May 12, 2006 (Court Doc. No. 13), and as Dr. Englehardt asserts that he has not been properly served with the complaint, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is DIRECTED to serve a copy of the complaint and the order of procedure on Dr. Samuel Englehardt at the Julia Tutwiler Prison for Women, c/o the Health Care Unit, Julia Tutwiler Prison for Women, 8966 Highway 231, Wetumpka, Alabama. ***The Clerk shall specifically note on the certified mail that only Dr. Englehardt is allowed to sign for this mail***. It is further

ORDERED that Dr. Englehardt is GRANTED an extension from May 19, 2006 to and including June 5, 2006 to file a written report in compliance with the order of procedure. Dr. Englehardt is cautioned that once service is perfected the court will not allow any additional extensions of time to file a written report without a showing of extraordinary circumstances which the court deems sufficient for an extension.

The plaintiff is advised that to ensure service on Dr. Englehardt she may file a request with this court that service be effected by a United States marshal or deputy United States marshal in accordance with Rule 4(c)(2), *Federal Rules of Civil Procedure*.

Done this 19th day of May, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE