| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature By Dr. Englehardt ONLY<br>X _illegible signature_  ☐ Addressee<br>B. Received by (Printed Name) Wanda G. Hill   C. Date of Delivery |
| 1. Article Addressed to:<br>Dr. Samuel Englehardt<br>c/o the Health Care Unit<br>Julia Tutwiler Prison for Women<br>8966 Highway 231<br>Wetumpka, AL 36092 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2:06cv172 (Order #14, order #5, Cmp) | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 2962 4165 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540