| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece,<br><br>**RESTRICTED DELIVERY**<br>Dr. Samuel Englehardt<br>c/o the Health Care Unit<br>Julia Tutwiler Prison for Women<br>8966 Highway 231<br>Wetumpka, AL 36092<br>**RESTRICTED DELIVERY**<br><br>2:06cv172 (order #14, order #5, complaint) | A. Signature<br>X *Wanda Shufflett* ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>*Wanda Griffith*   5-24-06<br>Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>*CANNOT RESTRICT TO THE PRISON*<br><br>Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 2962 4196 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |