RECEIVED

United States District Court
for the Middle District of Alabama

2006 JUN -1 A 9:47

Debra Joyce Clackler 159516
Full name and prison number of plaintiff

v.                                   Civil Action Number: 2:06-CV-00172-WHA

Warden Gladys Deese
Deputy Warden Frank Albright
Dr. Samuel Englehardt
Name of persons who violated my
constitutional rights

Motion for an Extension to Effect
Service upon Dr. Samuel Englehardt

Since the effecting of service on Dr. Samuel Englehardt was delayed, due to Ms. Susie Mims, an unauthorized person, signing and accepting certified mail for Dr. Englehardt, I am requesting an extension of 14 days from the date of June 5, 2006, to effect service upon Dr. Englehardt.

Done this 30th day of May, 2006.

Debra Joyce Clackler
Signature of Plaintiff

Certificate of Service

I hereby certify that a copy of the foregoing has been served upon Attorney General Troy King, Balch and Bingham, Dr. Samuel Englehardt and the US Middle District Court of Alabama by the US first-class mail, this 30th day of May, 2006.

*Debra Joyce Clackler*
Petitioner