| State of Alabama Unified Judicial System Form C 34 Rev 2/79 | SUMMONS - CIVIL | Case Number: 2:06-CV-00172-WHA ID   YR   NUMBER |

IN THE _Middle District_ COURT OF _____ COUNTY

PLAINTIFF: Debra Joyce Clacklew 159516   v.   DEFENDANT: Dr. Samuel Englehardt,

NOTICE TO: Office of the Clerk      Warden Gladys Deese
United States District Court    Deputy Warden Frank Albright
P.O. Box 711
Montgomery, AL 36101-0711

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUS[T TAKE] IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.. YOU OR YOUR ATTORNEY ARE REQUI[RED TO] MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYIN[G EACH] ALLEGATION IN THE COMPLAINT TO THE

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMO[NS AND] COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED A[GAINST] YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST AL[SO FILE] THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

============================================================================

✓        TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules
         4.1(b)(2) or 4.2(b)(2) of the Alabama Rules of Civil
         Procedure: You are hereby commanded to serve this summons and
         a copy of the complaint in this action upon defendant.

_____    This service by certified mail of this summons is initiated
         upon the written request of PLAINTIFF pursuant to Rule 4.1(c)
         of the Alabama Rules of Civil Procedure.

                                                          By: June 5, 2006
_____              _____
DATE                                 CLERK/REGISTER

============================================================================

RETURN ON SERVICE:

_____    Certified Mail return receipt received in this office on
         (Date)_____ (Return receipt hereto
         attached).

_____    I certify that I personally delivered a copy of the Summons
         and Complaint to _____
         in _____ County, Alabama on (Date) _____.

_____              _____
DATE                                 SERVER SIGNATURE

ADDRESS
OF SERVER_____              _____
                                     TYPE OF PROCESS SERVER