United States District Court
for the Middle District of Alabama

RECEIVED 2006 JUN -1 A 9:34

Debra Joyce Clackler 159516
Full name and prison number of plaintiff

v.                                    Civil Action Number: 2:06-CV-00172-WHA

Warden Gladys Deese
Deputy Warden Frank Albright
Dr. Samuel Englehardt
Name of persons who violated my
constitutional rights

Motion that service be effected in accordance
with Rule 4(c)(2), Federal Rules of Civil Procedure

As plaintiff was advised by the Honorable Charles S. Coody, I am requesting that a United States marshal or deputy United States marshal effect the service on Dr. Englehardt at Julia Tutwiler Prison for Women, c/o the Health Care Unit, 8966 US Highway 231, Wetumpka, Alabama 36092. To ensure service, I am requesting that it be specifically noted on the certified mail that only Dr. Englehardt is allowed to sign for this mail.

Done this 25th day of May, 2006.

Debra Joyce Clackler
Signature of Plaintiff

United States District Court
for the Middle District of Alabama

RECEIVED
2006 JUN -1 A 9:34

[Clerk stamp]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Debra Joyce Clackler 159516</u>
Full name and prison number of plaintiff

V.                                          Civil Action Number: <u>2:06-CV-00172-WHA</u>

<u>Warden Gladys Deese</u>
<u>Deputy Warden Frank Albright</u>
<u>Dr. Samuel Englehardt</u>
Name of persons who violated my
constitutional rights

I have not begun any other lawsuits in state or federal court dealing with the same or similar facts involved in this action.

I have not begun any other lawsuits in state or federal court relating to my imprisonment.

I am presently confined at Julia Tutwiler Prison for Women, 8966 US Highway 231, Wetumpka, AL 36092.

This incident occurred at Julia Tutwiler Prison for Women, 8966 US Highway 231, Wetumpka, AL 36092.

Name and address of individuals who violated my constitutional rights:
(1) Warden Gladys Deese, 8966 US Highway 231, Wetumpka, AL 36092
(2) Deputy Warden Frank Albright, 8966 US Highway 231, Wetumpka, AL 36092
(3) Dr. Samuel Englehardt, 8966 US Highway 231, Wetumpka, AL 36092

Said violation occurred from April 6, 2004, until the present time.

Dr. Englehardt exercised deliberate indifference when he ignored obvious medical conditions, lipomas and bowel obstruction and low heart rate. Left untreated, the bowel obstruction could cause colon cancer, and the low heart rate could cause congestive heart failure. He chose to treat the bowel obstruction by prescribing laxatives and monitoring, an easier but less effective method of medical care.

Deliberate indifference was also exercised when I was transported to Louisiana on October 14, 2004, and denied access to medical treatment.

I was deprived of my civil rights under color of state law arising from inadequate medical treatment accorded by Dr. Englehardt while incarcerated at Julia Tutwiler Prison from April 6, 2004 until the present time. After numerous requests, I was seen on several occasions by Dr. Englehardt, who ignored two serious medical conditions and continually treated the symptoms. The responses that I received has not provided the treatment needed. Due to my incarceration, I am totally dependent upon the prison doctors for medical attention or referral to an outside doctor.

My allegation that my constitutional rights were violated is based on

inadequate medical care.

I began having abdominal pain, severe constipation, nausea and vomiting. I also discovered a mass in my left side. I saw Dr. Englehardt on April 6, 2004. He diagnosed the mass as a benign lipoma without doing any type of x-ray and said it was nothing to worry about. I asked, "If that is so, why am I having abdominal pain?" He said, "I can't explain all your little aches and pains, but the lipoma is benign and nothing to worry about." He also said that he would schedule follow-up visits to check the growth of the tumor periodically.

The abdominal pain, severe constipation and nausea continued, so I requested medical attention again and again. On July 17, 2004, I saw Dr. Peasant. He examined my abdomen and said that he was ordering a sonogram, because he thought I might have chronic appendicitis.

On July 20, 2004, I saw Dr. Englehardt again. He told me that he was canceling the sonogram, because he preferred not to do one at that time.

On August 18, 2004, I saw Dr. Englehardt again. He ordered labwork and prescribed a laxative.

On September 3, 2004, I filed a medical complaint with healthcare and sent a request to Warden Albright.

On November 2, 2004, I saw Dr. Tasson at the South Louisiana Correctional Center. He diagnosed the mass on my left side as a lipoma and said that it needed to be removed as soon as possible to prevent the

choking or blocking of my organs. I was told that my name would be put on the referral list to see an outside doctor.

