IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-172-WHA |
| ) | |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to effect service upon Dr. Samuel Englehardt in accordance with the provisions of Rule 4(c)(2), *Federal Rules of Civil Procedure*, filed by the plaintiff on June 1, 2006 (Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 8, 2006 service of the complaint and March 30, 2006 order of procedure (Court Doc. No. 5) shall be attempted upon Dr. Samuel Englehardt at the Julia Tutwiler Prison for Women, 8966 U.S. Highway 231 North, Wetumpka, Alabama, by a United States marshal or deputy United States marshal as provided under Rule 4(c)(2), *Federal Rules of Civil Procedure*. The Clerk is hereby DIRECTED to provide a copy of this order, the complaint and order of procedure to the United States Marshal for the Middle District of Alabama so that he may attempt to effect service upon Dr. Samuel Englehardt as directed in this order.

It is further

ORDERED that Dr. Englehardt is GRANTED an extension from June 5, 2006 to and including June 23, 2006 to file a written report in compliance with the order of procedure. *Dr. Englehardt is cautioned that once service is perfected the court will not allow any additional extensions of time to file a written report without a showing of extraordinary circumstances which the court deems sufficient for an extension*.

Done this 5th day of June, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE