# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Clackler, Debra    AIS# 159576

Medication Allergies: Codeine

Medical: Chronic (Long-Term) Problems
     Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
     Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 8/4/05 | PPD ⊕ 17 MM | | | WR |
| 12/05 | Fibrous uterus | | | W |
| 2/06 | ⊕ H. Py/w. After | | | BE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label: Mild – Moderate – or Severe.**

60108-AL.

# PROBLEM LIST

Name CLACKER, DEBRA

ID # 159516

D.O.B. 11/26/54

Medication Allergies  CODEING

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 3 OCT 9?? | S/P GB, SURG '89 | | |
| 09/16/02 | [HIST] | | DCRNP |
| 9/10/03 | CXR—normal | | |

01/94

PHS0002

# PROBLEM LIST

Name CLACKER, DEBRA

ID # 159516

D.O.B. 11/26/54

Medication Allergies CODEINE

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 30CT 98 | SIP GB Surp '89 | | |
| 09/16/02 | [HIST] | | DCRNP |
| 9/10/03 | CXR - normal | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94



PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY DISCHARGE

INMATE NAME: _Clackler, Debra_    DOC# _159516_

DISCHARGE DATE: _6/29/05_

DISCHARGING DIAGNOSIS: _Lipoma Resectn) - Pt dry_
_Well    ø problems_

DISCHARGING PHYSICIAN: _H. Shell_

PHS0004

PHS-MD-70051



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT _S/P Surgery_

Hx OF PRESENT ILLNESS _Lipoma Removal_     PREVIOUS ILLNESS _Lipoma_

CURRENT MEDICATIONS _C/Au meds_     ALLERGIES _Codeine_

| Habits: | Smoking | Alcohol | Drugs |
| Family Hx. | T.B._____ | Diabetes_____ | Cancer_____ |
| | Hypertension _____ | Other _____ | |
| | BP _____ | T._____ | P _____    R _____ |

| | Normal | | Abnormal | |
|---|---|---|---|---|
| 1. | ✓ | Head, Face & Scalp | | |
| 2. | ✓ | Mouth & Throat | | REMARKS |
| 3. | | Ears & Eardrums | | |
| 4. | ✓ | Eyes & Pupils | | |
| 5. | ✓ | Chest & Lungs | | |
| 6. | ✓ | Cardiovascular | | |
| 7. | | Abdomen, Including Hernia | /incis — 6 loose soft | C/D/I |
| 8. | | Anus & Rectum | | |
| 9. | | Ext. Genitalia | ✓ | |
| 10. | | Skin | ✓ | |
| 11. | | Breast | | |
| 12. | | Upper Extremities | ✓ | |
| 13. | | Lower Extremities | ✓ | DIAGNOSIS _Lipoma Resection_ |
| 14. | | Spine & Musculoskeletal | ✓ | |

Date: _6/27/05_     Examining Physician: _W. Med_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Clackler, Debra | 189816 | 11/26/54 | W/F | JTP |

PHS-MD-70020



**PRISON
HEALTH
SERVICES
INCORPORATED**

# NURSING DISCHARGE CHECKLIST

| ADMISSION DATE AND TIME: | | DISCHARGED TO: (INSTITUTION) | DISCHARGE DATE AND TIME: |
|---|---|---|---|
| | A.M. P.M. | | A.M. P.M. |

| ADMISSION DIAGNOSIS | DISCHARGE DIAGNOSIS |
|---|---|
| | |

| DISCHARGED ON MEDICATIONS: IF YES, LIST AS ORDERED: | ☐ YES ☐ NO | DISCHARGED ON TREATMENTS: IF YES, LIST AS ORDERED: | ☐ YES ☐ NO |
|---|---|---|---|
| | | | |

| FOLLOW-UP CARE ORDERED: | ☐ YES ☐ NO | ALLERGIES: |
|---|---|---|

LAB REPORTS:

| | NORMAL | ABNORMAL |
|---|---|---|
| CBC | ☐ | ☐ |
| URINALYSIS | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |

X-RAY REPORTS:

| | NORMAL | ABNORMAL |
|---|---|---|
| CHEST | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |

| ASSESSMENT | ✓ |
|---|---|
| **SKIN** RASH | |
| DECUBITUS | |
| EDEMA | |
| WARM AND DRY | |
| COOL AND MOIST | |
| **DIET** REGULAR | |
| LOW SALT | |
| SALT FREE | |
| DIABETIC | |
| **ELIMINATION** INCONTINENT | |
| BOWEL | |
| BLADDER | |
| COLOSTOMY | |
| **CONDITION** ALERT | |
| ORIENTED | |
| UNCOOPERATIVE | |
| DEPRESSED | |

OTHER PERTINENT NURSING ASSESSMENT

NURSE'S SIGNATURE

SIGNATURE OF NURSE REVIEWING CHART ON RECEIPT OF PATIENT AFTER TRANSFER:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS0006



**PRISON
HEALTH
SERVICES
INCORPORATED**

# INFIRMARY DISCHARGE

INMATE NAME: _____  DOC# _____

DISCHARGE DATE: _____

_____

DISCHARGING DIAGNOSIS: _____

_____

_____

DISCHARGING PHYSICIAN: _____

PHS0007



# INFIRMARY PATIENT CARE PLAN

| Name: Clachler, Debra | Diagnosis: |
| --- | --- |
| DOC #: 159516 | Operations: Removal of lipoma |
| Admit Date: 6/24/05 | Special Procedures: |
| Admit Weight: | Allergies: Codeine |

| Weight: | Diet As Tol | Code Blue    Y    N |
| --- | --- | --- |
| B/P & TPR  BID ____ TID ____ | | Living Will    Y    N |
| Q 4 hours ____ Daily ____ | 1 [  ] / 0 [  ] | Power/Attorney    Y    N |
| Neuro Checks: | Fluids: | Medications: |
| Other:    N/A | Encourage/Restrict | Pan Pan meds |
| | 7 - 3 | Tyuml #3 |
| | 3 - 11 | |
| | 11 - 7 | |
| | NPO: | |
| | Foley Cath:    Isolation: | |
| | Straight Cath:    Type: | |
| | Treatments: | |
| | Glucose Monitoring: | |
| Radiology: | Respiratory Therapy: | |
| | constant/prn | |
| | cannula/mask | |
| Preps:    Y    N | Oxygen    1/pm | |
| | Maximist Treatments: | |
| Laboratory: | Dressings/Treatments: | PRN Medications: |
| | Dressing to Lt lateral | Percogosic tabs ii PO q 4° |
| Tests: | abdomen | PRN pain |

PHS-MD-70054



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# NURSING DISCHARGE CHECKLIST

| ADMISSION DATE AND TIME: 6/24/05 | A.M. P.M. | DISCHARGED TO: (INSTITUTION) Tutwiler | | DISCHARGE DATE AND TIME: 6/27/05 | A.M. P.M. |

**ADMISSION DIAGNOSIS**
# removal lipoma (L) Side

**DISCHARGE DIAGNOSIS**
S/P removal lipoma

**DISCHARGED ON MEDICATIONS:**
IF YES, LIST AS ORDERED:   ☑ YES   ☐ NO

Flagyl 500mg po BID x 7 days

**DISCHARGED ON TREATMENTS:**
IF YES, LIST AS ORDERED:   ☑ YES   ☐ NO

Wound check in am/pm 6/29/05

**FOLLOW-UP CARE ORDERED:**   ☑ YES   ☐ NO

**ALLERGIES:** Codeine

| LAB REPORTS: | NORMAL | ABNORMAL |
|---|---|---|
| CBC | ☐ | ☐ |
| URINALYSIS | N/A  ☐ | ☐ |
| | ☐ | ☐ |

| X-RAY REPORTS: | NORMAL | ABNORMAL |
|---|---|---|
| CHEST | ☐ | ☐ |
| | N/A  ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

| | ASSESSMENT | ✓ |
|---|---|---|
| SKIN | RASH | |
| | DECUBITUS | |
| | EDEMA | |
| | WARM AND DRY | ✓ |
| | COOL AND MOIST | |
| DIET | REGULAR | ✓ |
| | LOW SALT | |
| | SALT FREE | |
| | DIABETIC | |
| ELIMINATION | INCONTINENT | |
| | BOWEL | ✓ |
| | BLADDER | ✓ |
| | COLOSTOMY | |
| CONDITION | ALERT | ✓ |
| | ORIENTED | ✓ |
| | UNCOOPERATIVE | |
| | DEPRESSED | |

**OTHER PERTINENT NURSING ASSESSMENT**

Keeps wound clean & dry

Work status x 3 day

_L.T.Brianlu_
NURSE'S SIGNATURE

SIGNATURE OF NURSE REVIEWING CHART ON RECEIPT OF PATIENT AFTER TRANSFER:

| INMATE NAME (LAST, FIRST, MIDDLE) Clackler, Debra | DOC# 159576 | DOB 11/24/54 | R/S W/F | FAC. TTP |

PHS-MD-70011



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clacker, Delira | D.O.B.: 11 / 26 / 54 |
|---|---|---|

6/27/05  PT Doing well pain minml s/p Lipoma

② Side /abd Removed (PoD #3) Ysterday.

PT wants to Go Back to dorm c/o my disch

VS: 98² 110/64  R-16

Hent (-)

Lungs: ~ CTA ③

CV: N/S×

Abd: ① Flank incisw c/o/t

ext ⊝

A: ① s/p Lipoma Resect

② Vag disch

P: ① ✗ to Camp Gen pop

would check on Au/pm 6/29/05

② Flagyl 500 mg × 7d

*[signature]*

| Date/Time | Inmate's Name: [illegible]    D.O.B.: 11 /26 /58 |
|---|---|
| 6/24/05 | 3 pm S-"Good Morning," |
| | O = V.S. assessed. 98.2 -046-16- 98/50. V Pulse. |
| | Encouraged to cough + dup breath and to |
| | splint incisional area. Dressing to ① |
| | lateral abdomen C D I. No complaints |
| | voiced. Resp. even + regular. O₂ Sat. 93% RA |
| | Skin warm, dry, pink. No s/s of infection Dr |
| | A. Alteration in comfort R/T SP Lipoma. |
| | P= continue p[lan] of care. |
| | E—Keep area clean + dry. ↑ fluid intake. |
| | Splint incisional area w/ Pillow + cough + |
| | dup breather. ———— [signature] |
| 6/26/05 | S— No comments at this time. |
| 8AM | O— VS — T97⁴, P50, B/P ¹¹⁸/78, R18 O₂ Sat 96% |
| | A[?]- Alert + O x 3. Skin w/D to touch. Resp even |
| | + unlabored. Dry dsg intact to Lt side of abd. |
| | A—Alteration in comfort R/T SP Lipoma |
| | P - Cont. Plan of CARE. |
| | E- Keep dsg dry. Contact nurse if having any problems. — C Smith cp |
| 6/27/05 | 12 ? A - Resting Quietly. |
| | O- V.S. 100/80. 97- 36-20 Sp o₂ Qn/V.S. |
| | pulse decreased, Skin color Pink and dry |
| | A - noted Surgical dressing dry and intact |
| | to left side of abdomen. No c/o Pain. |
| | P- Cont Plan of care. |
| | E. Encouraged to increase fluids, and deep breathe. |
| | [signature] R Duncan |

