**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION Tut

NAME Charlie Debra

NUMBER 159516    R/S W/F

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions:

Rest today — no outside

congperishabs free 10-15 min,

Failure to follow the directions above may result in a disciplinary.

Date Issued 8/2/03

Signature _____

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION Tut

NAME Chacha Deswa

NUMBER 159516    R/S W/F

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: ① Clotrimazol vag cream hs

x 30 days (use for 7 nights)

Failure to follow the directions above may result in a disciplinary.

Date Issued 10/8/13

Signature _____

F-53

PHS0063

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME _Cacker, Ulbia_    INSTITUTION _Juh_    NUMBER _159576_ R/S _W/3_

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: _Self treat to iced_ _____

Failure to follow the directions above may result in a disciplinary.

Date Issued _10/22/93_    Signature _____

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME _Cacker, Ulbia_    INSTITUTION _Juh_    NUMBER _159576_ W/T

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: _Warm salt gargles three times a day for 3 days_

Failure to follow the directions above may result in a disciplinary.

Date Issued _10/25/93_    Signature _____

F-53

PHS0064

**PHS0065**

---

# HEALTH CLASSIFICATION

INSTITUTION _____ Tutt _____

NAME _Charley Oliver_   NUMBER _159576_   R/S _W/F_

DATE _8/8/93_   DAY-IN   DAY FROM _8/17/93_   DUE TO _Sunday is pass_   TO

DUTY STATUS CHANGE ONLY:
- CLASS I ☐ PHYSICALLY ABLE TO UNDERTAKE ANY JOB ASSIGNMENT
- CLASS II ☐ LIMITED DUTY, SPECIFY BELOW:

DISABILITY CAN:

SPECIFY

_____ A. SWEEP FLOORS
_____ B. MOP FLOORS
_____ C. KITCHEN WORKER (SEE ALSO NO. I)
_____ D. FOLD CLOTHING IN LAUNDRY
_____ E. WIPE AND CLEAN WINDOWS
_____ F. WIPE AND CLEAN BASEBOARDS
_____ G. LIGHT YARD WORK
_____ H. CLERICAL WORK
_____ I. MAY LIFT _____ POUNDS
_____ J. MAY PARTICIPATE IN TRADE SCHOOL UNLIMITED
_____ K. MAY PARTICIPATE IN TRADE SCHOOL LIMITED

CLASS III ☐ UNFIT FOR ANY WORK ASSIGNMENT-DOES NOT RESTRICT FROM LIGHT HOUSEKEEPING IN OWN LIVING AREA
☐ TOTALY DEPENDENT FOR PERSONAL NEEDS

_report to Hca when Called._

FAILURE TO FOLLOW THE DIRECTIONS ABOVE MAY RESULT IN A DISCIPLINARY

DATE ISSUED _8/17/93_   SIGNATURE _Orvin Neal RN_

CC: MEDICAL FILE/INSTITUTION CLASSIFICATION/INMATE

F-53-B

---

# HEALTH CLASSIFICATION

INSTITUTION _____ Tutwiler _____

NAME _Charley Oliver_   NUMBER _159516_   R/S _W/F_

LAY-IN   DATE   DUE TO   DAY FROM   TO

DUTY STATUS CHANGE ONLY:
- CLASS I ☐ PHYSICALLY ABLE TO UNDERTAKE ANY JOB ASSIGNMENT
- CLASS II ☐ LIMITED DUTY, SPECIFY BELOW:

DISABILITY CAN:

SPECIFY

_____ A. SWEEP FLOORS
_____ B. MOP FLOORS
_____ C. KITCHEN WORKER (SEE ALSO NO. I)
_____ D. FOLD CLOTHING IN LAUNDRY
_____ E. WIPE AND CLEAN WINDOWS
_____ F. WIPE AND CLEAN BASEBOARDS
_____ G. LIGHT YARD WORK
_____ H. CLERICAL WORK
_____ I. MAY LIFT _____ POUNDS
_____ J. MAY PARTICIPATE IN TRADE SCHOOL UNLIMITED
_____ K. MAY PARTICIPATE IN TRADE SCHOOL LIMITED

CLASS III ☐ UNFIT FOR ANY WORK ASSIGNMENT-DOES NOT RESTRICT FROM LIGHT HOUSEKEEPING IN OWN LIVING AREA
☐ TOTALLY DEPENDENT FOR PERSONAL NEEDS

FAILURE TO FOLLOW THE DIRECTIONS ABOVE MAY RESULT IN A DISCIPLINARY

DATE ISSUED _6-03-93_   SIGNATURE

CC: MEDICAL FILE/INSTITUTION CLASSIFICATION/INMATE

F-53-B

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/14/06

**To:** DOC

**From:** HCU

**Inmate Name:** Clacker Debra    **ID#:** 159516

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** Please give double Portion of vegetables & Fruit X 180d
① KOP Miconazole X 14 d
② KOP MAAlox X 90 days

**Date:** 2/14/06    **MD Signature:** _____    **Time:** _____

60418

PHS0066

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

12

**Date:** 2/13/06

**To:** DOC

**From:** HCU

**Inmate Name:** Clackler Debra    **ID#:** 159516

**The following action is recommended for medical reasons:**

1. House in lay in – 1 week

2. Medical Isolation

3. Work restrictions work stop 2 weeks – if desired

4. May have extra _____ until _____

5. Other _____

**Comments:** Give EXTRA carton of milk Twice a day with meal – 30 day

Snack twice a day – 30 day

**Date:** 2/13/06    **MD Signature:** [signature]    **Time:** 1 pm

60418

PHS0067

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _2-13-06_

**To:** _Doc_

**From:** _Hcu_

**Inmate Name:** _Clackler Debra_    **ID#:** _159516_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_____ Snack  2x day  x 30 day _____

