| Date/Time | Inmate's Name: _Clackler_ | D.O.B.: / / |
|---|---|---|

8/18/04  aa3 130/70 - 63 - 18

c/o Postprandial cramping.

O = No exam today

A = cramps

P: Lipase, Amylase
   ↑ Zantac to 300 bid          ⎫ see pt in
   Add Reglan 10 bid            ⎭ 3 wks

E - eat more slowly
    Reduce carbonation

─────────────────────────────────

4/12/05
4/14/05
1230    98⁵ - 62 - 20      B/p 118/80    O₂ sat 98%
        Ⓢ Pt just returned from Louisiana for medical
        reason. She c/o Bilat side pain. — has had
        in past. Can't relate to food. Had gallbladder
        removed this past.
        Ⓞ Alert NAD



        Lipoma

        ABD. tenderness

A/P. Orbital pad tenderness. ↑ Flo
     ② (L) side Lipoma
     (R) Tylenol for pain — U/S of Abd + Pelvis



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Clackler, Debra                D.O.B.: 11/26/54 |
|---|---|
| 5 Mon<br>0130 | Seen at sick call                    [signature] |
| 5-25-04 | S: Menses shorten to q 3 weeks<br>pain in Abd LUQ<br>O: Abd soft [illegible]. Probable muscle<br>strain from vomiting last weekend<br>Pelvic exam neg. [illegible] WSSP. Adnexa<br>neg [illegible] legs<br>A: Low Grade Gastritis<br>Muscle Strain<br>P: Tylenol<br>[illegible]<br>[illegible]    prn    - Consult Dr. [illegible]<br>R: Plan<br>[illegible] Menstrual Calendar [illegible] [illegible] |
| 6/21/04 | seen at sick call. May Citrate now. [illegible]<br>will. ——  [signature] |

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 10/8/03 | 930A | 98.4  20   56   106/75 |
| | | S: Scheduled pelvic exam c̄ c/o pelvic pain s̄ d/c |
| | | O: Pap done - cervical irritation s̄ d/c |
| | | noted. Yeast also present |
| | | A: cervicitis c̄ yeast |
| | | P: see Orders |
| | | E: Info re Pap |
| | | JR NP |
| 4/23/04 | | Seen @ sick call _____ [signature] |
| 4/26/04 | | T 99.1  P 60  R 18  B/P 90/80 |
| | | c/o pulling sensation LUQ - 4 days |
| | | ago. Had dysuria yesterday. Had a |
| | | "lump" develop Ⓛ side recently |
| | | pt works in library |
| | | O: Abd obese soft nontender - |
| | | liver & spleen NP. No hernia |
| | | 4 x 5 cm lipoma present LUQ in |
| | | AAL - soft - no evid of trauma |
| | | U/A → absolutely clear |
| | | A: lipoma |
| | | P: follow |
| | | [signature] |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|---|---|---|---|
| Clackler, | Alethia | | 159516 |

NC007

PHYSICIAN'S PROGRESS NOTES

PHS0111

## NAPHCARE
## PHYSICIAN'S PROGRESS NOTES

| TE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| M | 1055A | 98.9    20    59    1/3/81 |
| | | S: Bradycardia on CCL. TB, HR of 50 |
| | | O: HR to day 59. EKG - Brady c̄ HR 48 |
| | | Heart sounds brady but normal. Simply |
| | | Hx of Hypothyroidism |
| | | A: Bradycardia |
| | | P: See Orders |
| | | E: Info on Bradycardia |
| | | |
| | | note    In view of normal EKG. Dr Mc Clane |
| | | recommends to tx benign condition |
| | | |
| | 1052? | 98.4  20  65  11/7/61 [signature] (age 44) |
| | | flu - only go is sharp + brief ua |
| | | pain - last 3 cycles. c̄ menses only |
| | | Had pap 12/02 - ok. |
| | | labs - all ok  (T4 1.1  WNL) |
| | | A: dysmenorrhea, menses began |
| | | yesterday |
| | | P: see 2 wks + to pelvic |
| | | [signature] |

PROGRESS NOTES

| Patient Name | Clacher, Deba | I.D. # 159516 | | Institution | TW |
|---|---|---|---|---|---|

