## Nursing Evaluation Tool:                                                    Abdominal Pain

Facility: Alabama Department of Corrections

Patient Name: _Clackler, Debra_
                Last                              First                        MI

Inmate Number: _159516_                Date of Birth: _11 , 26 , 54_
                                                        MM    DD    YYYY

Date of Report: _2 , 12 , 06_          Time Seen: _745_ (AM)/ PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint: _I am having a lot of abdominal pain, back_

Onset: _pain, c nausea (# H/A_

History: _____
(Continue on back if necessary)
_Treated for this problem in past c antibiotics + pain_
_med_

Pain Description: ☐ Sharp  ☐ Dull  ☐ Crampy  ☑ Burning        ☐ Check Here if additional notes on back
☑ Intermittent  ☐ Constant  ☐ Radiation to: _Back_     Location:  ☐ RUQ    ☐ LUQ
☐ Other: _____                                    ☐ RLQ    ☐ LLQ
                                                                  ☑ Epigastric ☐ Diffuse

Last BM: _this AM (Dulcolax # po a 2/10/06) 3 stools yest._

                ☐ Normal  ☐ Constipation ☑ Diarrhea x ___ stools- Color change: ☑ No  ☐ Yes:
Associated symptoms: Nausea ☐ No  ☑ Yes  Vomiting ☐ No  ☑ Yes (x 2 )  Painful urination ☑ No  ☐ Yes
                     Back pain  ☐ No  ☑ Yes  Other: _____

**Objective:**  Vital Signs: (If Indicated) T: _98_  P: _54_  RR: _16_  B/P: _144/82_

General appearance: ☑ No acute distress  ☐ Acute distress  ☐ Unable to stand erect  ☐ Knees drawn up
Skin: ☑ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy   Skin Color: ☑ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
Mucous Membranes: ☑ Moist         ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☑ Present  ☐ Decreased  ☐ Absent
Abdomen: ☑ Soft  ☐ Guarding  ☐ Distended  ☐ Non-Tender  ☑ Tender  _Epigastric_
                                                                        Location
Pain induced/increased with: Walking ☑ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No  ☑ Yes
☐ Additional Examination: _Tenderness to abdomen c palpation_
Continue on back if necessary)

**Assessment: (Referral Status)**                              ☐ Check Here if continued on back
☐    Referral __Not Required__          Preliminary Determination(s): _Alteration In Comfort_
☑    Referral __Required__ due to the following: (Check all that apply)   _R/T pain_
        ☐ Abnormal Vital Signs          ☐ Distended/rigid abdomen      ☐ Persistent Nausea and/or vomiting
        ☐ Bloody or "Tarry" stools      ☐ Pallor, moist clammy skin    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____
                You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**  ☑ Instructions to return if condition worsens or does not improve
Check All That Apply:  ☑ Education on bowel elimination    ☐ Education on Lifestyle Modifications to prevent reflux
        ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for
        which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening
        abdominal pain, fever.) as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up
        visits)
        ☑ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☐ Maalox 30 cc PO X1 dose
        ☑ Other OTC Medications given  ☐ NO  ☑ YES (If Yes List): _Pepto Bismal tabs ʷ PO now x (_

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _____  Date for referral: _/ / _
                                                                                          MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _Lynda F. Binian Rn_            Name: _Lynda F. Binian Rn_
    Nurses Signature                        Printed

PHS0126

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Follow-up*

Print Name: _Debra Clackler_ _____ Date of Request: _2-11-06_

ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _Dorm 12 Bed 47B_

Nature of problem or request: _Severe abdominal and back pain, nausea, vomiting and headaches. My bowels are not moving as they should, even with laxatives._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date _2-13-06_

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:** _Seeing Dr. Englehart today_

received
_2-12-06_

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_Need to confirm Dr Wins_

SIGNATURE AND TITLE

PHS0127

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*FOLLOW-UP*

Print Name: _Debra Clackler_          Date of Request: _2-9-06_

ID # _159516_                    Date of Birth: _11-26-54_  Location: _Dorm 12 Bed 47B_

Nature of problem or request: _Severe back pain and abdominal pain. All of my stomach is swollen. My bowels are not moving properly, even with a laxative. I am in constant pain._

_Debra Clackler_
                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2-12-2006_

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                   CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
                        SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                PHS0128

GLF-1002   (1/4)

Nursing Evaluation Tool:                                   General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Clackler_
                                              Last
                                              _Debra_
                                              First
Inmate Number: _159516_                       Date of Birth: _11_ / _20_ / _1974_
                                                              MM    DD    YYYY
Date of Report: _1_ / _29_ / _2006_           Time Seen: _10:10_  (AM)/ PM  Circle One
                MM   DD    YYYY

**Subjective:** Chief Complaint(s): _"My period is not regular, My side hurts_
Onset: _and my breasts are not moving well._

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _78_ RR: _20_ B/P: _104/76_

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____

**Assessment:** *(Referral Status)*    Preliminary Determination(s): _alterations in comfort_
☐ Referral **NOT REQUIRED**                _r/t discomfort w Back_
☑ Referral **REQUIRED** due to the following: (Check all that apply)   _and have area_
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____
_____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____
Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___ / ___ / ___
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____                    Name: _____
     Nurses Signature                          Printed

**PHS**

**Nursing Evaluation Tool:** <u>Upper Respiratory Complaints</u>

Facility: Alabama Department of Corrections

Patient Name: _Cheese_ _____ _Debra_ _____
Last                    First              MI

Inmate Number: _168513_ _____  Date of Birth: _3_/_12_/_170_
                                                   MM  DD   YYYY

Date of Report: _1_/_15_/_06_     Time Seen: _1:40_ AM/**PM** Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): ☐ Runny/Stuffy Nose ☒ Sneezing ☐ Sore Throat ☒ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)
☐ Malaise ☐ Earache  Cough: ☐ No ☒ Yes ☒ Non-productive ☐ Productive: (sputum description):_____
☐ Other: _____

Onset: _2 wks ago_
History: "_I have bad problems with my sinus, and I_
(Continue on back if necessary) _think I have asthma_"

History of Asthma: ☒ No ☐ Yes    Cardiac/CHF history: ☒ No ☐ Yes    History of HIV Disease: ☒ No ☐ Yes
☐ Check Here if additional notes on back

