

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Clacklor, Debra _____ Date of Request: 6-21-04

ID # 15956 _____ Date of Birth: 11-26-54 Location: D3-3B

Nature of problem or request: Abdominal pain, nausea and diarrhea

_____

_____

_____

*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6-21-04

Time: 835 AM (PM)

Allergies: Codiene

| RECEIVED |
|---|
| Date: 6/21/04 |
| Time: 835 pm |
| Receiving Nurse Intials: AW |

**(S)ubjective:** " I am experiencing constipation feels like something needs to come out. Seem like its hard in there that needs to come out

**(O)bjective** (V/S): T: 98  P: 80  R: 18  BP: 116/68  WT: 166

**(A)ssessment:** Inmate c/o hurting in abdomen. pt states she had BM hard X2 have fewer 2 BM.

**(P)lan:** ① PMS nurse
② use meds as ordered
fluids encouraged

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )✓    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

RECEIVED
JUN 21 2004

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0168

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 5/29/04 | 10:50 ☐AM ☑PM | JTP ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT | |

ALLERGIES: Codiene

| CONDITION ON ADMISSION |
|---|
| ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

VITAL SIGNS: TEMP 97.5 ORAL/RECTAL   RESP. 18   PULSE 72   B/P 130,74   RECHECK IF SYSTOLIC <100> 50 ___ /

**NATURE OF INJURY OR ILLNESS**

S = About 6:00 pm, I Started throwing up. ® side was hurting. Like Someone W/Ringing Something in my side.

O = VS assessed. See Above.

A = ® abdominal area c̄ soreness upon palpation. Diarrhea ... of hunch & Dinner. Last B.M. today.

**PHYSICAL EXAMINATION**

Sluggish Bowel Sounds. No Rebound tenderness. Nausea & Vomiting

P = Clear Liquids for 24°. If symptoms returns sign up for Sick Call.

E. Check ... to ... If Grocery ... Chew to ...

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 2 Tsp po. Now | 11:03p | |
| | | |
| | | |

DIAGNOSIS: Abdominal Pain, Nausea/Vomiting

INSTRUCTIONS TO PATIENT: Clear Liquid for 24°

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5/29/04 | 11:05 ☑PM | Dorm ☐DOC ☐AMBULANCE | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Morgan R | 5/29/04 | | 5/16/04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Haskin, Debra | 159516 | 11/26/54 | W/F | JTP |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)    PHS0169



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clackler, Debra Joyce_          Date of Request: _5-21-04_
ID # _159516_                    Date of Birth: _11-26-54_   Location: _3-3B_
Nature of problem or request: _Pain in left side and stomach, Nausea, vomiting and_
_feeling faint. Also having a redish-brown discharge for the several days._

_Debra Joyce Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5-21-04_
Time: _3-20_  AM PM
Allergies: _Codeine_

| RECEIVED |
|---|
| Date: _5-21-04_ |
| Time: _2-20_ |
| Receiving Nurse Intials _ZW_ |

**(S)ubjective:** _Cycle last Fru The 10th to 15th of May - After 2 days_
_started having reddish brown Discharge - Started Feel Nauseus_
_yesterday vomited x3 - - Seem like when the Discharges the Pain_
_Lessens -_

**(O)bjective    (V/S): T:** _98³_  **P:** _55_    **R:** _18_    **BP:** _100/64_   **WT:** _163_
_O₂ Sat 97 -_
_Wearing A panty sheild - c no signs c this tire. -_
_Home no vomited but Feelt Nauseus All day - And Feels Faint_
**(A)ssessment:** _Has A Puffout - Firm W/side - Soft + movable_
_Alteration in Comfort -_

**(P)lan:** _Refer to MS Few._
_q new Phenegan 25 g_
_Refer to MS Few._
_Keep self Hydrated. - Use Ice chips Prn -_
Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )    No (✓)
         Was MD/PA on call notified:   Yes ( )    No ( )

_Debra Few Pr_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0170
GLF-1002   (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clackler, Debra Joyce         Date of Request: 5/9/04

ID # 159516         Date of Birth: 11/26/54    Location: D3 - 3B

Nature of problem or request: Toothache & swelling on left side of mouth.

_Debra Joyce Clackler_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 5/10/04
Time: 9:41 ___ AM PM
Allergies: Codiene

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** Toothache

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** Irr pulp -

Meds
Motrin 600mg (5)
Pen VK 500mg (7)

**(P)lan:** Ext on 5/27/04

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:     Yes ( )     No ( )

Was MD/PA on call notified:     Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0171

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clackler, Debra Joyce_    Date of Request: _4/22/04_
ID # _159516_                    Date of Birth: _11/26/54_ Location: _3-3B_
Nature of problem or request: _Pain & swelling on left side near ribs_

_____

_____

_____

                                    _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 4-23-04               │
│ Time: 8:45 P                │
│ Receiving Nurse Intials _JMc_ │
└─────────────────────────────┘

**(S)ubjective:** Pain on (L) side

**(O)bjective:** (V/S): T: _99.2_   P: _64_   R: _20_   BP: _124/80_   WT: _168_

**(A)ssessment:** a mass felt on left side and under rib in front. Soft masses - unnoticed until yesterday when a "pulling" was felt on (L) side. No accident, I had no idea of any factor that affects this problem.

**(P)lan:** assessment
M.D. appt made for Monday.

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

RECEIVED
APR 23 2004

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0172

Dental

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clackler, Debra Joyce    Date of Request: 3/31/04
ID # 159516    Date of Birth: 11/26/54  Location: 3-3B
Nature of problem or request: Tooth needs to be filled

_Debra Joyce Clackler_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/16/04
Time: 11:00 AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** Cavity. Sesetve to hot/cold.

**(O)bjective** (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____

**(A)ssessment:** Irrev. pulp.

**(P)lan:** Possible Ext on 4/22/04

Refer to:    MD/PA    Mental Health   (Dental)  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

RECEIVED
MAR 31 2...

