# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Colace 100mg 1 po qd x 90 days 7/25/05 – 10/25/05 | | |
| MOM 30-60ml prn constipation x 90 days | | |

CHARTING FOR Physician: Dr. Wilkins 8/2/05
THROUGH: 8/31/05
Alt. Physician:
Allergies: Codeine
Patient: Clinton, Deborah
Medical Record #: 15901?
PHS0218
Patient Code: 15951?
Title: LN
Date: 8/1



Facility Name: TCF
Month/Year of Charting: 11/05

**INH 300mg ï̈ı̈ı̈**
**po qAM Tues/Thurs**
D/C 11-3-05
Start Date: 8/16/05
Stop Date: 5/16/06

**Vit B6 50mg ī**
**po qAM Tues/Thurs**
D/C 11-3-05
Start Date: 8/16/05
Stop Date: 5/16/06

**MOM 30cc PRN**
**x 90 days**
Start Date: 10/5/05
Stop Date: 1/5/06

**Lasix 20mg ī po**
**qd x 5days**
9 9 9 9 9
1 2 3 4 5
Start Date: 11/14/05
Stop Date: 11/18/05

**Provera 10mg ī po**
**qday x 14days**
9 9 9 9 9 9 9 9 9 9
1 2 3 4 5 6 7 8 9 10 11 12 13 14
Start Date: 11/14/05
Stop Date: 11/27/05

Diagnosis:
Allergies: Codeine
Nurse's Signature: M. Robinson, LPN / MR
Housing Unit:
Patient ID Number: 15956
Patient Name: Clacker, Debra
Date of Birth: 11/26/54

PHS0219

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| | |
|---|---|
| MOM 30 cc PRN x 9.00 mp | Start Date: 10/0/5  Stop Date: 1/31/5  Prescriber:  RX #: |

Diagnosis: Codeine

Housing Unit:
Patient ID Number: 159676
Patient Name: Clarkson, Deborah
Date of Birth: 11/26/57

PHS0220

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Tutwiler Prison for Women | | Month/Year of Charting: 10/05 |
|---|---|---|

Docusate Sodium 100MG Cap 60.00
Take 2 capsule(s) by mouth daily
Start Date: 08-02-2005  Stop Date: 10-30-2005
Prescriber: Williams, Winfred   RX #: 250325117

INH 300mg iii po q AM Tues/Th
Start Date: 8/16/05  Stop Date: 5/16/06

Vit B6 50mg i po q AM Tues/Thurs
Start Date: 8/16/05  Stop Date: 5/16/06

Motrin 600mg po BID x 7days
Stop Date: 10/2/05

Diagnosis:
Allergies:
Housing Unit: Population
Patient ID Number: 159516
Patient Name: Clackler, Debra

PHS0221

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Tutwiler Prison for Women | | Month/Year of Charting: 09/05 |
|---|---|---|

**Docusate Sodium 100MG Cap 60.00**
Take 2 capsule(s) by mouth daily
Hour: 6A
Start Date: 08-02-2005
Stop Date: 10-30-2005
Prescriber: Williams, Winfred
RX #: 250325117

**INH 900 mg po q Tues + Thurs x 9 mo.**
Hour: 6A
Start Date: 8/16/05
Stop Date: 5/16/06

**Vit B6 50 mg po q Tues + Thurs x 9 mo.**
Hour: 6A
Start Date: 8/16/05
Stop Date: 5/16/06

**Phenergen 25mg PO BID PRN x 5 days**
9-8-5    9-14

**Provera 10mg PO daily x 14 days**
9-8    9-23

**Motrin 600 mg PO BID x 7 day**
Hour: 6A / 6P
9-25-05
Start Date: 9-25-05
Stop Date: 10-2-05

Diagnosis:
Allergies:
Housing Unit: Population
Patient ID Number: 159516
Patient Name: **Clackler, Debra**

PHS0222

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metformin i tab PO BID x 100mg 5/8/05  8/18/05 | 6A  6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flagyl 500mg PO BID x 7 days 6/28/05  7/5/05 | 6A  6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Valproic Acid 250mg i q pm 7/15/05 | 6AM | VOID → ERROR | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Valproic Acid 250mg i qHS 7/15/05 | 6PM | VOID → ERROR | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tums i bottle KOP 7/15/05 | | Inmate PRN no order written per MD | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 7/1/05  THROUGH: 7/31/05

Physician:
Alt. Physician:
Allergies: Codeine
Diagnosis:
Medicaid Number:  Medicare Number:
PATIENT: Clacken, Debra
PATIENT CODE: 159576
Medical Record N: 159576

