# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hytues 600mg PO BID x 5 days 02/17/04  02/23/04 | 6AM / 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CPM 4mg PO BID x 5 days 02/17/04  02/22/04 | 6AM / 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/17/04 THROUGH 02/29/04
Physician: Dr. Engelhardt
Alt. Physician:
Allergies: Codeine
Diagnosis:
Medicaid Number:    Medicare Number:
Complete Entries Checked By: [signature]   Title: LPN   Date: 02/1_
PATIENT: Crutcher, Debra
PATIENT CODE: 159516

PHS0237

# MEDICATION ADMINISTRATION RECORD

12/01/2003
STDT01                                                                                             (TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| DOCUSATE 500 (COLACE) (CAPS) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *DO NOT CRUSH*<br>RX: 4781548 ENGLEHART, M.D. (DIR, SAM, MD<br>START - 11/09/2003   STOP - 01/31/2004 | 6A<br>6P | (initials across days) |
| Ferrous Sulfate 325mg<br>i p.o. qd x 180 days<br>8/5/03        1/13/04 | 6A | (initials across days) |
| Natalcare Plus tabs<br>i p.o. qd x 180 days<br>9/10/03        3/7/04 | 6A | (initials across days) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2003    THROUGH    12/31/2003
Physician: ENGLEHART, M.D. (DIR, SAM
Alt. Physician:
Telephone No.:
Alt. Telephone:
Allergies: NONE KNOWN
Rehabilitative Potential:
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By:
Title:
Date:

PATIENT: CLACKLER, DEBRA
PATIENT CODE: 159516
ROOM NO.: 1
BED:
FACILITY: TUT

PHS0238

# MEDICATION ADMINISTRATION RECORD


NaphCare



| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| 240735 FERROUS SULFATE 325 MG TAB<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A | |
| 240736 DOCUSATE SOD 100 MG CAP<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE 1 CAPSULE(S) TWICE DAILY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A<br>6P | |
| 260102 NATALCARE PLUS TABLETS TAB<br>Start: 09/10/03  Stop: 03/07/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS | 6A | |
| 268804 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 09/25/03  Stop: 11/04/03<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH UNTIL 11/04/03 | 6A | |
| 268806 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 09/25/03  Stop: 11/04/03 B4)<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH UNTIL 11/04/03 | 6A | |
| Elavil 25mg p.o. qhs | 6P | |

CHARTING FOR: 11/01/03   THROUGH: 11/01/03

Physician: Ewzlewardt
Allergies: CODEINE
Inmate No.: 159516-AI

CLACKLER, DEBRA

PHS0239

# MEDICATION ADMINISTRATION RECORD


NaphCare



| MEDICATIONS | HOUR |
|---|---|
| 185881 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| 185882 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| 240735 FERROUS SULFATE 325 MG TAB<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A |
| 240736 DOCUSATE SOD 100 MG CAP<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE 1 CAPSULE(S) TWICE DAILY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A / 6P |
| 260102 NATALCARE PLUS TABLETS TAB (Prenatal)<br>Start: 09/10/03  Stop: 03/07/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS | 6A |
| Clavic 25mg ... q12h<br>x180 days  9/4/03<br>STOP 10-4-03 | 6P |
| Flagyl 500mg BID x10 day<br>10/8/03     10/18/03 | 6A / 6P |
| Doxycycline 100mg BID x10day<br>10/8/03     10/18/03 | 6A / 6P |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 10/01/03   THROUGH: 10/01/03
Physician: ENGlehardt
Allergies: NKA
Inmate No.: 159516-AL

PHS0240

PATIENT: CLACKLER, DEBRA
PATIENT CODE: 159516
Title: LPJ   Date: 9/23

NC001

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| 85881 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A | [initials across days] 9/24/0 |
| 185882 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A | [initials across days] 9/24/0 |
| 240735 FERROUS SULFATE 325 MG TAB<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A | [initials across days] |
| 240736 DOCUSATE SOD 100 MG CAP<br>Start: 08/05/03  Stop: 01/31/04<br>TAKE 1 CAPSULE(S) TWICE DAILY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 6A<br>6P | [initials across days] |
| Elavil 25mg QHS<br>x180D<br>4/4  —  10/4 | 6P | [initials across days] |
| Prenatal Vitamins<br>qd x 180 days<br>9/9       3/9 | 6A | → [initials across days] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 09/01/03   THROUGH 09/01/03

