# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–30 |
|---|---|---|
| INH 300mg X 275 DAYS 1-23-03 | 6A | [handwritten initials across days] |
| Motrin 600mg BID X 3 DAYS 2-26-03 STOP 3-1-03 | 6A<br>6P | X, X, A, A, A |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/03 THROUGH 2/28/03

Physician

Alt. Physician

Telephone Number

Alt. Telephone

Inmate No. 159156

Allergies Codiene

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: LPN Date: 1/31/03

PATIENT CLACKLER, Debra

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

PHS0248

PFS: NAPHCAR-06

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Feb INH 300mg qD x 275 days 2/6/03 | 6A | [initials] |
| MAR INH 300mg qd x 275d 2/6/03 | 6A | [initials] |
| April 03 INH 300mg qd x 275d 11/18 | 6A | [initials] |
| May INH 300mg qd x 275d 11/18 | 6A | [initials] |
| | | |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/03 THROUGH 2/28/03

Physician: Engelhardt

Alt. Physician:

Allergies: NKDA

Telephone Number:

Alt Telephone:

Rehabilitative Potential

Inmate No. 159516

Diagnosis

PHS0249

Medicaid Number | Medicare Number

Complete Entries Checked By: B. Timbrook Title: LPN Date: 2/6/03

PATIENT: Clacker, Debra

PATIENT CODE: 159516 | ROOM NO. | BED | FACILITY CODE

PFS: NAPHCAR-0

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300mg qd x 295 days [illegible]3-03 | 6A | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | X | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-1-03 THROUGH

Physician: Engelhardt

Alt. Physician:

Telephone Number:

Alt. Telephone:

Inmate No.

Allergies: Codeine

Rehabilitative Potential

Diagnosis:

PHS0250

Medicaid Number:

Medicare Number:

Complete Entries Checked By: Marion T. Wright Title: RN Date: 1-23-03

PATIENT: Clackler, Debra

PATIENT CODE: 159156

ROOM NO:

BED:

FACILITY CODE: TWT

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4–31 |
|---|---|---|---|---|---|
| Tylenol ii BID x3 days 1/1/02 – 1/3/02 | 6A | | | | |
| | 6P | ✓ | ✓ | ✓ | |
| CTM 4mg BID x3 days 1/1/02 – 1/3/02 | 6A | | | | |
| | 6P | ✓ | ✓ | ✓ | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/02 THROUGH 1/31/02

Physician: Gayle ...

Alt. Physician:

Allergies: [illegible]

Telephone Number

Alt. Telephone

Inmate No.

Diagnosis: NKA Tylenol Codeine

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: [illegible] Title: [illegible] Date: 12/31/01

PATIENT: Clackler Delora

PATIENT CODE: 159516

ROOM NO.

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Motrin 600mg TID x 3 days 11/6/01 11/9/01 | 6A<br>11A<br>6P | [illegible] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/1/01 THROUGH 11/30/01

Physician: Englehardt

Telephone Number:

Inmate No.:

Alt. Physician:

Alt. Telephone:

Allergies: Codeine

Rehabilitative Potential:

Diagnosis:

PHS0252

Medicaid Number:

Medicare Number:

Complete Entries Checked By: A Halloway Title: LPN Date: 11/6/01

PATIENT: [illegible] Debra

PATIENT CODE: 159516

ROOM NO.:

BED:

FACILITY CODE: ST

PFS: NAPHCA

MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mg Po Tid x 3 days 10-26-01 | 6 / 1 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-26-01 THROUGH 10-27-01

Physician

Alt. Physician

Allergies

Telephone No.

Alt. Telephone

Inmate No.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: Title: Date:

PHS0253

PATIENT Clacker Debra

PATIENT CODE 15956

ROOM NO.

BED

FACILITY CODE

PFS: NAPHCARE-06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg tid x 3 days Start 1/4/96 Stop 1/7/96 | 6a | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11a | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg TID x 3 days 1/8/96 – 1/11/96 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Handwritten entries: AA AA / AA AA / A; D/C 1/7/96; A; X

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR THROUGH

Physician Dr. D. Wilson, MD

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies

Rehabilitative Potential

Diagnosis

PHS0254

Licensed Nurse Medicare Number

Complete Entries Checked:

By: [illegible] Title: RN Date: 1/9/96

PATIENT PATIENT CODE ROOM NO. BED FACILITY

[illegible]

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLD TX T TID x 7days 10-2-95 - 10-9-95 | 6A → 11A → 6P → | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol ii p.o. TID PRN x 7days 10-2-95 - 10-9-95 | 6A → 11A → 6P → | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/95 THROUGH 10/31/95

Physician

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No.