On January 23, 2005, I requested medical attention for constipation and pain in my left side and abdomen. I asked Nurse Jimmy to check on my appointment to see an outside doctor.

On January 26, 2005, my bowels were blocked and I was in severe pain. Lt. Bell talked to the nurse and got a saline enemas for me. My bowels gradually began to move again.

I saw Dr. Tasson again on February 11, 2005. The Director of Nursing, Michelle Maxie, told me that they could not do anything for me, because Alabama would not allow them to do the surgery. She also told me that I would be transported back to Alabama, and that Alabama was aware of my problem.

I was transported back to Tutwiler on March 25, 2005. After repeatedly requesting medical attention, I saw Dr. Peasant on April 12, 2005. He ordered a sonogram and a mammogram.

On May 8, 2005, I asked about the sonogram and mammogram which Dr. Peasant ordered on April 12, 2005. The nurse found the doctor's orders in my medical chart. The appointments had not been scheduled. She removed the doctor's orders from my chart and put it on his desk along with a note to let him know that the x-rays had not been done.

I filed an informal grievance, formal grievance and a grievance appeal with healthcare. All grievances were ignored.

On May 16, 2005, I saw Dr. Daly at Montgomery Surgical Center. Dr. Daly's diagnosis was lipomas and bowel obstruction. Dr. Daly said he wanted to remove the lipoma first and see if that would resolve the problem.

On June 9, 2005, I asked about the sonogram, mammogram and surgery. The nurse said that she could not find an order or an appointment for the x-rays which Dr. Peasant had ordered on April 12, 2005, but an appointment was scheduled for the lipomas surgery.

On June 24, 2005, I had lipomas surgery. They discovered that my heart rate had dropped to 40. The doctor asked if I had a family history of congestive heart failure or rhythmic heart problems. I told him that most of my relatives had died from heart attacks, but I did not know the cause. I was told to make sure that Prison Health Services was aware of my low heart rate, so they could run tests and determine the cause. Later, I learned that I have a family history of congestive heart failure and rhythmic heart problems.

After having the lipomas surgery on June 24, 2005, I have continued to have a low heart rate and suffer from bowel obstruction. I have repeatedly requested medical attention for the bowel obstruction and the low heart rate. Dr. Englehardt continues to prescribe laxatives for the bowel obstruction and ignores the problem with my heart rate.

I filed medical grievances with healthcare. Then I sent a request and

a copy of the grievances to Deputy Warden Albright. I did not get a response from healthcare or Warden Albright.

I saw Dr. Englehardt on September 8, 2005. He treated me for a hormone imbalance and prescribed a laxative for the bowel obstruction.

I saw Dr. Williams on November 3, 2005. He said that I had a small lipomas in the soft area between my ribs on my left side, a buildup of scar tissue, and a possible hernia in the center of my abdomen. He discontinued the INH and Vitamin B6 and ordered labwork. He said that he was going to review my other medical chart. Then he referred me to Dr. Englehardt for the female problems.

I saw Dr. Englehardt on November 8, 2005. He prescribed provera for the bleeding and Lacex for the swelling and ordered a sonogram.

I had the sonogram on December 6, 2005.

I saw Dr. Englehardt on December 29, 2005. He said the sonogram showed fibroid cysts in my female organs and an enlargement of my uterus. Dr. Englehardt told me to sign up again if I continued to bleed excessively. He said that he would treat my condition with provera. He said that he would order a D+C if the provera did not resolve the problem. Dr. Englehardt said that he would order a partial hysterectomy as a last resort.

On January 12, 2006, I requested medical attention for abdominal pain and swelling, back pain, vaginal pain when sitting, nausea and

headache.

I saw Dr. Englehardt on January 18, 2006. Dr. Englehardt prescribed provera for my female problems. Then he referred me to Dr. Williams for the other problems.

I continue ~~from~~ to suffer from back pain and abdominal pain and swelling. I am in constant and severe pain every day. By the end of each day, I am swollen so much until I look like I am pregnant.

I pray that the court will appoint legal representation for me, because I have very little legal knowledge. I pray that the court will grant me adequate medical care. I further pray that the court will grant compensation for my pain and suffering, mental and emotional anguish, attorney's fees, court costs, and any other compensation which the court deems appropriate.

*Debra Joyce Clackler*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-21-06

*Debra Joyce Clackler*
Signature of Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Atty. Gen. Troy King, Balch + Bingham, Dr. Samuel Englehardt, US Middle District Court of Alabama BY THE U.S. FIRST CLASS MAIL, THIS 25th DAY OF May, 2006.

_Debra Joyce Clackler_
PETITIONER