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date: 6/27/05

Clacker, Delia

| | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|
| | Time | 12:4 | 3:21 | | | | |
| | Assessed by (initials): | RAB | | | | | |
| RESPIRATORY | Quality | | | | | | |
| | Normal | ✓ | | | | | |
| | Shallow | | | | | | |
| | Deep | | | | | | |
| | Labored | | | | | | |
| | Rate - WNL | ✓ | ✓ | | | | |
| | Slow | | | | | | |
| | Rapid | | | | | | |
| | Sounds - Clear | ✓ | ✓ | | | | |
| | Abnormal | | | | | | |
| | Cough - Productive | | | | | | |
| | Non-Productive | | | | | | |
| | Humidified O2 Therapy | | | | | | |
| | L/Minute | | | | | | |
| | Incentive Spirometer | | | | | | |
| | Suctioning-Oral/N/Trach | | | | | | |
| ABDOMEN | Abdomen soft & nondistended | | | | | | |
| | Abnormal | | | | | | |
| | Bowel sounds - Active | | | | | | |
| | Abnormal | | | | | | |
| | Pain-Tenderness | | | | | | |
| PULSE/RATE | Regular | | | | | | |
| | Irregular | | | | | | |
| | Strong | ✓ | ✓ | | | | |
| | Weak | | | | | | |
| | Apical | | | | | | |
| | Radial decreased | ✓ | | | | | |
| REFERRALS | Patient Teaching | | | | | | |
| | | | | | | | |

| | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|
| | Time | 12:6 | 5A | | | | |
| | Assessed by (initials): | RB | B | | | | |
| TUBES AND DRAINAGE | | | | | | | |
| | | N/A | | | | | |
| | Wound healing & inflammation | | | | | | |
| WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | ✓ | ✓ | | | | |
| | Dressing Changed | | | | | | |
| | Size | | | | | | |
| | Type Incisional | | ✓ | | | | |
| | Location R arm abd | ✓ | ✓ | | | | |
| TREATMENTS | | | | | | | |
| | | N/A | | | | | |
| IV. THERAPY | Bottle #/Rate | | | | | | |
| | | N/A | | | | | |
| | Site and Rate checked every two hours | | | | | | |

| NURSE'S SIGNATURE: | RN  11-7 | | LPN  11-7  R. Duncan | 11-7 | |
|---|---|---|---|---|---|
| | 7-3 | | 7-3 | 7-3 | |
| | 3-11 | | 3-11 | 3-11 | |

NYC MD-70005

# PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date: 6/26/00

Clayton, Jason

| | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| Time | | 12 | 3³⁰ | 8AM | 12N | |
| Assessed by (initials): | | RJ | PM | CS | CS | |
| **RESPIRATORY** | Quality | | | | | |
| | Normal | C | L | ✓ | ✓ | |
| | Shallow | | | | | |
| | Deep | | | | | |
| | Labored | | | | | |
| | Rate - WNL | L | L | ✓ | ✓ | |
| | Slow | | | | | |
| | Rapid | | | | | |
| | Sounds - Clear | L | L | ✓ | ✓ | |
| | Abnormal | | | | | |
| | Cough - Productive | | | | | |
| | Non-Productive | | | | | |
| | Humidified O2 Therapy | | | | | |
| | L/Minute | | | | | |
| | Incentive Spirometer | | | | | |
| | Suctioning-Oral/Nt/Trach | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | | | ✓ | | |
| | Abnormal | | | | | |
| | Bowel sounds - Active | | | | | |
| | Abnormal | | | | | |
| | Pain-Tenderness | | | | | |
| **PULSE/RATE** | Regular | | ✓ | | | |
| | Irregular | | L | ✓ | | |
| | Strong | | L | | | |
| | Weak | | | | | |
| | Apical | | | | | |
| | Radial | | | ✓ | ✓ | |
| **REFERRALS** | Patient Teaching | | | | | |

| | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|
| Time | | 12 | 3³⁰ | 8AM | 12N | |
| Assessed by (initials): | | RJ | PM | CS | CS | |
| **TUBES AND DRAINAGE** | | | N/A | | N/A | |
| | | | | | | |
| | Wound healing & Inflammation | | | | | |
| **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | L | L | ✓ | ✓ | |
| | Dressing Changed | | | | | |
| | Size | | | ✓ | ✓ | |
| | Type | L | L | ✓ | ✓ | |
| | Location | L | L | | | |
| | abnormal | | | | | |
| **TREATMENTS** | | | N/A | | N/A | |
| **I.V. THERAPY** | Bottle #/Rate | | | | | |
| | | | N/A | | N/A | |
| | Site and Rate checked every two hours | | | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 C. Smith | | 7-3 | |
| | 3-11 | | 3-11 | | 3-11 | |

PHS-MD-70055

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

D.    PATIENT ASSESSMENT S.    'ET'

Date 6/25/05
Clacker, Debra

| | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|---|
| Time | | 12 | 4 | 8A | 12p | 4 | 8 | |
| Assessed by (initials): | | XJ | XJ | mL | mL | R | R | |
| RESPIRATORY | Quality | | | | | | | |
| | Normal | ✓ | ✓ | ✓ | - | ✓ | | |
| | Shallow | | | | | | | |
| | Deep | | | | | | | |
| | Labored | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| | Slow | | | | | | | |
| | Rapid | | | | | | | |
| | Sounds - Clear | | ✓ | ✓ | | ✓ | | |
| | Abnormal | | | | | | | |
| | Cough - Productive | | | | | | | |
| | Non-Productive | | | | | | | |
| | Humidified O2 Therapy | | | | | | | |
| | L/Minute | | | | | | | |
| | Incentive Spirometer | | | | | | | |
| | Suctioning-Oral/N/Trach | | | | | | | |
| ABDOMEN | Abdomen soft & nondistended | | ✓ | - | ✓ | ✓ | - | |
| | Abnormal | | | | | | | |
| | Bowel sounds - Active | | | | | | | |
| | Abnormal | | | | | | | |
| | Pain-Tenderness | | | | | | | |
| PULSE/RATE | Regular | | ✓ | - | | ✓ | | |
| | Irregular | | | | | | | |
| | Strong | | ✓ | ✓ | | ✓ | | |
| | Weak | | | | | | | |
| | Apical | | | | | | | |
| | Radial | | ✓ | - | | ✓ | | |
| REFERRALS | Patient Teaching | | | | | | | |

| | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|---|
| Time | | 12 | 4 | 8A | 12p | 4 | 8 | |
| Assessed by (initials): | | XJ | XJ | mL | mL | R | R | |
| TUBES AND DRAINAGE | | | | N/A | | N/A | | N/A |
| | Wound Healing & Inflammation | | | | | | | |
| WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | | | ✓ | | | | ✓ |
| | Dressing Changed | | | | | | | |
| | Size | | | | | | | |
| | Type  Incision | | | ✓ | | ✓ | | |
| | Location | | | | | | | |
| | ⊘ lateral abd | | | ✓ | | ✓ | | ✓ |
| TREATMENTS | | | | N/A | | N/A | | N/A |
| IV THERAPY | Bottle #/Rate | | | | | | | |
| | | | | N/A | | N/A | | N/A |
| | Site and Rate checked every two hours | | | | | ✓ | | |

| NURSE'S SIGNATURE: | RN 11-7  Zullon | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|
| | 7-3 | 7-3 M. Edmon, LPN | 7-3 | |
| | 3-11 M. Prince | 3-11 | 3-11 | |

PHS4/D-70055

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT ASSESSMENT S.     T

Date: 6/24/08

| | Time | 11-7 | 7-3 | 3-11 | | | Time | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Assessed by (initials): | | | | | | Assessed by (initials): | | | |
| **RESPIRATORY** | Quality | | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | | | | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | | | | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | | | Wound healing & Inflammation | | | |
| | Sounds - Clear | | | | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | | Size | | | |
| | Non-Productive | | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | | Location | | | |
| | L/Minute | | | | | | lf side abd. | | | |
| | Incentive Spirometer | | | | | | 4 x 6 | | | |
| | Suctioning-Oral/N/Trach | | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | | | | | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | | | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |
| **PULSE/RATE** | Regular | | | | | | | | | |
| | Irregular | | | | | | | | | |
| | Strong | | | | | | Bottle #/Rate | | | |
| | Weak | | | | | **I.V. THERAPY** | | | | |
| | Apical | | | | | | | | | |
| | Radial | | | | | | | | | |
| **REFERRALS** | Patient Teaching | | | | | | | | | |
| | | | | | | | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 | |
| | 3-11 | M Cason R | 3-11 | | 3-11 | |

PHS-MO-70055

PHS0015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: _Clackler, Debra_
Date of Birth: _11/26/54_

| Date | 9/24 | 4/25 | 4/25 | 4/26 | 4/26 | 4/27 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 9³⁰ | 4¹ | 128 | 80 | 370 | 128 | | | | | | |

**TEMPERATURE**

| 104 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 98 | | | | 98 | 94² | | | | | | | |
| | 97⁶ | 97.9 | 98.9 | | | 97 | | | | | | |
| 96 | | | | | | | | | | | | |

**BLOOD PRESSURE**

| 260 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | |
| 120 | | 120 | 116 | 112 | 98 | 104 | | | | | | |
| 100 | | 60 | 68 | 70 | 50 | 80 | | | | | | |
| 80 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |

**PULSE**

| 160 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 60 | 63 | 70 | 63 | 68 | 76 | 50 | | | | | | |
| 40 | | | | | | | | | | | | |

**RESPIRATIONS**

| 40 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 18 | 18 | 18 | 20 | 16 | 20 | | | | | | |
| 10 | | | | | | | | | | | | |

PHS-MD-70063



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Vital Signs Flow Sheet

Patient Name: _Unrun_
Date of Birth: _____

| | Date | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | | | | | | | | | | | | | | | | |

**TEMPERATURE**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | | | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | |
| 98 | 97 | 98 | | | | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | | | | | | | | | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | | | | | | | | |
| 120 | 126 | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | |
| 80 | 70 | 80 | | | | | | | | | | | | | | | | | | | | | |
| 60 | | 52 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | |

**PULSE**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | | | | | | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 64 | 48 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | 18 | 16 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | |

PHS-MD-70063



PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT _____

Hx OF PRESENT ILLNESS _____        PREVIOUS ILLNESS _____

_____        _____

CURRENT MEDICATIONS _____        ALLERGIES _Codiene_

_____        _____

| Habits: | Smoking | Alcohol | Drugs |
|---|---|---|---|
| Family Hx. | T.B._____ | Diabetes_____ | Cancer_____ |
| | Hypertension _____ | Other _____ | |
| | BP _____ | T_____ | P _____     R _____ |

| | Normal | | Abnormal |
|---|---|---|---|
| 1. | Head, Face & Scalp | | |
| 2. | Mouth & Throat | | |
| 3. | Ears & Eardrums | | |
| 4. | Eyes & Pupils | | |
| 5. | Chest & Lungs | | |
| 6. | Cardiovascular | | |
| 7. | Abdomen, including Hernia | | |
| 8. | Anus & Rectum | | |
| 9. | Ext. Genitalia | | |
| 10. | Skin | | |
| 11. | Breast | | |
| 12. | Upper Extremities | | |
| 13. | Lower Extremities | | |
| 14. | Spine & Musculoskeletal | | |

REMARKS _____

DIAGNOSIS _____

_____

Date: _____        Examining Physician: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _(handwritten)_ | 159576 | 11/26/54 | W/F | J11 |

PHS-MD-70020

PHS0018



B0517400344
DOB: 11/26/54   CLACKLER,DEBRA J   Age:50Y   MR #:180437
Admit Date/Time: 06/24/05   0807A
271 DALY,DANIEL M



**Baptist** HEALTH   **OUTPATIENT SURGERY POSTOP INSTRUCTIONS**

You are urged to follow the specified instructions carefully. In order to continue your care at home, please follow the instructions checked below.

**1. GENERAL ANESTHESIA, LOCAL ANESTHESIA WITH SEDATION OR REGIONAL ANESTHESIA**
☑ Do not drive, operate machinery, power tools or cook a meal for 24 hours.
☑ Do not consume alcohol, tranquilizers, sleeping medications or any non-prescribed medication for 24 hours.
☑ Do not make important decisions or sign any important papers in the next 24 hours.
☑ You should have someone with you tonight at home.
☐ Children may appear flushed for several hours after surgery. Do not ride a bicycle, skateboard, or play on gym sets for 24 hours.
☐ The blocked extremity may be numb for several hours. Keep in a sling until all function returns.
☐ You may experience a slight sore throat. You may gargle with salt water or use a throat lozenge.

**2. ACTIVITY**
☑ You are advised to go directly home. *Gluclier*  Restrict your activities today. Resume light to normal activity tomorrow.
☐ You may resume normal activity today.
☐ Specific activity instructions:
☐ Go to physical therapy.
☑ Do not engage in strenuous activity that may place stress on your incision.