_____ Extra milk  2x day  x 30 day _____

_____

_____

_____

**Date:** _2-13-06_ **MD Signature:** _[signature]_    **Time:** _3 pm_

_Paula Manning RN_

60418

PHS0068

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-31, 06

**To:** DCC

**From:** HCU

**Inmate Name:** Clackler, Debra  **ID#:** 159516

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other  Tums - Kop - 90 day

**Comments:**  (Do not take along with
        Zantac)

(2) GAS-X - Kop - 90 day (Three daily)

(3) Low Bunk - 90 day

**Date:** 1/31/06  **MD Signature:** _____  **Time:** 1pm

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 12/30/05

To: DOC

From: HCU

Inmate Name: Uackler, Debra  ID#: 159516

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments: Metamucil - KOP    180 days

Date: 12/30/05    MD Signature: _____    Time: 2 pm

60418

PHS0070



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _11/3/05_

To: _DOC_

From: _HCU_

Inmate Name: _Clackler Debra_       ID#: _159511_

The following action is recommended for medical reasons:

1.   House in _____

2.   Medical Isolation_____

3.   Work restrictions _____

4.   May have extra_____until_____

5.   Other _____

Comments:

① PLEASE TRANS PORT PATIENT TO HCU IN AFTER
NOON BETWEEN 4-6 PM WHEN ABDOMEN
IS SWOLLEN X 4WK AS NEEDED

② EXTRA PADS & TISSUE X 60 DAYS

Date: _11/3/05_   MD Signature: _[signature]_       Time: _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-8-05

**To:** Doc

**From:** Health unit

**Inmate Name:** Clackler Debra  **ID#:** 159516

**The following action is recommended for medical reasons:**

1. House in _Lay in - 5 day_
2. Medical Isolation
3. Work restrictions _work stop - 1week_
4. May have extra _EXTRA Pads_ until _30 day_
5. Other _EXTRA Tissue     30 days_

**Comments:**

_Bottom Bunk - 180 days_

**Date:** 9-8-05  **MD Signature:** _[signature]_  **Time:** 12 NOON

60418

PHS0072

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _C/acKer_ _DebRA_ _____
                        LAST              FIRST              MI

DATE OF BIRTH _11/26/54_          SS# _159516_ _____

Housing Recommendations:

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

(1) Hcu in AM or PM on 6/29/04 foe wouid cueck

(2) work stop x 3d

Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____    Date _6/27/05_ _____

**PHS0073**

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Cluley,_ _____ _Debra_ _____
                           LAST                 FIRST          MI

DATE OF BIRTH _11/26/54_ _____ SS# _134516_ _____

**Housing Recommendations:**

                         General Population_____

               Medical Observation Unit_____

              Lower Level/Lower Bunk_____

                   Suicide Precautions_____

        Special Watch (15 Minute Checks)_____

                           Isolation_____

         Initiate Universal Precautions_____

*Clotrimazole vaginal cream use H.S x 7 nights*

**Individual found to be:**

                           Frail/Elderly_____

               Physically Handicapped_____

             Developmentally Disabled_____

               Drug/Alcohol Withdrawal_____

           Special Mental Health Needs_____

         Expressed Suicidal Ideation_____

                History of Seizures_____

                             Other_____

                 Specify_____

Nurse ___(signature)___      Date _6/23/05_

**PHS0074**

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Clecker, Debra_
LAST                FIRST          MI

DATE OF BIRTH _11/26/57_     SS# _15956_

Housing Recommendations:

General Population ____
Medical Observation Unit ____
Lower Level/Lower Bunk ____
Suicide Precautions ____
Special Watch (15 Minute Checks) ____
Isolation ____
Initiate Universal Precautions ____

*Bottom Bunk*
*profile 180 day*

Individual found to be:

Frail/Elderly ____
Physically Handicapped ____
Developmentally Disabled ____
Drug/Alcohol Withdrawal ____
Special Mental Health Needs ____
Expressed Suicidal Ideation ____
History of Seizures ____
Other ____
Specify _____

Nurse _____    Date _4/12/05_

PHS0075

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Clackler, Debra_
LAST            FIRST            MI

DATE OF BIRTH _11-26-54_        SS# _159516_

Housing Recommendations:

General Population _____

Medical Observation Unit _____        _no lifting over 10 pounds_

Lower Level/Lower Bunk _____        _30 Days_

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____        Date _9-2-04_

PHS0076

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

NaphCare
Oral Hygiene Instructions

11-18-02      159516

## "Healthy Teeth and Gums"

Healthy teeth and gums are all about proper dental care.

Proper brushing requires at least two minutes-30 seconds in each of the four areas of your mouth.

**How to Brush:**
1. To clean the outer surfaces of each tooth, tilt your toothbrush at a 45- degree angle against the gumline.
2. Move the brush back and forth, using short, gentle strokes.
3. Repeat this motion on the inside, outside and chewing surfaces of your teeth.
4. To clean the inner surfaces of your front teeth, hold the brush vertically and use gentle up-and-down strokes with the front part of the brush.
5. And for a fresher breath, brush your tongue also!