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 4/15/03 | 9:37a | 98.8    20    86    114/81 | |
| | | Note: No reason to see pt today. Mammogram pending. | |
| | | | |
| 4/12/03 | | note: normal _____ | |
| | | | _____ |
| 5/do/03 | 11a | 97.0    20    61    140/80 | |
| | | S: Recheck Mammogram results | |
| | | O: Mammogram Normal | |
| | | A: Fibrocystic Breast Dz | |
| | | P: Annual Mammogram | |
| | | SBE's | |
| | | E: Info on results | |
| | | | JRmy, NP |
| 8/4/03 | 9:27a | 98.8  20    80    115/78 | |
| | | S: pt passed out in pill line on __ | |
| | | O: Pt's lower conjunctiva pale - sluggish capillary refill. Prolonged menses. Denies dizzy spells | |
| | | A: R/o anemia | |
| | | P: See Orders | |
| | | E: Info on anemia | |
| | | | JRmy __ |

PHS0113

PHYSICIAN PROGRESS NOTES

Patient Name: Clacker, Debra     I.D. #: 159516     Institution: Jut

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/3/03 | 11:36 | 97.9   20        65      118/85 | |
| | | S: c/o Lt breast pain | |
| | | O: Pt had normal u/l Lt breast last Nov. Dx with fibrocystic Breasts. Pt states condition has worsened since beginning ZAM. Multiple fibroids palpated in Lt breast on exam but ø s/s infection or lg masses | |
| | | A: Fibrocystic Breast Dz | |
| | | P: See Orders | |
| | | E: Info on dz or nurses | |
| | | [signature] | |
| 4/4/03 | 1:30 | 98.3    20        75      123/65 | |
| | | S: Recheck | |
| | | O: Pt states that she has done very well on Tylenol & Elavil. Much less breast pain & swelling. Pt due recent mammogram | |
| | | A: Fibrocystic Breast Dz | |
| | | P: See Orders | |
| | | E: Info on Elavil | |
| | | [signature] | |

PHS0114

# NAPHGARE
## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 10/30/02 | 10⁵⁵ | 97.6  20  62  112/60 |
| | | c/o tender ® breast. Off ton. No more |
| | | galactorrhea. ® breast was tender |
| | | in Sept, it is more comfortable |
| | | Breasts are uniformly quite dense |
| | | without palp dominant mass |
| | | warm + tender + appearing but |
| | | sensitivity limited due to density |
| | | A: Persistent mastodynia |
| | | Dense breasts |
| | | P: ultrasound of breasts |
| | | [signature] |
| 11/20/02 | 09:40A | 97.9  20  62  144/80          167# |
| | | S: F/U post u/s Breast |
| | | O: Pt states breast is less tender and |
| | | has improved. Pt currently avoiding NSAIDs |
| | | u/s had small cystic changes b/l/cml |
| | | but no cmy |
| | | A: Fibrocystic Breasts |
| | | P: No Tx Needed |
| | | E: Info on Fibrocystic Breast Dz |
| | | [signature] |
| 1/23/03 | | Pt to begin 4 tabs of NH [signature] |

| NAME-LAST | FIRST | MIDDLE | AIS # |
|-----------|-------|--------|-------|
| Clackler, Rebra | | | 159516 |

IC007

PHYSICIAN'S PROGRESS NOTES

PHS0115

## NAPHCARE
## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 9-20-02 | 1130A | *T 99.4    P 52    R 20    BP 129/77 ~ |
| | | *f/u - we are awaiting mammograms - which have not been done yet |
| | | |
| 10/4/02 | | 98.1    53    160/80    20 |
| | | S: F/u for report of mammogram |
| | | O: Mammogram had no evidence of malignancy Rt breast exam done with no DLC elicited. Small fibroid noted at 2 o'clock on Rt breast |
| | | A: Fibroid cyst - Benign |
| | | P: See Orders |
| | | |
| 10/15/02 | 1430 | 98.1    Ryan NP   58   160/80 |
| | | Recheck p mamm |
| | | Discussion mastodynia is only intermittent + no more nipple drainage - no exam necessary today Mammograms unremarkable |
| | | A = fcc |
| | | P = See 6 mos PRN - Education |

NAME - LAST: Clacker
FIRST: Debra
MIDDLE:

AIS #: 159516

NC007

PHYSICIAN'S PROGRESS NOTES

PHS0116

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Cloaker, Debra_    I.D. #: _1595-16_    Institution: _JYP_