**Objective:** Vital Signs: (If Indicated) T:_98.4_ P:_113_ RR:_20_ B/P:_175_/_108_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red)  Drainage: ☒ No ☐ Yes:_____    Lung sounds:
Nose: Congestion: ☒ No ☐ Yes  Drainage: ☒ No ☐ Yes:_____                      Right    Left
Throat examination: ☐ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous          Clear     ☒    ☒
Neck: ☒ Normal ☐ Enlarged Lymph Nodes                                       Diminished ☐    ☒
                                                                             Crackles   ☐    ☐
                                                                             Rhonchi    ☐    ☐
                                                                             Wheezing   ☐    ☐
☐ Additional Examination:_____
Continue on back if necessary

**Assessment: (Referral Status)**                         ☐ Check Here if continued on back
  ☐ Referral NOT Required          Preliminary Determination(s):_Alteration in comfort_
                                                                 _& sneezing_
  ☐ Referral **Required** referral due to the following: (Check all that apply)
    ☒ Abnormal Vital Signs  ☐ Inability to swallow  ☐ Significant shortness of breath  ☒ Recurrent Complaint (More than 2 visits)
    ☒ Abnormal Lung exam  ☐ Significant Wheezing which does not improve with inhaler  ☐ Other:_____
    **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
    unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☒ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
  ☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
     as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Other: _refer to CCC for evaluation of HTN & respiratory stat._
     _error_
  ☐ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po prn x 2 days) ☐ NO ☐ YES (If Yes List: _CTM 4mg PO R_
     _x2D Tylenol 650mg PO BID x 2 Dx prn_       _error po_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CCC_ _____  Date for referral:___/___/___
                                                                              MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____  Time____

_W Taylor_                    Name: _Debra Taylor_
Nurses Signature                    Printed

**PHS0130**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Debra Cheese_     Date of Request: _1-14-06_
ID # _168813_     Date of Birth: _3-21-70_ Location: _9_
Nature of problem or request: _Coughing throwing everything up Cant_
_keep nothing down Vaginal is ~~irated~~ Toritated_

_Debra Cheese_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _1/15/06_
Time: _1:40_   AM (PM)
Allergies: _NKA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S)   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT      PHS0131

Facility: Tutwiler Correctional Facility

Patient Name: _Clarkter_ Last    _DaBra_ First

Inmate Number: _159516_    Date of Birth: _11_ MM _06_ DD _54_ YYYY

Date of Report: _1_ MM _13_ DD _06_ YYYY    Time Seen: _9AM_ AM / PM Circle One

**Subjective:** Chief Complaint(s): _My Abdomen is Hurting and swelling & Back_

Onset: _6 months_

Brief History: _A blad uterus Inmate states that Dr Anghart_ (Continue on back if necessary) _told her to Return in condition cont_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98³_    P: _72_    RR: _20_    B/P: _120_ / _72_

Examination Findings: _Abdomen Distorted c/o of pain upon touch_ (Continue on back if necessary) _enable to Bend over_

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____

☐ Check Here if additional notes on back

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Anghart_    Date for referral: _1_ MM _13_ DD _06_ YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _____ Nurse's Signature    Name: _James Sutton_ Printed

PHS0132



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Follow-up

Print Name: Debra Clackler          Date of Request: 1-12-06

ID # 189516          Date of Birth: 11-26-54   Location: Dorm 12 Bed 41B

Nature of problem or request: Abdominal pain and swelling, back pain, vaginal pain
when sitting, nausea, last period 12-1-05, Headache.

Debra Clackler
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: 1 /13 /06
Time: 830AM AM PM
Allergies: codeine

RECEIVED
Date:
Time:
Receiving Nurse Initials

RECEIVED
JAN 12 2006

**(S)ubjective:**

see not tools

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0133



**PRISON HEALTH SERVICES, INC.**

**SICK CALL REQUEST**

Follow-up

Print Name: _Debra Clackler_      Date of Request: _12-27-06_

ID # _159616_      Date of Birth: _11-26-54_   Location: _Dorm 12 Bed 47 B_

Nature of problem or request: _Severe back pain and abdominal pain. Extreme tiredness every day. All of my stomach is swollen. My bowels are not moving properly, even with a laxative. I am in constant pain. Last normal period 12-1-05._

_Debra Clackler_
            Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _12-9-20__

Time: _____ AM PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials |

See
ref
Toe

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT      PHS0134

**Nursing Evaluation Tool:** **Abdominal Pain**

Facility: Tutwiler Correctional Facility

Patient Name: clacker                                    Dobia
              Last                                            First

Inmate Number: 15 95 16          Date of Birth: 11 / 26 / 54   MI

Date of Report: 12 / 26 / 05          Time Seen: 8³⁵  (AM) PM Circle One
        MM  DD  YYYY

**Subjective:** Chief Complaint: constanly Having Problems with Bowels

Onset: 2 yrs problem with Bowels

History: Call 1/12/01 SUR gery (Nonsvol)
(Continue on back if necessary)

Pain Description: ☑ Sharp ☐ Dull ☐ Crampy ☐ Burning      ☐ Check Here if additional notes on back
☐ Intermittent ☐ Constant ☐ Radiation to: _____          Location: ☐ RUQ ☐ LUQ
☐ Other: _____          ☐ RLQ ☐ LLQ
                    ☐ Epigastric ☐ Diffuse

Last BM: 1 DAY 9go ☐ Normal ☑ Constipation ☐ Diarrhea x ___ stools  Color change: ☑ No ☐ Yes: ___
Associated symptoms: Nausea ☐ No ☑ Yes  Vomiting ☐ No ☑ Yes (x 2 )  Painful urination ☑ No ☐ Yes
        Back pain ☑ No ☐ Yes  Other: _____

**\* FEMALE:** LMP: 11 / 1 / 05      Vaginal Discharge: ☑ No ☐ Yes (Describe): _____
        MM  DD  YYYY

Pregnancy Test: negative / positive / NA (Circle One)  * The possibility of pregnancy exists for any female of potential childbearing age unless a bilateral oopherectomy or hysterectomy has been performed.