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0173



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clackler, Debra Joyce_ Date of Request: _2/16/04_
ID # _159516_ Date of Birth: _11/26/54_ Location: _Dorm 3 Bed 3B_
Nature of problem or request: _Congestion in head and chest, shortness of breath,_
_and spitting up yellowish phlegm._

_Debra Joyce Clackler_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _2/16/04_ |
| Time: _8:45 P_ |
| Receiving Nurse Intials _JBR_ |

(S)ubjective: _coughing up yellow mucous_
_nose dripping_

(O)bjective _W/169   P-42   B/p  132/80   T. 98.4_

(A)ssessment: _Upper respiratory problem_

(P)lan: _meds —_
_M. D. Review_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
  If Emergency was PHS supervisor notified:   Yes ( )    No ( )
  Was MD/PA on call notified:   Yes ( )    No ( )

_Dear Johnson, RN_
SIGNATURE AND TITLE

_J Rey, NP_
FEB 16 2004  2/17/04

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

PHS0174

DEPARTMENT OF CORRECTIONS

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8/2/03 | TIME 7²⁰ ⊙AM ☐PM | FACILITY _____ Tut ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES  Codeine

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.5 ⊙ORAL ☐RECTAL  RESP. 20  PULSE 60  B/P 100/54  RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION/ SUTURES |

S- Returned from Breakfast
& got up to go to pill line
& became weak - light headed
clammy + FSBS 66

O- clammy - pale - unable
to stand alone

PHYSICAL EXAMINATION

A- alt. comfort due to
weakness

P- give glucose tube
& orange juice

ORDERS, MEDICATION, etc.

2-T fluids - don't be in heat - rest today

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 8/2/03 | TIME 7³⁰ ⊙AM ☐PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE N Wilbanks RN | DATE 8/2/03 | PHYSICIAN'S SIGNATURE J Ryan MD | DATE 8/4/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Clackler  Debra | AGE 48 | DATE OF BIRTH 11/26/54 | R/S W/F | AIS # 159516 |

NC 041

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

PHS0175

# NaphCare, Inc.

## Health Services Request Form

Inmate Name _Debra Joyce Clackler_     Date of Request _3/2/2003_

AIS No. _159516_     Date of Birth _11/26/54_     Housing Loc. _D2 - B34 B_

Nature of problem or request _The cysts in my breast appear to be getting larger. Both my breasts are sore, swollen and extremely painful._

Sign here for consent to be treated by health staff for the condition described above. _Debra Joyce Clackler_

Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

Subjective: " These pieces in my breast feel like they have change

O2SATS

Objective:   BP 120/80   P 59   R 20   T 98.3   WT 168#

U/S assessed. WNL; + acute distress not.d stches massive 'mess in Left breast feels heavy; stches Left breast very tender to touch;

Assessment: ① Attn-chin in control NIT poss cysts in breast

Plan: ① SCC MD

Refer to:   PA/ Physician      Mental Health      Dental

Education: ① Education on continued self breast exam given

MAR 03 2003

PHS0176

Protocol used: (specify) _____

Signature _Maria Twright_      Title _N_      Time _0250_   Date _3-4-03_

Dental

# 1phCare, Inc.
## Health Services Request Form

Inmate Name _Debra Clackler_                    Date of Request _2/9/03_

AIS No. _159516_          Date of Birth _11|26|54_          Housing Loc. _D-2  B-34B_

Nature of problem or request _I have an abscessed tooth and I have been in pain_
_all weekend. I need this tooth pulled immediately._

Sign here for consent to be treated by health staff for the condition described above. _____

### Place this slip in Medical Box or designated area
### DO NOT WRITE BELOW THIS LINE

--------------------------------------------------------------------

### Health Care Documentation

Subjective:

Objective:     BP_____     P_____     R_____     T_____     WT_____

_RTO 2/26/03 @ 2:00_

Assessment:

Plan:

Refer to:     PA/ Physician          Mental Health          Dental

Education: _____

Protocol used: (specify)_____

Signature _LBishop_     Title _D.G._     Time_____     Date _2/10/0_

*Dental* 



## HEALTH SERVICES REQUEST FORM

Print Name: _Debra Joyce Clackler_ ___ Date of Request: _11-24-02_

ID#: _159516_ ___ Date of Birth: _11-26-54_ ___ Housing Location: _2_

Nature of problem or request: _I have a tooth ache and need to get the tooth pulled as soon as possible._

_Debra Joyce Clackler_

Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HEALTH CARE DOCUMENTATION

**Subjective:**

**Objective: BP** _____ **P**_____ **R**_____ **T**_____

**Assessment:** _RTO 12-23-02_

**Plan:**

**Refer to:** ___ PA/Physician ___ Mental Health ___ Dental

**Signature:** _HBishop_ ___ **Title:** _D.A._ ___ **Date:** _11/25/0_

PHS0178

# Health Services Request Form

Print Name _Debra Joyce Clackler_    Date of Request _10/29/02_

ID No. _159516_    Date of Birth _11/26/54_    Housing Location _D2-34B_

Nature of problem or request _The center of my right breast is getting hard and heavy in addition to the pain. My left breast is beginning to hurt also._

_Debra Joyce Clackler_

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

---

### Health Care Documentation

Subjective  My Right breast is getting hard in center et Lone hurts et hurts under arm

Objective    BP _144/68_    P _74_    R _18_    T _98.2_    Wt _166_
No tenderness to touch, no abnormal hardening of breast noted @ this time, denies discharge from breast's

Assessment  breast pain

Plan  Warm compresses as needed

MD to review
see Pt schedule

Refer to  ○ PA/Physician    ○ Mental Health    ○ Dental

Signature _____    Title _LPN_    Date _10-30-02_

Health Services Request Form

PHS0179    NC040

ALABAMA DEPARTMENT OF CORRECTIONS

## HEALTH SERVICES REQUEST

Print Name: _Debra Clackler_ AIS# _159516_ Date of Request: _9/8/02_

Housing Location: _Dorm 2 Bed 34-B_

Nature of problem or request:
_I have a lump, soreness, pain and swelling in my right breast._

I consent to be treated by health staff for the condition described.