PHS0223

Date: 6/2
Title: RN

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Metamucil 1 ph po BID x 100 days 5/8/05 — 8/18/05 | 6A 6P | |
| Zantac 150 mg i PO BID x 10 days 6/11/05 | 6A 6P | |
| Mag citrate 1 bottle now 6/11/05 | | |
| Percogesic tabs ii PO q 4° prn pain 6/24/05 | | |
| Flagyl 500mg BID x 7 days 6/22/05 — 7/5/05 | 6a 6p | |

CHARTING FOR 6/1/05 THROUGH 6/30/05

Physician: [signature]
Alt. Physician:
Allergies: Codeine
Diagnosis:

Patient: Clackler, Debra
Patient Code: 159576

PHS0224

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clock ERROR AC

Metamucil 1 pk BID
x 100 days
8/8/05      8/18/05

6a →  XX
4p →

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR _____ THROUGH _____
Physician
Alt. Physician                          Telephone No.                        Medical Record No.
                                        Alt. Telephone
Allergies                               Rehabilitative Potential
Diagnosis                                                                    PHS0225
Road Number    Medicare Number    Complete Entries Checked
                                   By
Clackler Debra                     Title:                           Date:
                                   PATIENT CODE   ROOM NO.   BED   FACIL
                                   159516

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Metamucil 1 pack BID x 30 DAYS 3/28/05 — 4/27/05 | PRN | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 3-1-05    THROUGH: 3-31-05
Physician: Peasant
Allergies: Codeine

PHS0226

PATIENT: Cleckler, Debra
PATIENT CODE: 159516

Date: 3/28

# LCS CORRECTIONS SERVICES, INC.
## Medication Administration Record

Facility: SLCC  Month: March  Year: 2005

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/04 | RF PRN | | Colace 100mg i po qhs | | | | R | R | R | R | R | R | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | hs | R | hs |
| | | | Tagamet 400mg i po bid | | | | R | NS | NS | R | hs | NS | hs | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | hs |
| 02/14/05 | | | Dulcolax i po qhs | | | | | | | hs | NS | NS | hs | hs | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | R | hs | | |

DC - Discontinue  R - Refused  NS - No Show  C - Court  O - Other

ALLERGIES: Cape  
D.O.B. / Offender #: 5/15/6 / 112054  
LOCATION: Tiger  
NAME: Crockler, Debra

PHS0227

# MEDICATION ADMINISTRATION RECORD

10/01/2004
STDT01                                                                                              (TUA-458) TUTWILER ANNEX

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

METOCLOPRAMIDE (REGLAN) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY         6A

RX: 6174685 ENGLEHART, M.D. (DIR, SAM , MD
START - 09/04/2004    STOP - 12/02/2004       6P

BISACODYL (DULCOLAX) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH AT BEDTIME AS
NEEDED *DO NOT CRUSH*                         6P
RX: 6184983 ENGLEHART, M.D. (DIR, SAM , MD
START - 09/08/2004    STOP - 11/06/2004

Colace 100mg #1 p.o.                          6A
BID X60 days                                  6P
10/11/04          4/11/04

Mag Citrate - 1 bottle                        6A
Tues & Friday X30day
10/11/04    11/11/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    10/01/2004    THROUGH    10/31/2004
Physician    ENGLEHART, M.D. (DIR, SAM
Alt. Physician                                              Telephone No.
                                                            Alt. Telephone                 Medical Record No
Allergies    CODEINE
                                                            Rehabilitative Potential
Diagnosis
                                                                                          PHS0228
Medicaid Number    Medicare Number    Complete Entries Checked
                                     By: S. Horton R
                                                            Title:                        Date:
PATIENT                                                     PATIENT CODE    ROOM NO    BED    FACIL
CLACKLER,                                                   159516          1

# MEDICATION ADMINISTRATION RECORD

09/01/2004
STDT01
(TUA-458) TUTWILER ANNEX

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|

**DICYCLOMINE (BENTYL) 10MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
*KEEP ON PERSON*
RX: 6098456 ENGLEHART, M.D. (DIR, SAM, MD)
START - 08/20/2004   STOP - 09/18/2004

6A / 6P — d/c'd 9/2/04

**RANITIDINE (ZANTAC) 300MG TAB**
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*
RX: 6098460 ENGLEHART, M.D. (DIR, SAM, MD)
START - 08/20/2004   STOP - 09/18/2004

6A / 6P

Colace 100mg qd PRN x 180d

**METOCLOPRAMIDE (REGLAN) 10MG TAB**
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
RX: 6174285 ENGLEHART, M.D. (DIR, SAM, MD)
START: 09/04/2004   STOP: 12/02/2004
CLACKLER, DEBRA   159516