Physician:
Alt. Physician:
Allergies: NKA
Rehabilitative Potential:

159516-AL

Diagnosis:

PHS0241

Complete Entries Checked By: [signature]   Title: [illegible]   Date: 8/24

CLACKLER, DEBRA

PATIENT CODE: 159516

NC001

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR |
|---|---|
| 185881 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| 185882 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| ELAVIL 25mg  qhs<br>x180 DAYS<br>4-4-03   10-4-03 | 6P |
| ZESOT 325mg BID<br>x180d KOP<br>8/4/3    2/4/4 | 6A |
| Colace 100mg BID<br>x180d KOP<br>8/4/3    2/4/4 | 6A<br>6P |

CHARTING FOR: 08/01/03 THROUGH 08/01/03

Physician: ENGLEHARDT
Alt. Physician:
Allergies: NKA

Inmate No. 159516-A

CLACKLER, DEBRA    158516

PHS0242

# MEDICATION ADMINISTRATION RECORD



NaphCare

**MEDICATIONS**

185881 ISONIAZID*AL-TB* 300 MG TAB
Start: 04/22/03   Stop: 01/16/04
TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS

185882 PYRIDOXINE*AL-TB* 50 MG TAB
Start: 04/22/03   Stop: 01/16/04
TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS

Elavil 25 mg q HS
X 180 D

4/4 — 10/4

CHARTING FOR 07/01/03   THROUGH 07/01/03

Allergies: NKA

159516-AL

PHS0243

CLACKLER, DEBRA

PATIENT CODE 159516

# MEDICATION ADMINISTRATION RECORD





| MEDICATIONS | HOUR |
|---|---|
| 85881 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| 185882 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A |
| Elavil 25mg @ 1pm<br>x 130 D<br>4/4 - 10/4 | 6p |

CHARTING FOR 06/01/03   THROUGH 06/01/03

Physician:
Alt Physician:
Allergies: NKA

Inmate No. 159516-AL3

PHS0244

CLACKLER, DEBRA

PATIENT CODE 159516

NC001

# MEDICATION ADMINISTRATION RECORD



NaphCare

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| 185881 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A | |
| 185882 PYRIDOXINE*AL-TB* 50 MG TAB<br>Start: 04/22/03  Stop: 01/16/04<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 6A | |
| Elavil 25mg q HS<br>x 180 | 6P | |
| 4/4 — 10/4 | | |
| Vit B6 Tapered | 6A | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/03    THROUGH 05/01/03

Physician:
Alt. Physician:
Allergies: NKA
Telephone No:
Alt. Telephone:
Rehabilitative Potential:
Diagnosis:
Medicaid Number:    Medicare Number:
Complete Entries Checked By:

Inmate No. 159516-AL

PHS0245

PATIENT: CLACKLER, DEBRA
159516



# MEDICATION ADMINISTRATION RECORD

# MEDICATION ADMINISTRATION RECORD — NaphCare

| Medications | Hour | Administration |
|---|---|---|
| 139920 ISONIAZID*AL-TB* 300 MG TAB<br>Start: 01/27/03  Stop: 10/23/03<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 9 MONTHS | 0600 | (initials across days 1–28) |
| Motrin 600 mg<br>BID x 3 days<br>2/26/03 — 3/1/03 | 0600 / 1800 | X X (discontinued) |
| Elavil 25 mg q hs<br>x 30 d<br>3/5 – 4/5 | 6P | (charted daily) |
| Tylenol 325 mg ii BID<br>x 30 D<br>3/5 – 4/5 | 6A / 6P | (charted daily) |

Charting for: 03/01/03   Through: 03/01/03

Allergies: NKA

CLACKLER, DEBRA

Inmate No: 159516-AL

PHS0247