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number Medicare Number

Complete Entries Checked: By: B. Cook Title:

Clacker, Debra

PATIENT CODE 159516

PHS0255

PHYSICIAN'S ORDER SHEET

Generic Substitutions may be made unless you see specific notation: Use no substitution.

MEDICATION ADMINISTRATION CHART

| MEDICATIONS | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 |
|---|---|
| | AAA AAA AAAAAAAAAAAAAAAAA Stop 8/24 |
| | |
| | |
| | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 |
| | |
| | |
| | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 |
| | |
| | |
| | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 |
| | |

INITIAL MEDICATION AND IDENTIFY INITIALS BELOW - MAKE PRN ENTRIES ON BACK OF THIS SHEET (ATTACH ADD'L SHEETS IF NECESSARY)

| | | DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|
| 1 | ALLERGIES | D / C - DISCONTINUE ORDER | Belinda Cook LPN | 8/05 | BC |
| 2 | LOCATION | R - REFUSED | Deborah [illegible] | 8/05 | DR |
| 3 | DOB / INMATE # | S - SELF-ADMINISTERED | | | |
| 4 | | DO - DOSE OMITTED | | | |
| 5 | | C - COURT | | | |
| | | O - OTHER | | | |

DATE

DISCONTINUE ALL PREVIOUS ORDERS. THESE ORDERS ARE FOR THE PERIOD FROM TO

NURSE'S REVIEW BY

PATIENT: Clacker,

FROM SEX AGE PHYSICIAN PHARMACIST'S REVIEW PAGE

PHS0256

FACILITY

PHYSICIAN'S ORDER SHEET

CPS
950 22ND ST N. SUITE 590
BIRMINGHAM, AL

Generic Substitutions may be made unless you see specific notation: Use no substitution.

**MEDICATION ADMINISTRATION CHART**

| MEDICATIONS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46811 DURADRIN CAP 05/26/95<br>TAKE 1 CAPSULE THREE TIMES A DAY FOR 90 DAYS<br>Stop: ~~08/24/95~~ 8-1-95 | 6<br>11<br>6pDRAN A A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

INITIAL MEDICATION AND IDENTIFY INITIALS BELOW - MAKE PRN ENTRIES ON BACK OF THIS SHEET (ATTACH ADD'L SHEETS IF NECESSARY)

| | | DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|
| 1 | ALLERGIES | | | | |
| 2 | LOCATION | D / C - DISCONTINUE ORDER | Belinda Cooper | 7/95 | BC |
| 3 | DOB / INMATE # 159516 | R - REFUSED | | | |
| | | S - SELF-ADMINISTERED | | | |
| 4 | | DO - DOSE OMITTED | | | |
| | | C - COURT | Deborah Perkins | 7/95 | DP |
| 5 | | O - OTHER | | | |

DATE 06/25/95

DISCONTINUE ALL PREVIOUS ORDERS. THESE ORDERS ARE FOR THE PERIOD FROM 06/01/95 TO 06/30/95

NURSE'S REVIEW BY

PATIENT CLARKER, DEBRA 6

FROM — SEX F — AGE

PHYSICIAN — PHARMACIST'S REVIEW — PAGE

PHS0257

**CORRECTIONAL MEDICAL SYSTEMS**

# MEDICATION ADMINISTRATION RECORD

MONTH June 19 95

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1 | 8/1 | Sy | Midrin 1 4id PRN x 90 day Cust PRN | 6A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | | | | |
| | | | | 11A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | | | | |
| | | | | 6P | A | A | A | Sy | D | A | A | A | D | A | AD | A | A | A | A | A | D | DO | A | A | A | D | D | A | A | A | A | A | | | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D / C - DISCONTINUE ORDER | Belinda Cook LPN | 6/95 | BC | Deborah Rushin LPN | 6/95 | DR |
| R - REFUSED | | | | | | |
| S - SELF-ADMINISTERED | | | | | | |
| DO - DOSE OMITTED | Celeste Tibbs LPN | 6/95 | CT | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| | 159516 | pop | Clacker, Debra |

PHS0258

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Inmate Name: Clacker, Debra

Inmate Number: 159516

Allergies: pop

Month: May Year: 95

Facility: [illegible]

Location: pop

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24 | Midrin i tid PRN x 90 day | 6A | Renewed 5/1/95 | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |
| 5/24 | Dr. Guest | 11A | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |
| | | 4P | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/1 | Tylenol i tid PRN x 10 day | 6A | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | | |
| 5/10 | Dr. Guest | 11A | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | | |
| | | 6P | SUSY | | A | | A | A | A | A | A | | X | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/1 | Midrin i tid PRN x 90 day | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1 | Dr. Guest | 11A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6P | SUSY | | A | | A | A | A | A | A | A | A | A | A | A | A | A | A | | | A | A | A | | | A | A | | | A | A | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | Belinda Cody | BC | | |