**3. FLUIDS AND DIET**
☐ Begin with clear liquids, bouillon, dry toast or soda crackers.
☑ If not nauseated, you may go to a regular diet when you desire. Greasy and spicy foods are not advised.
☐ Special diet:
☑ If nauseated, refrain from heavy foods. Try dry crackers, clear liquids and jello. If nausea persists, notify your doctor.

**4. MEDICATIONS**
☐ Prescription sent with you. Use as directed. When taking pain medications, you may experience dizziness or drowsiness. Do not drink alcohol or drive when you are taking these medications. Prescriptions:
☐ You may take a non-prescription "headache remedy" medication that you normally use with surgeon's approval. Preferably not containing aspirin.
☐ You may resume your daily prescription medication schedule.
☐ You may receive a pain injection during your stay with us. Be aware that the injection may leave a small bruise and the site may be sore to the touch for several days.

**5. OPERATIVE SITE**
☐ Keep dressing clean and dry.
☐ Do not change dressing unless instructed by physician.
☐ Change dressing when soiled or wet.
☑ May remove dressing: *in 24 hours / May get wet in 24 hours*

**6. EXTREMITIES, ARMS, HANDS, LEGS, FEET**
☐ Keep operative extremity elevated as much as possible to lessen swelling and discomfort.
☐ Apply ice as directed.
☐ Observe the affected extremity for circulation or nerve impairment, coldness, change in color, numbness or tingling.

**7. GYNECOLOGICAL PROCEDURES**
☐ D & C and Laparoscopic patients may have varying amounts of vaginal discharge for a few days.
☐ Laparoscopic patients may develop shoulder pain in first 24 hours from residual gas.

**8. EAR, NOSE OR THROAT**
☐ No water or foreign objects in ear.
☐ Voice rest for
☐ May change the nasal tip dressing as needed and as demonstrated.
☐ Keep head of bed elevated.

**9. FOLLOW UP CARE**
☐ Your return office appointment is: *Make appt. 2-3 weeks*
☐ Return to work as instructed by physician.

Call your surgeon if you have any problems that concern you. After office hours, you can reach your physician through his/her answering service.
If you need immediate attention, go to the emergency room nearest you.

**SPECIFIC COMPLICATIONS TO WATCH FOR**
• Fever over 101° F by mouth
• Pain not relieved by medication ordered
• Swelling around operative area
• Increased redness, warmth, hardness of area
• Difficulty breathing
• Persistent nausea and vomiting
• Numbness, tingling, discoloration or cold fingers/toes
• Blood-soaked dressing (small amounts of oozing is normal)
• Increasing drainage from surgical area of exam site.
• Inability to urinate

OTHER INSTRUCTIONS: *Tylenol #3 T-H gtn prn pain*

Your Name: *Maxwell*
Date: *6-24-05*   Time:   Relation to patient:   Phone:
Signature: *M. Williams RN*   NURSE

WHITE- Medical Record   YELLOW- Patient

FORM # DI 1440B  REV. 6/30/04
(Replaces BF-061)



DI 1440

PHS0020

# TechCare

## Tuberculosis Chronic Care Appointment



10/29/2003

Name  **CLACKLER,DEBRA JOYCE**

DOC #  **159516**

Birth Date  **11/26/1954**

| Appointment Date | 10/29/2003 | 0741 ⁴ |
|---|---|---|

### Subjective Data

| | |
|---|---|
| Fever | no |
| Night Sweats | no |
| Anorexia | no |
| Weight Loss | ↑ -3 lbs |
| Cough | no |
| Sputum | no |
| Hemoptysis | no |
| Nausea / Vomiting | no/no |

### Nursing Exam

| | |
|---|---|
| Pulse | 60 |
| Blood Pressure | 111/72 [L] |
| Temperature | 97.1 |
| Respiratory Rate | 18 |
| Weight | 164 |
| PPD / Date Positive | 01/17/03 |
| Nodes | okay |
| General Appearance | good |
| Jaundice | none noted |

### Lab Test Results

| | |
|---|---|
| Chest X-ray | 09/03 |
| Sputum AFB | 05/03 |
| SGOT q. mo | |
| WBC / hct | 7.3/34.5 (L) |

### Medications

| | |
|---|---|
| Medication Compliance | compliant |
| Notify MD | |
| Education & Counseling | ♀⁄ |

### Doctor Exam

Cough
Sputum
Lungs
Chachexia
Nodes
Jaundice
Abdominal Exam

TechCare

**KNaphCare**

## Tuberculosis Chronic Care Appointment

3/10/2003

Name CHACKler DebrA

DOC # 159516

Birth Date 12/26/54

Appointment Date 9/8/3

### Subjective Data
Fever N O
Night Sweats N O
Anorexia N O
Weight Loss N O
Cough N O
Sputum N O
Hemoptysis NO
Nausea / Vomiting N O

### Nursing Exam
Pulse 50
Blood Pressure 122/65
Temperature 98.6
Respiratory Rate 20
Weight 171
PPD / Date Positive Jan-02
Nodes W N L
General Appearance good
Jaundice N-O

### Lab Test Results
Chest X-ray
Sputum AFB
SGOT q. mo
WBC / hct

### Medications
Medication Compliance 100%
Notify MD
Education & Counseling

### Doctor Exam          9/10/02
Cough Ø
Sputum Ø
Lungs Clear
Chachexia Ø
Nodes Ø
Jaundice Ø
Abdominal Exam WNL's

LFT's    8/5/03

JR, M

⊕ Pindscndin

# TechCare

## Tuberculosis Chronic Care Appointment

K<ilaphCare>

6/24/2003

Name *Clackler, Debra*
DOC # *159516*
Birth Date *11/24/54*
Appointment Date *6/24/03*

### Subjective Data
Fever *N/A*
Night Sweats *N/A*
Anorexia *N/A*
Weight Loss *N/A*
Cough *N/A*
Sputum *Clear*
Hemoptysis *N/A*
Nausea / Vomiting *N/A*

### Nursing Exam
Pulse *70*
Blood Pressure *111/71*
Temperature *99.2*
Respiratory Rate *20*
Weight *172*
PPD / Date Positive *1/03 positive*
Nodes *N/A*
General Appearance *good*
Jaundice *N/A*

### Lab Test Results
Chest X-ray
Sputum AFB
SGOT q. mo
WBC / hct

### Medications
Medication Compliance *good*
Notify MD
Education & Counseling

### Doctor Exam
Cough
Sputum
Lungs
Chachexia
Nodes
Jaundice
Abdominal Exam

*Since TB meds. were started inmate has had problems c constipation*

# TechCare

## Tuberculosis Chronic Care Appointment



6/24/2003

Name **CLACKLER,DEBRA JOYCE**
DOC # **159516**
Birth Date **11/26/1954**

| Appointment Date | 3/13/2003 |
|---|---|

### Subjective Data

| | |
|---|---|
| Fever | y |
| Night Sweats | n |
| Anorexia | n |
| Weight Loss | 171 |
| Cough | n |
| Sputum | n |
| Hemoptysis | n |
| Nausea / Vomiting | n |

### Nursing Exam

| | |
|---|---|
| Pulse | 88 |
| Blood Pressure | 132/86 |
| Temperature | 98.8 |
| Respiratory Rate | 22 |
| Weight | n |
| PPD / Date Positive | 1/03 |
| Nodes | WNL |
| General Appearance | good |
| Jaundice | n |

### Lab Test Results

| | |
|---|---|
| Chest X-ray | o |
| Sputum AFB | o |
| SGOT q. mo | o |
| WBC / hct | o |

### Medications

| | |
|---|---|
| Medication Compliance | compliant |
| Notify MD | o |
| Education & Counseling | Given |

### Doctor Exam

| | |
|---|---|
| Cough | n |
| Sputum | |
| Lungs | |
| Chachexia | |
| Nodes | |
| Jaundice | |
| Abdominal Exam | |

**TechCare**

## Tuberculosis Chronic Care Appointment

Ⲕ ⲚaphCare

3/10/2003

Name Clambler, Debra

DOC # 159816

Birth Date 11-26-54

Appointment Date 3-13-03

### Subjective Data

Fever – Yes (Cold)
Night Sweats – No
Anorexia – No
Weight Loss – No
Cough – No
Sputum – No
Hemoptysis – No
Nausea / Vomiting – No

### Nursing Exam

Pulse – 88
Blood Pressure 132/86
Temperature – 98.6
Respiratory Rate – 22
Weight – 171
PPD / Date Positive –
Nodes  WNL
General Appearance – Good
Jaundice – No

### Lab Test Results

Chest X-ray
Sputum AFB
SGOT q. mo
WBC / hct

### Medications

Medication Compliance – 100%
  Notify MD
Education & Counseling – Given

### Doctor Exam

Cough
Sputum
Lungs
Chachexia
Nodes
Jaundice
Abdominal Exam

# TB CLINICAL RECORD

PHOTO ON LABEL

Name: *Clac — Debra*
SSN: *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*
Med#: *Julia Tatwiler*
Address: *Julia Tatwiler*

Race: *W*  CHR #
Sex: *F*  DOB: *11-26-5?*
Date: *1-20-5*
Phone:

Clinic:  ☐ Outpatient  ☐ Regular chest
☑ First X-ray  ☐ Re-X-ray
Date of X-Ray: *1-21-03*  X-ray No: *11*
Occupations: Present _____
Past _____

Personal Physician(s) _____

**EVALUATION:** (If contact; Name of index case, why TB tested, who referred and why.) *(+) PPD — Close*
*contact — Slept in next bunk*

**CURRENT SYMPTOMS & MEDICAL HISTORY:**

Loss of appetite: YES/**NO**  Weight loss: YES/**NO**  Fever: YES/**NO**  Chest pain: YES/**NO**  Night sweats: YES/**NO**
Hoarseness: YES/**NO**  Liver disease: YES/NO  Fatigue: YES/**NO**  Dyspnea: YES/**NO**
Smoker: YES/**NO**  Packs per day _____  Number of years _____
Alcohol use: YES/**NO**  Quantity: _____  Frequency _____
Allergies: **YES**/NO  To what: *Codine*
Productive cough: YES/**NO**
Sputum production: Color: _____  Consistency _____  Amount per day: _____  Hemoptysis: _____
Other symptoms: _____
Specimen collected today: YES/NO

Regular periods? YES/NO  LMP: _____  Pregnant? YES/NO  Contraception method: _____  HIV status: _____
Present weight: _____  Usual weight: _____  Height: _____

**ANTI-TUBERCULOSIS CHEMOTHERAPY PAST & PRESENT:** (Specify drugs & dates) *None*

Other medications: _____

**BACTERIOLOGICAL STATUS:**

Last neg smear: _____ (aerosol _____ spontaneous _____)
Last neg cul: _____ (aerosol _____ spontaneous _____)
Last pos smear: _____ (aerosol _____ spontaneous _____ other _____)
Last pos cul: _____ (aerosol _____ spontaneous _____ other _____)

**Susceptibility Studies:**
Date: _____
Sensitive to all drugs: YES/NO
Resistant to: _____

**MANTOUX SKIN TEST:** Date: *1-15-03*  Result: (mm of induration): *20 mm*
Other skin tests: _____
Signature: _____ *2 in past*
**FILM INTERPRETATION:** _____  Date: *1-7-03*

*CXR: WNL*

**STATUS:** (Please circle one) **NORMAL**/ABNORMAL –If abnormal, please circle one: Cavitary–Noncavitary–Stable–Worsening–Improving
**DIAGNOSES:** (According to diagnostic standards) *Converter*
**RECOMMENDATIONS:**

*1. INH 300 mg T 80 q.d x 9 months*
*2. LFT per protocol*

PHS0026

_____ ,M.D

Date: *1/21/03*

CHR 19

# IMMUNIZATION RECORD

Name _Clackler, Debra_ AIS _159516_ D.O.B. _11/26/54_

### Hep A Vaccine
Date _____ By _____

Date _____ By _____

### Hep B Vaccine
1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza
| | | | |
|---|---|---|---|
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |

### Pneumococcal
| | | | |
|---|---|---|---|
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |

### TB PPD
| | | |
|---|---|---|
| Date _7/25/05_ location | Result _LFA_ | Date _7/28/05_ Result _17mm_ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |
| Date _____ | Result _____ | Date _____ Result _____ |