**What type of toothbrush do I use?**
A soft bristled toothbrush is best for removing harmful food and plaque.

**After brushing, it's important to floss your teeth once a day.**

If you don't floss, one leaves up to 35% of your tooth surfaces unclean. Flossing removes plaque and food where a toothbrush cannot reach.

**How to Floss:**
1. Floss daily, making sure you floss all your teeth by starting behind the upper molars at one side of your mouth and working to the other side. Repeat on your lower teeth.
2. Use about 18 inches of floss. Wind most of the floss around each middle finger leaving an inch of two to work with.
3. Using your thumbs and index finger, slide the taut floss between your teeth. Gently curve the floss around the tooth in a C-shape at the gumline.
4. Slide the floss gently up and down between the tooth and gum, making sure you go beneath the gumline. Use clean sections of the floss as you repeat on the rest of your teeth.

The dental department at your site offers x-rays, fillings, extractions, and other dental priorities in handling your concerns for your oral health care.

**MEMO** ——————————————————                    Date  February 24, 1994

**FROM:**     Chaplain Winters

**TO:**       Health Care Unit

**REF:**      Premarital blood test

Enclosed is the approval for the marriage of
Debra J. Clackler #159516
scheduled for  March 14, 1994        in the chapel.

If you have not already received the $15 from
her to pay for the test, you should receive
it shortly.  Please see that she is called
back to the Health Care Unit in order to
have the blood work done.

When Debra Clackler
Has $15⁰⁰ on Acct.
Send Check to
Quest Care

ck. 15244
$15.00
3-4-94

BOC-#183

JULIA TUTWILER PRISON FOR WOMEN
8966 HIGHWAY 231
WETUMPKA, ALABAMA  36092

Date: February 19, 1994

From: DuWayne V. Winters, Chaplain

To:  Shirlie Lobmiller, Warden

Re:  Marriage Approval

   In accord with Administrative Regulation 107, I am recommending the approval of a marriage between Inmate Debra J. Clackler, #159516 and William M. Allen, Jr.  They have been married to each other before and have two children together.  I will be officiating the marriage ceremony.

   All papers are in order.

   The proposed date is Monday, March 14, 1994 at 7:30 p.m. in the chapel.

_____approve        _2/22/94_date

_____disapprove        _____date


In Christ's Service,

_____
Chaplain



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clacker Debra 159516 6/27/05 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11 126 54 | ① Schedule Mammogram — Abnl a past |
| ALLERGIES: Codeine | |
| Use Third    Date 6/27/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clacker Debra 159516 6/27/05 | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① Return to Gen. pop today |
| D.O.B. 11 126 54 | ② Return to Hea tomorrow wsnd check |
| ALLERGIES: Codeine | ③ Flagyl 500 BID x 7d |
| Use Second    Date 6/27/05 | ④ sched F/u Appt w/ Dr Doty in 2 wks |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clacker Debra 159516 | DIAGNOSIS |
|---|---|
| D.O.B. 11 126 54 | ① Admit to Infirmary |
| ALLERGIES: codeine 6/24 | ② Percocet Tabs # q4° prn pain |
| | T.O. Dr Williams / A. Cronen RN |
| Use First    Date 6 /24/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clockler, Debra | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11/26/54 | Zantac |
| ALLERGIES: Codeine | Flagyl 500mg PO BID |
|  | Pepto-Bismol 30ml PO BID x 14d |
| Use Second    Date 3/30/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clocker, Debra | DIAGNOSIS |
|---|---|
| 159516 | ① Prilosec 20mg PO qd x 90d |
| D.O.B.    /    / | ② HCU F/U 1mo |
| ALLERGIES: | |
| Use First    Date 2/14/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  ALLERGIES: | |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clackler, Debra  159516  D.O.B. 11/26/54  Annex  ALLERGIES: codeine  Use First    Date 2/13/06 | DIAGNOSIS: Snack twice a day  · 30 days  HFA Milk - Twice a day  30 days  [signature] |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

^ (4/03)                                                                    PHS0082



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clackler, Debra
159516

D.O.B. 1 1/26/54
ALLERGIES: Codeine

Use Last    Date 2/13/06

DIAGNOSIS (If Chg'd)
(1) Continue Tetracycline +
(2) Flagyl as ordered / rinse
water
(3) Appt W/Williams - suspect ulcer

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Clackler Debra
159516

D.O.B. 1 1/26/54
ALLERGIES: Codeine

Use Fourth    Date 2/2/06

DIAGNOSIS (If Chg'd)
Tetracycline 500 po BID -
× 14 days
Flagyl 500 + po BID - 14 days
Sig me 2 weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Clackler, Debra
159516

D.O.B. 1 1/26/54
ALLERGIES: Codeine

Use Third    Date 1/3/06

DIAGNOSIS (If Chg'd)
Dulcolax II prn - 90 days
H. Pylori titer
See me 2 weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Clackler, Debra
159516

D.O.B. 1 1/26/54
ALLERGIES: Codeine

Use Second    Date 1/3/06

DIAGNOSIS (If Chg'd)
(1) Tums - KOP - 90 day - II bid
(2) Increase Zantac to 300 mg po
BID 90 days - KOP
(3) GAS-X - KOP - use tid - 90 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Clackler, Debra
159516