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/28/98 | | Pt feels better. no more chest pain. off Naprosyn now; fever, cough p̄ no chest wall tenderness. no swelling. A/e equal; exclude exhale CV2 rr/rm. | |
| | | A/P — S/P Costochondritis feel better, off medication. letu brw | _[signature]_ |
| 3/29/99 | | Annual phys completed | _[signature]_ |
| 4/19/00 | 3pm | Pap done. Pelvic normal | _C. [signature]_ |
| 9/10/02 | 1405 | 98.6  20  51  138/73 Pt c/o ® breast heaviness; ® nipple discharge - 6-8 weeks. She did not feel mass. Was tender - better now O: Inspection Neg. (L) - FCC only ® FCC - a bit more dense than (L) - but no dominant mass. Non tender. axillae neg A: FCC c recent metrorrhagia + galactorrhea P: mammogram | _[signature]_ |

PHS0117

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _Clackler Delisa_ I.D. # _____  Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 4-16-98 | | Annual pap per protocol c̄ consent - | ✓ |
| 8/18/98 | | c/o pain ⓛ side of chest on later Medial side of breast. pain is present for 3-4 days. | [illegible] |
| | | ↑ c̄ respiration, c̄ trauma c̄ swelling breast, no nipple d/c no fall no fever no cough, no sputum no lymphnode | |
| | | P/E   Breast bilaterally symmetrical no mass, no swelling no nipple d/c | |
| | | Chest wall Tenderness ⊕ anteriorly laterally to sternum on ⓛ side | |
| | | - lungs clear   c/s RRR c/m | |
| | | A/P Costochondritis; | |
| | | - Naproxen 375 ⁱ BID x 2 weeks | |
| | | - Heat applicate | |
| | | - F/U c̄ work | [signature] |

PHS0118

CORRECTIONAL MEDICAL SYSTEMS, INC.

INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Unckle, Debra_  I.D. # _159516_  Institution _JYP_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | | |
| 3/19/97 | | UA collected & dipped as ordered- Also RPR- Blood drawn as ordered- M Andrews/Lab/LH | |

PHS0119

## Nursing Evaluation Tool:                                        Abdominal Pain

Facility: Alabama Department of Corrections

Patient Name: _Whaylen & Debra_
        Last            First

Inmate Number: _159516_    Date of Birth: _11/26/54_

Date of Report: _3/6/06_    Time Seen: _1000_ (AM) PM  Circle One

**Subjective:** Chief Complaint: _The same problem - Couldn't see_

Onset: _Dr Williams on the 13th_

History: _Antibiotics helped - stomach meds don't help_

Pain Description: ☐ Sharp ☐ Dull ☒ Crampy ☒ Burning    Location: ☐ RUQ ☒ LUQ ☐ RLQ ☒ LLQ ☐ Epigastric ☐ Diffuse
☒ Intermittent ☒ Constant ☐ Radiation to:
☐ Other:

Last BM: _yesterday_ ☐ Normal ☒ Constipation ☐ Diarrhea x____ stools  Color change: ☒ No ☐ Yes:
Associated symptoms: Nausea ☐ No ☐ Yes  Vomiting ☐ No ☐ Yes (x____)  Painful urination ☒ No ☐ Yes
Back pain ☒ No ☐ Yes  Other:
* FEMALE: LMP: __/__/__  Vaginal Discharge: ☐ No ☐ Yes (Describe): _NA_
Pregnancy Test: negative / positive / NA (Circle One)

**Objective:** Vital Signs: (If Indicated) T: _964_ P: _88_ RR: _18_ B/P: _140/88_
General appearance: ☐ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☐ Warm ☐ Cool ☐ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☐ Moist ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☐ Present ☐ Decreased ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☐ Distended ☐ Non-Tender ☐ Tender____
Pain induced/increased with: Walking ☐ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☐ Yes
☐ Additional Examination: _HAS appt E Dr Williams on 3/14 - Not called - Dr. Williams not here that day_

**Assessment:** (Referral Status)
☐ Referral **Not Required**
☐ Referral **Required** due to the following: (Check all that apply)
  ☐ Abnormal Vital Signs  ☐ Distended/rigid abdomen  ☐ Persistent Nausea and/or vomiting
  ☐ Bloody or "Tarry" stools  ☐ Pallor, moist clammy skin  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other:

Preliminary Determination(s): ____

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens or does not improve
☐ Education on bowel elimination ☐ Education on Lifestyle Modifications to prevent reflux
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☐ YES ☒ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☐ Maalox 30 cc PO X1 dose
☐ Other OTC Medications given ☐ NO ☐ YES (If Yes List): ____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Williams_  Date for referral: _3/6/06_
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ____  Time ____