**Objective:** Vital Signs: (If Indicated) T: 98²   P: 60   RR: 20   B/P: 136 / 78

General appearance: ☑ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☑ Warm ☐ Cool ☐ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☑ Moist    ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☐ Present ☑ Decreased ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☑ Distended      ☐ Non-Tender ☑ Tender  mitsuction nevolanca
                                                         Location
Pain induced/increased with: Walking ☑ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☑ Yes

☐ Additional Examination: c/o of pain upon tuch to Lower ABdomen
(Continue on back if necessary)  regoin - Bleeding when off of pwod
                                                        ☐ Check Here if continued on back

**Assessment:** *(Referral Status)*          Preliminary Determination(s): _____
☐ Referral **Not Required**

☐ Referral **Required** due to the following: (Check all that apply)
  ☐ Abnormal Vital Signs          ☑ Distended/rigid abdomen          ☑ Persistent Nausea and/or vomiting
  ☐ Bloody or "Tarry" stools          ☐ Pallor, moist clammy skin          ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**
Check All That Apply:
☑ Instructions to return if condition worsens or does not improve
☑ Education on bowel elimination          ☐ Education on Lifestyle Modifications to prevent reflux
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☑ Maalox 30 cc PO X1 dose (or) Mylanta 30 cc PO
☐ Other OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): WABB          Date for referral: 12 / 26 / 05
                                                      MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☑ Emergent (if emergent who was contacted?): _____
                                                            Time _____

X _____          Name: JA ssutton m
   Nurses Signature          Printed

PHS0135



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Follow-up*

Print Name: Debra Clackler _____ Date of Request: 12-25-05

ID # 159516 _____ Date of Birth: 11-26-54 Location: Dorm 12 Bed 47B

Nature of problem or request: Abdominal pain and swelling, headache, nausea and
vomiting. Bowels are not moving as they should, even though I am taking a laxative.
Still have not had follow-up visit to discuss sonogram results.