_Debra Clackler_
Inmate Signature

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED LOCATION**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: _R.t. breast sore and swelling x 1 day. I have a lump R.t. breast._

OBJECTIVE: BP _126/72_ P _88_ R _20_ T _99_ wt _167_

ASSESSMENT: _Have no drainage, CIO pain R.t. breast. on top and on side of breast. I'm 8/30/02 - also Q R.t. breast has been getting larger x 1 week._

PLAN: _M.D. to review notes._

Referral
☐
☐ None
☐ Physician/PA    ☐ Mental Health
☐ Other: _____    ☐ Dental

Staff Signature: _Rane Duncan_ Date _9/9/02_ Time: _12⁰⁵_

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 449-01

_Needs breast Exam_

5 of 10

AR449 – September 25, 2001

PHS0180

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Clackler, Debra_

ID#: _15956_    Date of Birth: _11-26-54_    Housing Location: _2-34B_    Date of Request: _12/28/01_

Nature of problem or request: _sinuses, face, eyes are swollen. Head hurts so bad that I cannot stand the light. Nausea and vomiting. I am very cold; may have temperature._

Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HEALTH CARE DOCUMENTATION

Subjective: _Sinus pressure, Headache no more anymore nausea stop_

Objective: BP _100/70_ P _88_ R _20_ T _98.4_

_No swelling noted @ this time in face or around eyes. 1 pain in frontal area of head_

Assessment: _Headache X 2 days c/o sinus problem X 2 days_

Plan: _nausea vomiting & no more nausea & vom @ this time stable resol on 12/28/01 approx_

Refer to: _12/4/66_  PA/Physician __ Mental Health __ Dental

_Eval care sheet given for Cold, Headaches; NKA_

Signature: _____ Title: _pa_    Date: _12/30/01_    Time: _12 30/pm_

PHS0181

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Debra Clackley_

ID#: _159516_    Date of Birth: _11-26-54_    Date of Request: _11-5-01_    Housing Location: _4-9T_

Nature of problem or request: _Lower back pain, also cramps and_
_pulling sensation from lower back to right hip._

_Debra J. Clackley_
Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
*************************** DO NOT WRITE BELOW THIS AREA ***************************

HEALTH CARE DOCUMENTATION

Subjective: _Lower Back pain_

Objective: BP _110/60_ P _84_ R _20_ T _97 4_

_Cramps in pulling form Lower Back to Rt hip_
_no tenderness or swelling noted in Lower Back_

Assessment: _c/o Back ach x 4 weeks_

Plan: _106/b_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: _rn_    Date: _11/6/01_ Time: _12 08/am_

PHS0182

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Debra Joyce Clackley_ Date of Request: _10/25/01_

ID #: _15956_ Date of Birth: _11/26/54_ Housing Location: _4-9T_

Nature of problem or request: _I am still having lower back pain, and it is getting worse, I would like to see the doctor, (second Request)_

I consent to be treated by health staff for the condition described.

_Debra Joyce Clackley_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### HEALTH CARE DOCUMENTATION

Subjective: _I'm having lower back ache X 1 week_

Objective: BP _100/60_ P _86_ R _18_ T _98_ wt _164._

Assessment: _Lower back pain, hurts worse when turning and standing, have sharp pain when bending._

Plan: _Education given on back ache._
_MD. to review notes_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Rose Dixxee_ Title: _L_ Date: _10/26/01_ Time: _12A 40_

CMS 7166  REV. 3/93                    PHS0183

int Name: _Debra Clackler_    Date of Request: _10-16-01_

D# _159516_    Date of Birth: _11-26-54_ Housing Location _Dorm 8 - 10 T_

Nature of Problem or Request: _Rash on face and neck. It itches and seem to_
_be spreading. I am also having pain in my lower back._

I consent to be treated by the Health Staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### HEALTH CARE DOCUMENTATION

Subjective: Clamhoeing lower Back pain
Resh to Face Breaking out

Objective BP 20/70 P 90 R 20 T 98
no rash noted to face at this time
no small brown spot to Rt side of face.

Assessment: c/o Rash x Ant Known
c/o pain in lower Back x 4 dys

Plan:

(16516)

Refer to: _____ P.A/Physician    Mental Health    Dental

PHS0184

# CORRECTIONAL MEDICAL    EMS
# HEALTH SERVICES REQUEST FORM

Print Name: _Debra Clackler_    Date of Request: _8/2/00_

ID #: _15951L_    Date of Birth: _11/26/54_    Housing Location: _D6 B2-B_

Nature of problem or request: _Headache, nausea, vomiting, pain and soreness in left ear, I would like to get my blood sugar checked also._

I consent to be treated by health staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION  WT 172

Subjective: _I started getting soreness in Ⓛ ear et by 9 or so I got a bad HA, Nauseated/Vomiting. Nausea et Vomiting gone now, HA better, now. Also want BS ✓'d, Sometimes I get hot et nauseated then I get cold_

Objective: BP _168_ P _72_ R _20_ T _97.8_

Assessment: _BS=90, Ears clear, no redness or drainage, eyes clear, PEARL, Abd soft, Ø distension, skin turgor good_

Plan: _BS-90 — Inmate education on N/V, HA et earache given to inmate_
_MD to review_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____    Title: _LPN_    Date: _8-3-00_  Time: _1255A_
C. Hughes

CMS-7100 REV 1-93    PHS0185

Print Name: _Debra Clackler_ Date of Request: _2/16/00_

ID# _159516_ Date of Birth: _11/26/54_ Housing Location _6-2B_

Nature of Problem or Request: _toothache_

_____

_____

_____

I consent to be treated by the Health Staff for the condition described.