Rubedex ii PO
Q4-5 x 60day PRN
09/06/04         11/06/04

**AMPICILLIN (AMOXIL) 500MG CAP**
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR 10 DAYS
CLACKLER, DEBRA   159516

Macrodantin 100mg i̅ PO
BID x 10d.
stop 10/29

Black Blank for label

CHARTING FOR 09/01/2004   THROUGH 09/30/2004
Physician: ENGLEHART, M.D. (DIR, SAM)
Allergies: CODEINE

By: S. Horton PA   Date: 8/2

PATIENT: CLACKLER, DEBRA
PATIENT CODE: 159516   ROOM NO. 1

PHS0229

# MEDICATION ADMINISTRATION RECORD
08/01/2004

STDT01                      (TUT-457) TUTWILER PRISON FOR WOMEN

**MEDICATIONS** | HOUR | 1-28

- RANITIDINE (ZANTAC) 150MG TAB
  TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*
  RX: 5959532 ENGLEHART, M.D. (DIR, SAM, MD
  START - 07/23/2004    STOP - 08/21/2004

- Dicolon 1mg it qd PRN x 180
  8/20/04 - 2/22/05

- Colace 100% qd PRN x 180 das

CHARTING FOR 08/01/2004 THROUGH 08/31/2004
Physician: ENGLEHART, M.D. (DIR, SAM
Allergies: CODEINE

Medical Record No: 159511

PHS0230

PATIENT: CLACKLER, DEBRA
PATIENT CODE: 159516   ROOM NO: 1   BED: 1

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Bentyl 10mg 1 po BID X 30 days 8/18 — 9/18 | 6 / 6 | (administration marks through ~18, signatures at 20-24) |
| Zantac 300mg 1 po BID X 30 days 8/18 — 9/18 | 4 / 6 | (administration marks through ~18, signatures at 20-24) |

CHARTING FOR: 8/18  THROUGH: 8/31

Physician: Englehardt

Allergies: Codeine

Diagnosis:

PHS0231

PATIENT: Clackler Debra

PATIENT CODE: 159511

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Zantac 150 mg c HS x 30 days 7-17-04  8-17-04 | KP | |
| tylenol 325 mg ii BID x 14 days | 6a / 6p | |
| Zantac 150mg 1 PO BID x 30 days  7/21  8/21 | KOP | KOP |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-04 THROUGH 7-31-04
Physician: Dr Enright
Alt. Physician: Dr Pleasant

Patient: Clacker, Debra
Patient Code: 15951 6

PHS0232

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Colace 100mg BID x5d | 6A | → A B ... C |
| 6/22/4 | 6P | → A A A ) 12 |

CHARTING FOR: 6-22-4  THROUGH: 6-30-4
Physician: Englehardt
Allergies: Codiene
Medical Record No: 1595
PHS0233
PATIENT: Oakley Debra

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ... | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325 g ii tabs P.O. BID x 10 Days 5/30/04  6/4/04 | 6A cf | A | A | A | A | X | | | | | |

CHARTING FOR 6/1/04 THROUGH 6/30/04

Physician:
Alt. Physician:
Allergies: Codiene
Diagnosis:
Medicaid Number:
Medicare Number:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Medical Record No: 15957b

PHS0234

Complete Entries Checked By: [signature]   Title: RN   Date: 5/26

Patient: Mackley, Debra
Patient Code: 159576

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Pen VK 500mg BID x 7 Days 5/10 - 5/17 | 6A / 6P | |
| Motrin 600mg BID x 5 Days 5/10 - 5/15 | 6A / 6P | |
| Phenergan 25mg BID x 3 DAYS 5-22-04  5-25-04 | 6A / 6P | |
| Tylenol 325mg ii po x 100 BID 5-25-04  6-4-04 | 6A / 6P | |
| Donnatol i po x 50 BID 5-25-04  5-30-04 | 6A / 6P | |

CHARTING FOR 5/ THROUGH 5/31/04

Medical Record No: 159512

PHS0235

PATIENT: Clackler, Debra
PATIENT CODE: 159516

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Motrin 600 mg T PO x 3 days 4-19-04 | D/C 4-22-04 | 6A 6P |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-19-04 THROUGH 4-30-04

Physician:
Alt. Physician:
Telephone No.:
Alt. Telephone:
Allergies:
Rehabilitative Potential:
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: [signature] Title: LPN Date: 4-19

PATIENT: Clackler, Debra

PHS0236

139516