PHS0259

F-30-C

- PRN Medication and notes on Reverse Side -

**CORRECTIONAL MEDICAL SERVICES**

# MEDICATION ADMINISTRATION RECORD

MONTH April 19 95

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24 | 5/24 | Sg | Midrin ii tid PRN x 90 day Guest | 6A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | | | | | |
| | | | | 11A | A | A | A | A | A | A | A | A | | | | | | A | | | | | | | | | | | | | | | | | |
| | | | | 6P | | A | A | A | A | | | A | A | A | A | A | A | A | A | A | A | A | A | A | D | D | D | D | | A | A | | A | A | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D / C - DISCONTINUE ORDER | B. Cook | 4/95 | BC | [illegible] | 4/95 | [illegible] |
| R - REFUSED | [illegible] Tubner | 4/95 | CT | | | |
| S - SELF-ADMINISTERED | | | | | | |
| DO - DOSE OMITTED | | | | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |

ALLERGIES:

DOB/INMATE #: 159516

LOCATION: POP

NAME: Clacker, Debra

CMS #7150 REV. 4/93

PHS0260

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Inmate Name: Clacker, Debra

Inmate Number: 159516

Allergies:

Month: March Year: 95

Facility: Tut

Location: PDP

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/95 – 3/24/95 | Antivert 25mg 1 tid PRN x 30 dy; Dr. Guest | 6A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | X | | | | | | |
| | | 11A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | X | | | | | | |
| | | 6P | [illegible] | [illegible] | [illegible] | R | [illegible] | [illegible] | [illegible] | | | | | | | | | | R | | | | | | D | X | X | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/24/95 – 3/20/95 | Benadryl 25mg 1 tid x 20 dy; Dr. Guest | 6A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | A | A | A | A | X | | | | | | | | | | |
| | | 1A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | A | A | A | A | X | | | | | | | | | | |
| | | 6P | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | X | X | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/24/95 – 3/16/95 | Tylenol 2 tid PRN x 20 dy; Dr. Guest | 6A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | X | | | | | | | | | | | | | | |
| | | 1A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | A | A | A | X | | | | | | | | | | | | | | |
| | | 6P | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | X | X | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/24/95 – 3/24/95 | Midrin 1 tid PRN x 30 dy; Dr. Guest | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Jane Geust RN | JG | | | [illegible] | [illegible] |
| | | | | Deborah Reshi[illegible] LPN | DR |

PHS0261

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Inmate Name: Clacker, Nettra

Inmate Number: 159516

Allergies:

Month: Feb Year: 95

Facility: Tut

Location: Pop

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times |
|---|---|---|
| 2/13/95 – 2/20/95 | Cold Cap (?) tid x 7d; Dr. Guest | 6A, 11A, 6P |
| R.Ph. | Pharmacy Dispensed | |
| 2/13/95 – 2/20/95 | Tylenol ii tid PRN x 7 day; Dr. | 6A, 11A, 6P |
| R.Ph. | Pharmacy Dispensed | |
| 2/23/95 – 2/27/95 | Tylenol ii p.o. TID x 3 days; Dr. Guest | 6A, 11A, 6P |
| R.Ph. | Pharmacy Dispensed | |
| 2/23/95 | Maalox 40cc's TID x 3 days; Dr. Guest | 6A, 11A, 6P |
| R.Ph. | Pharmacy Dispensed | |
| 2/24/95 – 3/24/95 | Antivert 25mg. tid PRN x 30d; Dr. Guest/ox | 6A, 11A, 6P |
| R.Ph. | Pharmacy Dispensed | |

Days 1–31. Handwritten entries in the day grid: arrows, A, X, R and initials BC, SY.

Special Instructions and/or Notations:

OVER

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| B. Cook LPN | BC | G/ Ousley | | | |
| | | Tibbs | CT | | |

F-30-C PHS0262 - PRN Medication and notes on Reverse Side -

Inmate Name: Clackler, Debra

Inmate Number: 159516

Allergies: Codeine

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month: Oct Year: 94

Facility: TUTWILER CORRECTIONAL FACILITY

Location:

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start / Stop | Medication | Times | 1–17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25–31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18 – 10/25 | Pen VK 500mg ÷ tid x 7 days; Dr. Anderson | 6a | → | [illegible] | [illegible] | [illegible] | | [illegible] | A | ← |
| | | 11a | → | | [illegible] | [illegible] | | [illegible] | [illegible] | ← |
| | | 6p | → | [illegible] | [illegible] | A | [illegible] | A | | ← |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | |
| 10/18 – 10/22 | Motrin 600 mg ÷ tid x 4 days; Dr. Anderson | 6a | → | [illegible] | [illegible] | E | A | ← | | | |
| | | 11a | → | | [illegible] | [illegible] | ← | | | | |
| | | 6p | → | [illegible] | [illegible] | A | ← | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | |
| | Dr. | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | |
| | Dr. | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | |
| | Dr. | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| L. Jellery | [illegible] | | | [illegible] | [illegible] |