Tetanus Date _____ By _____
Tetanus Date _____ By _____

PHS0027

# IMMUNIZATION RECORD

Name _Clackler, Debra_ AIS _159516_ D.O.B. _11/26/54_

### Hep A Vaccine

Date _____ By _____

Date _____ By _____

### Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza

Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

### Pneumococcal

Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

### TB PPD

Date _7/25/05_ Location Result _LFA_   Date _7/28/05_ Result _17mm_
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/31/05 | 5:00pm | Inmate assessed for movement to LA. She is not stable at this time due to significant health issues that are impairing her ability to cope. She is hereby not cleared for mov. to LA. Notified ADOC. | Teresa Sartans Psy. D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Clacker, Debra | 159516 | | | |

F-61

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Cluckleb, Debra_  AIS#: _157516 11_  R/S _W 1A_

Date: _06_ / _24_ / _93_  DOB: _11_ / _30_ / _64_  AGE: _28_

Beta II _92_  WAIS _____ / _____ / _____  WRAT-RL _11_  Last School Grade Completed _12_

MMPI Welsh Code _2'-69'722'1 2/5:_  Megargee Type _F (11)_

### General Appearance

☑ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _____

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

---

**I.  Interpersonal Functioning**

☑ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ 3. _____ 4. _____ 5. _____ ☑ 6. (See Copy)

_____ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

_adequate to be expected_ _maintain personal self care good. Slight moody. Traits_ _seduced in relationship, social concern_

**II.  Personality**

_____ a. Healthy

_____ b. Antisocial

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline ☑ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

☑ 9. See Copy (Write in your wording) _____

_____

_____

**III.  Substance Abuse**

_____ a. Alcohol addiction / abuse history _Denied use_

_____ b. Drug addiction / abuse history _Denied use_

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

PHS0030

_____ c. Current use _[handwritten]_

_____ d. Current addiction _[handwritten]_

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

## IV. Emotional Status

_____ a. No significant problems

_____ b. Depressed _____

_✓_ c. Anxious or stressful _[handwritten]_

_____ d. Angry or resentful _____

_____ e. Confusion or psychotic symptoms _____

_____ f. Mood disturbances _____

_____ g. Sexual maladjustment _____

_____ h. Paranoid ideation _____

_____ i. Sleep / appetite disorder _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

## V. Mental Deficiency

_____ a. Mild

_____ b. Moderate

_____ c. Severe

_____ d. Borderline

_____ e. Organic impairment suspected

_____ f. Memory deficit

Remarks: _[handwritten]_

*See manual for selections and numbers for "*other"

PHS0031

Psychological Interview / Data Entry Form
Page Three

VI.  Management Problems          Ideation _____

_____ a. Suicide potential      Plans _____

                                  History of attempts / gestures _____

_____

_____ b. Serious mental history (specify) _____

_____ c. Impulsive / acting-out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative / untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.(See Copy)

VII.  Educational Needs

_____ a.  ABE        _____ b.  Special Education      ✓ c.  Trade School      _____ d.  Jr. College

VIII. Mental Health Needs
                                              Date referred  Month _____ Year _____

_____ A. Refer to psychiatric service  ✓ C. Depression
                                                        _____ K. Personal Development
_____ B. Substance abuse counseling  _____ E. Sexual adjustment

✓ D. Stress management             _____ G. Anger induced acting out

✓ F. Reality therapy               ✓ I. Self-concept enhancement

_____ H. Values clarification     _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____
_____
_____
_____
_____

_____        _____
Signature                           Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection

ID=00159515   DATE=19930618   SEX = F   CLACKLER, DEBRA JOYCE      IN =   6

|       | L  | F  | K  | HS | D  | HY | PD | MF | PA | PT | SC | MA | SI |
|-------|----|----|----|----|----|----|----|----|----|----|----|----|----|
| RAW:  | 7  | 3  | 23 | 14 | 21 | 25 | 22 | 41 | 11 | 29 | 24 | 18 | 36 |
| T:    | 60 | 50 | 70 | 52 | 53 | 61 | 57 | 59 | 59 | 56 | 52 | 54 | 61 |

WELSH CODE:  * '30-56479218/:=

I IS THE BEST GROUP, LEVEL IS LOW

GROUP= I          LEVEL= LOW      TYPE= (01)

THIS IS THE BEST ADJUSTED OF ALL THE INMATE GROUPS WITH FEWEST PROBLEMS IN
INSTITUTIONAL ADJUSTMENT AND INTERPERSONAL RELATIONSHIPS WITH BOTH PEERS AND
AUTHORITIES.   CRIMINAL RECORDS ARE USUALLY LESS SERIOUS THAN THOSE OF OTHER
INMATE GROUPS AND THERE IS LESS SIGNIFICANT DRUG ABUSE.   MORE OF THESE INMATES
HAVE USUALLY BEEN INCARCERATED FOR PROPERTY CRIMES.  THEY ARE LEAST LIKELY TO
RECEIVE DISCIPLINARY WRITE-UPS AND RECIDIVISM RATES ARE TYPICALLY LOW. THERE
IS, HOWEVER, HIGH ENERGY LEVEL AND THEY ARE APT TO BE IMPULSIVE.
TREATMENT APPROACHES SHOULD SHOULD BE DESIGNED TO TAKE ADVANTAGE OF THE FACT THAT
THEY ARE THE MOST LIKELY GROUP TO SUCCEED IN COMMUNITY PLACEMENT OR RESTITUTION
CENTER TYPE PLACEMENT WHERE SENTENCING DATA PERMIT.   THEY RESPOND WELL TO ED-
UCATIONAL AND VOCATIONAL TRAINING PROGRAMS AIMED AT DEVELOPING LEGITIMATE AVE-
NUES OF FINANCIAL SUPPORT.  ALTHOUGH THERAPEUTIC INTERVENTION IS NOT USUALLY
A HIGH PRIORITY, REALITY THERAPY CAN BE EFFECTIVE.

PHS0033

00159016  FEMALE AGE 39 FOR L S 1993061F  CLACKLER, DEBRA JOYCE  INST =    6

M M P I   P R O F I L E



| | L | F | K | HS | D | HY | PD | MF | PA | PT | SC | MA | SI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAW | 7 | 2 | 22 | 14 | 21 | 25 | 22 | 41 | 11 | 29 | 24 | 1P | 36 |
| T | 5? | 5? | 4? | 9? | 34 | 51 | 36 | 41 | 49 | 57 | 52 | 54 | 42 |

00152515 ROYALT ACC 38 FORM 3 19730615  CLACKLER, DEBRA JOYCE    INST = 6

P R O F I L E    I N T E R P R E T A T I O N

THE FOLLOWING MMPI INTERPRETATION SHOULD BE VIEWED AS A SERIES OF
HYPOTHESES WHICH MAY REQUIRE FURTHER INVESTIGATION. THIS REPORT IS
CONFIDENTIAL AND SHOULD NOT BE SHARED WITH THE PATIENT.

THE VALIDITY OF THIS PROFILE MAY HAVE BEEN AFFECTED BY A RESPONSE SET
CHARACTERIZED BY A MARKED TENDENCY TO BE DEFENSIVE AND TO PRESENT
ONESELF IN A VERY FAVORABLE LIGHT. THE CLINICAL PROFILE MAY,
THEREFORE, BE UNDULY LOWERED IN SOME WAY. INDIVIDUALS WHO OBTAIN
SIMILAR TEST RESULTS ATTEMPT TO MINIMIZE AND OVERLOOK FAULTS IN
THEMSELVES, THEIR FAMILY, AND THEIR CIRCUMSTANCES. LACK OF INSIGHT,
UNWILLINGNESS TO ACCEPT PSYCHOLOGICAL INTERPRETATIONS, AND POOR
ACCEPTANCE OF THE ROLE OF A PATIENT ARE COMMON CHARACTERISTICS.
THOUGH THIS PATTERN IS LESS DEVIANT IN WELL-EDUCATED INDIVIDUALS, IT
DOES SUGGEST DEFENSIVE RIGIDITY AND OVERCOMPENSATION FOR FEELINGS OF
INADEQUACY.

THE 'V' CONFIGURATION ADDS SUPPORT TO THESE STATEMENTS AND FURTHER
SUGGESTS MARKED EVASIVENESS. LOOK FOR PRONOUNCED USE OF REPRESSION AND
DENIAL. A NEUROTIC PICTURE IS LIKELY. GENERALIZED LACK OF FLEXIBILITY,
POOR INSIGHT, AND OVER-EVALUATION OF MORAL WORTH MAY BE PRESENT.

THIS PROFILE IS WITHIN NORMAL LIMITS. ALTHOUGH THIS IS A PROFILE OFTEN
ASSOCIATED WITH INDIVIDUALS WHOSE PERSONALITIES ARE WITHOUT
SIGNIFICANT PATHOLOGY, IT IS ESSENTIAL THAT THIS INDIVIDUAL BE
CAREFULLY EVALUATED TO RULE OUT ANY POSSIBLE DEVIANT BEHAVIOR
OR EXPERIENCES.

00159516 FEMALE AGE 38 FORM R 19930615 CLACKLER, DEBRA JOYCE INST = 5

BASIC AND SUPPLEMENTAL SCALES

| | ?U | L | F | K | HS | D | HY | PD | MF | PA | PT | SC | MA | SI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | ? | 7 | 3 | 23 | 14 | 21 | 25 | 22 | 41 | 11 | 29 | 24 | 18 | 36 |
| T | 50 | 60 | 50 | 70 | 52 | 54 | 61 | 58 | 41 | 59 | 57 | 52 | 54 | 62 |

| | D-O | D-S | HY-O | HY-S | PD-O | PD-S | PA-O | PA-S | MA-O | MA-S |
|---|---|---|---|---|---|---|---|---|---|---|
| R | 5 | 15 | 4 | 21 | 3 | 10 | 4 | 7 | 4 | 9 |
| T | 43 | 65 | 33 | 69 | 44 | 56 | 55 | 57 | 46 | 50 |

| | A | R | ES | OY | CA | LO | OH | HE | AL | CR | PZ | DR | SM | AR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 4 | 26 | 45 | 17 | 8 | 14 | 19 | 17 | 19 | 43 | 32 | 24 | 33 | 25 |
| T | 38 | 73 | 56 | 42 | 44 | 71 | 66 | 40 | 47 | 67 | 58 | 52 | 74 | 48 |

| | O1 | O2 | O3 | O4 | O5 | HY1 | HY2 | HY3 | HY4 | HY5 | PD1 | PD2 | PD3 | PD4A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 6 | 7 | 3 | 1 | 2 | 3 | 9 | 2 | 3 | 6 | 1 | 4 | 4 | 4 |
| T | 44 | 56 | 49 | 44 | 45 | 40 | 69 | 49 | 46 | 68 | 46 | 55 | 40 | 45 |

| | PD4B | PA1 | PA2 | PA3 | SC1A | SC1B | SC2A | SC2B | SC2C | SC3 | MA1 | MA2 | MA3 | MA4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 2 | 2 | 2 | 5 | 0 | 1 | 0 | 1 | 0 | 0 | 2 | 3 | 2 | 2 |
| T | 44 | 51 | 49 | 58 | 35 | 41 | 41 | 44 | 41 | 40 | 56 | 48 | 45 | 46 |

| | SOC | DEP | FEM | MOR | REL | AUT | PSY | DRG | FAM | HOS | PHO | HYP | HEA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 17 | 4 | 24 | 3 | 10 | 6 | 6 | 3 | 1 | 1 | 3 | 10 | 4 |
| T | 64 | 41 | 63 | 37 | 61 | 45 | 47 | 42 | 38 | 34 | 37 | 44 | 46 |

F-K = -20     AI = 54     IR = 0.94

PHS0036

00159514  FEMALE AGE 38 FORM 2 19930515  CLACKLER, DEBRA JOYCE   INST =   6

CRITICAL   ITEMS

THESE ITEMS WERE ANSWERED IN THE INDICATED DIRECTION. THOUGH TOO MUCH
SIGNIFICANCE SHOULD NOT BE PLACED ON ANY INDIVIDUAL TEST RESPONSE,
THESE RESPONSES MAY SUGGEST AREAS FOR FURTHER INVESTIGATION.