D.O.B. 1 1/26/54
ALLERGIES: Codeine

Use First    Date 1/18/06

DIAGNOSIS
(1) Provera 10 mg po BID × 5 days
(2) Zantac 150 po BID - 30 day
(3) Recheck 3 weeks    (KOP)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)    PHS0083



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clacker, Debra
159516
D.O.B. 11 26 54
ALLERGIES:
Use Last    Date 1,17,06

DIAGNOSIS (If Chg'd) fu DR Englehardt
(routine)
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clacker, Debra
159516
D.O.B. 11 26 54    D-12
ALLERGIES:
Use Fourth    Date 12 30 05

DIAGNOSIS (If Chg'd) Metamucil - KOP
180 Day
noted 12/30/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clacker, Debra
159511
D.O.B. 11 26 54
ALLERGIES:
Use Third    Date 12 19 05

DIAGNOSIS (If Chg'd) fu cosov Report c Dr englehardt
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clacker, Debra
D.O.B. 11 26 54
ALLERGIES: codeine
Use Second    Date 12 2 05

DIAGNOSIS (If Chg'd) Mytabs T 1 PO X 30d
noted 12/2/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clacker, Debra
D.O.B. 11 26 54  159516    D-12
ALLERGIES: Codeine
Use First    Date 11 16 05

DIAGNOSIS Pelvic ultrasound
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)                    PHS0084



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clackler, Debra
159516

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Last     Date 1/8/05

DIAGNOSIS (If Chg'd)
① LASIX 20 mg po daily X5 Days
② Schedule pelvic ultrasound
③ Provera 10 g daily x 14 Days
④ See me 2 weeks

D/12
M. Moseley
Allergies

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler Debra
159516

D.O.B. 11/26/54
ALLERGIES:

Use Fourth     Date 11/3/05

DIAGNOSIS (If Chg'd)
① TFT, LFTS / Comp Panel, CBC
② D/C INH BG Rx — Treated
   2/03 - 11/03
③ Flu Dx engl hand + perinasal
   period.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler, Debra
159516

D.O.B. 11/26/54
ALLERGIES: CODEINE

Use Third     Date 10/5/05

DIAGNOSIS (If Chg'd)
① urine CTS, Col cx
② milk g magnesia 30cc prn
   x 40 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker Debra

D.O.B. / /
ALLERGIES:

Use Second     Date 9/16/05

DIAGNOSIS (If Chg'd)
WO Next wk a/ mg TSH

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler, Debra
159511

D.O.B. 11/26/54
ALLERGIES: Codeine

Use First     Date 9/8/05

DIAGNOSIS
① Numeryn 25 mg PO BID prn
   x 5 days
② Provera 10 mg PO daily 14 Days
③ See me 2 weeks for

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)          MEDICAL RECORDS COPY          PHS0085



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clackler, Debra
159511

D.O.B. 11 26 54
ALLERGIES: CODEINE

Use Last    Date 9 7 05

DIAGNOSIS (If Chg'd)
Lipid profile, RPR
EKG - annual
V.O. Dr Williams /PTAH

9/7/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159511

D.O.B. 11 26 54
ALLERGIES: CODEINE

Use Fourth    Date  /  /

DIAGNOSIS (If Chg'd)
MOM 30cc BID PRN x 14 d
Abd flat/upright x-ray
FU HCU
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker
Debra
159511

D.O.B. 11 126 54
ALLERGIES:

Use Third    Date 8 11 05

DIAGNOSIS (If Chg'd)
① CxR
② LFTs
③ INH 900 mg Tues & Thu x 9 months
④ Vit B6 50 mg Po Tues & Thurs x 9 month
⑤ LFTs in 3 months
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159511

D.O.B. 11 26 54
ALLERGIES: Codeine

Use Second    Date 8 1 05

DIAGNOSIS (If Chg'd)
① KUB
② Flu HCU this wk
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, DEBRA
159511

D.O.B. 11 26 54
ALLERGIES: Codeine

Use First    Date 7 25 05

DIAGNOSIS
① Colace 100 mg ii Po qd x 90 d
② Mag citrate x 12 oz x1 now
③ MOM 30-60 ml Po constipate x90 days
④ HC U F/U in 2 wks
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)          MEDICAL RECORDS COPY                    PHS0086



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cluky Debra 159516 | DIAGNOSIS (If Chg'd) ① Clotrimazole Vaginal cream use HS x Theplis- per protocal Dr Williams / Dr muller |
|---|---|
| D.O.B. 11/26/54    4/23/05 6 pm | |
| ALLERGIES: Codeine | |
| Use Third    Date 6/23/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clackier Debra | DIAGNOSIS (If Chg'd) Mamogram |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second    Date 6/20/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clackler Clackler Debra 159516 | DIAGNOSIS ① Mag Citrate 1 bottle now ② Santyl 150 mg + per. erg x 10 days per protocol Dr Williams / MCrain fl |
|---|---|
| D.O.B. / / | |
| ALLERGIES: Codeine | |
| Use First    Date 6/11/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clackley Selma 159516 | DIAGNOSIS |
|---|---|
| D.O.B. 11/12/54 | ① _May citrate I bottle how_ _per protocol / Dragueness Knuller_ |
| ALLERGIES: codeine 7/27/05 | |
| Use First    Date 5/27/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