X _signature_  Name: _printed_

PHS0120



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*Follow-up 3rd Request*

Print Name: _Debra Clackler_     Date of Request: _3-14-06_

ID # _159516_     Date of Birth: _11-26-54_    Location: _Dorm 12 Bed 47B_

Nature of problem or request: _Abdominal pain and swelling and back pain. I saw Dr. Williams on 2-14-06, and was treated for this same problem. While taking the medication which he prescribed, the pain went away and I was feeling better. As soon as I stopped taking the medication, the pain and swelling returned._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/16/06_
Time: _1000_   AM PM
Allergies: _Codeine_

**RECEIVED**
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective: _See W of_

(O)bjective   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

(A)ssessment: _May lay down this afternoon 3/16/06_

(P)lan: _NHS an appt. c Dr. Williams_

    _Probs c ordered 2-14-06 + 90 days_

Refer to: MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

**CIRCLE ONE**

Check One: ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_Signature_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0121

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Clark_ _Debra_
                     Last                First

Inmate Number: _159516_

Date of Birth: _11_ / _26_ / _1854_
                        MM    DD    YYYY    MI

Date of Report: _3_ / _11_ / _2006_
                         MM   DD    YYYY

Time Seen: _9:47_ AM/PM  Circle One

**Subjective:** Chief Complaint(s): _" I hurt in my abd need to see_

Onset: _Dr William_

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98²_  P: _80_  RR: _20_  B/P: _124/80_ /

Examination Findings: _Pt has tenderness in abd as well also._
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _attention in cont_
  ☐ Referral **NOT REQUIRED**                    _R/T abd pain_

  ☑ Referral **REQUIRED** due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
                (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr William 3/14/06_   Date for referral: _3_ / _11_ / _2006_
                                                                                                        MM   DD   YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____                Name: _R Ethel Morgan_
        Nurses Signature                              Printed

PHS0122

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Follow-up*
*2nd Request*

Print Name: Debra Clackler               Date of Request: 3-9-06

ID # 159516               Date of Birth: 11-26-54   Location: Dorm 12 Bed 47B

Nature of problem or request: Abdominal pain and swelling and back pain. I saw
Dr. Williams on 2-14-06 and was treated for this same problem. While taking
the medication, the pain went away and I was feeling much better. As soon as
I stopped taking the medication, the abdominal pain and back pain returned.

Debra Clackler
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 3/11/2006

Time: 9:45  AM PM

Allergies: Codine

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

*See next*

**(S)ubjective:**

**(O)bjective   (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( ✓ )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

**RECEIVED**
**MAR 10 2006**

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE                                        PHS0123
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Clackler_ _Debra_
                Last                    First

Inmate Number: _159516_

Date of Birth: _10_/_26_/_1957_
                MM   DD    YYYY

Date of Report: _2_/_23_/_2006_
                MM   DD   YYYY

Time Seen: _____ AM / PM Circle One

**Subjective:** Chief Complaint(s): " Still having some abd pain and swelling "

Onset:

Brief History:
(Continue on back if necessary) Pt has been treated by Dr Willaw + Dr Englud

☐ Check here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98² P: 78 RR: 22 B/P: 130/81

Examination Findings:
(Continue on back if necessary) Pt still has some pain in abd tender to touch

☐ Check here if additional notes on back

**Assessment: (Referral Status)**      Preliminary Determination(s): Abd pain no Concern
☐ Referral NOT REQUIRED                Abd Pain

☑ Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
          (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Willaw           Date for referral: _2_/_23_/_2006_
                                                                        MM  DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

Nurses Signature: _____    Name: Richard Mosely wen
                                          Printed

PHS0124



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

*Follow-up*

Print Name: _Debra Clackler_                          Date of Request: _2-21-06_
ID # _159516_                                         Date of Birth: _11-26-54_ Location: _Dorm 12 Bed 47B_
Nature of problem or request: _I am still having some abdominal pain and swelling_
_and would like to get the antibiotics renewed._

_Debra Clackler_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _2-23-2006_
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials         │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )  No ( )
            Was MD/PA on call notified:     Yes ( )  No ( )

RECEIVED
FEB 2 2 2006

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                PHS0125

GLF-1002   (1/4)