*Debra Clackler*
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 12-26-05

Time: 12-26-05 AM PM

Allergies: Codone

```
RECEIVED
Date:    DEC 2 5 2005
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** SCC not tools for Abd pain

**(O)bjective** (V/S): T: 982    P: 60    R: 20    BP: 136/75    WT: 155

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0136



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

_Follow-Up_  same thing

Print Name: _Debra Clackler_     Date of Request: _12-1-05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _Dorm 12 Bed 47B_
Nature of problem or request: _Severe pain in abdomen and back._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12/2/05_
Time: _____ AM  PM
Allergies: _Codeine_

| RECEIVED | |
|---|---|
| Date: | DEC 0 2 2005 |
| Time: | |
| Receiving Nurse Intials _____ | |

**(S)ubjective:** "My stomach is hurting real bad a knot forms in front after eating

**(O)bjective** (V/S): T: **99.0**   P: **58**   R: **18**   BP: **120/70**   WT: **155**

**(A)ssessment:** V/S are normal range

**(P)lan:** Mylab ī₁ BID x 30d + check on altrasound ordered
+ Flu Apt.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

U/S is Approved

_Teresa Enma LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0137

Abdominal Pain

_____ Correctional Facility

Patient Name: _Clarker Dema_   Last

Inmate Number: _159516_

Date of Report: _10_ / _29_ / _05_   MM / DD / YYYY

Date of Birth: _11_ / _26_ / _54_   MM / DD / YYY   MI

Time Seen: _9:36_ AM/PM   Circle One

**Subjective:** Chief Complaint: _C/o pain in upper Abd c̄ "swelling & sharp pain @ times" with constipation since removal of lipoma_

Onset: _↑ removal of lipoma in june._

History: _Mult c/o._
(Continue on back if necessary)

Pain Description: ☐ Sharp ☑ Dull ☐ Crampy ☑ Burning
☑ Intermittent ☐ Constant ☐ Radiation to: _____
☐ Other: _____

☐ Check Here if additional notes on back

Location: ☐ RUQ ☐ LUQ
☐ RLQ ☐ LLQ
☑ Epigastric ☐ Diffuse

Last BM: _10/28_ ☐ Normal ☑ Constipation ☐ Diarrhea x ___ stools  Color change: ☐ No ☑ Yes: _lighter_
Associated symptoms: Nausea ☑ No ☐ Yes  Vomiting ☑ No ☐ Yes (x̄ ___ )
Back pain ☑ No ☐ Yes  Other: _____  Painful urination ☑ No ☐ Yes

**\* FEMALE:** LMP: _07_ / _1_ / _05_   MM / DD / YYYY
Vaginal Discharge: ☑ No ☐ Yes (Describe): _____

Pregnancy Test: negative / positive / NA (Circle One)

\* The possibility of pregnancy exists for any female of potential childbearing age unless a bilateral oophorectomy or hysterectomy has been performed.

**Objective:** Vital Signs: (If Indicated) T: _99.6_ P: _54_ RR: _20_ B/P: _100_ / _60_

General appearance: ☑ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☑ Moist ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☑ Present ☐ Decreased ☐ Absent
Abdomen: ☑ Soft ☐ Guarding ☐ Distended    ☐ Non-Tender ☐ Tender _____
Pain induced/increased with: Walking ☑ No ☐ Yes  _sitting worse_  Location
Pain induced/increased with: Gentle abdominal palpation ☐ No ☑ Yes _around navel_
☐ Additional Examination: _____
(Continue on back if necessary)

**Assessment:** (Referral Status)                    ☐ Check Here if continued on back
☑ Referral **Not Required**            Preliminary Determination(s): _____

☑ Referral **Required** due to the following: (Check all that apply)
☐ Abnormal Vital Signs            ☐ Distended/rigid abdomen
☐ Bloody or "Tarry" stools        ☐ Pallor, moist clammy skin    ☐ Persistent Nausea and/or vomiting
☐ Other: _____              ☑ Recurrent Complaint (More than 2 visits for the same complaint)

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**
Check All That Apply:
☐ Instructions to return if condition worsens or does not improve
☐ Education on bowel elimination       ☐ Education on Lifestyle Modifications to prevent reflux
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☐ Maalox 30 cc PO X1 dose (or) Mylanta 30 cc PO
☐ Other OTC Medications given   ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Webb_                    Date for referral: _11_ / _1_ / _05_  MM / DD / YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time

x _____  Name: _Janet Roberts_
Nurses Signature          Printed

PHS0138





PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: _Debra Clackler_____ Date of Request: _10-28-05___
ID # _j59516_____ Date of Birth: _11-26-54_ Location: _Dorm 12 Bed 47B_
Nature of problem or request: _Pain in abdomen, back and both sides. Burning and swelling_
_in upper abdomen._

_Debra Clackler_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _10 / 29, 05_
Time: _____ AM  PM
Allergies: _Codiene___

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**   See nursing net

**(O)bjective   (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**    MW 10/31/4

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )     No ( )
Was MD/PA on call notified:    Yes ( )     No ( )

**received**
10-28-05

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0139

**Nursing Evaluation Tool** — Abdominal Pain

Facility: Tutwiler Correctional Facility

Patient Name: **Clackler** (Last)    **Debra** (First)

Inmate Number: **159516**    Date of Birth: **11 | 26 | 1954** (MM/DD/YYYY)

Date of Report: **10 | 22 | 2005** (MM/DD/YYYY)    Time Seen: **832**    AM/ PM Circle One

**Subjective:** Chief Complaint: **C/O Chronic constipation; soreness ABD, pain/swelling MBP**

Onset: **July 2005**

History: (Continue on back if necessary) **after surgery in June this began occurring c stomach swelling after eating**

Pain Description: ☑ Sharp ☐ Dull ☐ Crampy ☐ Burning    ☐ Check Here if additional notes on back
☐ Intermittent ☑ Constant ☐ Radiation to: _____
☐ Other: _____

Location: ☐ RUQ ☑ LUQ ☐ RLQ ☐ LLQ ☐ Epigastric ☑ Diffuse

Last BM: **10/21/05** ☐ Normal ☑ Constipation ☐ Diarrhea x ____ stools  Color change: ☐ No ☐ Yes: ____

Associated symptoms: Nausea ☐ No ☑ Yes  Vomiting ☑ No ☐ Yes (x ____ )  Painful urination ☑ No ☐ Yes
Back pain ☑ No ☐ Yes  Other: _____

\* FEMALE: LMP: **menopausal** (MM/DD/YYYY)  Vaginal Discharge ☐ No ☑ Yes (Describe): **pinkish watery q other week x 2 days**

Pregnancy Test: negative / positive / NA (Circle One)  *The possibility of pregnancy exists for any female of potential childbearing age unless a bilateral oophorectomy or hysterectomy has been performed.

**Objective:** Vital Signs: (If Indicated) T: **98.4** P: **48** RR: **18** B/P: **132 / 78**

General appearance: ☑ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☑ Moist ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☑ Present ☑ Decreased ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☑ Distended    ☐ Non-Tender ☑ Tender **middle of ABD & LUQ** (Location)
Pain induced/increased with: Walking ☑ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☑ Yes

☐ Additional Examination: _____
Continue on back if necessary

**Assessment: (Referral Status)**    ☐ Check Here if continued on back
☐ Referral **Not Required**    Preliminary Determination(s): _____
☑ Referral **Required** due to the following: (Check all that apply)
☑ Abnormal Vital Signs    ☐ Distended/rigid abdomen    ☑ Persistent Nausea and/or vomiting
☐ Bloody or "Tarry" stools    ☐ Pallor, moist clammy skin    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens or does not improve
☑ Education on bowel elimination    ☑ Education on Lifestyle Modifications to prevent reflux
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☑ Maalox 30 cc PO X1 dose (or) Mylanta 30 cc PO
☐ Other OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): **MDU**    Date for referral: **10 | 22 | 05** (MM/DD)

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____    Time: _____

x _M. Robinson, LPN_    Name: _M. Robinson, LPN_
Nurses Signature    Printed

PHS0140



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow-up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Debra Clackler_     Date of Request: _10-21-05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _Dorm 12 - Bed 47B_
Nature of problem or request: _Pain and swelling in upper abdomen and both sides._
_Chronic constipation. Soreness in center of abdomen. I get nauseated after eating._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/22/05_
Time: _832_ (AM) PM
Allergies: _Codeine_

| RECEIVED |
|---|
| Date: OCT 21 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _see NGT tool_

**(O)bjective** (V/S): T: _98.4_   P: _48_   R: _18_   BP: _132/78_   WT: _____

**(A)ssessment:**

**(P)lan:** _MD list   MOM po qhs PRN x 3days 30cc_

Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_M. Robison_ LPN   _MW 10/24/05_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0141



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*Follow Up*

Print Name: _Debra Clackler_      Date of Request: _9-24-05_

ID # _15956_      Date of Birth: _11-26-54_   Location: _Dorm 12 Bed 49B_

Nature of problem or request: _Pain and swelling in left side and abdomen. Pressure in upper abdomen. Provera stopped the bleeding temporarily, but the bleeding returned as soon as I stopped taking the medication._

_Debra Clackler_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _9/25/05_
Time: _11:30_ (AM) PM
Allergies: _Codeine_

RECEIVED
received
Date: _9/29/05_
Time:
Receiving Nurse Intials _____

**(S)ubjective:** _I am having heavy bleeding And pain_

**(O)bjective**   (V/S):   T: _99²_   P: _63_   R: _20_   BP: _117/80_   WT: _162_

     _O₂ 98 %_

**(A)ssessment:**

**(P)lan:** _see Dr._
_Motrin 600 mg PO BID X 7 days_
_Pre Protocol for Pain_

Refer to: (MD/PA)   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE (/)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_NW 9/26/05_

_L. Cope_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0142



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Follow-up*

Print Name: _Debra Joyce Clackler_    Date of Request: _8-30-05_
ID # _159516_    Date of Birth: _1-26-54_    Location: _Dorm 12 Bed 41B_
Nature of problem or request: _Everything I eat stops in my upper abdomen, causing_
_tightness, pain and swelling, until I take a laxative, then the cycle starts_
_over again. My bowels will not move without a laxative. Nausea, low heart_
_rate and shortness of breath._

_Debra Joyce Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/34/05_
Time: _8:38_ (AM) PM
Allergies: _Codeine Codeine_

RECEIVED
Date:
Time:    AUG 3 0 2005
Receiving Nurse Intials

**(S)ubjective:** _C/o soreness in upper abdomen_

**(O)bjective**    (V/S): T: _99_    P: _82_    R: _18_    BP: _178/72_    WT: _____

_hypoactive bowel sounds all 4 quads_

**(A)ssessment:** _Alteration in comfort R/T bowel movement difficulty_

**(P)lan:** _To see MD today_

Refer to:  (MD/PA)  Mental Health    Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_M. Robinson LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0143



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow Up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Debra Clackler_     Date of Request: _8-28-05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _Dorm 12 Bed 47B_
Nature of problem or request: _Pain and swelling in center and right side of abdomen._
_Difficulty breathing, pressure in abdomen, low heart rate, nausea, and feeling_
_faint, bowels will not move without a laxative._

_Debra Clackler_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8/28/05_
Time: _8:55_ AM PM
Allergies: _Codeine_

RECEIVED
Date:
Time:
Receiving Nurse Intials:

RECEIVED
AUG 2 7 2005

**(S)ubjective:** _C/o tightness & fullness in middle of abdomen_
_after eating ; unable to deficate s̄ laxative_

**(O)bjective**  (V/S): T: _98.9_    P: _68_    R: _18_    BP: _108/62_   WT:

**(A)ssessment:** _Alteration in comfort R/t ~~bowel~~ abdomen pain_

**(P)lan:** _MD to review_

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_M. Lehman_ LPN _M. L 8/28/05_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0144



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow Up*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clackler, Debra      Date of Request: 8-23-05
ID # 159516      Date of Birth: 11-26-54 Location: Dorm 12-47B
Nature of problem or request: Pain + swelling in center + right side of abdomen.
Pressure in abdomen. Difficulty breathing when I lay down. Nausea
+ bleeding. Low heart rate.

Debra J. Clackler
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 8/25/05
Time: 12:10 AM PM
Allergies: Codeine