_____
SIGNATURE

### PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

······································································

## HEALTH CARE DOCUMENTATION

Subjective:


Objective BP_____ P____ R____ T____


Assessment:

Allergic codine

Plan:

RTC m 3-22-W at 1:30 P

Refer to:____PA/Physician ____Mental Health _X_Dental

Signature: _Cornelton_ Title:_NA_ Date:_3/17/W_ Time:_11:25_

PHS0186

Print Name: _DEBRA CLACKLER_    Date of Request: _2/14/00_

ID# _159516_    Date of Birth: _11/26/54_ Housing Location _6 - 2B_

Nature of Problem or Request: _filling came out of tooth_

_____

_____

_____

I consent to be treated by the Health Staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

HEALTH CARE DOCUMENTATION

Subjective:

Objective BP_____ P_____ R_____ T_____

Assessment:

Allergic: Codine

Plan:

RTC in 3-26-w at 2:30 DP

Refer to:_____PA/Physician _____Mental Health __X__Dental

Signature: _CMelt_    Title: _M_ Date: _2/15/W_ Time: _11:25_

PHS0187

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DEBRA CLACKLER_ Date of Request: _OCTOBER 12, 1999_

ID# _159516_     Date of Birth: _11/26/54_ Housing Location _DORM 6  BED 2B_

Nature of Problem or Request: _TOOTH NEED TO BE EXTRACTED._

I consent to be treated by the Health Staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

## HEALTH CARE DOCUMENTATION

Subjective:

Objective BP_____ P_____ R_____ T_____

Assessment:

Allergic: codine

Plan:

RTC con 10-27-99 at 8:00 Ext

Refer to:_____PA/Physician _____Mental Health _X_ Dental

Signature: _C Helton_     Title: _PA_ Date: _10-12-99_ Time_____

PHS0188

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DEBRA CLACKLER_  Date of Request: _9/22/99_

ID# _159516_  Date of Birth: _11/26/54_  Housing Location _DORM4 - 23B_

Nature of Problem or Request: _LOWER BACK PAIN_

I consent to be treated by the Health Staff for the condition described.

_Debra Clackler_
### SIGNATURE

## PLACE THIS SLIP IN THE MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

### HEALTH CARE DOCUMENTATION

Subjective: _When I twist the lower part of my back popped et sometimes when I squat down it hurts. X 14 years_

Objective BP _100/66_ P _68_ R _8_ T _97.8_

Assessment: _ROM WNL @ this time, Walks c steady gait. Wants bottom bunk profile_

Plan: _Inmate ed cuctation sheet on backaches given to inmate     MD to review_

Refer to: ____PA/Physician   ____Mental Health   ____Dental

Signature: _A Haning_   Title: _LPN_   Date: _9-23-99_ Time _1222A_

PHS0189

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 7-18-99 | TIME 10⁴⁰ AM/PM | FACILITY _J T P_ □ SIR □ PDL □ ESCAPEE □ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _Codine_

CONDITION ON ADMISSION
□ GOOD ☑ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP _98⁷_ ORAL/RECTAL    RESP. _18_    PULSE _80_    B/P _84/152_    RECHECK IF SYSTOLIC <100 >50

**NATURE OF INJURY OR ILLNESS**

S T O  H C U  C/o  Nausea  Vomiting
and  loose  stool.  X 2
started  this  A M.

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

B.  Skin  Clammy, pale

A  Nausea & Vomitting

**ORDERS, MEDICATION, etc.**

Phenergan supp

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE / / | TIME AM PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE _____ | DATE 7/19/99 | CONSULTATION | **PHS0190** |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Clackler  Debra | AGE 44 | DATE OF BIRTH 11/26/54 | R/S WF | AIS # 159516 |
|---|---|---|---|---|

F-15

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Debra Clackler_  Date of Request: _3/10/99_

ID #: _159516_  Date of Birth: _11/26/54_  Housing Location: _Dorm 4 Bed 23B_

Nature of problem or request: _Swollen glands in left side of neck and Cold sore and swelling on lip_

I consent to be treated by health staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective: _I have swollen glands on (L) side of neck + cold sore + swelly on lip_

Objective: BP _110/60_  P _80_  R _20_  T _97⁸_
_noted slight swelly of (L) side of neck @ this time_
_C/O sore throat_
_noted long cold sore to (L) side of lip @ this_
Assessment: _has swollen gland. 2 days_
_cold sore of (L) side 3 up_
Plan: _x 1 day_
_Clinical f/pt 3/12/99_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

_Immate Educion sheetgiin for sore throat_

Signature: _Holloman_  Title: _LPN_  Date: _3/11/99_  Time: _12 ⁰⁸/Am_

CMS 7166 REV. 3/93

PHS0191

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _DEBRA CLACKLER_  Date of Request: _8/16/98_

ID #: _159516_  Date of Birth: _11/26/54_  Housing Location: _EMC-A56B_

Nature of problem or request: _I am having pains in my left breast._

I consent to be treated by health staff for the condition described.

_Debra Clackler_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _Claim Having pains in my (Lt) Breast_

Objective: BP _90/62_ P _58_ R _20_ T _97_
_Pain on (Lt) side of chest it going to Breast
when mov arm pain goes to Breast, SOB
when having pain_

Assessment:
_Pain in (Lt) Breast x 1 week_

Plan:
_Clinical appt 8/18/98_                 _Eka
dne_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: _LPN_ Date: _8/16/98_ Time: _2²⁰ Am_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
### HEALTH SERVICES REQUEST FORM

*Debra Clackler* _____ Date of Request: 10/1/95

16 _____ Date of Birth: 11/26/54 _____ Housing Location: 6

blem or request: Cold - runny nose, chills, swollen glands
es, sore throat, headache.

_____

_____

treated by health staff for the condition described.

*Debra Clackler*
SIGNATURE

**ACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Debra J. Clackler_ Date of Request: _2-22-95_

ID #: _159516_ Date of Birth: _11-26-54_ Housing Location: _9_

Nature of problem or request: _headache, dizziness and nausea_

I consent to be treated by health staff for the condition described.

_Debra J. Clackler_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _I think I'm having inner ear trouble I've had these same symptoms before. S/S x 2 I want to get a w/s I feel like I'm going to vomit._

Objective: BP _104/74_ P _60_ R _16_ T _98.4_ R ear noted to be reddened. c/o N/V and dizziness.