F-30-C

- PRN Medication and notes on Reverse Side -

PHS0263

Inmate Name: Colacker, Debra
Inmate Number: 159516
Allergies: Codeine

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month July Year 94
Facility: TUTWILER CORRECTIONAL FACILIT
Location:

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/94 | Tylenol #4 PO | 6A | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | | |
| | tid X5 days | 11A | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | | |
| 7/10/94 | Dr. [illegible] / off | 6P | | | | | 4 | 4 | A | D | A | A | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Elizabeth Andrews CPe | EA | [illegible] L. Terrell LPN | [illegible] | Albert Rushin LPN | AR |
| C. Jackson CPN | CJ | | | | |

F-30-C

— PRN Medication and notes on Reverse Side —

PHS0264

Clacker

Inmate Name: Clacker, Debra

Inmate Number: 159516

Allergies:

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month: June Year: 94

Facility: Tut

Location: pop

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1–16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/17/94 | Mycelex Vag cr. QHS x 7 day Dr. Mendez | 6P | → | R | X | TKOT | | | | | | | | | | | |
| | "States Not for Her" | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | |
| 6/21/94 – 6/28/94 | CM 4mg Bid x 7 days Dr. Mendez | 6A / 10P / 6P | | | | | | A | y | A OK | HM OK | A | y | y | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | |
| 6/21/94 – 6/28/94 | Mugabril ii po Bid x 7 days Dr. Mendez | 6A / 6P | | | | | | A | y | A OK | HM OK | A | y | y | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | |
| 6/21/94 – 6/24/94 | Throat lozenges ii tid x 3 days Dr. Mendez | 6A / 11A / 6P | | | | | | A | y | A OK OK | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | |
| 6/21/94 – 6/24/94 | Tylenol ii po tid x 3 days Dr. Mendez | 6A / 11A / 6P | | | | | | A | y | A OK OK X | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | H. Merriweather, LPN | HM | Deborah Rustin LPN | DR |
| | | Gle Ilson, LPN | | | |

PHS0265

F-30-C 5/94

Medication and notes on Reverse Side

Inmate Name: Clackler, Debra

Inmate Number: 159516

Allergies: Codeine

# DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

Month april Year 1994

Facility: Tutwiler

Location: Pop

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-5-94 | Pen-VK-500mg i Pt | 6A | → | → | → | → | → | [illegible] | [illegible] | [illegible] | A | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | |
| | Tid x 4 days | 11A | → | → | → | → | → | [illegible] | [illegible] | [illegible] | R | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | |
| 4-12-94 | Dr. Anderson / Hm | 6p | → | → | → | → | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Hm | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4-5-94 | Motrin-600mg i | 6A | → | → | → | → | → | [illegible] | [illegible] | [illegible] | A | | | | | | | | | | | | | | | | | | | | | | |
| | p.o. Tid x 4 days | 11A | → | → | → | → | → | [illegible] | [illegible] | [illegible] | A | | | | | | | | | | | | | | | | | | | | | | |
| 4-9-94 | Dr. Anderson / Hm | 6p | → | → | → | → | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Elizabeth Andrews Pa | EA | [illegible] Terrell [illegible] | [illegible] | [illegible] | [illegible] |
| C. Jackson LPN | [illegible] | [illegible] | Hm | [illegible] | [illegible] |

F-30-C

Medication and notes on Reverse Side

# DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

Inmate Name: Clackery Debra
Inmate Number: 159516
Allergies: Codeine

Month: Jan Year: 94
Facility: Tut
Location: pop

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/93 | CTM 4mg qid x 7 days | 6a | A | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 11a | J | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6p | Hm | Hm | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/3/94 | Dr. Mendez | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/27/93 | Sudafed qid x 7 days | 6a | A | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 11a | J | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6p | Hm | Hm | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/3/94 | Dr. Mendez | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/27/93 | Mucobid qid x 7 days | 6a | A | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 11a | J | EA | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6p | Hm | Hm | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/3/94 | Dr. Mendez | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/27/93 | [illegible] Lozenges ii to suck [illegible] | 6a | A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 11a | JJ | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6p | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/1/94 | Dr. Mendez | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Tommie Lewis LPN | TL | Alicia L. Jones LPN | AJ | Deborah [illegible] | [illegible] |
| Elizabeth Andrews LPN | EA | | | T. Merriweather LPN | Hm |

PHS0267

F-30-C Clackery, Debra

— PRN Medication and notes on Reverse Side —