*** DISTRESS AND DEPRESSION ---

I AM EASILY AWAKENED BY NOISE. (T)
I CRY EASILY. (T)

*** AUTHORITY PROBLEMS ---

I HAVE NEVER BEEN IN TROUBLE WITH THE LAW. (F)

*** FAMILY DISCORD ---

MY RELATIVES ARE NEARLY ALL IN SYMPATHY WITH ME. (F)

PHS0037

0015??15 FEMALE AGE 38 FORM A 19990615   CLACKLER, DEBRA JOYCE   INST =

I T E M   R E S P O N S E S

| 1 F | 2 T | 3 T | 4 T | 5 T | 6 F | 7 T | 8 T | 9 T | 10 F |
|---|---|---|---|---|---|---|---|---|---|
| 11 F | 12 T | 13 T | 14 T | 15 F | 16 F | 17 T | 18 T | 19 F | 20 T |
| 21 T | 22 F | 23 F | 24 F | 25 F | 26 T | 27 F | 28 F | 29 F | 30 F |
| 31 F | 32 F | 33 F | 34 F | 35 F | 36 F | 37 T | 38 F | 39 F | 40 F |
| 41 F | 42 F | 43 F | 44 F | 45 F | 46 T | 47 F | 48 F | 49 F | 50 F |
| 51 T | 52 F | 53 F | 54 T | 55 T | 56 F | 57 T | 58 T | 59 F | 60 T |
| 61 F | 62 F | 63 T | 64 F | 65 T | 66 F | 67 T | 68 T | 69 F | 70 T |
| 71 F | 72 F | 73 T | 74 T | 75 T | 76 F | 77 F | 78 T | 79 F | 80 F |
| 81 F | 82 F | 83 T | 84 F | 85 F | 86 F | 87 T | 88 T | 89 F | 90 F |
| 91 F | 92 F | 93 F | 94 F | 95 T | 96 T | 97 F | 98 T | 99 F | 100 F |
| 101 F | 102 F | 103 T | 104 F | 105 T | 106 F | 107 T | 108 F | 109 F | 110 F |
| 111 T | 112 F | 113 T | 114 F | 115 T | 116 F | 117 F | 118 F | 119 T | 120 T |
| 121 F | 122 T | 123 F | 124 T | 125 F | 126 F | 127 T | 128 F | 129 F | 130 T |
| 131 T | 132 T | 133 T | 134 T | 135 F | 136 F | 137 T | 138 F | 139 F | 140 T |
| 141 F | 142 F | 143 T | 144 F | 145 F | 146 F | 147 F | 148 F | 149 T | 150 T |
| 151 F | 152 T | 153 T | 154 T | 155 T | 156 F | 157 F | 158 T | 159 F | 160 F |
| 161 F | 162 F | 163 F | 164 T | 165 F | 166 F | 167 F | 168 F | 169 T | 170 F |
| 171 T | 172 F | 173 T | 174 F | 175 T | 176 F | 177 T | 178 T | 179 F | 180 T |
| 181 F | 182 F | 183 F | 184 F | 185 T | 186 T | 187 T | 188 T | 189 F | 190 F |
| 191 F | 192 T | 193 T | 194 T | 195 T | 196 T | 197 F | 198 T | 199 F | 200 F |
| 201 T | 202 F | 203 T | 204 F | 205 F | 206 F | 207 T | 208 F | 209 F | 210 F |
| 211 F | 212 F | 213 F | 214 T | 215 F | 216 F | 217 F | 218 F | 219 F | 220 T |
| 221 F | 222 F | 223 T | 224 F | 225 T | 226 F | 227 F | 228 T | 229 F | 230 T |
| 231 F | 232 T | 233 F | 234 F | 235 T | 236 F | 237 F | 238 F | 239 F | 240 T |
| 241 F | 242 F | 243 T | 244 F | 245 F | 246 F | 247 F | 248 F | 249 T | 250 T |
| 251 F | 252 F | 253 T | 254 F | 255 F | 256 F | 257 T | 258 T | 259 F | 260 F |
| 261 T | 262 F | 263 T | 264 F | 265 T | 266 F | 267 T | 268 T | 269 F | 270 T |
| 271 F | 272 T | 273 F | 274 T | 275 F | 276 T | 277 F | 278 T | 279 F | 280 T |
| 281 T | 282 F | 283 F | 284 F | 285 T | 286 F | 287 T | 288 F | 289 F | 290 T |
| 291 F | 292 F | 293 F | 294 F | 295 T | 296 F | 297 F | 298 F | 299 F | 300 F |
| 301 F | 302 T | 303 F | 304 T | 305 F | 306 T | 307 F | 308 F | 309 T | 310 T |
| 311 F | 312 F | 313 F | 314 F | 315 F | 316 F | 317 T | 318 T | 319 T | 320 F |
| 321 T | 322 F | 323 F | 324 F | 325 F | 326 F | 327 F | 328 F | 329 T | 330 T |
| 331 F | 332 F | 333 F | 334 F | 335 F | 336 F | 337 F | 338 T | 339 F | 340 T |
| 341 F | 342 F | 343 T | 344 F | 345 F | 346 F | 347 F | 348 T | 349 F | 350 F |
| 351 F | 352 F | 353 T | 354 F | 355 F | 356 F | 357 F | 358 T | 359 F | 360 F |
| 361 F | 362 F | 363 F | 364 F | 365 F | 366 F | 367 F | 368 F | 369 T | 370 F |
| 371 F | 372 T | 373 F | 374 T | 375 F | 376 T | 377 T | 378 F | 379 T | 380 F |
| 381 F | 382 F | 383 F | 384 F | 385 F | 386 F | 387 F | 388 F | 389 F | 390 F |
| 391 T | 392 F | 393 F | 394 F | 395 F | 396 F | 397 F | 398 T | 399 T | 400 F |
| 401 T | 402 F | 403 T | 404 F | 405 T | 406 F | 407 T | 408 F | 409 T | 410 F |
| 411 F | 412 T | 413 F | 414 F | 415 F | 416 T | 417 F | 418 F | 419 F | 420 F |
| 421 T | 422 F | 423 T | 424 F | 425 F | 426 F | 427 F | 428 T | 429 T | 430 T |
| 431 F | 432 F | 433 T | 434 F | 435 T | 436 T | 437 F | 438 F | 439 T | 440 T |
| 441 F | 442 F | 443 F | 444 | 445 | 446 F | 447 F | 448 F | 449 | 450 F |
| 451 F | 452 F | 453 T | 454 T | 455 T | 456 F | 457 F | 458 F | 459 F | 460 T |
| 461 T | 462 T | 463 T | 464 T | 465 T | 466 T | 467 F | 468 F | 469 F | 470 F |
| 471 F | 472 F | 473 T | 474 F | 475 T | 476 T | 477 F | 478 F | 479 T | 480 F |
| 481 F | 482 F | 483 T | 484 F | 485 F | 486 T | 487 F | 488 T | 489 F | 490 T |
| 491 F | 492 F | 493 T | 494 F | 495 F | 496 F | 497 T | 498 T | 499 F | 500 F |
| 501 T | 502 F | 503 T | 504 F | 505 F | 506 F | 507 F | 508 F | 509 F | 510 F |
| 511 F | 512 F | 513 F | 514 F | 515 T | 516 F | 517 F | 518 F | 519 F | 520 F |
| 521 F | 522 T | 523 T | 524 F | 525 F | 526 F | 527 F | 528 T | 529 F | 530 F |
| 531 T | 532 T | 533 T | 534 T | 535 F | 536 F | 537 F | 538 T | 539 T | 540 T |
| 541 F | 542 F | 543 F | 544 F | 545 F | 546 F | 547 F | 548 F | 549 F | 550 F |
| 551 F | 552 F | 553 F | 554 F | 555 F | 556 F | 557 T | 558 F | 559 F | 560 F |
| 561 F | 562 F | 563 F | 564 F | 565 F | 566 T | | | | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

## I. HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  |  |  |
| Persistent Cough |  |  | Last weight at least 6 months ago |
| Chest Pain |  |  |  |
| Blood in Urine or Stool |  |  |  |
| Difficult Urination |  |  |  |
| Other Illnesses (Details) |  |  |  |
| Smoke, Dip or Chew |  |  |  |
| ALLERGIES | ✓ |  | CODEINE |

Weight_____ Temp_____ Pulse_____ Resp_____ Blood Pressure_____

Eye Exam:_____ OD_____ OS_____ OU_____

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

## II. TESTING – (LPN or RN)

RESULTS

Tuberculin Skin Test (q yr)  INH Ordered →
Date given 7/25/05  Site LFA
Read on 7/28/05  Results 17  mm

Past Positive TB Skin Test
(Chest x-ray if clinical symptoms)
Survey Completed

RPR (q 3 yrs)  Date_____ Results_____

EKG (baseline at 35, over 45 q 3 yrs)  Date_____ Results_____

Cholesterol (at 35 then q 5 yrs)

Tetanus/Diptheria (q 10 yrs)
(if done today)
Last Given_____ Due_____
Site given_____ Dose_____ Lot #_____

Optometry Exam (@ 50 if not already seen)

Mammogram
(females @ 40, q 2 yrs/other M.D. order)
Date 7/1/05  Results benign

## III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart
Lungs
Breast Exam
Rectal (yearly after 45)   See Prog notes  (Sue C) 10/5/.
   with Hemoccult   Results @ Chessicault
Pelvic and PAP (q 1 yr)   Results_____
Date_____ Results_____

Facility TUTWILER  Nurse Signature_____

Date_____

M.D. or Mid-Level Signature_____

Date_____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Clacker, Debra | 159516 | 11/20/54 | WF |

60513-AL

PHS0039

# NAPHCARE

## Annual Health and TB Screening for Inmates

Facility _tut_

Date Given: 9-9-3                     Date Read _____

Site Given: LFA                        Size in M.M. _____

Lot# 004                               

Nurse S. Hartann                       Nurse _____

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight 172   Previous Weight 171   B/P 130/82        Ht: 5'6"

|  | circle |
|---|---|
| Recent chest pain | Yes or No |
| Kitchen clearance assess. done and attached | Yes or No |
| Productive cough | Yes or No |
| Any bleeding | Yes or No |
| DIABETIC | Yes or No |

Emergency contact Mims Betty            Phone# 205-755-6968

Address 102 LaVerne Ave

Clanton Al 35045

Inmate signature X Debra Clackler        Date 9/9/3

Witness signature S. Hartann            Date 9/9/3

DOB 11-26-54  AGE 49  Race W  SEX F  SSN 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

Inmate Name Clackler Debra              AIS# 159516

NC-069

## NAPHCARE
## Annual Health and TB Screening for Inmates

Facility: _Tatwila_

Date Given: _9-23-02_

Site Given: _L F A_

Lot# _00325P  Exp-3/03_

Nurse _Marion T Wright w_

Date Read _9/25/02_

Size in M.M. _0_

Nurse _Sindrip lah_

*Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _169_    Previous Weight _168_    B/P _116/75_

Kitchen clearance assess. done and attached

|  | circle |
|---|---|
| Recent chest pain | Yes or No |
| Productive cough | Yes or No |
| Any bleeding | Yes or No |
| Diabetic | Yes or No |

Emergency contact _Betty Mims_

Address _102 Laverne Ave_    Phone# _205-255-6968_

_Clanton, AL 35045_

Inmate signature _Debra Clackler_

Witness signature _Marion T Wright w_    Date _9-23-02_

DOB _11-26-54_ AGE _47_    Race _W_    Date _8-23-02_

Inmate Name _Clackler, Debra_    SEX _F_    SSN _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_

AIS# _159516_

NC-069

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _____ Tut _____

Date Given: _5-29 01_

Site Given: _L F A_

Lot# _C 0 8 2 4 A A_

Nurse _JBishop m_

Date Read _5-3-01_

Size in M.M. _0_

Nurse _JBishop m_

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _169 Lbs_  Previous Weight _170_  B/P _118/74_

|  |  | circle |
|---|---|---|
| Kitchen clearance assess. done and attached | Recent chest pain | Yes or (No) |
|  | Productive cough | Yes or No |
|  | Any bleeding | Yes or (No) |
|  |  | Yes or (No) |