PHS0088



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    /<br>ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Clackler, Debra<br>159516<br>D.O.B. 11/26/54<br>ALLERGIES: codeine | DIAGNOSIS Schedule Excision lipoma<br>Dr Daly |
| Use First    Date   1/7/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)                                                                    PHS0089



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clackler Debra<br>159516<br>D.O.B. 11/24/54<br>ALLERGIES: Codeine | DIAGNOSIS<br>① Metamucil ↓ pkt BID x 100 days<br>Copied order Dr Peasant 1 PM Corrine Lee |
|---|---|
| Use First    Date 5/8/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cleckev, Debra | DIAGNOSIS (If Chg'd) |
|---|---|
| 159 516   4/2/05 | 4) Consult Dr. Voit regarding |
| D.O.B. 11 1264 54 | Bilat side pain |
| ALLERGIES: Codeine | 5) Consult U/S of Abd & Pelvic |
| | DX Bilat side pain |
| Use Fourth   Date 4/2/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clecker, Debra | DIAGNOSIS (If Chg'd)  4) Botton Break profile |
|---|---|
| 159 516   4/12/05 | 1) U/S of Abd & Pelvic |
| D.O.B. 11 126 154 | 2) Metamucil Powder 2tsp in 1 glass |
| ALLERGIES: Codeine | Water BID  X 100 days prn |
| | 3) Schedule for Monogram |
| Use Third   Date 4/12/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cleckler, Debra | DIAGNOSIS (If Chg'd) |
|---|---|
| 159516 | ⊕ PPD in past — CxR |
| D.O.B. 11 26 54 | |
| ALLERGIES: Codeine | Per protocol / Dr. Englehart |
| | |
| Use Second   Date 4/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clecker, Debra | DIAGNOSIS |
|---|---|
| 159 516 | 1) Metamucil 1 Pack. Bid PRN |
| D.O.B. 11 26 154 | X 30 day |
| ALLERGIES: Codeine | per protocol Dr Englehart |
| Use First   Date 3 28 05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                    MEDICAL RECORDS COPY                    PHS0091



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clackler, Debra  159516 | DIAGNOSIS (If Chg'd)  Return from Louisiana |
|---|---|
| D.O.B. 11/24/54 | |
| ALLERGIES: Codeine | |
| Use Second   Date 3/18/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Clackler Debra  159516 | DIAGNOSIS  ① Colace 100mg # po BIDX 180days  2.0. hrs. on depart INd/wks.pn  ② See me in 5 weeks  ③ Mag Citrate 1 bottle Tues & Friday  X 30 days. |
|---|---|
| D.O.B. 11/24/54 | |
| ALLERGIES: Codeine | |
| Use First   Date 10/11/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last        Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth        Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third        Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clackler, Debra
159516

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Second        Date 9/19/04

DIAGNOSIS (If Chg'd)

Macrodantin 100mg ÷ bid X 10 days
VO Dr. Englehardt/C. Dillard, Lpn

9/19

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clackler, Debra
159516

D.O.B. 11/26/54
ALLERGIES: Codeine

Use First        Date 9/19/04

DIAGNOSIS

Pyridium 200mg ÷ bid X 3 days
Motrin 600mg ÷ bid X 3 days
VO Dr. Englehardt/C. Dillard, Lpn

9/19

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  ALLERGIES: | |
| Use Last      Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  ALLERGIES: | |
| Use Fourth      Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  ALLERGIES: | |
| Use Third      Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clackler, Debra 159516 | DIAGNOSIS (If Chg'd) Amoxicillin 500 po TID X10 days |
|---|---|
| D.O.B. 11/26/54  ALLERGIES: codeine | |
| Use Second      Date 9/7/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Clackler, Debra 159516 | DIAGNOSIS Dulcolax ii PO QHS X 6 days PRN D.O. Dr. Engelhardt / B Clackler |
|---|---|
| D.O.B. 11/26/54  ALLERGIES: codeine | |
| Use First      Date 09/06/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)                    MEDICAL RECORDS COPY                    PHS0094



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Clacker, Debra
159516

D.O.B. 11 26 154
ALLERGIES: Codeine

Use Last    Date 9/21/04

DIAGNOSIS (If Chg'd)
(1) Amylase, lipase
(2) Urine C&S / col c&t
(3) Stop Vicityl
(4) Reglan 10 mg - PO BID - 90 days
(5) Recheck 2 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159516

D.O.B. 11 26 154
ALLERGIES: Codeine

Use Fourth    Date 8 18 04

DIAGNOSIS (If Chg'd)
(1) Amylase lipase                    KOP
(2) Reglan 10 mg po BID - 30 days
(3) Zantac 300 po BID - 30 days
(4) Recheck 3 weeks              (KOP)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159516

D.O.B. 11 26 154
ALLERGIES: Codeine

Use Third    Date 7/21/04

DIAGNOSIS (If Chg'd)

Zantac 150 mg T po BID
X 30 Days - KOP
Recheck - 4 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159516    Noted

D.O.B. 11 26 54
ALLERGIES: Codeine

Use Second    Date 7/7/04

DIAGNOSIS (If Chg'd)
(1) Zantac 150mg cal LS X 30 dy
(2) Tylenol 2 # - 2 tab BID
X 14 day
(3) Recheck in 3 wk

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clacker, Debra
159516

D.O.B. 11 26 54
ALLERGIES: Codeine

Use First    Date 6 12 04

DIAGNOSIS
(1) Mag citrate 1 bottle now
V/O D Englehart / Amussen
(2) Colace 100mg T PO Bid X 5 day
V/O Nling/Enhart / Amussen