```
RECEIVED
Date:   AUG 2 3 2005
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** Pain in Lower Abdome very sore nausia when
eating when I get pressure on my stomach it feels like
I cant breath

**(O)bjective** (V/S): T: 97.0  P: 50  R: 16  BP: 120/70  WT: 166
Bowel sounds Present X4  O2 sat 98%
some tenderness on palpation

**(A)ssessment:**
Alterted comfort Pn

**(P)lan:** — MD appt.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

8/24/05

_SIGNATURE AND TITLE_

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        PHS0145



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow Up*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Debra Clackler_     Date of Request: _8-19-05_
ID # _159516_     Date of Birth: _1-26-54_   Location: _Dorm 12-47B_
Nature of problem or request: _Bowel obstruction. Pain + swelling in center + right side_
_of abdomen. bowels will not move without a laxative. Low heart rate._
_Weakness + shortness of breath._

_Debra J. Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/20/05_
Time: _____ AM PM
Allergies: _Codeine_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

RECEIVED
AUG 1 9 2005

**(S)ubjective:** I Just Want to be Put Back on doctor list

**(O)bjective**   (V/S): T: 98⁶   P: 76   R: 20   BP: 110/75   WT: 163

**(A)ssessment:**

**(P)lan:** MD To Review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_S Redlin LPN_
SIGNATURE AND TITLE

mw 8/22/05
0700 appt
please

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0146
GLF-1002   (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/12/05 | TIME 10:30 ☑AM ☐PM | ORIGINATING FACILITY _JVM_ ☐SIR ☐PDL ☐ESCAPEE ☐ ____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES _Codeine_

CONDITION ON ADMISSION
☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

| VITAL SIGNS: TEMP 98.2 ORAL RECTAL | RESP. 18 SpO2 97 | PULSE 51 | B/P 114/68 | RECHECK IF SYSTOLIC <100> 50  N/A |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

S - Abd pain - mid. Abd to
R side vaginal bleeding
during pain - spotting now

O - Abd soft except R q
naval area firmness noted

A - No bleeding p. pain start
10 am - no nausea and
bowel & bladder ok complain
of pressure

P - Motrin 600 given - advise
next sick call - vital signs
stable

PHYSICAL EXAMINATION

E - if condition
continue sign up for
sick call

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600 mg po "now" per protocol Dr Williams | 10:40p | B |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

if condition continues sign up for sick call

| DISCHARGE DATE 8/22/05 | TIME 10:50 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑ ☐DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Shirley Benton LPN 8/22/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Clackler Debra J | DOC# 159516 | DOB 11/26/54 | R/S W/F | FAC. JTP |
|---|---|---|---|---|

PHS0147



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

_Follow Up_

Print Name: Debra Clackler          Date of Request: 8-12-05
ID # 159516          Date of Birth: 11-26-54 Location: Dorm 12 Bed 47B
Nature of problem or request: Bowel obstruction. Pain and swelling in center and
right side of abdomen. Bowels will not move without a laxative, Low
heart rate, Weakness and shortness of breath.

                                        _Debra Jayce Clackler_
                                              Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/13/05
Time: 8:20 (AM) PM          RECEIVED
Allergies: Codeine               RECEIVED
                                  AUG 12
                          Date
                          Time
                          Receiving Nurse Intials

**(S)ubjective:** C/o needing to see MD for F/U to X-ray
                    for Bowel problems

**(O)bjective** (V/S): T: 98°   P: 68   R: 18   BP: 108/70   WT:

          V/S wnl ; will place on MD list for evaluation

**(A)ssessment:** Alteration in comfort R/t Bowel problems

**(P)lan:** MD list                              8/17/05

                                                  HCU Flu
Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment      Return to Clinic PRN  Appt
                              CIRCLE ONE                                X-247 KUB
Check One: ROUTINE (✓)  EMERGENCY ( )
          If Emergency was PHS supervisor notified?  Yes ( )  No ( )
          Was MD/PA on call notified:  Yes ( )  No ( )

                    _M. Johnson, LPN_
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0148
GLF-1002  (1/4)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

*Follow Up*

Print Name: _Clackler, Debra_ _____ Date of Request: _7-29-05_

ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _12-47B_

Nature of problem or request: _Bowel obstruction, pain and swelling in center and right side of abdomen. bowel will not move without laxative. Low heart rate, weakness and shortness of breath._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

RECEIVED

RECEIVED
Date:
Time: 2 9 2005 JUL
Receiving Nurse Intials _____

**(S)ubjective:** _bowel obstruction, low heart rate, shortness of breath_

**(O)bjective** (V/S): T: _98.6_ P: _1_ R: _16_ BP: _130/80_ WT: _____

_bowel sounds present Breathing with ease heart tone normal rate 20._

**(A)ssessment:** _Alteration to comfort, pain_

**(P)lan:** _MD 153 ___

_8/1/05_

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0149



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clackler, Debra_     Date of Request: _7-21-05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _12-47B_
Nature of problem or request: _Bowel obstruction. Pain + swelling in center and right side_
_of abdomen. Low heart rate, weakness and shortness of breath._