Assessment: _Otitis Media_

Plan: 1. _Syl 7/11 po TID x 3D_
2. _Maalox 40cc TID x 3D_
3. _Clinic appt. 2/24/95_

_B. cooper_
_2-23-95_

Refer to: _✓_ PA/Physician ___ Mental Health ___ Dental

Signature: _L Barnes_ Title: _LPN_ Date: _2/23/95_ Time: _355_

CMS 7166 REV. 10/94

PHS0194

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Debra Clackler_ _____ Date of Request: _2/12/95_

ID #: _159516_ ___ Date of Birth: _11/26/54_ ___ Housing Location: _Dorm 9_

Nature of problem or request: _flu-like symptoms; chills and sweats_
_alternately; headache, sore throat and earache_
_____

I consent to be treated by health staff for the condition described.

_Debra Clackler_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _I have a sore throat & a cold_
_my ears hurt sometimes & my neck feels_
_swelled_

Objective: BP _102/70_ P _108_ R _18_ T _97.6_

Assessment: _Lymph nodes on neck soft & mallable_
_throat slightly reddened. No redness potecar in_
_ears_

Plan:
_① Cold tx tid x 7 days_
_Tylenol ii tid prn x 7 days_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Brinley_ ___ Title: _RN_ ___ Date: _2/13_ ___ Time: _4:17 pm_

CMS 7166 REV. 3/93

PHS0195

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| | | |
|---|---|---|
| DATE 11/17/94 | TIME 10 58 AM/PM | FACILITY 247  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ |

☐ EMERGENCY  ☑ OTHER

ALLERGIES Demerol  Codeine  ASA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97⁴  ORAL/RECTAL  RESP. 16  PULSE 60  B/P 122180
RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S - I've had a H/A & throwing up since I woke up this A.M.

O - Skin W+D to touch. Color good. No acute distress noted @ present.

A - Alteration in Comfort due to c/o H/A, N&V.

PHYSICAL EXAMINATION

P - Ref. to Doc p ly.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

ORDERS, MEDICATION, etc.
1. Phenergan 25 mg po now.
2. Advil 600 mg po now.

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Sign up for sick call if no better tonight.

| RELEASE/TRANSFER DATE 11/17/94 | TIME 1105 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE S. Curs RN | DATE 11/17/94 | PHYSICIAN'S SIGNATURE | DATE 11/18/94 | CONSULTATION | PHS0196 |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Clacker, Debra | AGE 39 | DATE OF BIRTH 11/26/54 | R/S W/F | AIS # 159516 |

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY | ☐ EMERGENCY |
|---|---|---|---|
| 8/16/93 | 2:45 AM/**PM** | Tut ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OTHER |

**ALLERGIES** Codeine

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COM.

VITAL SIGNS: TEMP _____ ORAL/RECTAL RESP. _____ PULSE _____ B/P _____/_____ RECHECK IF SYSTOLIC <100 > 50

### NATURE OF INJURY OR ILLNESS

S— "When I went to sleep and woke up today the left side of my neck was hurting and I got fever and sore throat. Chills. My lip is swollen real big."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

### PHYSICAL EXAMINATION

O— left side of lip is swollen and two puss pockets noted on it. (upper lip)

A— Camphor phenique given to apply to lip. Tylenol tabs given for pain. Benadryl for swelling.

P— Recheck up in morning. Call if not any better.

### ORDERS, MEDICATION, etc.

Campho-phenique given apply to lip Bid × 3D
Tylenol tab II prn Tid prn × 5D
Benadryl 25 mg I Tid × 3D.
V.O. Dr. Wilson / C. Wilson

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO | ☐ DOC |
|---|---|---|---|
| 8/16/93 | 3:10 AM/PM | 8/16/93 | ☐ AMBULANCE |

| ___ SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CO |
|---|---|---|---|---|
| | 8/16/93 | | | |

| NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH |
|---|---|---|
| Ash, Debra | 38 | 11/26/5_ |

PHS0197

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

**NAPHCARE**
**NURSE'S NOTES**

| E | TIME | |
|---|---|---|
| 1/14/01 | 820A | WR returnee. Wt 164.5 100 10, 20, 72, 98.6. UA, TB Test to ① FA. NAO — S Horton Re |
| 12/5/02 | 10AM | Pap smear completed. No d/c notes. S Horton M |

| LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Clackan | M D,b4a | | 159316 |

# PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 4/3/96 | 11:20am | Prepped for Annual physical. T. B. Skin test R. forearm. ___ V. Carter LPN | | | |
| 4/5/96 | | Cholesterol Blood work drawn - Handcarried b/m | | | |
| 4/5/96 | | EKG done JHesler Lpn | | | |

PHS0199

INMATE NAME (LAST, FIRST, MIDDLE) Clackler, Debra    DATE OF BIRTH 11 26 54    AGE 42    R/S W/F    ID# 15956

F-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 5/1/95 | 3⁴⁰ | S - c̄ have migraine HA's and nausea O - 100/80 - 97⁴ - 70.20 Pain across forehead and top of head Having some nausea. Eyes hurts. and gets sick on stomach. Vomits X 2 A - Alt. in Comfort p̄ MD. to review Notes. R Duncan LPN | 5/1/95 | 3⁴⁰ | Codeine 1. Tylenol ʒ̄ TID PRN X 10 days 2. Midrin ῑ TID PRN X 90 days 16 May 95 Jo(signature) 5/1/95 |
| 10/9/95 | 5⁵ | S - c̄ Cold - runny nose chills, swollen glands, body aches, sore throat and R.E. X 7D O. 86/54 - 98.4 - 64 - 16 throat swollen and reddened. noted swollen glands. A - URI p̄ Order tx - L Barnes | | | 1. Cold tb TID X 7D 2. Throat Lozenges ῑῑ PO TID X 7D 3. Syl ῑῑ PO TID PRN X 7D 1 3 OCx 3:10p 10-2-95 B Cook |

| INMATE NAME (LAST, FIRST, MIDDLE) Blacker, Debra | DATE OF BIRTH 12-26-54 | AGE 39 | R/S W/F | ID# 159516 |
|---|---|---|---|---|