Emergency contact _Betty Mims_  Phone _(205) 755-6968_

Address _102 Laverne Ave_

_Chanton, Al 35045_

✗Inmate signature _Debra Clockler_  Date _05/29/01_

Witness signature _JBishop m_  Date _5/29 01_

DOB _11/26/54_ AGE _46_  Race _W_  SEX _F_  SSN _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_

Inmate Name _Mackley, Debra Joyce_  AIS# _159516_

NC-069

PHS0042

$5qv$

## HISTORY - (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) |  | ✓ | Last Weight at least 6 mo.'s ago: _____ |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood In Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES |  |  | Codene |

Weight _170_  Temp. _98_  Pulse _72_  Resp. _16_  B.P. _112/68_

Eye Exam:

|  | OD | OS | OU |
|---|---|---|---|
| Without Glasses | 50 | 40 |  |
| With Glasses |  |  |  |

## II. TESTING - (Nurse)

RESULTS

Tuberculin Skin Test (q yr.)  Date Given _3-25-00_  Site _L F A_
(chest x-ray if clinical symptoms)  Read On _____  Results _____ mm
RPR (q 3 yrs.)  Date _____  Results _____
Urine Dip (yearly)  Results _3-25-00_
(Glu., Pro., RBC, WBC.)  _WNL_
EKG (baseline at 35, over 45 q 3 yrs.)  _1999_
Cholesterol (at 35 then q 5 yrs.)
Tetanus/Diphtheria (q 10 yrs.)  Last Given _1993_  Due _2003_
If Done Today:  Site Given _____  Dose _____  Lot # _____
Mammogram – (Annually - Females > 49)  Date Done _____  Results _____

## III. PHYSICAL

RESULTS

Heart _____
Lungs _WNL_
Breast (q 2 yrs. p 30)  _Clear_
Rectal (yearly p 45)  Date _____  Results _self breast exam_
Pelvic and PAP (q 1 yr.)  Results _____  Hemocult _____
Date _6-19-00_  Results _____

Inmate Name _Clacher Da'bra_
DOB _11-26-54_  Age _45_  Race _____  Sex _____  AIS # _159516_  SSN _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_
Emergency Addressee _Betty Minis_
Address _102 Laverne Ave_  Phone # _205 785 6968_
Facility _TW_  Nurse Signature _Bishon_  _Clanton Ala  35045_
Physician Signature _____
Date _3-25-00_
Date _5/9/00_

8/1/98

PHS0043



PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)      YES   NO    COMMENTS

Weight Change (>15 lb.)     _____ ✓   Last Weight at least 6 mo.'s.
(Compare Weight Below)            ago: _____
Persistent Cough
Chest Pain
Blood In Urine or Stool
Difficult Urination
Other Illnesses (Details)
Smoke, Dip or Chew
ALLERGIES                  Codeine?

Weight _144_ Temp. _98⁷_ Pulse _48_ Resp. _12_ B.P. _90/60_
Eye Exam:      Without Glasses    OD _20/50_ OS _20/40_ OU _____
               With Glasses      OD _____ OS _____ OU _____

II.    TESTING - (Nurse)           RESULTS

Tuberculin Skin Test (q yr.)      Date Given _3-28-99_ Site _L Forearm_
(chest x-ray if clinical symptoms)   Read On _3/30/99_ Results _Ø_ mm
RPR (q 3 yrs.)                Date _3-19-97_ Results _NR_
Urine Dip (yearly)            Results _Complete 3/28/55_
   (Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.) _Done_
Cholesterol (at 35 then q 5 yrs.)    _ordered 3-28-99_
Tetanus/Diphtheria (q 10 yrs.)    Last Given _1993_ Due _2003_
   If Done Today:    Site Given _____ Dose _____ Lot # _____
Mammogram – (Annually - Females > 49)   Date Done _____ Results _____

III.    PHYSICAL          RESULTS

Heart  ⎫ WNL       Regul
Lungs ⎭           Clear
Breast (q 2 yrs. p 30)    Date _____ Results _____
Rectal (yearly p 45)     Results _____ Hemocult _____
Pelvic and PAP (q 1 yr.)   Date _3/29/55_ Results _____

Inmate Name _ClaCulen Debra_      AIS # _159516_
DOB _11-26-54_ Age _45_ Race _W_ Sex _F_ SSN _____
Emergency Addressee _Betty Mins_      Phone # (205 )-755-6960
Address _102 Luvern Avenue Clanton_ 35045
Facility _Thiala_   Nurse Signature _____ Date _3/28/55_
Physician Signature _____ Date _3/24/99_

8/1/98



## PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)              YES    NO    COMMENTS

Weight Change (>15 lb.),            ___    ✓     Last Weight at least 6 mo.'s.
(Compare Weight Below)                            ago: _____
Persistent Cough                    ___    ✓     _____
Chest Pain                          ___    ✓     _____
Blood In Urine or Stool             ___    ✓     _____
Difficult Urination                 ___    ✓     _____
Other Illnesses (Details)           ___    ✓     _____
Smoke. Dip or Chew                  ___    ✓     _____
ALLERGIES                           ___    ✓     _____

Weight _151_  Temp. _98.4_  Pulse _74_  Resp. _18_  B.P. _134/74_
Eye Exam:        Without Glasses    OD ___  OS ___  OU ___
                 With Glasses       OD _20/20_  OS _20/20_  OU ___

II.   TESTING - (Nurse)                    RESULTS

Tuberculin Skin Test (q yr.)       Date Given _4-7-98_ Site _____
(chest x-ray if clinical symptoms) Read On _____ Results ____ mm
RPR (q 3 yrs.)                     Date _3-19-97_ Results _____
Urine Dip (yearly)                Results _4-7-98_
(Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.)  _4-6-96_
Cholesterol (at 35 then q 5 yrs.)   _4-6-96_
Tetanus/Diphtheria (q 10 yrs.)     Last Given _1993_ Due _2003_
If Done Today:        Site Given _____ Dose_____ Lot = _____

III.  PHYSICAL                             RESULTS

Heart                              _NSR_
Lungs                             _C & R to A + P_
Breast (q 2 yrs. p 30)    ✓ Date _4-6-94_ Results _normal_
Rectal (yearly p 45)              Results _____
With Hemocult                     Results _____
Pelvic and PAP (q 1 yr.)    ✓ Date _4-11-98_ Results _Class I_

Inmate Name _Clackler, Debra Jouce_      AIS = _159516_
DOB _11/26/54_ Age _43_ Race _W_ Sex _F_ SSN _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_
Emergency Addressee _Stacy Wyatt_        Phone = _755-9825_
Address _917 Dacey St_  _Planton Ala_
Facility _EMC_  Nurse Signature _____      Date _4-7-78_
Physician Signature _____                  Date _____

PHS0045

# PERIODIC HEALTH ASSESSMENT

| I. | HISTORY | YES | NO | COMMENTS |
|---|---|---|---|---|
| | WEIGHT CHANGE (>15 LBS.) | | ✓ | |
| | PERSISTENT COUGH | | ✓ | |
| | CHEST PAIN | | ✓ | |
| | BLOOD IN URINE OR STOOL | | ✓ | |
| | DIFFICULT URINATION | | ✓ | |
| | ALLERGIES TO MEDS | ✓ | | Codeine |
| | SMOKING | | ✓ | |
| | OTHER ILLNESS (DETAILS) | | ✓ | |

II.     PHYSICAL                                          RESULTS

HEART                                          NSR
LUNGS                                          Clr & eq P
PELVIC AND PAP (q 1 yr.)      DATE   3/19/97   RESULTS
BREAST (q 2 yrs p 30)         DATE   3/19/97   RESULTS
WEIGHT _150_ RESP. _14_     B/P _115/80_  PULSE _50_  TEMP. _98.5_

RECTAL WITH HEMOCULT
    (yearly  p 45)            _____

III.    TESTING                                         RESULTS

TUBERCULIN SKIN TEST (q yr.)   ✓DATE GIVEN: _3/19/97_ READ: _____
                               RESULTS _____
RPR (q 3 yrs.)                 ✓DATE: _3/19/97_  RESULTS: _____
URINE DIP (yearly)
    (GLU., PRO., RBC, WBC)      ✓     _3/19/97_

MAMMOGRAM (40 and over q 2 yrs.)
                        DATE          NA
EKG (baseline at 35, over 45, q 3 yrs)    4-8-96
CHOLESTEROL ( q 5 yrs.)                168    4-8-96
TETANUS / DIPTHERIA ( q 10 yrs.)               1993

NURSE'S
SIGNATURE _____ Guest Rn _____          DATE   3/19/97

FACILITY ___ EMC ___  PHYSICIAN'S SIGNATURE _____
                                              365-2934
EMERGENCY ADDRESSEE _Kevin Allen_    TELEPHONE # _____

ADDRESS _104 Capri Cr; Prattville, Al  36067_

DOB _11/26/54_ AGE _42_ RACE _W_ SEX _Fe_ SSN _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_

INMATE'S NAME _Cleckler, Debra_          AIS# _159516_

## PERIODIC HEALTH ASSESSMENT

**I.    HISTORY**         YES    NO      **COMMENTS**

WEIGHT CHANGE (>15 LBS.) ___  ✓ _____
PERSISTENT COUGH ___  ✓ _____
CHEST PAIN ___  ✓ _____
BLOOD IN URINE OR STOOL ___  ✓ _____
DIFFICULT URINATION ___  ✓ _____
ALLERGIES TO MEDS ✓  ___  *Codeine* _____
SMOKING ___  ✓ _____
OTHER ILLNESS (DETAILS) ___  ✓ _____

**II.   PHYSICAL**                          **RESULTS**

HEART          ___ USR  Cx l take P
LUNGS          ✓
PELVIC AND PAP (q 1 yr.)   DATE  4-12-96   RESULTS  N
BREAST (q 2 yrs p 30)      DATE  4-12-96   RESULTS  N
WEIGHT 150  RESP. 14   B/P 100/74  PULSE 64   TEMP. 96.8

RECTAL WITH HEMOCULT
(yearly  p 45)              _____

**III.  TESTING**                           **RESULTS**

TUBERCULIN SKIN TEST (q yr.)    DATE GIVEN: 4/3/96  READ: 4/5/96
                                RESULTS  0
RPR (q 3 yrs.) ~~pelvic~~        DATE: 6/14/94  RESULTS: Neg
URINE DIP (yearly)
      (GLU., PRO., RBC, WBC)    6/15/93

MAMMOGRAM (40 and over q 2 yrs.)
                        DATE    _____
EKG (baseline at 35, over 45, q 3 yrs)   order
CHOLESTEROL ( q 5 yrs.)         order
TETANUS / DIPTHERIA ( q 10 yrs.)   1993

NURSE'S
SIGNATURE  V. Carter, RPN   DATE 4/3/96

FACILITY  Zut.            PHYSICIAN'S SIGNATURE

EMERGENCY ADDRESSEE  Kevin Allen        TELEPHONE # 365-2934

ADDRESS  104 Capri CV., Prattville, Al. 36067

DOB 11/26/54  AGE 41  RACE W   SEX F   SSN 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

INMATE'S NAME  Clackler / Debra          AIS# 159516

## ANNUAL HEALTH ASSESSMENT

Baseline Wt. _183/68_    Current Wt. _156_

**VITALS:**    Temp _98.1_    Pulse _64_    BP _110/70_

**GENERAL SURVEY:**    Interim History _____

Interim Social History:    Tobacco _____ Alcohol _____ Drugs _____

### SYSTEMS REVIEW:

**H.E.E.N.T.**
Headaches _____
Blackouts _____
Earaches _____
Nasal Congestion _____
Nose Bleed _____
Focus Probs. _____
Visual Probs. _____
R-Transient _20/30_
L-Transient _20/40_

**G.I. / ABD**
Vomiting _____
Diarrhea _____
Abd Pain _____
Blood in Stools _____
Hx Ulcer _____
Hx Jaundice _____
Indigestion _____
Hernia _____