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

110 (4/03)

PHS0095



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Clackler, Debra
159516

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Last    Date 5/29/04

DIAGNOSIS (If Chg'd)
Tylenol 325 mg ii po BID X 10 days
Dexamethasone tabs i po BID X 5 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler Debra
159516

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Fourth    Date 5/21/04

DIAGNOSIS (If Chg'd)    Noted 5/23 @ 155pm BHedica

Phenergan 25mg PO BID X 3 days
LO for Dr Engelhardt (days)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    5/23

---

NAME: CLACKLER Debra
15 9576
noted
Vannueta

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Third    Date 5/10/04

DIAGNOSIS (If Chg'd)

PenVK 500 mg PO Bid X 7 days
Motrin 600 mg PO Bid X 5 days [prior Rx]
R Maxson (orn)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler, Debra
159576

D.O.B. 11/26/54
ALLERGIES: Codeine

Use Second    Date 4/26/04

DIAGNOSIS (If Chg'd)    Noted 4/26 @ 155pm BHedica
① Recheck 4 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Clackler, Debra
159576

D.O.B. 11/26/54
ALLERGIES: Codeine

Use First    Date 4/19/04

DIAGNOSIS    noted
2 hos

Motrin 600 mg i po bid X 3 days
R Maxson

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)

PHS0096

**Name** _Clockler Debra J_ (Last / First / Middle Initial)
**Date** _2/16/04_   **Allergies** _Codeine_
**AIS #** _159516_
**Facility** _Tut_
**SIG.** _[illegible handwritten prescription notes]_
**Discontinue** _[illegible]_
**Continue**
**Increase**
**Decrease**
**Physician Signature:** _[illegible]_
NC002

---

**Name** _Clockler Debra_ (Last / First / Middle Initial)
**Date** _10/8/03_   **Allergies** _Codeine, Ampho — IM?_
**AIS #** _159516_
**Facility** _TUT_
**SIG.** _[illegible handwritten prescription notes]_
**Discontinue** _[illegible]_
**Continue**
**Increase**
**Decrease**
**Physician Signature:** _[illegible]_
NC002

---

**Name** _Border Clockler Debra_ (Last / First / Middle Initial)
**Date** _9/25/03_   **Allergies** _Codeine_
**AIS #** _159516_
**Facility** _TUT_
**SIG.** _[illegible handwritten prescription notes]_   _11-4-03_
**Discontinue** _[illegible]_
**Continue** _9/24/03_
**Increase**
**Decrease**
**Physician Signature:** _[illegible]_
NC002

---

**Name** _Clockler Debra_ (Last / First / Middle Initial)
**Date** _9/5/03_   **Allergies** _Codeine_
**AIS #** _159516_
**Facility** _TU_
**SIG.** _[illegible handwritten prescription notes]_
**Discontinue** _[illegible]_
**Continue**
**Increase**
**Decrease**
**Signature:** _[illegible]_
PHS0097
NC00?

**Name** Clacker, Debra    Last    First    Middle Initial
**AIS #** 159516
**Date** 8/4/03    **Allergies** Codeine
**Facility** TVT
**SIG.** CBC Comp Met
Prozac 325 mg T qd x 180 d Kup
robaxe 100 mg BID x 180 d Kup
**Physician Signature:**
**Discontinue** S Horton
**Continue** 8/4/3 1300
**Increase**
**Decrease**

NC002

---

**Name** Clacker    Debra    Middle Initial
**AIS #** 159516
**Date** 4/18/03    **Allergies** Codeine
**Facility** JTP
**SIG.** INH 300 PO QD X 9 Months
LFT
Sputum for AFB x3
VO Dr Engelhardt/DMH
**Physician Signature:**
**Discontinue** S. Horton
**Continue** 4/18/3 1PM
**Increase**
**Decrease**

NC002

---

**Name** Clacker    Last    First    Middle Initial
**AIS #** 159516
**Date** 4/15/03    **Allergies** Codeine
**Facility** TVT 4/15/03
**SIG.** Recheck 3 wks
**Physician Signature:**
**Discontinue** S. Horton
**Continue** 4/15/3 3P
**Increase**
**Decrease**

NC002

---

**Name** Clacker, Debra    Last    First    Middle Initial
**AIS #** 159516
4/4/03    **Allergies** Codeine
**Facility** TVT
Imul 25 mg po x 180 d
AMMIGUM
**Signature:**
**Discontinue** S. Horton
**Continue** 4/4/3 3P
**Increase**
**Decrease**

PHS0098

Name _____ Clacker _____ Debra _____ First _____ Middle Initial

Date __3/5/03__    Allergies __Codiene__

AIS # __159516__

Facility __TUT__

SIG.

Repeat Mammogram in 2 months,
Elavil 25 mg q hs x 30 days,
Tylenol 325 mg I PO B<D x 30 days
Recheck 30 days

Physician Signature:

Discontinue

Continue  3/5/03

Increase

Decrease

NC002

---

Name _____ Clacker _____ First _____ Debra _____ Middle Initial

Date __2-26-03__    Allergies __Codiene__

AIS # __159516__

Facility __TUT__

SIG.