_Debra Clackler_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _7/22/05_
Time: _____ AM PM
Allergies _Cala_

> RECEIVED
> Date:
> Time:
> Receiving Nurse Intials _CL_

**(S)ubjective:** My heart rate is low I get cold a lot & it is
hard to catch my breath some times I have scar tissue
from a gall bladder surgery Dr Daily told me. I need to have surgery

**(O)bjective** (V/S): T: ___ P: _52_ R: _18_ BP: _100/62_ WT: _164_

Skin warm and dry to touch pt breathy with ease
pulse low. Bowel sounds present x 4 Abdom distend

**(A)ssessment:** Alteration in comfort low pulse and hard to have
Bowel Movment

**(P)lan:** MD List

_7/25/05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No ( )
   Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     PHS0150

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 6/24/05 e | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _JTC_ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES _Codiene_

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97.6_ ORAL RECTAL   RESP. _18_   PULSE _63_   B/P _/_   RECHECK IF SYSTOLIC <100> 50 _/_

NATURE OF INJURY OR ILLNESS

S Returning from BMC S
from having the nodule
removed from R side
? needle biopsy

O V/S anesin 0₂Sat 97%
Temp 97.6 - Rp 124/90 - 63 - 18
pt denies pain
dressing intact clean & dry.
to R ear

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

A. Alteration in comfort
   a/t removal of nodule
   from R side.

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

P. Carry out plan of care remain in Hcc.
   watch for bleeding during night

DIAGNOSIS _Removal of cyst from R side ? needle biopsy_

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6/24/05 e | TIME 9 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☑ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 6/24/05 | PHYSICIAN'S SIGNATURE | DATE 6/27/8 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) _Clackler, Delmus_ | DOC# 159516 | DOB 11/24/59 | R/S W/F | FAC. tm |
|---|---|---|---|---|

PHS0151



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Debra Clackler _____ Date of Request: 6-23-05

ID # 159516 _____ Date of Birth: 11-26-54   Location: Dorm 3 Bed 26 B

Nature of problem or request: I am continually having a bloody-brown discharge. My last
normal period was on April 17. It is very sore around my naval. I still need to be scheduled
for a mammogram. It has been 2 years since I had my last mammogram.

_____ Debra Clackler
                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6-23-05
Time: 6 25 AM / PM
Allergies: Codine

> RECEIVED
> Date: 6/23/05
> Time: 625
> Receiving Nurse Initials ___

**(S)ubjective:** "I'm having a bloody discharge & burning in
my sides"

**(O)bjective** (V/S): T: 99²   P: 60   R: 20   BP: 118/70   WT: 166

O2 Sat 97%

**(A)ssessment:** bloody discharge burning in side

**(P)lan:**  ① MD review
② MD follow up (Tew) (Englehardt)
③ RTC if problem persist. Medication ordered

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN  Treated
                                    CIRCLE ONE                                         6/24/05

Check One:   ROUTINE (✗)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____ _____
               *SIGNATURE AND TITLE*

RECEIVED JUN 2 3 2005

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0152

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*Follow up: 3rd request*

Print Name: _Debra Clackler_ _____ Date of Request: _6-16-05_

ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _Dorm 3 Bed 26B_

Nature of problem or request: _Breasts are extremely sore and painful. The fibroid cysts have increased and spread to my underarm and the inside of my upper arm. I need to be scheduled for another mammogram. My last mammogram was July 2003._

_Debra Clackler_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _6/17/05_

Time: _9_ AM (PM)

Allergies: _Codeine_

RECEIVED
Date: _6/17/05_
Time: _9P_
Receiving Nurse Intials _D_

**(S)ubjective:** _my breast are sore and painful @ breast Rx the labs to assess would like to have mammogram schedule_

**(O)bjective:** (V/S): T: _98_   P: _48_   R: _20_   BP: _148/70_   WT: _166_

_O2 Sat 97%_

**(A)ssessment:** _c/o painful breast / discuss mammogra_

**(P)lan:** ① MD review
② MD follow /up: mammogram      _Schld mammogram 6/28 05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_A Miller_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)                                            PHS0153

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Follow up: 3rd request

Print Name: Debra Clackler     Date of Request: 6-16-05
ID # 159516     Date of Birth: 11-26-54   Location: Dorm 3 Bed 26B
Nature of problem or request: Breasts are extremely sore and painful. The fibroid cysts have increased and spread to my underarm and the inside of my upper arm. I need to be scheduled for another mammogram. My last mammogram was July 2003.

Debra Clackler
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/17/05
Time: 9 ___ AM (PM)
Allergies: Codeine

RECEIVED
Date: 6/17/05
Time: 1910
Receiving Nurse Intials: JD

**(S)ubjective:** "My breast are sore and painful @ breast has thickness to area would like to have mammogram scheduled"

**(O)bjective:** (V/S): T: 98    P: 48    R: 20    BP: 148/70    WT: 166
O2 Sat 97%

**(A)ssessment:** c/o painful breast / desires mammogram

**(P)lan:** ① MD review
② MD follow/up: mammogram         Schd mammogram 6/24/05

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

A Miller
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     PHS0154

GLF-1002  (1/4)

# EMERGENCY

DATE 9/9/0?    TIME 11:19 AM/(PM)    ORIGINATING FACILITY: JTC
☐ SIR  ☐ PDL  ☐ ESCAPEE  ☑ ___

☐ SICK CALL    ☐ EMERGENCY
☑ OUTPATIENT

Coleman

CONDITION ON ADMISSION
☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

NS: TEMP 97.7  ORAL/RECTAL    RESP. 16    PULSE 50    B/P 118/66    RECHECK IF SYSTOLIC <100> 50 ___ / ___

OF INJURY OR ILLNESS: O₂ Sat 97 %

I'm having abdominal pain
no ss abdomen and buring
on sides of upper abdomen, I
used had a BTL today. LMP 5/25/0?
... bladder surgery 88.