F-41 REVISED 4/88

PHS0200

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | S: Dizzy spells | | | *(illegible)* |
| | | vertigo | | | 25 mg |
| | | HA | | | t.i.d. prn |
| | | N+V | | | X 30 p. |
| | | • Had it for several | | | |
| | | times | | | |
| | | twice last | | | — Benadryl |
| | | time(?) | | | 25 mg |
| | | • UTS 2 wks ago. | | | t.i.d X 20 p. |
| | | Menses regular | | | |
| | | D: PC inj. | | | Tylenol |
| | | O: Meniere's dr. | | | 2 t.i.d |
| | | P: Tx | | | |
| 4/13/95 | 1820 | Prep for annual | | | t.i.d |
| Rns. | | physical. PPD(?) | | | prn X 90 d |
| | | HA. UA completed. | | | |
| | | EKG x 4/13/03(?) | | | |
| | | | | | M: Codeine |

PHS0201

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | SEX | ID# |
|---|---|---|---|---|
| Mueller, Debra | 12-06-54 | 39 | W/F | 159576 |

F-41 REVISED 4/88

# PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 10/18 | | Dental ⟶ | | | Pen VK 500mg : tid x 7 days |
| | | | | | Motrin 600mg : tid x 4 days |
| | | | | | M Anderson MD |
| | | | | | L Teebery RDA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | PHS0202 |
| | | | | | |
| | | | | | Codeine |

| INMATE NAME (LAST, FIRST, MIDDLE) Clackler, Debra | DATE OF BIRTH / / | AGE | R/S W/F | ID# 159516 |
|---|---|---|---|---|

F-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | *Codeine* PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|----------------------------|
| 5/21/03 | 3am | N, S - Awake. | | | |
| | | Voiced no c/o. | | | |
| | | O - 110/70 - 96? - 80 - 20 | | | |
| | | I V P B hung to | | | |
| | | Present tubing. No | | | |
| | | sign of infiltration | | | |
| | | to I.V. site. Upper | | | |
| | | lip less swollen, | | | |
| | | has a scab over | | | |
| | | lesion, dark colored. | | | |
| | | stated lip itches | | | |
| | | At times. | | | |
| | | A-Herpatic lesion | | | |
| | | Upper lip - I.V. therapy | | | |
| | | P. Cont. to observe | | | |
| | | R. Duncan | | | |
| 5/22/03 | 5 3/4 am | I V P B Ancef | | | |
| | | 500 mg hung to | | | |
| | | Present line. | | | |
| | | O. NO infiltration | | | |
| | | to I.V. site. 500cc | | | |
| | | Dow left in Bag. | | | |
| | | Less swelling to | | | |
| | | upper lip, C/o area | | | |
| | | itches. | | | |
| | | A- Herpatic lesion | | | |
| | | upper lip - | | | |
| | | P. Cont. to observe. | | | |
| | | R. Duncan | | | |

PHS0203

INMATE NAME (LAST, FIRST, MIDDLE) Winkler, Debra    DATE OF BIRTH 1/1/96    AGE 5-4-38    R/S W/A    ID# 157576

F-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME (cont'd) | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|------|------|------|------|
| 8/21/93 | | Early a.m. noted @ 6AM IV of 500cc 5% Dextrose in bag. PIV site c̄ s&s of infiltration. 12N Ancef IVPB 500mg hung ut connected to primary tubing. NP c/o this shift. Voided q.s. | | | |
| | | A. IV c̄ Ancef a.o. as secondary per P.B. — alteration in comfort | | | |
| | | P. Cont. to observe — Agrep? | | | |
| 8/21/93 | 2-10 | S - no c/o. D- T 97⁷ P-80 R-20 B/P 110/70. ↑ lip decreased in size. IVPB 500mg of Ancef hung to primary tubing to IV site c̄ infiltration. A-1000 cc of D5(W) hung @ 93². P- Med. observation. C. Wilson, LPN | | | |

PHS0204

| INMATE NAME (LAST, FIRST, MIDDLE) Flackey, Aletha | DATE OF BIRTH 11/26/54 | AGE 38 | R/S W/2 | ID# 159516 |
|------|------|------|------|------|

F-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/21/03 | 12 Am | S - Voided no ℅ | | | |
| | | O - Ancef 500mg IV | | | |
| | | P.B. connected to | | | |
| | | present tubing. | | | |
| | | I.V. site patent c̄ | | | |
| | | no signs of infiltration | | | |
| | | to left fore arm. | | | |
| | | A - Alterations in Comfort. | | | |
| | | P - Cont. to observe. | | | |
| | | R. Duncan LPN | | | |
| 8/21/03 | 6 am | S - Quiet. | | | |
| | | O - 110/70 - 97.4 - 74 - 20 | | | |
| | | I.V. PB 500mg | | | |
| | | Ancef connected to | | | |
| | | line. no signs of | | | |
| | | infiltration | | | |
| | | A - Alteration in Comfort | | | |
| | | P - Cont to observe. | | | |
| | | Less swelling in | | | |
| | | upper lip. Has a | | | |
| | | large sore on lip | | | |
| | | c̄ a thick dark blackish | | | |
| | | scab. | | | |
| | | R. Duncan LPN | | | |
| 8/21/03 | 1 PM | A - I feel good. | | | |
| | | O - 98/68 - 98.4 - 70 - 20. Lip | | | |
| | | c̄ ↓ swelling. Remains on | | | |
| | | bed rest in infirmary noted large | | | |
| | | black scab area to ↑ (R) lip. Cont. | | | |