**C.V.R.**
Cough _____
Sputum _____
Hemoptysis _____
S.O.B. _____
Chest Pain _____
Palpatations _____

**GENITO-URINARY**
Hesitancy _____
Penile Disch. _____
Hematuria _____
Nocturia _____
# after h.s. _____
Urinary Flow _____

**NEURO**
Numbness _____
Weakness _____

**SKIN**
Hx Rash _____
Allergies _Codeine_
Current _____

**JOINTS**
Pain _____
Limitations _____
Edema _____
Pedal Edema _____

Name _Debra Joyce Clackler_

### PHYSICAL EXAMINATION

**H.E.E.N.T.**
PERL _____
Nasal Polyps _____

Tonsils
R.    Sm ____ Lg. ____
L.    Sm ____ Lg. ____
Dental Check _____
Ears
R - _____
L - _____
Neck:
Nodes _____
Thyroid _____

**LUNGS:**
Rales _____
Ronchi _____
Wheezes _____

**CARDIAC**
Murmur _____
Rhythm _____
P.M.I. _____
Other _____

**ABDOMEN**
Tenderness _____
Masses _____

Liver _____
Spleen _____
Scars
Surg. _____
Other _____
Hernia _____

**ANAL / RECTAL**
Hemarrhoids _____
Growths _____
Condyloma _____
Prostate _____
Hemoccult (over 40) _____

In Case of Emergency Notify:
_Kevin C. Allen_
Name
_103 Sew Street, Prattville, Al 365-6835_
Address                    Phone Number

**GENITALIA**
Testes _____
Scrotum _____
Penis _____
Pelvic Exam _____

| JOINTS | R.O.M. | DEFORMITY |
|---|---|---|
| Shoulder | | |
| Elbow | | |
| Wrist | | |
| Fingers | | |
| Hips | | |
| Knees | | |
| Ankles | | |
| Squats On Toes | | |

**NEURO**
Upper Extrem _____
Elbow Reflex _____
Finger Spread _____
Hand grip _____
Knee Reflex _____
Achilles Reflex _____

**LAB**
P.P.D. _5/14/94 (L)JA_
VDRL (q 3 yr) _3/92_
Hct (q 3 yr) _6/13/93_
U / A (q 1 yr) _5/14/94_
FBS (q 2 yr) _____
Tetanus 1993

_____
Signature of Examiner

_5/14/94_
Date

**CLASSIFICATION** _I_

AISN _159516_

# Annual Health Assessment

Baseline Wt. _____ Current Wt. _174_    VITALS: Temp _99_ Pulse _80_    BP _100/60_

GENERAL SURVEY: Interim History _____

Interim Social History: Tobacco _NO_ _____ Alcohol _____ Drugs _____

SYSTEMS REVIEW

**H.E.E.N.T.**
- Headaches ✓
- Blackouts
- Earaches
- Nasal Congestion
- Nose Bleed
- Focus Probs.
- Visual Probs.
- R-Transient _20/30_
- L-Transient _20/30_

**G.I./ABD**
- Vomiting
- Diarrhea
- Abd Pain
- Blood in Stools
- Hx Ulcer
- Hx Jaundice
- Indigestion
- Hernia

**C.V.R.**
- Cough
- Sputum
- Hemoptysis
- S.O.B.
- Chest Pain
- Palpitations

**GENITO-URINARY**
- Hesitancy
- Penile Disch.
- Hematuria
- Nocturia
- #after h.s.
- Urinary Flow

**NEURO**
- Numbness
- Weakness

**SKIN**
- Hx Rash
- Allergies
- Current

**JOINTS**
- Pain
- Limitations
- Edema
- Pedal Edema

PHYSICAL EXAMINATION

**H.E.E.N.T.**
- PERL
- Nasal Polyps
- Tonsils
  - R. Sm ___ Lg.
  - L. Sm ___ Lg.
- Dental Check
- Ears
  - R-
  - L-
- Neck
- Nodes
- Thyroid

**LUNGS:**
- Rales
- Bronchi
- Wheezes

**CARDIAC**
- Murmur
- Rhythm
- P.M.I.
- Other

**ABDOMEN**
- Tenderness
- Masses
- Liver
- Spleen
- Scars
- Surg.
- Other
- Hernia

**ANAL/RECTAL**
- Hemorrhoids
- Growths
- Condyloma
- Prostate
- Hemocult (over 40)

In Case of Emergency Notify:

_Betty Mims_

Name(Relationship)

_Clanton, Al._

Address

**GENITALIA**
- Testes
- Scrotum
- Penis
- Pelvic Exam

| JOINTS | R.O.M. | DEFORM |
|---|---|---|
| Shoulder | | |
| Elbow | | |
| Wrist | | |
| Fingers | | |
| Hips | | |
| Knees | | |
| Ankles | | |
| Squats on Toes | | |

**NEURO**
- Upper Extrem
- Elbow Reflex
- Finger Spread
- Hand Grip
- Knee Reflex
- Achilles Reflex

**LAB**
- P.P.D. _4-13-95_
- VDRL (q 3yr) _12-3-92_
- Hct (q 3 yr) _6-18-93_
- U/A (q 1 yr) _4-13-95_
- FBS (q 2 yr)
- _Tetanus - 1993_

Signature of Examiner _____

Date _____

Facility _____

_755-6968_

Phone Number

DOB _11-26-54_ Age ___ Race _W/F_ Sex ___ Soc. Sec. # _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_

Name _Jackler, Debra_    AIS # _159516_

Last          First          Middle

Ht. 5'11"    Wt. 183lb    P. 52    R. 18    '98    BP 120/90

VISION:    R 20/25    L 20/20

P.P.D. 6/19/63 / 5/4/98

COMMENTS: _____

Hct. _____

GENERAL APPEARANCE: _____

HIV _____

## PHYSICAL EXAMINATION:

VDRL _____

| | NEG. | ABNOR. |
|---|---|---|
| Head/Scalp | | |
| Lids/Sclera/Conj | | |
| Eye Muscles (E.O.M.'S) | | |
| Pupils | | |
| Fundi | | |
| Ears | | |
| Hearing T.F. | | |
| Nose | | |
| Teeth/Gums | | |
| Pharynx | | |
| Thyroid | | |
| Neck Glands | | |
| Carotid Bruits | | |
| Chest/Lungs | | |
| Heart (P.M.I.) | | |

**HEART:**

| | NEG. | ABNOR. |
|---|---|---|
| Rhythm | | |
| Rate | | |
| Murmur | | |
| Breast Nipples | | |
| Axillary Nodes | | |
| Abd. Masses | | |
| Abd. Tenderness | | |
| Liver/Spleen | | |
| Abd. Bruits | | |
| Hernia Rings | | |
| Inguinal Nodes | | |

**PULSES:**

| | NEG. | ABNOR. |
|---|---|---|
| Femoral | | |
| Dorsalis Pedis | | |
| Varicose Veins | | |
| Pedal Edema | | |
| Skin Lesions | | |

**NAIL BEDS:**

| | NEG. | ABNOR. |
|---|---|---|
| Fingers | | |
| Toes | | |

| | NEG. | ABNOR. |
|---|---|---|
| Neck | | |
| Shoulders | | |
| Touch Hands on Head | | |
| Elbows | | |
| Wrists | | |
| Fingers | | |
| Back | | |
| Hips | | |
| Knees | | |
| Ankles/Feet | | |
| Paralysis | | |
| Gait | | |
| Muscle Atrophy | | |
| Tremor(s) | | |
| Squats on Toes | | |

**TENDON REFLEXES:**

| | NEG. | ABNOR. |
|---|---|---|
| Elbow | | |
| Wrists | | |
| Knees | | |
| Achilles | | |

**FEMALES:**

| | NEG. | ABNOR. |
|---|---|---|
| Vulva/Vagina | | |
| Adnexae | | |
| Cervix | | |
| Uterus | | |
| Utero/Rectocoele | | |
| Pap Smear done | | |

**MALES:**

| | NEG. | ABNOR. |
|---|---|---|
| Penis | | |
| Penile Discharge | | |
| Penile lesions | | |
| Herpes | | |
| Testes | | |
| Scrotal Sac | | |
| Prostate | | |
| | | |
| Hemoccult | | |
| Anal/Rectal | | |

PHS0050

COMMENTS: _____

EXAMINER _____

DATE 10-22-98

phone# 365-6833

IN CASE OF EMERGENCY NOTIFY:

Name Betty mims    Address 163 Few Street PrAtville Al 36066

Name Clackler, Debra

AISN 1 5 95/6

SS# 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

F-26B

Birthplace Chilton County

## REPORT OF HEALTH ASSESSMENT

D.O.B. 11/26/54    Age 38    S  M (W) D    ALLERGIES Codeine

Former Occupation Custed Convient Store   How Long 2 yrs

Date of last Immunization

If any BLOOD RELATIVE has suffered any of the following-relationship of person

____ T.B. _____     ____ Gout _____
____ Stroke _____     ____ Hypertension _____
____ Migraine _____     ____ Heart Attack _____
____ Mental Illness _____
____ Epilepsy _____
✓ Diabetes grandmother
____ Cancer _____

| | |
|---|---|
| Typhoid | |
| Measles | Childhood |
| Rubella | |
| Diptheria | |
| Pertussis | |
| Polio | |
| Tetanus | 6/19/93 |

PREVIOUS OPERATIONS (Year) 1988 Removal gall bladder. Tubal ligation 1979.

Current Medications: ____

MARK (c) for Current problems/check space and indicate age you had any of the following symptoms of disease

____ Head injury
____ Decreased hearing
____ Ringing in ear(s)
____ Ear Infections (freq.)
____ Dizzy spells
____ Fainting spells
____ Double / blurred vision
____ Eye pain
____ Eye Infections (freq.)
____ Nose bleeds (freq.)
____ Sinus problems
____ Sore Throats (freq.)
____ Hayfever / Allergies
____ Hoarseness-Prolonged more than 1 month
____ Recent change in Bowel Habits
____ Diarrhea
____ Constipation
____ Bleeding / Tarry Stools
____ Hemarrhoids
____ Gallbladder Trouble
____ Jaundice / Hepatitis
____ Hernia
____ Surgery for Hernia
____ Loss of Appetite-recent
____ Difficulty Swallowing
____ Indigestion / Heartburn
____ Persistent Nausea
____ Vomiting
____ Vomiting Blood
____ Stomach Ulcers
____ Abdominal Pain
____ Chest Pain

____ High Blood Pressure
____ Heart Murmur
____ Pounding Heart
____ Swollen Ankles
____ Leg Pain When Walking
____ Varicose veins / Phlebitis
____ Rheumatic Fever
____ Urinary Tract Infect.
____ Painful Urination
____ Blood in Urine
____ Overnight Urination
____ More than 2x / night
____ Lost Control of Urination
____ Decrease in force of Urination
____ Kidney Stones
____ Venereal Disease
____ Gonorrhea
____ Syphilis
____ Herpes
____ Penis Discharge
____ Penis Sores or growths
____ Tuberculosis
____ Pneumonia/Pleurisy
____ Bronshitis
____ Cough-productive purulent (circle)
____ Asthma / Wheezing
____ Shortness of breath:
____ On EXERTION
____ LYING FLAT
____ Night Sweats

____ Chronic Fatigue
____ Weight Loss
____ Lb/time _____
____ Anemia
____ Sickle Cell Anemia
____ Bruise Easily
____ Cancer
____ Tumor(s)
____ Diabetes
____ Thyroid trouble
____ Convulsions / Seizures
____ Stroke
____ Tremor / Hands Shaking
____ Numbness of Extremities
____ Tingling in Extremities
✓ Headache(s)
____ Frequent
____ Memory Loss
____ Rheumatism
____ Joint Problems
____ Back Pain
____ Back Pain persistent
____ Bone fracture(s)
____ Gout
____ Foot Pain
____ Arthritis
____ Rashes
____ Psoriasis
____ Cold / Numb Feet
____ Hives

____ Eczema
____ Nervousness
____ Depression
____ Use of Alcohol
____ oz. EtOH/week
____ Smoke
____ Cig. per day

**FEMALES:**

MENSTRUAL HISTORY
14 Age of Onset
Reg Regular / Irregular
FLOW:
✓ Light
____ Moderate
____ Heavy
____ Pain / Cramps with
13 days Menstrual Flow
30 days Length of Cycle
4 Number of Pregs.
4 Number Live Births
____ Number of Miscarriages
Tubal lig Method of Birth Control
_____ If pill, name of pill
____ Hot Flashes
____ Menopause
____ Breast knots / masses
____ Pain in Breasts

Other Symptoms or Disease

LMP. 6/1/93

COMMENTS: _____

_____

_____

CLASSIFCATION: ____

NAME: Clackler, Debra    AISN 1 5 9 5 / 6    PHS0051

F-26A



# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: Clackler, Debra

BCDC#: 159516

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


Patient's Signature

Date  4/19/04

Dentist's Signature

Date  4/19/04

PHS MD-70090

PHS0052

# ACCESS TO HEALTH CARE SERVICES
# NAPHCARE

Treatment for routine health services complaints is processed through nurse sick call screening seven days a week. You must complete a sick call screening form for requested health care evaluation.