Motrin 600 mg bid x 5 day

Physician Signature: _____ MCauley DMD _____

Discontinue

Continue  4/26/03  6:30 p

Increase

Decrease

NC002

---

Name _____ Clacker _____ Debra _____ First _____ Middle Initial

Date __1-23-03__    Allergies __Codiene__

AIS # __159516__

Facility __Tutwiler__

SIG.

① SGOT 1/27/03
② INH 300 mg QD x 9 months
   275 day When Available

Physician Signature:

Discontinue

Continue  1/23/03

Increase

Decrease

NC002

---

Name _____ Clacker, Debra _____ First _____ Middle Initial

Date __11/20/02__    Allergies __Codiene__

AIS # __159516__

Facility __TUT__

SIG.  Schedule PAP

Physician Signature:

Discontinue

Continue

Increase

Decrease

NC002

PHS0009

Name _Clacker Debra_
Last          First          Middle Initial
Date _10-30-02_      Allergies _Codeine_
SIG.
Bilat. Breast ultrasound
See me 3 weeks

Physician Signature: _Gildersly_

AIS # _159 516_
Facility _Tray_
Discontinue _[signature]_
Continue _[signature]_
     _10/30/02_
Increase
Decrease

NC002

---

Name _____
Last          First          Middle Initial
Date _____      Allergies _____
SIG.

Physician Signature: _____

AIS # _____
Facility _____
Discontinue
Continue
Increase
Decrease

NC002

---

Name _Clacker Debra_
Last          First          Middle Initial
Date _10-15-02_      Allergies _Codeine_
SIG.
See me 6 mos

Physician Signature: _[signature]_

AIS # _159 516_
Facility _Tray_
Discontinue
Continue _[signature]_
     _10/15/02_
Increase
Decrease

NC002

---

Name _Clacker Debra_
Last          First          Middle Initial
Date _4-20-02_      Allergies _____
SIG.
See me 7 weeks

AIS # _159 516_
Facility _Tray_
Discontinue
Continue _[signature]_
Increase

| Name | Last: Crackum | De | First: ??? | Middle Initial | AIS # 159516 |
|---|---|---|---|---|---|
| Date | 9-10-02 | Allergies | Codeine | | Facility ??? T |

SIG.

± Mammograms

See me 1 week

Physician Signature: _[signature]_

Discontinue

Continue _[signature]_ 9/10/02

Increase

Decrease

NC002

---

| Name | Last: Crackum | Debra | First | Middle Initial | AIS # 159516 |
|---|---|---|---|---|---|
| Date | 99 | Allergies | Codeine | | Facility ??? T |

SIG.

Put on List

Physician Signature: _[signature]_

Discontinue

Continue _[signature]_ 9-9-02 5:36pm

Increase

Decrease

NC002

---

| Name | Last: Crackon | Debra | First | Middle Initial | AIS # 159516 |
|---|---|---|---|---|---|
| Date | 12-21-01 | Allergies | Codeine | | Facility ??? T |

SIG.

Tylenol II (BID) x 30 day

(Am 4mg BID) x 30 day

Physician Signature: _[signature]_

Discontinue

Continue 2 no. _[signature]_

Increase AV

Decrease May-1-01

NC002

---

| Name | Last: Crackon | Debra | First | Middle Initial | AIS # 159516 |
|---|---|---|---|---|---|
| Date | 10-26-01 | Allergies | Codeine | | Facility ??? T |

G.

Motrin 600 tid x 30 day

no ref bw

Physician Signature: _[signature]_

Discontinue

Continue _[signature]_

Increase

Decrease

PHS0101

| NAME | | AIS# |
| --- | --- | --- |
| \TE | | FACILITY |
| | | DISCONTINUE |
| | | CONTINUE |
| | | INCREASE |
| Pl        ature: | | DECREASE |

| NAME | Clacker Debra | AIS# 159516 |
| --- | --- | --- |
| DATE | 8/8/98 | FACILITY Emc |
| SIG. | Naprosyn 375 | DISCONTINUE |
| | | CONTINUE |
| | | INCREASE |
| Physician Signature: | | DECREASE |

| NAME | Clacker, Debra | AIS# 159516 |
| --- | --- | --- |
| DATE | 4/3/96 | FACILITY Jut |
| SIG. | EKG | DISCONTINUE |
| | Lab work - Cholesterol level | CONTINUE |
| | | INCREASE |
| Physician Signature: | | DECREASE |

| NAME | Clacker, Debra | AIS# 159516 |
| --- | --- | --- |
| DATE | 1-4 96 | FACILITY JTF |
| SIG. | Motrin 600 mg | DISCONTINUE |
| | PO tid x 3 days | CONTINUE |
| | | INCREASE |
| Physician Signature: | | DECREASE |

PHS0102

| Date/Time | Inmate's Name: | Crackler, Debra | D.O.B.: 11-26-54 |
|---|---|---|---|

3/20/06   T-98?   P-50   R-16   BP 114/72   wt 167

S) Pt here for FU on long standing
GI problems. Current symptoms - HA,
nausea, acid reflux, constipation +
bloating

Pt started Rx for H.Pylori (Flagyl, Tetragel)
but didn't complete therapy (she says d/t
nursing error) She reports GI c/o all
HA resolved while on antibiotics
Requests another round of Samety

O) A, O   NAD - talks until interrupted
Abd - soft, hypo active BS diffuse
periumbilical tenderness ○ masses
○ organomegaly
midline scar (from bladder surgery)