O = wt. 165
Bulging to (L) side, tender mass.
Have seen an outside dr. No
pain or burning on urination just
pain in abdomen, able to
stand erect. Hypoactive bowel sounds.
Burning-like pain, fast skin turgor.
Tubal ligation in '79. Abdomen soft.
UA = Normal

A- Alteration in comfort R/t
abdominal pain

P= MD to see.
↑ fluid intake.

E= Stay away from greasy/spicy
food, to ___ ___

PHYSICAL EXAMINATION

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tums ii po NOW | | AB |
| | | |
| | | |
| | | |
| | | |

DISCHARGE DATE 6/10/05    TIME 12:00 AM/(PM)    RELEASE / TRANSFERRED TO: Dorm
☑ DOC  ☐ AMBULANCE  ☐ ___

CONDITION ON DISCHARGE
☑ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

NURSES SIGNATURE ___    DATE ___
PHYSICIAN'S SIGNATURE ___    DATE 6/13/05    CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Chicken, Debra

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 159516 | 11/21/54 | W/F | JTC |

PHS0155

(White - Record Copy  Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow up*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Debra Clackler_ _____ Date of Request: **5-26-05**
ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _Dorm 3 Bed 26B_
Nature of problem or request: _Constipation. I would also like to know what the outside_
_doctor said after examining me on May 16._

_____

_Debra Clackler_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _5 27 05_
Time: _925_ AM (PM)
Allergies: _Codine_

| RECEIVED |
|---|
| Date: _5/27/05_ |
| Time: _925_ |
| Receiving Nurse Intials _A_ |

**(S)ubjective:** _Constipation + would like to know if I can have the liquid for constipation_

**(O)bjective** (V/S): T: _98³_  P: _44_  R: _18_  BP: _____  WT: _103_
_02 Sat 97 % 10_

**(A)ssessment:** _Constipation / MD referral for consult_

**(P)lan:** _① MD renew_
_② MD referral for consult from outside_
_AA_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Will have upon a renewed!_

_A Millen_
*SIGNATURE AND TITL*

PHS0156

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



Print Name: _Debra Clackler_    Date of Request: _5-8-05_
ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _Dorm 3 Bed 24 B_
Nature of problem or request: _Abdominal pain. Also pain + burning in both sides. When I_
_eat and drink something the pain and burning gets worse and my abdomen swells._
_Feel weak and faint and have difficulty breathing when I lay down._

_Debra Clackler_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/8/05_
Time: _840_ _____ AM PM

|  | RECEIVED |
|---|---|
|  | Date: |
|  | Time: |
|  | Receiving Nurse Intials _____ |

Allergies: _Codeine_

**(S)ubjective:** _My leg & abd as swollen c̄ soft_

**(O)bjective** (V/S): T: _98⁵_ P: _86_ R: _20_ BP: _112/70_ WT:

**(A)ssessment:** _Swelling ? etio_
_Tests ordered on 4/12/05 – not yet done_
**(P)lan:** _? Reason_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  (Return to Clinic PRN)
CIRCLE ONE
Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( ✓ )
Was MD/PA on call notified:  Yes ( )  No ( ✓ )

_M Cronin RN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0157
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow-up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Debras Clackler_     Date of Request: _4-7-05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _10A-118_
Nature of problem or request: _Pain in abdomen and both sides, tightness in both sides._
_Pain is continuous and goes through my abdomen and into my back. Also, need_
_to be scheduled for a mammogram. Follow-up._

_Debra Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/8/05_
Time: _2020_   AM PM
Allergies: _Codeine_

RECEIVED
Date: _4/8/05_
Time: _2020_
Receiving Nurse Initials _____

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:** _M.D. referral_

Refer to: (MD/PA)   Mental Health   Dental   Daily Treatment     (Return to Clinic PRN)
        CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified?   Yes ( )   No ( )
    Was MD/PA on call notified?   Yes ( )   No ( )

RECEIVED
APR 8 2005

_Williams_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0158



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Follow-up

Print Name: _Debra Clackley_     Date of Request: _4/4/05_
ID # _159516_     Date of Birth: _11-26-54_   Location: _10A-11B_
Nature of problem or request: _Pain in abdomen and both sides. Tightness in both sides._
_Pain is continuous and goes through my abdomen and into my back. Also need to_
_be scheduled for a mammogram._

_Debra Clackley_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/5/05_
Time: _954_   AM PM
Allergies: _Codeine_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _YM_ |

**(S)ubjective:** Pain to abd & side, Tightness goes through abd to my back. I'm taking Tylenol

**(O)bjective** (V/S): T: _98.2_   P: _66_   R: _20_   BP: _124/60_   WT: _161_
Cyst like area noted to Rt side

**(A)ssessment:** Alt. in comfort due to c/o abd pain & tightness

**(P)lan:** MD → Review / Refer

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

RECEIVED
APR 5 2005

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0159



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Debra Clackler_      Date of Request: _3/26/05_
ID # _159516_      Date of Birth: _11/26/54_   Location: _10A-11B_
Nature of problem or request: _I am having continuous pain in my abdomen and both sides. I feel a tightness in both sides. I have a grass-green gel-like substance in my bowel movement at times. I cannot have a bowel movement without a laxative._

                                   _Debra Clackler_
                                           _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _3-28-05_
Time: _630_ AM **PM**
Allergies: _Codiene_

> RECEIVED
> Date: _3/28/05_
> Time: _8 am_
> Receiving Nurse Initials _AB_

**(S)ubjective:** _I'm having pain to my stomach and I'm sore in with my side all the way to my back. I'm having a problem = constipation._

**(O)bjective:** (V/S): T: _98_   P: _52_   R: _20_   BP: _147/2_   WT: _162_
                O2 Sat 98%

**(A)ssessment:** _Constipation / side and back pain_

**(P)lan:** _① MD review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( ✓ )    EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

RECEIVED
MAR 3 0 2005

                                  _SIGNATURE AND TITLE_

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)                                                    PHS0160



**PHS**

Follow Up:

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clackler, Debra_ _____ Date of Request: _10-10-04_

ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _D11-60B_

Nature of problem or request: _The constipation and pain in my left side and abdomen is getting worse. My bowels will not move at all until I take a laxative. After taking a laxative, they will move for about 24 hours. Then the constipation returns._

_Debra Clackler_
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/10/04_
Time: _____ AM PM
Allergies: _Codeine_

| RECEIVED | |
|---|---|
| Date: | |
| Time: | |
| Receiving Nurse Intials _____ | |