PHS0205

INMATE NAME (LAST, FIRST, MIDDLE) Clacker, Debra   DATE OF BIRTH 1/28/54   AGE 38   R/S W/F   ID# 159516

F-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/19/93 | | S- no Complaints | | | Codeine |
| | | O- Lip c̄ swelling down | 8/ | 20/93 — | |
| BP | 120/90 | Med + meals accepted | | | |
| T | 98⁸ | IV 5% D/w infusing | A | | Much improved |
| P | 88 | J.V site healthy, N/7 | | | |
| Resp | 18 | ø infiltration. | | | |
| | | A- Alteration in comfort | P | | ↓ Ancef to 500mg |
| | | P- Cont to observe. | | | IV q6h × 3 days |
| | | Olivia Tenell h | | | + D/c |
| 8/20/93 | | S- J.tul c̄ better | | | |
| | | O- ↓ swelling on lip | | | |
| | | ø tect rochainey nctch | | | |
| | | 4cm opening on upper lip | | | |
| | | New IV #22 started in | | | |
| | | ®LFA site us patent + | | | |
| | | intact no redness or swelling | | | |
| | | cted IV tubing also change 500 | | | |
| | | 4co IV DS/w TO circuit | | | |
| | | IV infusing at tvo rate | | | |
| | | clenies any discomfort | | | |
| | | A- Alteration in skin integrity | | | |
| | | u/T. redness opening on lip | | | |
| | | Pcontinue medical observation | | | |
| | | + Bullen | | | |
| | | VS 120/84 - 98⁰ - 52 - 20 ∫ Bullen) | | | |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8-19-93 | 6:00 p | S = "I feel better. How long will I have this IV?" | | | |
| | | O = B/P 90/58  T 98⁵  P 80  R 20 Upper lip less swollen. one spot remains crusted. able to drink and eat. | | | |
| | | A = alteration in comfort. | | | |
| | | P = Continue observation. | | | |
| | | H Merriweather p m | | | |
| | 8:32 p | S = None | | | |
| | | O = D5W IV @ KVO rate continues to infuse. Warm Ancef I gm. WEB connects to present tubing. | | | |
| | | A = Medicated as ordered. | | | |
| | | P = Continue present orders. | | | |
| | | H Merriweather p m | | | |
| | | LiB 400cc | | | |
| 8/20/93 | 4:15a | S - awake + alert — no complaint. | | | |
| | | O - 110/70 T 97° P 88 R 18. no change. | | | |
| | | A - Alteration in comfort - Alteration in self concept related altered Body image change | | | |
| | | P - Continue to observe — S Mays RN | | | |

PHS0207

E (LAST, FIRST, MIDDLE)  Slater, Della    DATE OF BIRTH 11/26/54    AGE 38    R/S WF    ID# 159516

1/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/19/93 | 5³⁰ | S - I'm feeling Much better. | | | |
| | | O - B/P 100/70 T-988 P-84 R 16. Upper lip remain swollen although feeling better. D5W @ Kvo rate in arm. S redness or swelling noted @ site. 100cc LIB, A - Medical observation. P - Continue to observe. (A. Heal, CN) | | | |
| 8/19/93 | | S - No complaints. Alert in bed. | | | |
| | | O - B/P 90/50 T-98 P80 Resp.20 | | | |
| | 5⁰⁰ | D/W infusing @ KVO. IV site healthy no s/s of irritation. Lip reduced in size since admit. skin warm & dry. color pale. A - Medical observation P - Continue to observe. | | | |
| | 6³⁰ | Chiefs fever br 1 ℞m 1000 ml 5% D/W burned to heart IV tubing infusing well. P. Jones, CN | | | |

PHS0208

| NAME (LAST, FIRST, MIDDLE) | | DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|---|---|
| Crocker, Debra | | 11-18-54 | 38 | WF | 159516 |

4/88

# PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/18/93 | | S - No complaints. | | | *Codeine* |
| | | O - B/P 118/80 T 96⁶/₁₀ P 72 Resp 18 | | | |
| | | Lip remains swollen & lesion present. | | | |
| | | Able to eat & take | | | |
| | | meds. S/O Now | | | |
| | | running @ K.V.O. | | | |
| | | I.V. Site healthy No | | | |
| | | S/S of infiltration | | | |
| | | Ancef & ? gm I.V.P.B | | | |
| | | Attached to present | | | |
| | | tubing as order. | | | |
| | | A - Heme. lesion to lip | | | |
| | | P - Cont. to observe. | | | |
| | | Chivis Terrell ℞ | | | |
| 8/18/93 | 5³⁰p | S = None | | | |
| | | O = B/P 114/70 T 100⁷/₁₀ P 74 R 18 | | | |
| | | I.V. D5W continues | | | |
| | | to infuse in Lt arm | | | |
| | | per pump @ K.V.O rate. | | | |
| | | Ambulatory to restroom | | | |
| | | at intervals. Upper lip | | | |
| | | remains swollen | | | |
| | | A = Medical observation | | | |
| | 10⁰⁰p | P = Continue to observe. | | | |
| | | L & O 350cc | | | |
| | | H Merriweather ℞n | | | |

PHS0209

| LAST, FIRST, MIDDLE | Clacker, Debra | DATE OF BIRTH 11/26/54 | AGE 38 | R/S W/A | ID# 159516 |
|---|---|---|---|---|---|

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/17/03 | | my mouth hurts | | | Codeine |
| | | O. inmate admitted ℅ | | | |
| | | NCU pr admis 11:25w | | | |
| | | wc started #22 angiocath | | | |
| | | in CFA. site J w/dress | | | |
| | | O. suritin. 800 cc TC at 9:45pm | | | |
| | | Top lip is swollen ℅ blisters | | | |
| | | motrin 800mg given at 9:45pm | | | |
| | | may I gave IVPB given as | | | |
| | | ordered. | | | |
| | | A. cellulitis ℅ herpes | | | |
| | | lesions & upper lip | | | |
| | | P. medical observation | | | |
| | | R Breuer RN | | | |
| | | Addendum VS 104/70 98-50-20 | | | |
| | | L Breuer | | | |
| 8/18/03 | 12 | S. awake. voiced no ℅ | | | |
| | | O. 90/70-98-70-20 | | | |
| | | Ancef 1gm IVPB | | | |
| | | hung. DCW patent | | | |
| | | left forearm. EMD | | | |
| | | no redness or signs of | | | |
| | | infiltration. | | | |
| | | upper lip swollen ℅ | | | |
| | | open lesion draining | | | |
| | | yellowish colored drainage. | | | |
| | | ℅ left side of face hurts | | | |
| | | lip swollen + pink colored | | | |
| | | A. Hepatic lesion upper lip. R absene. | | | R D unreau |