Forms are located for you convenience in areas of easy access to you. Locked boxes are placed in the general housing areas or around the dinning hall for you too return your completed sick call form for collection. Nurse's issue and collect sick call request screening slips in the segregation/lock up housing areas.

Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you have requested a health service remember to follow-up.

If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment form. This is to let us know you have decided you are okay and no longer need to see us.

Nurses are in house twenty-four hours a day seven days a week for routine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days a week.

In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health care unit for further follow-up during this time period otherwise your request will be held until the next regularly scheduled evaluation process.

Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided.

Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick up medications as expected you will be called for counseling. If you continue to fail to pick up your medications you will be required to sign a refusal of treatment form.

Remember that health services are a joint effort between the patient and the health care provider. We expect you to help us help you.

Mental health services, dental services, medical services, chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical services we want you to understand how these services are obtained.

Certain over the counter medications are available to you through canteen purchase. Medical service is not involved in canteen operations.

We follow doctor's orders when dispensing medication-dose and time. If over the counter medication is given by health services it is through the order of a doctor.

Population pill calls at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.
6:00 AM
11:00 AM
6:00 PM
9:00 PM

Segregation lock-up pill times are as listed below. Your medication will be issued to you on medication rounds.
8:30AM
12:30 PM
4:00PM

Dental screening requested are processed and appointments are scheduled at that time on the days listed below.

Screening days Tuesday/Thursday 7:45am-11: 30am

If you have a question request an answer.


**Inmate Signature** Debra Joyce Clackler

**Witness** J Rujus, NP    5/6/03

NAPHCARE
CONSENT TO TREATMENT FORM

Clackler, Debra
Name of Inmate

Date

159516     DOB: 11-26-54
AIS # / DOB

I hereby give my consent to Naphcare, Inc., its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been make regarding the result of treatments or examinations performed by Naphcare, Inc.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Naphcare, Inc., its employees and agents from any and all liability which may arise from this action.

Debra Joyce Clackler
Inmate Signature

5/6/03
Date

Witness

5/6/03
Witness

NC 063   CONSENT TO TREATMENT FORM

PHS0055

QUESTCARE

PATIENT CONSENT TO TREATMENT FORM

Debra Clackler          38          6/10/93
Name of Patient          Age          Admission Date/Time

Betty mims  103 Ten Street  Pratville  Ala
Name and Address of Spouse or Parent          Beclele

I hereby authorize QuestCare, Inc., it's employees and agents,
and Dr.(s) Dr. Wilson _____ and/or such assistants
as may be selected by him/her to treat the condition(s) which
appear indicated by the diagnostic studies already performed:

_____ Diagnosis

1. Should surgical or diagnostic procedure(s) become necessary, I
   will be informed of them with regard to alternative modes of
   treatment, the risks involved, and the nature of the
   procedure(s) to be done.

2. This in no way constitutes a warranty or guarantee that my
   present condition will be cured; QuestCare, Inc., it's staff
   and employees will provide me with the best possible care
   available, but no assurance of cure is to be assumed.

3. I sign this willingly and voluntarily in full understanding of
   the above, and in so doing, I release QuestCare, Inc., It's
   directors and officers, it's staff employees, agents and
   physicians from any and all liability which may arise from this
   action, whether or not foreseen at present.

Lisa Bullen
Witness

_____
Witness

Debra Clackles
Patient Signature

6/19/93
Date

PHS0056

# LCS MEDICAL TRANSFER SUMMARY

FACILITY: SCCC

OFFENDER NAME: Debra Clackler    DOC# 159516

DOB: 11·26·54    SS# 417·80·99385 RACE W SEX F

MEDICAL SUMMARY: Diagnosis, Current Treatment, Follow up appointments, etc.

Lipoma on Lt side, constipation

TB SKIN TEST
    RESULTS & DATE (+) hx took meds 2003

ALLERGIES: codeine

DIET: Bland

CURRENT MEDICATION & DOSAGE:
Tagamet 400mg BID
Dulcolax ii prn
Colace 100mg ii BID

CURRENT MENTAL HEALTH STATUS:

Stable - OK to travel

3/24/05
_____
Date

VPormelpin
_____
Name and Title of Staff Member Completing Form

# NAPHCARE, INC.

### INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring
Facility: Tutwiler

Date: 4-5-03
Time
Allergies Codeine
Food Handler Approved  Y / N

Name Clarkler, Debra
AIS 159516
Age_____ Date of Birth 11-26-54
Race ᴡ      Sex F

Current Acute Conditions/Problems: Fibrocystic breasts
Chronic Conditions/ Problems: no

Current Medications- Name, Dosage, Frequency, Duration:
    Acute short term medications

Chronic Long Term Medications   INH 300 mg OD x9 mths

    Chronic Psychotropic Medications  Elavil 85mg QHS x 180D

Current Treatments: fibrocystic breasts
Follow up care Needed  mammogram needed - not yet completed 4/6/03

Last PPD 9-23-02 Results ∅     mms Last Physical 9/23/02
Chronic Clinics  no
Specialty Referals  no
Significant Medical History  no

Physical Disabilities/Limitations no
Assistive Devices/Prosthetics_____ Glasses_____ Contacts_____
Mental Health History/Concerns  Hx of depression

Substance abuse Y/(N)          Alcohol Y/(N)  Drugs Y/(N)      Signature/Title/Date
_____Hx Suicide Attempt Date___/___/___
_____Hx Psychotropic Medication                           ϽMм 4/6/03
_____Previous Psychiatric Hospitalizations

## Transfer Reception Screening

Date__/__/__ Time_____am pm
S: Current complaint_____

Current medications/Treatments
_____
_____

O Physical Appearance/Behavior_____

Deformities: Acute/Chronic_____

T____ P____ R____ B/P____
A
_____

P Disposition (Instructions: Check or
    circle as appropriate)
_____ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:                          Signature/ Title:

PHS0058

NAPHCARE, INC.

INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring
Facility: _Tut_

Date: _8/30/07_
Time: _855_
Allergies _Codeine_
Food Handler Approved   Y / N

Name _Clacker, Debra_
AIS _159516_
Age _6_  Date of Birth _11/26/54_
Race _W_  Sex _F_

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _____

Current Medications- Name, Dosage, Frequency, Duration: _____
Acute short term medications _____

Chronic Long Term Medications _____

Chronic Psychotropic Medications _____

Current Treatments: _____
Follow up care Needed _____

Last PPD _5/3/01_ Results _____ mms Last Physical _5/29/01_
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _____

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _____
Mental Health History/Concerns _____  Glasses _____  Contacts _____

Substance abuse Y/N _____  Alcohol Y/N _____  Drugs Y/N _____
_____ Hx Suicide Attempt Date ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature/Title/Date:
_____

---

Transfer Reception Screening
Date ___/___/___ Time _____ am pm
S: Current complaint _____

Current medications/Treatments _____

O Physical Appearance/Behavior _____

Deformities: Acute/Chronic _____

A   T _____ P _____ R _____ B/P _____

Receiving Facility: _____

P Disposition (Instructions: Check or
circle as appropriate)
_____ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Signature/ Title: _____

NC 071

# DEPARTMENT OF CORRECTIONS
## RECEIVING SCREENING FORM

NAME _Debra Clackler_  SEX _WF_  DOB _11/26/54_  ID# _159516_

DATE _6/10/93_  TIME _4:25pm_  MEDICAL STAFF_____

SCREENER-INMATE QUESTIONAIRE

| | Comment in space below | YES | NO |
|---|---|---|---|
| 1. | Are you presently taking medication for diabetes, heart disease, arthritis, asthma, ulcers, high blood pressure, seizures, or other? Circle appropriate. | | ✓ |
| 2. | Do you have a special diet prescribed by a physician? | | ✓ |
| 3. | Are you taking prescribed medications? | | ✓ |
| 4. | Do you have medications with you? | | ✓ |
| 5. | Are you allergic to any medication?                    _Codeine_ | ✓ | |
| 6. | Have you recently been hospitalized, seen a medical or psychiatric doctor for any illness? | | ✓ |
| 7. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 8. | Have you fainted recently or had a recent head injury? | | ✓ |
| 9. | Do you have epilepsy? | | ✓ |
| 10. | Do you have a history of tuberculosis?                    TB test administered | | ✓ |
| 11. | Do you have diabetes? | | ✓ |
| 12. | Do you have hepatitis? | | ✓ |
| 13. | IF FEMALE-Are you pregnant? | | ✓ |
| 14. | IF FEMALE-Are you currently on birth control pills? | | ✓ |
| 15. | IF FEMALE-Have you recently delivered? | | ✓ |
| 16. | Do you have a painful dental condition? | | ✓ |
| 17. | Do you have any other medical problem we should know about?   _Hypoglycemia_ | ✓ | |
| 18. | Do you use alcohol? IF YES, (a) how often?_____ (b) How much?_____ (c) When were you last drunk?_____ (d) When did you last drink? | | ✓ |
| 19. | Do you use any drugs? IF YES, (a) what types?_____ (b) How much?_____ (c) How often?_____ (d) When did you last? | | ✓ |

COMMENTS

| 1. | Access to Health Care Services Discussed | |
|---|---|---|
| | | |
| | | |
| | | |

VISUAL OPINION

| 1. | Does the inmate have obvious pain, bleeding or other symptoms? | | ✓ |
|---|---|---|---|
| 2. | Is there obvious fever, swelling, jaundice or evidence of infection? | | ✓ |
| 3. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 4. | Are there any visible signs of alcohol/drug withdrawal? | | ✓ |
| 5. | Is the inmate conscious? | ✓ | |
| 6. | Are there visible signs of trauma or illness requiring immediate care? | | ✓ |
| 7. | Does the inmate's behavior suggest the risk of suicide or assault? | | ✓ |

DISPOSITION/REFFERAL TO (Circle applicable response):

(a) Receiving Area     (b) Emergency Care     (c) Sick Call     (d) Other_____

_Debra Clackler_
_____
Signature: Inmate

_____
Signature: Medical Staff

PHS0060



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Debra Cloakr_

Date of Birth: _11/20/54_

Date: _2/12/06_     Social Security No.: _417-80-988__

Time: _9:18_     A.M.
P.M.

This is to certify that I, _Debra Cloaler_
(Print Inmate's Name)

custody at the _Tutwiler Prison_ , currently in
(Print Facility's Name)

, am refusing to

accept the following treatment/recommendations: _Sonogram is Sulla_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Debra Cloakler_
(Signature of Inmate)**

_[signature]_
(Signature of Medical Person)

(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

PHS0062

INSTITUTION

NAME _____ Clacker Debra _____
NUMBER _____ R/S ___

Lay-in for _____ days from _____ due to _____ to _____
(date)        (date)

Instructions: With ship c bedrest x 3
duy

Failure to follow the directions above may result in a disciplinary.

Date Issued  8/4/03          Signature _____

F-53

---

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION

NAME _____
NUMBER ____ R/S ___

Lay-in for _____ days from _____ due to _____ to _____
(date)        (date)

Instructions: Elevate feet

Failure to follow the directions above may result in a disciplinary.

Date Issued  8/15/94          Signature _____

F-53