A) incomplete Rx x 1 mo ago
reflux - consider PUD
personality d/o

P) Will Repeat antibiotics ×1 wk to
pt (unclear if she completed Regime
or not)
Continue acid suppress

5) Meds, plan of Care
Mureford



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: _Clackler, Debra_ | D.O.B.: / / |
|---|---|---|

1/31/06  – flu –

Pt is c/o abd pain – epigastric,
burning constant + → radiating to back
Denies dark stools. Non-smoker. Bloats
similar c/o off + on for a year –
GAS-X helps. She's on Zantac 150 –
Occ constipation –

Pt had menses in response to recent
provera administration

O: Rectal → Brown stool: guaiac (+)

A: R/O duodenal ulcer

P: H. pylori titer today
↑ Zantac to 300 bid
Tums KOP –
GAS-X KOP
PRN dulcolax
Recheck 1-2 wks

_Englehart_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

159516

| Date/Time | Inmate's Name: Clackler, Debra | D.O.B.: 11/26/54 |
|-----------|-------------------------------|------------------|

11/8/05

50 yo - bleeding for 3 weeks -
She required provera in September
for similar problem. Bleeding has
not been normal since 4/05 -
A floats -

(Pap OK 10/6/05)

Prev. notes reviewed
No pelvic repeated

A: DUB - perimenopausal pt

P: Vagix 20 y x 5 days
provera 20mg Px 14 days
Pelvic ultrasound requested — she
will need D+C if Thickened
endometrium is present
Recheck viruses

12/30/05 - f/u. pt has had 2 normal [?] periods!!
periods. Her u/s is reviewed - uterus
slightly enlarged; 2 small leiomyomata -
(compatible c my exams in Sept.)
She would like softener reviewed

GO111 (5/85)

**Complete Both Sides Before Using Another Sheet**



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clackler, Debra | D.O.B.: 11/26/54 |
|---|---|---|

11-3-05  T- 98°  P- 54  R- 20  BP- 133/67  WT- 165

PT Reports DUB Bleeding since 10/18/05

50yo   ↓ cramping + Mild Abdominal discomfort.

Treated by Dr. Englehardt — Pap done 10/5/05

Exam — Normal pelvic. Stool guaiac ⊖

Hx Constipation — Treated w/ MOM.

States Navel region is sore — belt line.

currently Reports pain to ⊕ Rib Margin @ ⓛ
lingual Rimors gas.

Side.   Stomach swelling after tingling

Sensation.

GB Surgery 88 — Elective — Non Emergent Mid Line Surg.

Tubal "9" — umbilical Pressure

PT Reports INH 2-03 → 11-03 at Tut water Prison.

PT Reports scopt by Attend c T.B. @ Tutwiler

States she spoke c Nr. Bee — Meds continued.

Incarcerated x 16 yrs.

AFB √s

CXR c NAD
HEENT — unRemarkable.
CV: RRR S₁S₂
                                                    PHS0106

Lungs: Clear (B)                           Scar
                                           Lipoma Resect.
ABD: Mid-line Scar 2°    dimpling 2° surgery T2.
     surgery clots busted
     w/ Mid line thining c spont Resolves ∅ incarceration.
     ⊕ BS  ∅ Guarding or Rebound.
     ⊗ c/v @t  ⓛ Side small Lipoma c tere size on
                     Exam @ Mid Axillary Line.

A: Old Hernia — No evidence of strangulation.
P: @ INH 2003 PPS  Treated till Past 2003 will DC INH
   PT Report CXRS  RTC If pen swelling occurs
   f/u c Dr. Englehardt c Dimeningand pain    Dr. Hilby

10/3/05   T-98⁸  P-50  R-16   BP-122/76   WT-169

(S) Pt thinks she is here for her PAP - on list for her on ↑TSH. Mother + sister c̄ hypothyroid

(O) A+O  NAD
HEENT - WNL   p̄ masses   p̄ exopthalmia
HRRN

(A) ↑TSH

(P) Will consult c̄ Dr Williams r Art.
Sn c̄ Dr Engelhardt for gyn concern   [signature]

10/5/05   T-98⁸   P-55   R-20   BP-110/70   WT-167
40 year (R) UQ. Dysuria, + constipation
For Annual - BSE, PAP
current c̄ mammograms (7-05)

O = Br : Normal - soft + symm.
Abd - Sfex - Liver NF - Soft -
+ NO mass
Pelvis : Vulva, Vag, Crx - Normal
uterus + adnexa Normal
Stool hemoccult ⊖

A = R/O UTI

P : PAP
Cervical culture
urine C+S - col ct
Laxatives prn
[signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clacker | D.O.B.: / / |
|---|---|---|

9/2/04  99.2  120/74  S6 18        c/o dysuria

P/u —    c/o swelling + pain abd post prandial
          she did better c̄ only 1 stool a day —
     abd soft.                    no blood (drawn yet)

A: (?) source of pain —

P: lipase, amylase
      urine C+S
      try Reglan
      Stop Bentyl
      See 2 wks
                                        [signature]

9/6/04  Note: Normal Amylase + lipase
                                        [signature]

9.7.04  urine C+S → 100,000 col B. strep —
          Will treat (UTI)
                                        [signature]

9/13/04  P/u — pt feels well — has had 6 days of Rx for
          strep cystitis —
      P: complete Amoxicillin — See prn
                                        [signature]

G0111 (5/85)

Complete Both Sides Before Using Another Sheet

PHS0108