OCT 1 0 P.M.
~~OCT 0 9 P.M.~~

**(S)ubjective:** _My Constipation continues the laxatives are a temporary fix_

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** _no apparent distress @ this time_

**(P)lan:** _Will talk with Dr. Englehardt_
_Colace ii BID X 180 days_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

_Rx + Recheck_
_EW_

_J Wilbanks_                _RN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0161



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clackler, Debra_ _____ Date of Request: _9-18-04_

ID # _159516_ _____ Date of Birth: _11-26-54_ Location: _D11-B60B_

Nature of problem or request: _Constant urge to urinate, but only a very_
_small amount will pass. Have a painful, pulling & burning_
_sensation every time il try to urinate. Also pain in lower_
_part of left & rt side sides. Lower back is extremely sore on_
_left side._
                                    _Debra Clackler_
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9/19/04_

Time: _940_ (AM) PM

Allergies: _Codeine_

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date: _9/19/04_                 │
│ Time: _940 Am_                  │
│ Receiving Nurse Intials _CO_    │
└─────────────────────────────────┘

**(S)ubjective:** C/O buring when urinating c̄ pain in
lower bilateral side

**(O)bjective** (V/S): T: _100.6_    P: _80_    R: _18_    BP: _118/78_    WT: _150 lbs_

VS assessed s/s distress noted when ~~inmate moves~~
c̄ standing and sitting

**(A)ssessment:** UA done

↑H2O
① MD Review
② Pyridium 200 mg bid x 3 days   ④ if s/s worsen sign up for
③ Motrin 600 mg bid x 3 days        s/c

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                            CIRCLE ONE

Check One:  ROUTINE ( ✓ )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )              _UTI_

Was MD/PA on call notified:  Yes ( )  No ( )

                    _C Dillard Lpn_
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT              PHS0162

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 09/17/04 | TIME 7½ ☐AM ☑PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES Celini | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98 | ORAL RECTAL | RESP. 20 | PULSE 68 | B/P 110/70 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - dizzy č perspiring

Ⓞ - O₂ Sat 98% Ⓞ
distress noted Ⓞ
perspiring noted
alert č oriented ×3
VS w/n/l

A - alteration to comfort

| | ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

h/T dizzy

P - drink plenty of liquids
able to return to dorm

E - drink plenty of liquids
take meds as directed

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 09/17/04 | TIME 706 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE ___ LPN | DATE 9/17/04 | PHYSICIAN'S SIGNATURE | DATE 9/17/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Clasker, Debra | DOC# 159516 | DOB 11/26/58 | R/S W/F | FAC. camp |
|---|---|---|---|---|

PHS MR 70007    (White - Record Copy  Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

*Follow Up*

Print Name: Debra S. Clackler          Date of Request: 9-5-04

ID # 159516          Date of Birth: 11/26/54  Location: P11-B60B

Nature of problem or request: I was awakened by intense abdominal pain at 10 AM this morning. The pain started underneath my ribs and went down my left side to my pelvic area and from my naval to my left side. The pulling sensation in my left side was sending pain through my abdomen and into my back.

*Debra S. Clackler*
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 09/06/04

Time: 110 (Au) PM

Allergies: Tylenol

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** c/o of pain in left side towards the back

**(O)bjective** (V/S): T: 98  P: 80  R: 8  BP: 100/58  WT: 150/8

No swelling, bruising or redness noted c/o of lower abd pain, normal BM last Wednesday

**(A)ssessment:** Alteration to comfort due to abd pain

**(P)lan:** Give laxative c MD to review

Refer to  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No (✓)

Was MD/PA on call notified:  Yes ( )  No ( )

SEP 5 - 2004

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)          PHS0164

*Follow-up*



PRISON HEALTH SERVICES
INCORPORATED


AUG 2 0 2004

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Clackler, Debra J.        Date of Request: 8-16-04
ID # 159516        Date of Birth: 11-26-54 Location: Dorm II Annex
Nature of problem or request: Constipation, bloating and abdominal pain.

Follow-Up

*Debra J. Clackler*
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 8-20-01 |
| Time: 2135 |
| Receiving Nurse Intials ___ |

(S)ubjective:

Above Statement

(O)bjective:   (V/S): T: ___    P: ___    R: ___    BP: ___    WT: ___

No Intest

(A)ssessment:

(P)lan:        Refer to MD
P/ med in meds PRN Constipation
Ducolax 5mg ii qd prn
x 180 days
Colace 100 qd x 180 days

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

RECEIVED
AUG 1 9 2004

*Signature*
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0165

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7/16/04 | TIME 11:00 AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98   ORAL RECTAL   RESP. 18   PULSE 56   B/P 120   ☐ RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

S- I'm in pain I've been hurding for weeks I have been seen by the doctor and the meds given do me are not working I still in pain, and the pain is getting worse since I first sign up. I need help now. I can no longer bear this pain. It is

PHYSICAL EXAMINATION

getting worse.
O- White female walk to the infirmary with complain of abdomen pain. Abdomen nondistended, tender to touch. A large mass noted on (L) side of waist not dense to touch. N/V noted unable to X Ray an abdomen at this time.
A- Alteration in level of comfort

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

Motrin 600 mg P.O stat dose.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/16/04 | TIME 1130 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE _____ 7-16-04 | PHYSICIAN'S SIGNATURE _____ 7/18/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Clackler, Debra | DOC# 159516 | DOB 11-26-54 | R/S W/F | FAC. JPT |

PHS0166

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

RECEIVED
JUL 14 2004

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Follow Up*

Print Name: _Clackler, Debra Joyce_    Date of Request: _7/14/04_
ID # _159516_    Date of Birth: _11/26/54_  Location: _3-3B_
Nature of problem or request: _Abdominal pain on left side and nausea_

_Debra Joyce Clackler_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials |

**(S)ubjective:** Abd pain - stomach area - R side to left side -

**(O)bjective**   (V/S): T: 99.9    P: 68    R: 20    BP: 100/60   WT: 166

**(A)ssessment:** Gall bladder removed in 1988. Pain similar has begun on R side, was on L side only. Bowel Sounds + in all 4 quadrants. Pain nauseated yesterday. Pain is relieved by lying or bending over while seated.

**(P)lan:** M. D. Review
m. D. appt. made for Friday

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0167