INMATE NAME (LAST, FIRST, MIDDLE) Clacker, Debra   DATE OF BIRTH 11/20/54   AGE   R/S WF   ID# 15957G

F-41 REVISED 4/88

PHS0210

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/17/93 | 237 | ℞ — My neck is swollen and my mouth and I been real nauseated. | | | Codeen |
| | | O B/P 116/70 T 98° P-64 R-16 Localized swelling noted @ base of jaw on ① side down into neck. Area tender along jaw line @ site of lymph nodes. Swelling and pain started on Sunday night. Was having chills and sweating @ time c̄ elevated temp. After starting having chills, lip started swelling. Lip noted to be protruding c̄ infected looking area noted on upper ① side of lip. Also been feeling nauseated but have not vomited. Feeling dizzy as if was going to pass out. A — Soreness P — Refer to MD for eval. and treatment. (A. Neal gr) | | | 8/17/93 (rec) A Herpatic lesion upper lip c̄ dento Cellitis — Swollen puritant lesion P — admit to HCU auto fluid: KCl 2 1000cc 5% D/W Ancef 1 gm IV q 6h Cold Packs — Motrin 800 mgm q 6 hr PRN pain [signature] |

PHS0211

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|---|
| Crockson, Debra | 11-26-54 | 38 | WF | 159516 |

REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 6/19/93 | | new arrival admission. Completed TB skin test given. (IPV Tetnu) x-ray given @ district. S. Buller | | | |
| 6/20/93 | | N.A. PE. Agree per MD. — S. Lewis | | | |
| 7/8/93 | | Med. clear rel. to pop. — S. Lewis | | | |
| 7/26/93 | 230 | Am. I - I have a rash on Rt. shoulder. O - 100/70 - 97 - 80-20 itches and red, round and flat spots on shoulder. A - Screening P - Refer to MD L. Duncan | 7/26/93 | | R HC CN 0.5% Bid × [signature] J Merriweather Spn 7/26/93 |

PHS0212

TUTWILER CORRECTIONAL FACILITY

Facility Name: Tutwiler Prison for Women

Month/Year of Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Mytab Gas 80MG Chew Tab     60.00**

Take 2 chew tab(s) by mouth use as directed

K
op     # 660
         given 2/10/05

Start Date: 12-05-2005     Prescriber: Englehart, Sam
Stop Date: 01-03-2006     RX #: 250943471

**MOM 30cc PO**
**X 90 days**
                    **P R N**

S
T
O
P

Start Date: 10-05-05     Prescriber: Englehart
Stop Date: 1-05-06     RX #:

**Metamucil**
**KOP**

x Metamucil KOP

FJ 10/20  X180days

Start Date: 1/4     Prescriber: Englehart
Stop Date: 7/7     RX #:

CA

**Provera 10mg**
**↑ PO BID**

FJ          X8days

CEP     1/10

Start Date: 1/10     Prescriber: Englehart
Stop Date: 1/23     RX #:

CA

**Zantac 150mg**
**↑ PO BID**

FJ          X30days

KOP
KOP

Start Date: 1/10     Prescriber: Englehart
Stop Date: 1/23     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies
NKDA

Housing Unit: Population
Patient ID Number: 159516
Patient Name:

**Clackler, Debra**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| RWashington | RW | Strahlone Jones | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |

**PHS0213**

Date of Birth:

Facility Name:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Month/Year of Charting: 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOM 30cc
X 90 days

PRN

6A

6PM 9NN

Start Date: 10-05-05    Prescriber:
Stop Date: 01-05-06    RX #:

Mytabs īī PO BID
X 30 days

new
aps 27 cxl    Debra Clackler
caregiver 12/6

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: Codeine

Housing Unit:
Patient ID Number: 159516
Patient Name:

Glacker Clackler, Debra

Nurse's Signature    Initial    Nurse's Signature    Initial

Date of Birth: 11/26/54

PHS0214

| Documentation Codes |
|---|
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| Self Administered |
| Medication out of Stock |
| Medication Held |
| No Show |
| 10. Other |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Phenergan 25mg ī
PO BID PRN X 5days
9-8-05                                    STOP

Provera 10mg ī PO
qd X 14days          cont.
9-8-5        9-23-5

1 2 3 4 5

1 2 3 4 5 6 7 8 9 10 11 12 13 14

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  9-1-5        THROUGH  9-30-5

Physician  Williams

Alt. Physician

Allergies  Codeine

Telephone No.

Alt. Telephone

Rehabilitative Potential

Diagnosis

**PHS0215**

Medicaid Number          Medicare Number

Complete Entries Checked

By _____          Title: _____  Date: 9-8-05

PATIENT  Clackler Debra

PATIENT CODE  159511          ROOM NO.          BED FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*MoM 30cc Pred*
*PRN x 14 day*    6
6

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR
THROUGH

Physician

Alt. Physician                                    Telephone No.
                                                 Alt. Telephone                          Medical Record No

'ergies                                          Rehabilitative
                                                 Potential

Diagnosis                                                              **PHS0216**

| Medicaid Number | Medicare Number | Complete Entries Checked | | Title: | Date: |
|---|---|---|---|---|---|
| PATIENT *Clayton, Debra* | | By: | | PATIENT CODE *15-9511* | ROOM NO. | BED | FACIL. |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 900mg Tues + Thurs x 9 months po 8/16/05   5/16/06 | 6AM | | | | | | | | | | | | | | | | O | O | | | | | | O | O | | | | |
| Vit. B₆ 50mg po Tues + Thurs x 9 months 8/16/05   5/16/06 | 6AM | | | | | | | | | | | | | | | | | O | O | | | | O | O | | | | | |

CHARTING FOR 8/1/05 THROUGH 8/31/05

Physician

Alt. Physician

Allergies

Diagnosis

Medicaid Number    Medicare Number

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Telephone No.

Alt. Telephone

Rehabilitative Potential

Complete Entries Checked

By

**PHS0217**

PATIENT: Clacker, Debra

PATIENT CODE 159511

ROOM NO.

BED    FACILI