02103/TXR 01

Appt. Date: _____

Auth #: _____

**NaphCare** *(National Prison HealthCare)*
**Hospital/Consultant Referral Form**

Inmate Name: *Clackler Debra* AIS#: *159516* Date: *10-30-02*

DOB: *11-26-54* Race: *W* Sex: *F* Allergies: *Codeine*

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): *Persistent Bilat Mastodynia in 48 y.o. with H/O nipple discharge — mammograms reported as benign, but pt has very dense breasts — so sensitivity is limited — needs ultrasound*

**SERVICES REQUESTED/PROVIDER:** *Bilateral Breast ultrasound*

*Englebout*                    Signature (M.D.):

Pertinent Chronic Conditions/Diagnosis: _____

DOC Facility: *Tutwiler*

Receiving Facility/Hospital: *JLC*           Time Out: _____

Route of Transportation: (X) _____ Ambulance _____ DOC Van ___ Other *inhouse*           Return Time: _____

Date & Result/Last PPD: *9-23-02 l*           Date & Result/Last Chest X-Ray *N/A*

**OFFSITE HEALTHCARE REPORT:**

_____
_____
_____

Orders/Recommendations: _____
_____
_____
_____
_____

Physician: _____

Notify (Facility): *Tutwiler*           at # ( ) *514-0219*           Date: _____ Time: _____ of patient's discharge.

Advanced Medical Directive: Yes _____ (Attached) No ✓

Report called to: (Name/Title): *N/A*

Signature & Title: *N/A*           Date: _____

                                    Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review 205-458-8370 or 1-800-

Appt. Date: 9/23/02

~~O20912TXR01~~

O20912TXR01

Auth #: _____

### NaphCare (National Prison HealthCare)
### Hospital/Consultant Referral Form

Inmate Name: *Clackler Debra*   AIS#: 159516   Date: 9-10-02

DOB: 11-26-54   Race: W   Sex: F   Allergies: Codeine

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): Recent (R) breast heaviness + discomfort (2 mon Tes) - With some (R) nipple discharge. Gravida IV. Negative F.H. Exam: Diffuse Fibrocystic Thickening — Needs mammogram

SERVICES REQUESTED/PROVIDER: Mammogram Schmos

_____ Eckhardt _____ Signature (M.D.)

Patient Chronic Conditions/Diagnosis: _____  KMMP

DOC Facility: Tutwiler _____   Time Out: _____

N: _____   D.D.M.C. Frenn L.O. _____

Route of Transportation (X) ____ Ambulance ___ (DOC Van) ___ Other: _____

Date & Time Inmate PID: 5-29-01  &  _____ Time Total: ___ ¼ ____

OFFSITE HEALTHCARE REPORT _____

Orders/Recommendations: _____

Physician: _____   Date: _____   Time: _____

Notify (Facility): Tutwiler ___ at # ( ) 514-5219 ___ of patient's discharge.

Advanced Medical Directive: Yes ____ (Attached) No ____

Report called to: (Name/Title) N/A _____   Date: _____

Signature & Title: N/A _____   Date: _____

Bill to NaphCare 930 42nd St. N. Suite 843 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review at 205-458-8370 or 1-800-971-0315

PHS0302

Appt. Date: 9/23/02

Auth #: 620912 TXR01

**NaphCare** *(National Prison HealthCare)*
**Hospital/Consultant Referral Form**

Inmate Name: Clackler, Debra    AIS#: 159516    Date: 9-10-02

DOB: 11-26-54    Race: W    Sex: F    Allergies: Codeine

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): Recent (R) breast heaviness + discomfort (2 months) - with some (R) nipple discharge. Gravida IV, Negative F.H.
Exam: Diffuse Fibrocystic Thickening
Needs mammogram

**SERVICES REQUESTED/PROVIDER:** Mammogram

_____ Signature (M.D.):

Pertinent Chronic Conditions/Diagnosis: None
DOC Facility: Tutwiler
Receiving Facility/Hospital: Adv. Medical Imaging    Time Out: _____ Return Time: _____
Route of Transportation: (X) ____ Ambulance    (DOC Van)    Other: _____
Date & Result/Last PPD: 5-29-01 Ø    Date & Result/Last Chest X-Ray: N/A

**OFFSITE HEALTHCARE REPORT:**

Orders/Recommendations: mammo done results to follow

Physician: _____
Notify (Facility): Tutwiler    at # ( ) 514-0219    Date: _____ Time: _____ of patient's discharge.
Advanced Medical Directive: Yes ____ (Attached) No ✓
Report called to: (Name/Title) N/A
Signature & Title: N/A    Date: _____
    Date: _____

**Bill to NaphCare 950 22ⁿᵈ St. N. Suite 825 Birmingham, AL. 35203**
**Sharon Hauser, R.N. Director of Utilization Review★ 205-458-8370 or 1-800-771-0315**

PHS0303

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 031-205-5268-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **CLACKLER,DEBRA** | F | 51 / 2 |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/31/2006 | 13:43 | 1/31/2006 | 2/01/2006 | 20:06 | 4592 |

| CLINICAL INFORMATION CD- 41138414815 | |
|---|---|
| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159516 |

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| > H. pylori IgG, Abs | 5.8H | U/mL | 0.0 - 0.8 | MB |
| | | Negative | <0.9 | |
| | | Indeterminate | 0.9 - 1.0 | |
| | | Positive | >1.0 | |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: John Elgin N MD

**LabCorp** *Laboratory Corporation of America* LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000



Phone: 334-263-5745

| SPECIMEN 311-684-3088-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | | Page #: 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| CLACKLER,DEBRA | F | 50 / 11 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/07/2005 | 8:42 | 11/07/2005 | 11/08/2005 | 11:33 | 3072 |

| CLINICAL INFORMATION |
|---|
| CD- 41138413303 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159516 |
|---|---|

ACCOUNT: Tutwiler Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-O000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | |
| Glucose, Serum | 85    mg/dL | 65  -  99 | YX |
| Uric Acid, Serum | 5.6   mg/dL | 2.4  -  8.2 | YX |
| BUN | 8     mg/dL | 5  -  26 | YX |
| Creatinine, Serum | 0.8   mg/dL | 0.5  -  1.5 | YX |
| BUN/Creatinine Ratio | 10 | 8  -  27 | |
| Sodium, Serum | 139   mmol/L | 135  -  148 | YX |
| Potassium, Serum | 4.0   mmol/L | 3.5  -  5.5 | YX |
| Chloride, Serum | 105   mmol/L | 96  -  109 | YX |
| Calcium, Serum | 9.2   mg/dL | 8.5  -  10.6 | YX |
| Phosphorus, Serum | 3.1   mg/dL | 2.5  -  4.5 | YX |
| Protein, Total, Serum | 6.8   g/dL | 6.0  -  8.5 | YX |
| Albumin, Serum | 3.5   g/dL | 3.5  -  5.5 | YX |
| Globulin, Total | 3.3   g/dL | 1.5  -  4.5 | |
| A/G Ratio | 1.1 | 1.1  -  2.5 | |
| Bilirubin, Total | 0.3   mg/dL | 0.1  -  1.2 | |
| Alkaline Phosphatase, Serum | 62    IU/L | 25  -  150 | YX |
| LDH | 175   IU/L | 100  -  250 | YX |
| AST (SGOT) | 21    IU/L | 0  -  40 | YX |
| ALT (SGPT) | 17    IU/L | 0  -  40 | YX |
| GGT | 4     IU/L | 0  -  60 | YX |
| Iron, Serum | 38    ug/dL | 35  -  155 | YX |
| Lipids | | | YX |
| | | | YX |
| Cholesterol, Total | 192   mg/dL | 100  -  199 | YX |
| Triglycerides | 141   mg/dL | 0  -  149 | YX |
| HDL Cholesterol | 52    mg/dL | 40  -  59 | YX |
| VLDL Cholesterol Cal | 28    mg/dL | 5  -  40 | |
| > LDL Cholesterol Calc | 112 H  mg/dL | 0  -  99 | |
| Comment | | | YX |

If initial LDL-cholesterol result is >100 mg/dL, assess for
·risk factors.

| | | | |
|---|---|---|---|
| T. Chol/HDL Ratio | 3.7 | ratio units | 0.0  -  4.4 |
| Estimated CHD Risk | 0.6 | times avg. | 0.0  -  1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

11/10/05

| Pat Name:  CLACKLER,DEBRA | Pat ID:  159516 | Spec #:  311-684-3088-0 | Seq #:  3072 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

PHS0305



**LabCorp** LabCorp Birmingham Cyto Histo
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 280-C05-3029-0 | TYPE S | PRIMARY LAB BA | REPORT STATUS COMPLETE | Page #:   1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| CLACKLER,DEBRA | F | 50  /  10 |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/06/2005 | 17:40 | 10/07/2005 | 10/11/2005 | 15:22 | 2001 |

| CLINICAL INFORMATION CD- 41138412589 |
|---|

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159516 |
|---|---|

ACCOUNT:  Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka        AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
       Source.............Cervical;Endocervical
       LMP / Prev Treat...LMP=092905
    Pap Smear (1 Slide), Gyn
      Test ordered:
        009100 Pap Smear (1 Slide) Gyn                                    BA
        Number of Slides = 1
    DIAGNOSIS:                                                            BA
        **************************************************************
        NEGATIVE FOR INTRAEPITHELIAL LESION AND MALIGNANCY.
    Specimen adequacy:                                                    BA
        Satisfactory for evaluation.  Endocervical and/or squamous metaplastic
        cells (endocervical component) are present.
        **************************************************************
      Performed by:                                                      BA
        Mary B Tucker, Cytotechnologist (ASCP)
                                                                         BA
      Comment:                                                           BA
      The Pap smear is a screening test designed to aid in the detection of pre-
      malignant and malignant conditions of the uterine cervix.  It is not a
      diagnostic procedure and should not be used as the sole means of detecting
      cervical cancer.  Both false-positive and false-negative reports do occur.
```

| LAB: BA LabCorp Birmingham Cyto Histo 1801 First Avenue South, Birmingham, AL 35233-0000 | DIRECTOR: John Elgin N MD |
|---|---|

10-14-05

| Pat Name:  CLACKLER,DEBRA | Pat ID:  159516 | Spec #:  280-C05-3029-0 | Seq #:  2001 |
|---|---|---|---|

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 279-205-5153-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| CLACKLER,DEBRA | | F | 50 / 10 |
| PT. ADD.: | | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/06/2005 | 15:32 | 10/06/2005 | 10/07/2005 | 7:21 | 1877 |

**CLINICAL INFORMATION**
CD- 41138412574

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159516 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL  36092-O000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urinalysis, Routine | | | |
| Urinalysis Gross Exam | | | |
| Specific Gravity | 1.015 | 1.005 - 1.030 | MB |
| pH | 6.0 | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | Yellow | MB |
| Appearance | Clear | Clear | MB |
| WBC Esterase | Negative | Negative | MB |
| Protein | Negative | Negative | MB |
| Glucose | Negative | Negative/Trace | MB |
| Ketones | Negative | Negative | MB |
| Occult Blood | Negative | Negative | MB |
| Bilirubin | Negative | Negative | MB |
| Urobilinogen,Semi-Qn | 0.0 mg/dL | 0.0 - 1.9 | MB |
| Nitrite, Urine | Negative | Negative | MB |
| Microscopic Examination | | | MB |
| Microscopic follows if indicated. | | | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: John Elgin N MD

10/11/05

| Pat Name:  CLACKLER,DEBRA | Pat ID:  159516 | Spec #:  279-205-5153-0 | Seq #: 1877 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0307

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

**LabCorp** Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 279-684-3339-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SRC:UR    FASTING: N
DOB: 11/26/1954

| PATIENT NAME CLACKLER,DEBRA | SEX F | AGE(YR./MOS.) 50 / 10 |
|---|---|---|

PT. ADD.:

| DATE OF SPECIMEN 10/06/2005 | TIME 15:32 | DATE RECEIVED 10/06/2005 | DATE REPORTED 10/08/2005 | TIME 11:16 | 1920 |
|---|---|---|---|---|---|

| CLINICAL INFORMATION CD- 41138412574 |
|---|

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159516 |
|---|---|

ACCOUNT:  Tutwiler Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urine Culture, Routine | Final report | | YX |
| Result 1 | No growth | | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

10/10/05

| Pat Name: CLACKLER,DEBRA | Pat ID: 159516 | Spec #: 279-684-3339-0 | Seq #: 1920 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0308

**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

**LabCorp**
Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 280-684-3171-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

SRC:CE  FASTING: N
DOB: 11/26/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| CLACKLER,DEBRA | F | 50 / 10 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 10/06/2005 | 17:41 | 10/07/2005 | 10/10/2005 | 15:16 | 1944 |

| CLINICAL INFORMATION |
|---|
| CD- 41138412590 |

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159516 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Chlamydia/GC, DNA Probe
    Chlamydia, DNA Probe        Negative          Negative        MB
    N gonorrhoeae, DNA Probe    Negative          Negative        MB
    Test valid for male urethral and female endocervical specimens only.

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  CLACKLER,DEBRA | Pat ID:  159516 | Spec #:  280-684-3171-0 | Seq #:  1944 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0309

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 251-205-5193-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| CLACKLER,DEBRA | F | 50 / 9 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/08/2005 | 8:44 | 9/08/2005 | 9/09/2005 | 7:22 | 1188 |

**CLINICAL INFORMATION**
CD-41138411964

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159516 |
|---|---|

ACCOUNT: Tutwiler Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka        AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 94 | mg/dL | 65  -  99 | MB |
| Uric Acid, Serum | 5.0 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 5.0 | mg/dL | 2.4 - 8.2 | MB |
| Creatinine, Serum | 0.9 | mg/dL | 5 - 26 | MB |
| > BUN/Creatinine Ratio | 7 L | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.5 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.3 | mg/dL | 8.5 - 10.6 | MB |
| > Phosphorus, Serum | 2.4 L | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 6.9 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 67 | IU/L | 25 - 150 | MB |
| LDH | 171 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 14 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 5 | IU/L | 0 - 40 | MB |
| GGT | 7 | IU/L | 0 - 60 | MB |
| Iron, Serum | 49 | ug/dL | 35 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 188 | mg/dL | 100 - 199 | MB |
| Triglycerides | 124 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 45 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 25 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 118 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

Creatinine, Serum line reads: 6 mg/dL 5 - 26

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |

Wnl

9/15/05

| Pat Name: CLACKLER,DEBRA | Pat ID: 159516 | Spec #: 251-205-5193-0 | Seq #: 1188 |
|---|---|---|---|

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Continued on Next Page

PHS0310



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 6/9/05

### URINALYSIS

LEUKOCYTES _Trace_

NITRITE _Neg_

UROBILINOGEN _Norm_

PROTEIN _Neg_

pH _3.0_

BLOOD _Negative_

SPEC. GRAVITY _1.005_

KETONE _Neg_

GLUCOSE _Norm_

HCG _____

(Add: Final Labs Here) _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Clarken, Debra | 159376 | 11/29/54 | W/F | JTP |

PHS-MD-70012

## LABORATORY REPORTS

PHS0311

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _4/4/05_

### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _neg_

pH _5_

BLOOD _trace_

SPEC. GRAVITY _1.025_

KETONE _neg_

GLUCOSE _normal_

HCG _____

(Add: Final Labs Here)

_noted_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Clacker, Debra | 159516 | 11/26/54 | w/F | Tut |

LABORATORY REPORTS

PHS0312

# Laboratory Corporation of America

| SPECIMEN 246-684-3387-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

## ADDITIONAL INFORMATION

SRC:URIN

FASTING: N
DOB: 11/26/1954

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| CLACKLER,DEBRA | | F | 49 / 9 | |
| PT. ADD.: | | | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/02/2004 | 12:35 | 9/02/2004 | 9/04/2004 | 13:11 | 4359 |

**CLINICAL INFORMATION**
CD- 41138405215

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159516 |
|---|---|

ACCOUNT: TUTWILLER PRISON FOR WOMEN
PRISON HEALTH SERVICES
8966 Us Hwy 231 N
Wetumpka        AL   36092-O000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urine Culture, Routine | Final report | | YX |
| Result 1 | | | YX |

Beta hemolytic Streptococcus, group B
Penicillin continues to be the drug of choice for infections
caused by beta hemolytic streptococci in groups A,B,C and G.
No penicillin resistance has been described among these
organisms and surveillance for emerging resistance is not
recommended.  (Sahm, DF. Clinical Microbiology Newsletter,
Jan. 1994; Gordon, KA, et al.  Diagnostic Microbiology and
Infectious Disease, June, 2002.)
Greater than 100,000 colony forming
units per mL

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN 246-205-5250-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SRC:URIN          FASTING: N
                  DOB: 11/26/1954

| CLINICAL INFORMATION |
|---|
| CD- 41138405215 |

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159516 |
|---|---|

| PATIENT NAME CLACKLER,DEBRA | SEX F | AGE(YR./MOS.) 49  /  9 |
|---|---|---|

PT. ADD.:

ACCOUNT: TUTWILLER PRISON FOR WOMEN
PRISON HEALTH SERVICES
8966 Us Hwy 231 N
Wetumpka        AL  36092-0000
ACCOUNT NUMBER:    01309900

| DATE OF SPECIMEN 9/02/2004 | TIME 12:35 | DATE RECEIVED 9/02/2004 | DATE REPORTED 9/03/2004 | TIME 7:20 | 4326 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Amylase, Serum | 66 | U/L | 0  -  99 | MB |
| Lipase, Serum | 34 | U/L | 0  -  59 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

OK

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0314



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 4-26-04

#### URINALYSIS

LEUKOCYTES _Neg_

NITRITE _Neg_

UROBILINOGEN _Normal_

PROTEIN _Neg_

pH _8_

BLOOD _Neg_

SPEC. GRAVITY _1.005_

KETONE _Neg_

GLUCOSE _Normal_

HCG _____

(Add: Final Labs Here)

OK ___[signature]___

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Clickler Debra | 159516 | 1-26-54 | CW/F | tu |

PHS-MD-70012                    **LABORATORY REPORTS**

PHS0315

```
7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343
```


Quest
Diagnostics®

MICROFILM# 101003335799

| PATIENT NAME CLACKLER, DEBRA | | PATIENT ID 159516 | | ROOM NO. | AGE | SEX F | PHYSICIAN ENGLEHARDT |
|---|---|---|---|---|---|---|---|

| PAGE 1 | REQUISITION NO. 3353771 | ACCESSION NO. AT258061R | LAB REF. # | COLLECTION DATE & TIME 10082003 11:50 AM | LOG-IN-DATE 10092003 | REPORT DATE 10152003 | & TIME 2:24PM |
|---|---|---|---|---|---|---|---|

REMARKS
LMP NG; RISK N; 1SLIDE; PREV PAP NG

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

```
Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO:   NAPHCARE INC
                                          950 22ND ST N STE 825
                                          BIRMINGHAM, AL 35203-5300


  DEPT ID NUMBER: DA03789637


PAP 1 SLIDE                                                                    DKW
  SOURCE:                          CERVICAL

  SPECIMEN ADEQUACY:               SATISFACTORY FOR EVALUATION,
                                   LACK OF AGE AND/OR MENSTRUAL STATUS.

                                   SATISFACTORY FOR EVALUATION,
                                   ENDOCERVICAL/TRANSFORMATION ZONE
                                   COMPONENT PRESENT.

  GENERAL CATEGORY:                NEGATIVE FOR INTRAEPITHELIAL LESION
                                   OR MALIGNANCY.

  NARRATIVE DESCRIPTION:           NEGATIVE FOR INTRAEPITHELIAL LESION
                                   OR MALIGNANCY.

  CYTOTECHNOLOGIST:                CTZEAF

                                   *   Reference footnote #1


Footnote 1

    GYNECOLOGICAL CYTOLOGY IS A SCREENING PROCEDURE
    SUBJECT TO BOTH FALSE NEGATIVE AND FALSE POSITIVE
    RESULTS. IT IS MOST RELIABLE WHEN A SATISFACTORY
    SAMPLE IS OBTAINED ON A REGULAR REPETITIVE BASIS.
    RESULTS MUST BE INTERPRETED IN THE CONTEXT OF
    HISTORIC AND CURRENT CLINICAL INFORMATION.
        >> REPORT CONTINUED ON NEXT PAGE - CLACKLER, DEBRA AT258061R <<
```

PHS0316

RECEIVED OCT 1 5 2003

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. OU2003730. Revised 12/03, 3/2/04 - 3426.

INDICATES TESTING SITE SEE REVERSE SIDE

LABORATORY REPORT

7186924  AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343


Quest
Diagnostics
®

MICROFILM# 10100335799

| PATIENT NAME CLACKLER, DEBRA | | PATIENT ID 159516 | | ROOM NO. | AGE | SEX F | PHYSICIAN ENGLEHARDT |
|---|---|---|---|---|---|---|---|
| PAGE 2 | REQUISITION NO. 3353771 | ACCESSION NO. AT258061R | LAB REF. # | COLLECTION DATE & TIME 10082003 11:50 AM | LOG-IN-DATE 10092003 | REPORT DATE 10152003 | & TIME 2:24PM |

REMARKS
LMP NG; RISK N; 1SLIDE; PREV PAP NG

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG

----------

Performing Site Code Key (continued from the back):
DKW    DUCKWORTH PATHOLOGY
       220 S. CLAYBROOK STREET
       SUITE 401
       MEMPHIS, TN  38104
       901-276-9192
       CLIA: 44D0913215


       >> END OF REPORT - CLACKLER,DEBRA AT258061R <<

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. 00/2020-SO. Revised 12/02. SZK SK029.

**PHS0317**

INDICATES TESTING SITE SEE REVERSE SIDE

7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343


Quest
Diagnostics

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| CLACKLER, DEBRA | | 159516 | | | | | ENGLEHARDT | |
| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
| 1 | 2754859 | AT617325Q | | 09122003 10:30 AM | | 09122003 | 09152003 | 4:39AM |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300

BASIC METABOLIC PANEL                                                              AT
  GLUCOSE                      90                      MG/DL        65-109
                                                       FASTING REFERENCE INTERVAL
  UREA NITROGEN (BUN)                      5 L         MG/DL        7-25
  CREATININE                   1.0                     MG/DL        0.5-1.4
  BUN/CREATININE RATIO                     5 L         (CALC)       6-25
  SODIUM                       141                     MMOL/L       135-146
  POTASSIUM                    3.7                     MMOL/L       3.5-5.3
  CHLORIDE                     108                     MMOL/L       98-110
  CARBON DIOXIDE               22                      MMOL/L       21-33
  CALCIUM                      9.6                     MG/DL        8.5-10.4

CBC (INCLUDES DIFF/PLT)                                                            AT
  WHITE BLOOD CELL COUNT       7.3                     THOUS/MCL    3.8-10.8
  RED BLOOD CELL COUNT         4.27                    MILL/MCL     4.20-5.10
  HEMOGLOBIN                               11.8 L      G/DL         13.2-15.5
  HEMATOCRIT                               34.5 L      %            38.5-45.0
  MCV                          80.6                    FL           80.0-100.0
  MCH                          27.6                    PG           27.0-33.0
  MCHC                         34.2                    G/DL         32.0-36.0
  RDW                                      20.4 H      %            11.0-15.0
  PLATELET COUNT               299                     THOUS/MCL    140-400
  ABSOLUTE NEUTROPHILS         4417                    CELLS/MCL    1500-7800
  ABSOLUTE LYMPHOCYTES         2526                    CELLS/MCL    850-3900
  ABSOLUTE MONOCYTES           329                     CELLS/MCL    200-950
  ABSOLUTE EOSINOPHILS         22                      CELLS/MCL    15-500
  ABSOLUTE BASOPHILS           7                       CELLS/MCL    0-200
  NEUTROPHILS                  60.5                    %
  LYMPHOCYTES                  34.6                    %
  MONOCYTES                    4.5                     %
  EOSINOPHILS                  0.3                     %            **PHS0318**
  BASOPHILS                    0.1                     %
* COMMENT(S)

                              REVIEW OF PERIPHERAL SMEAR CONFIRMS
                              AUTOMATED RESULTS        RECEIVED SEP 17 2003

      >> REPORT CONTINUED ON NEXT PAGE — CLACKLER, DEBRA AT617325Q <<

1                                                    INDICATES TESTING SITE SEE REVERSE SIDE

# LABORATORY REPORT

7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343


Quest Diagnostics

| PATIENT NAME | | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| CLACKLER, DEBRA | | 159516 | | | | ENGLEHARDT |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2754586 | AT671810P | | 08052003 12:15 PM | 08052003 | 08062003 | 7:52AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

| | | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | | AT |
| GLUCOSE | 94 | | | MG/DL | 65-109 FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 9 | | | MG/DL | 7-25 | |
| CREATININE | 1.0 | | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 9 | | | (CALC) | 6-25 | |
| SODIUM | 141 | | | MOL/L | 135-146 | |
| POTASSIUM | 3.6 | | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 105 | | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 25 | | | MG/DL | 21-33 | |
| CALCIUM | 8.7 | | | G/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | 7.0 | | | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.1 | | | G/DL (CALC) | 3.2-5.1 | |
| GLOBULIN | 2.9 | | | (CALC) | 2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | | MG/DL | 0-2.0 | |
| BILIRUBIN, TOTAL | 0.4 | | | U/L | 20-125 | |
| ALKALINE PHOSPHATASE | 68 | | | U/L | 2-50 | |
| AST | 32 | | | U/L | 2-60 | |
| ALT | 27 | | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | | | |
| WHITE BLOOD CELL COUNT | 8.7 | | | THOUS/MCL | 3.8-10.8 | AT |
| RED BLOOD CELL COUNT | | | 4.01 L | MILL/MCL | 4.20-5.10 | |
| HEMOGLOBIN | | | 10.3 L | G/DL | 13.2-15.5 | |
| HEMATOCRIT | | | 31.4 L | % | 38.5-45.0 | |
| MCV | | | 78.1 L | FL | 80.0-100.0 | |
| MCH | | | 25.7 L | PG | 27.0-33.0 | |
| MCHC | 32.9 | | | G/DL | 32.0-36.0 | |
| RDW | | | 15.3 H | % | 11.0-15.0 | |
| PLATELET COUNT | | | 412 H | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 5873 | | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 2306 | | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 400 | | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 104 | | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 17 | | | CELLS/MCL | 0-200 | |

Tx

>> REPORT CONTINUED ON NEXT PAGE - CLACKLER, DEBRA AT671810P <<

PHS0319

RECEIVED AUG 0 6 2003

INDICATES TESTING SITE SEE REVERSE SIDE

1

CONTINUED REPORT

7186924  AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343


Quest Diagnostics

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| CLACKLER, DEBRA | | 159516 | | | | | ENGLEHARDT |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 2754586 | AT671810P | | 08052003 12:15 PM | 08052003 | 08062003 | 7:52AM |

REMARKS

EASTERN TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG
CBC (INCLUDES DIFF/PLT) (CONTINUED)

| | | | | |
|---|---|---|---|---|
| NEUTROPHILS | 67.5 | | % | |
| LYMPHOCYTES | 26.5 | | % | |
| MONOCYTES | 4.6 | | % | |
| EOSINOPHILS | 1.2 | | % | |
| BASOPHILS | 0.2 | | % | |

>> END OF REPORT — CLACKLER, DEBRA AT671810P <<

PHS0320

1

INDICATES TESTING SITE SEE REVERSE SIDE

7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343


Quest
Diagnostics

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| CLACKLER, DEBRA | 159516 | | | 48 | F | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0793792 | AT829631N | | 06292003 1:10 PM | 06302003 | 07012003 | 4:49AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

Date of Birth: 11/26/1954
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300

| HEPATIC FUNCTION PANEL | | | | | AT |
|---|---|---|---|---|---|
| PROTEIN, TOTAL | 6.6 | | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.1 | | G/DL | 3.5-4.9 | |
| GLOBULIN | 2.5 | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.3 | | MG/DL | 0.2-1.3 | |
| BILIRUBIN, DIRECT | 0.0 | | MG/DL | 0.0-0.3 | |
| BILIRUBIN, INDIRECT | 0.3 | | MG/DL (CALC) | 0.0-1.3 | |
| ALKALINE PHOSPHATASE | 58 | | U/L | 20-125 | |
| AST | 20 | | U/L | 2-35 | |
| ALT | 19 | | U/L | 2-40 | |

              >> END OF REPORT - CLACKLER,DEBRA AT829631N <<

RECEIVED JUL 0 3 2003

PHS0321

1

INDICATES TESTING SITE SEE REVERSE SIDE

## AFB SMEAR

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
**BUREAU OF CLINICAL LABORATORIES**
8140 AUM DRIVE, P.O. BOX 244018, MONTGOMERY, ALABAMA 36124-4018 (334) 260-3400, 1-866-24 HEALTH

| Field | Value |
|---|---|
| Name: Last | CLUCKER |
| First | Deidra |
| County Health Dept. CHR Number | |
| 87206 | |
| Medicaid Number | |
| Social Security Number | |
| Date of Birth | MM 11 DD 26 YY 54 |
| Sex | F |
| Race | W |
| Specimen submitted: ☐ Bronchial Wash ☐ Other: | ☒ Sputum ☐ CSF ☐ Culture Identification ☐ Inoc. Media |
| Date Collected | 10 15 08 03 |
| Patient's Resident County: | Wetumpka prison |
| If private insurance available, send copy of card. | |
| Mail Report to: | Tutwiler Prison 8966 Hwy 231 N |
| | AL 36092 |
| Provider Number | |

ADPH-F-CL-412 AND 413 required with all specimens and cultures
ADPH-F-BCL-413/REV. 3:00

**Result:** No acid fast bacilli found. Not found.

RECEIVED MAY 1 6 2003

5-18

PHS0322

**AFB SMEAR**

87206

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
**BUREAU OF CLINICAL LABORATORIES**
8140 AUM DRIVE, P.O. BOX 244018, MONTGOMERY, ALABAMA 36124-4018 (334) 260-3400

State
Lab # AFB **10** JUN **7849**

| Name: Last | First | | | | |
|---|---|---|---|---|---|
| Chickinri | Debra | | | | |

County Health Dept. CHR Number

Medicaid Number

Social Security Number: 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

Date of Birth: MM 11 DD 26 YY 54

Sex: F    Race: W    MI

Date Collected: MM 04 DD 21 YY 03

Date Received: MM 4 DD 22 YY 03

**Specimen submitted:**
☐ Bronchial Wash
☒ Sputum
☐ CSF
☐ Other:

☐ Culture Identification
☐ Inoc. Media

**Patient's Resident County:** Tutwiler Prison

If private insurance available, send copy of card.

Mail Report to: Tutwiler
8966 Hwy 231 N
Wetumpka
AL 36092
ZIP CODE

Provider Number

**Results for Acid-fast bacilli:**
☐ Found
☐ Rare
☐ Few
☐ Moderate
☐ Numerous
☒ Not Found

Unsat. Code = _____ (See Reverse)

Analyst: MeA

Date Reported: MM 4 DD 22 YY 03

ADPH-F-CL-412 AND 413
required with all specimens
and cultures
ADPH-F-BCL-413/REV. 3-00

J. Berry NP

RECEIVED APR 2 5 2003

LABORATORY REPORT



Quest
Diagnostics

```
7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343
```

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| CLACKLER,DEBRA | | 159516 | | | NG | F | TUTWILER PRISON FOR |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0563691 | AT190626M | | 04212003 9:00 AM | 04222003 | 04222003 | 4:37AM |

REMARKS
ENGLEHARDT

EASTERN
TIME
FASTING: U

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

```
Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300
```

```
                                                                        AT
HEPATIC FUNCTION PANEL
    PROTEIN, TOTAL          7.2           G/DL             6.0-8.3
    ALBUMIN                 4.3           G/DL             3.2-5.1
    GLOBULIN                2.9           G/DL  (CALC)     2.2-4.2
    ALBUMIN/GLOBULIN RATIO  1.5           (CALC)           0.8-2.0
    BILIRUBIN, TOTAL        0.4           MG/DL            0.2-1.3
    BILIRUBIN, DIRECT       0.1           MG/DL            0.0-0.3
    BILIRUBIN, INDIRECT     0.3           MG/DL  (CALC)    0.0-1.3
    ALKALINE PHOSPHATASE    64            U/L              20-125
    AST                     17            U/L              2-35
    ALT                     12            U/L              2-40


        >> END OF REPORT - CLACKLER,DEBRA AT190626M <<
```

PHS0324

RECEIVED MAY 18 2005

INDICATES TESTING SITE SEE REVERSE SIDE

LABORATORY REPORT



Quest
Diagnostics

```
7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL. 36092-5343
```

MICROFILM# 01280375156

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| CLACKER, DEBRA | | 159516 | | · | NG | | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 8530841 | AT168646K | | 01272003 10:20 AM | 01282003 | 01292003 | 12:05PM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

| | | |
|---|---|---|
| AST | 16 | U/L | 2-50 | AT |

>> END OF REPORT - CLACKER, DEBRA AT168646K <<

J Ryben , NP
1/29/03

**PHS0325**

INDICATES TESTING SITE SEE REVERSE SIDE

LABORATORY REPORT



Quest
Diagnostics

7186924   AREA/ROUTE/STOP: QBHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL  36092-5343

MICROFILM# 12260276884

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| CLACKLER, DEBRA | 159516 | | 48 | F | ENGLEHARDT |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 6972645 | AT425165J | | 12192002 9:35 AM | 12202002 | 12302002 | 7:54AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | RANGE | CODE |
| FINAL | | | | | | |

Date of Birth: 11/26/1954
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300


   DEPT ID NUMBER: DA02005042


PAP 1 SLIDE                                                           UAB
   SOURCE:                       CERVICAL

   SPECIMEN ADEQUACY:            SATISFACTORY FOR EVALUATION BUT
                                 LIMITED BY LACK OF AGE OR MENSTRUAL
                                 STATUS.

   GENERAL CATEGORY:             OTHER (SEE NARRATIVE DESCRIPTION)

   NARRATIVE DESCRIPTION:        REACTIVE CELLULAR CHANGES ASSOCIATED
                                 WITH INFLAMMATION.


   COMMENTS:

      REACTIVE ENDOCERVICAL CELLS ARE NOTED

   CYTOTECHNOLOGIST:             CTZNLD

   PATHOLOGIST:

                                 DARSHANAN N. JHALA, MD - ELEC SIGNATURE

                                 *  Reference footnote #1


           >> REPORT CONTINUED ON NEXT PAGE - CLACKLER, DEBRA AT425165J <<


                                                        **PHS0326**

12/30/02

2

INDICATES TESTING SITE SEE REVERSE SIDE

LABORATORY REPORT

7186924  AREA/ROUTE/STOP: QNHM011
TUTWILER PRISON FOR WOMEN
8966 US HIGHWAY 231
WETUMPKA, AL 36092-5343



Quest
Diagnostics

MICROFILM# 12260276884

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| CLACKLER,DEBRA | | 159516 | | | 48 | F | ENGLEHARDT |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 6972645 | AT425165J | | 12192002  9:35 AM | 12202002 | 12302002 | 7:54AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 11/26/1954

Footnote 1

    GYNECOLOGICAL CYTOLOGY IS A SCREENING PROCEDURE
    SUBJECT TO BOTH FALSE NEGATIVE AND FALSE POSITIVE
    RESULTS. IT IS MOST RELIABLE WHEN A SATISFACTORY
    SAMPLE IS OBTAINED ON A REGULAR REPETITIVE BASIS.
    RESULTS MUST BE INTERPRETED IN THE CONTEXT OF
    HISTORIC AND CURRENT CLINICAL INFORMATION.

---------------------------------------------------------------
Performing Site Code Key (continued from the back):
UAB     UNIVERSITY OF ALABAMA AT BIRMINGHAM
        UNIVERSITY HOSPITAL
        619 S. 19TH ST
        BIRMINGHAM, AL  35233
        (205)975-2987
        CLIA: 01D0678593


        >> END OF REPORT - CLACKLER,DEBRA AT425165J <<


**PHS0327**

2

INDICATES TESTING SITE SEE REVERSE SIDE

Mt. Meigs, AL 36057

*Clacker, Debra*
Patient Name

*159516*
AIS Number

*10-12-01*
Date Submitted

*TuT 39*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| ph | | ph5-ph6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | <1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |
| | | | |
| | | | |

*10/25/01*

WAYNE D. MERCER, PHD
LAB DIRECTOR

# U/A DIPSTICK REPORT

NAME _Claabler, Debra_ AIS _159516_ R/S _WF_

DOB _____ AGE _____

COLLECTION DATE _____ TIME _____

ANNUAL PHYSICAL _____ INITIAL SCREENING _____ RANDOM _____ DAILY _____

REPEAT _____ AFTER RX COMPLETION _____ CHRONIC CARE _____

URINE APPEARANCE: COLOR _Pale Yellow_ CLARITY _Clear_ ODOR +

SPECIFIC GRAVITY:    1.000  (1.005)  1.010  1.015  1.020  1.025  1.0360

PH    (5)    6    7    8    9    PREG. TEST    +    (-)

LEUKOCYTES:    (NEG)  TRACE    +    ++

NITRITE:    (NEG)    POS

PROTEIN:    (NEG)    TRACE    +30    ++100    +++500

GLUCOSE    (NORMAL)    50    100    250    500    1000

KETONES    (NEG)    SMALL    MODERATE    LARGE

UROBILINOGEN    (NORMAL)    1    4    8    12

BILIRUBIN    (NEG)    +    ++    +++

BLOOD    NEG    TRACE    50    (250)

HEMOGLOBIN    TRACE    50    250

WNL: ____✓____    ABNORMAL: ____    _Menses_

NURSES
SIGNATURE _____ DATE _____

REVIEWING PHYSICIAN _____ DATE _10/1/01_

PHS0329

# U/A DIPSTICK REPORT

Name _Clacker  Debra_    AIS _159516_    R/S _____

DOB _12-26-54_      AGE _45_

Collection Date _3-25-00_      TIME _____

Annual Physical _✓_   Initial Screening _____   Random _____   Daily _____

Repeat _____   After Rx Completion _____   Chronic Care _____

Urine Appearance:   Color _yellow_   Clarity _clear_   Odor  +  ⊖

Specific Gravity:   1.000   1.005   1.010   (1.015)   1.020   1.025   1.030

PH:     (5)   6   7   8   9

LEUKOCYTES:   (Neg)   Trace   +   ++

NITRITE:   (Neg)   Pos

PROTEIN:   (Neg)   Trace   +30   +100   +500

GLUCOSE:   Normal   50   100   250   500   1000

KETONES:   (Neg)   Small   Moderate   Large

UROBILINOGEN:   Normal   1   4   8   12

BILIRUBIN:   Neg   +   ++   +++

BLOOD:   (Neg)   trace   50   250

HEMOGLOBIN:   Trace   50   250     **PHS0330**

WNL: ____✓____    ABNORMAL: _____

NURSES SIGNATURE: _JBishop_   DATE _3-25-00_

REVIEWING PHYSICIAN _____   DATE _5/9/00_

**LabCorp**®

05/01/00    00:40

| 112 000 0547 | B Type | C Prin. | A | FINAL | PO | 1 | 00 | 01 |

Additional Information

CO PAC200044000

Clinical Information

| Physician ID | LUKE | Patient ID | 100516 |

| Patient | BLACKER, DEBRA | Sex F | Age (Yr/Mos) |

TUTWILER PRISON FOR WOMEN    01383
CORRECTION MEDICAL SERVICES    00
8966 U.S. HIGHWAY 231    00
WETUMPKA    , AL 36092
334 567 0213    ALY

| Date Collected 04/19/00 | Date Entered 04/21/00 | Date Reported 05/01/00 | 0400 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |

```
TEST ORDERED:
GYNECOLOGICAL SMEAR (1 SLIDE)
Number of Slides = 1

SOURCE:
VAGINAL, CERVICAL & ENDOCERVICAL SMEAR
BRUSH/SPATULA

CLINICAL HISTORY:
LMP: NONE

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
DIAGNOSIS:
WITHIN NORMAL LIMITS.

SPECIMEN ADEQUACY:
SATISFACTORY FOR DIAGNOSTIC EVALUATION. ENDOCERVICAL COMPONENT IS
PRESENT.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

PERFORMED BY:
              RENEE D. HUFFMAN, CT(ASCP)
PAP SMEAR (1 SLIDE), GYN

    THE PAP SMEAR IS A SCREENING TEST DESIGNED TO AID IN THE DETECTION
    OF PREMALIGNANT AND MALIGNANT CONDITIONS OF THE UTERINE CERVIX. IT
    IS NOT A DIAGNOSTIC PROCEDURE AND SHOULD NOT BE USED AS THE SOLE
    MEANS OF DETECTING CERVICAL CANCER. BOTH FALSE POSITIVE AND FALSE
    NEGATIVE REPORTS DO OCCUR.

LAB: BA LABCORP BIRMINGHAM           DIRECTOR: CONTACT    LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233 0000

LAB: JO LABCORP JACKSON              DIRECTOR: WEYMOTH    CROWELL    MD
     1935 LAKELAND DRIVE JACKSON, MS 39216 0000

              DIRECTOR: CONTACT      LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT    BRANCH: 800 659 3324 LAB: 801 300 0750
              LAST PAGE OF REPORT
```

5-1-00

**PHS0331**

REPORT

©1999 Laboratory Corporation of America® Hold
All Rights Rese

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME

*Clackler, Debra*

PRISON ID

*159516*

DATE SUBMITTED

*4·6·000*

*Tut #49    4·7*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | ✓    *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

*4/12/00*

*4/10/00*

CLIA ID NO.   01D0706289

THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PHS0332

**LabCorp**®

| Specimen # | Type | Primary | Report Status | | |
|---|---|---|---|---|---|
| 111-905-2550-0 | S | MB | FINAL | PG | 1 |

Additional Information

| | | | | 03   01 | |
|---|---|---|---|---|---|
| | | | Clinical Information | 04/22/99   17:01 | |

SRC-VAGINAL
1DNA

DOB:
06/26/68

| Physician ID | Patient ID |
|---|---|
| GREEN | 146130 |

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| CLAY, DEBORAH | | F | 030/09 |

Patient Address

Account

TUTWILER  PRISON FOR WOMEN    013030
CORRECTION MEDICAL SERVICES    03
8966 U.S. HIGHWAY 231    03
WETUMPKA              , AL  36092--

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/21/99 | 04/21/99 | 04/22/99 | 5803 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

CHLAMYDIA/GONOCOCCUS DNA PROBE
  Chlamydia, DNA Probe
    NEGATIVE for Chlamydia trachomatis by DNA Probe.
    Test valid for male urethral, female endocervical
    and ocular specimens only.

  N gonorrhoeae by DNA Probe
    NEGATIVE for Neisseria gonorrhoeae by DNA Probe.

        Note: Test valid for male urethral and female
           endocervical cervial specimens only

LAB: MB LABCORP BIRMINGHAM          DIRECTOR: CONTACT    LABORATORY
      1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT    LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 205-581-3500
                 LAST PAGE OF REPORT

**PHS0333**

©1998 Laboratory Corporation of America® Ho
All Rights Res

**LabCorp**®

| Specimen # | Type | Prin | Report Status |
|---|---|---|---|
| 091-C80-0016-0 | BA | FINAL | PG |

Additional Information

Clinical Information    03    01    04/08/99    13:25

CO-PSC9935966

DOB: 11/26/54

| Physician ID | Patient ID |
|---|---|
| KAPUR | 159516 |

Account

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| CLACKER, DEBRA | F | 044/04 |

TUTWILER  PRISON FOR WOMEN        01303(
CORRECTION MEDICAL SERVICES        03
8966 U.S. HIGHWAY 231              03
WETUMPKA              , AL  36092-
334-567-6213          ALY

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 03/29/99 | 04/01/99 | 04/08/99 | 5594 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

GYN REPORT

TEST ORDERED:
GYNECOLOGICAL SMEAR (1 SLIDE)
Number of Slides = 1

CLINICAL HISTORY:
SWAB/SPATULA
VAGINAL,CERVICAL AND ENDOCERVICAL

*********************************************************************
DIAGNOSIS:
WITHIN NORMAL LIMITS.

SPECIMEN ADEQUACY:
SATISFACTORY FOR EVALUATION BUT LIMITED BY LACK OF PERTINENT CLINICAL
HISTORY (AGE AND/OR LAST MENSTRUAL PERIOD).
*********************************************************************

ADDITIONAL COMMENTS:
NO ENDOCERVICAL COMPONENT IS PRESENT.

PERFORMED BY:
            MARGARET GOODS, CT(ASCP)

QC REVIEW:
            ELIZABETH HUGHINS, CT(ASCP),CT(IAC),SUPERVISOR
PAP SMEAR (1 SLIDE), GYN

THE PAP SMEAR IS A SCREENING TEST DESIGNED TO AID IN THE DETECTION
OF PREMALIGNANT AND MALIGNANT CONDITIONS OF THE UTERINE CERVIX. IT
IS NOT A DIAGNOSTIC PROCEDURE AND SHOULD NOT BE USED AS THE SOLE
MEANS OF DETECTING CERVICAL CANCER. BOTH FALSE-POSITIVE AND FALSE-
NEGATIVE REPORTS DO OCCUR.

LAB: MB LABCORP BIRMINGHAM              DIRECTOR: CONTACT    LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

LAB: JG LABCORP JACKSON                 DIRECTOR: WEYMOTH    CROWELL    MD
     1935 LAKELAND DRIVE JACKSON, MS 39216-0000

LAB: BA LABCORP BIRMINGHAM              DIRECTOR: CONTACT    LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

4/9/99

PHS0334

REPORT

©1998 Laboratory Corporation of America® Hol
All Rights Re

279b3  Rev. 11/97

UNIVREP# 1-2

OCT 1998

WESLEY BUSINESS FORMS • BURLINGTON, NC 27216-2305 • (336) 226-3338

Universall #1 - 2 part

3098226701

**LabCorp**®

| Specimen # | Type | Prima:_ab | Report Status |
|---|---|---|---|
| 090-205-0095-0 | S | MB | FINAL | PG |

Additional Information

03   01

Clinical Information
04/02/99   07:00

DOB:
11/26/54

Physician ID
KAPUR

Patient ID
159516

| Patient Name | Sex | Age (Yrs/Mos) |
|---|---|---|
| CLACKER, DEBRA | F | 044/04 |

Account

TUTWILER  PRISON FOR WOMEN          013030
CORRECTION MEDICAL SERVICES          03
8966 U.S. HIGHWAY 231                03
WETUMPKA      , AL  36092-
334-567-6213      ALY

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/31/99 | 03/31/99 | 04/02/99 | 5491 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Cholesterol, Total | 193 | | mg/dL | 100   -   199 | M |

LAB: MB LABCORP BIRMINGHAM            DIRECTOR: CONTACT      LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT      LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 205-581-3500
LAST PAGE OF REPORT

4/2/99

PHS0335

REPORT

©1998 Laboratory Corporation of America® Hold
All Rights Res

# U/A DIPSTICK REPORT

:: *Claikler, Debra*                   AIS# *159516*   R/S *W F*

3: *11-26-54*                          AGE: *45*

llection Date: *3-28-99*              TIME

Annual Physical _____    Random _____    Repeat _____    Daily _____

After Rx. Completion _____ Chronic Care Clinic Porotocnl _____

Urine Appearance:        Color *yel/*   Clarity: *Cle*   Odor: *⊝*

Specific Gravity: *1.020*

PH: *5*

LEUKOCYTES: *⊝*

NITRATE: *⊝*

PROTEIN: *⊝*

GLUCOSE: *Nl*

KEYTONES: *⊝*

UROBILINOGEN: *Nml*

BILIRUBIN: *⊝*

BLOOD: *⊝*                    HEMOGLOBIN: *⊝*

WNL: _____✓_____    ABNORMAL _____

OBTAINING NURSE'S SIGNATURE: _____   *3/28/99*
                                                    Date

REVIEWING PHYSICIAN's Signature: _____   *3/29/99*
                                                        Date

PHS0336

113-C80-0149-0    Type   Primary   Report Status
Additional Information    S    BA    FINAL    PG    1

**LabCorp**®

CO-PSC9835923

DOB:
11/26/54

O3    O1
Clinical Information
04/24/98    16:57

Physician ID
KAYFON

Patient ID
159516

Patient Name
CLOCKER    ,    DEBRA
Patient Address

Sex
F

Age (Yr/Mos)
043/05

Account

TUTWILER  PRISON FOR WOMEN
CORRECTION MEDICAL SERVICES    0130303
8966 U.S. HIGHWAY 231    O3
WETUMPKA    ,  AL  36092-    O3
334-567-6213    ALY

Date Collected
04/16/98

Date Entered
04/23/98

Date Reported
04/24/98    0040

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

GYN REPORT

TEST ORDERED:                                                                      MB
GYNECOLOGICAL SMEAR (i SLIDE)
Number of Slides = 1

CLINICAL HISTORY:                                                                  MB
PREVIOUS NEGATIVE CYTOLOGY
NO GYNECOLOGICAL SOURCE IDENTIFIED.

****************************************************************
DIAGNOSIS:                                                                         MB
WITHIN NORMAL LIMITS.

SPECIMEN ADEQUACY:                                                                 MB
SATISFACTORY FOR EVALUATION BUT LIMITED BY LACK OF PERTINENT CLINICAL
HISTORY (AGE AND/OR LAST MENSTRUAL PERIOD).
****************************************************************

ADDITIONAL COMMENTS:                                                               MB
ENDOCERVICAL COMPONENT IS PRESENT.

PERFORMED BY:                                                                      MB

DEBRA WARREN, CT(ASCP)

LAB: MB LABCORP HOLDINGS
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000    DIRECTOR: CONTACT    LABORATORY

DIRECTOR: CONTACT    LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 800-621-8037
LAST PAGE OF REPORT

4/27/98

**PHS0337**

REPORT

©1997 Laboratory Corporation of America® Holdings

NAME Clackler, Debra

PJS 15495L6

PRISON NUMBER

LOCATION

DOCTOR
REPORT

SPECIFIC GRAVITY    1050

PH    6

LEUKOCYTE

NITRITE

PROTEIN

GLUCOSE

KETONES

UROBILINOGEN

BILIRUBIN

BLOOD    3+

COLOR    Cloudy Amber, red

Menstrual

LABORATORY
MISCELLANEOUS

PHS0338

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Clecker Debra*

PRISON ID

*159516*

DATE SUBMITTED

*31997*

*EMC47320*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | *annual* | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

*3/26/97*

CLIA ID NO.  01D0706289

GEORGE A. LYRENE, MD
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PHS0339

Pathcare
201 Beacon Parkway West
Suite 206
Birmingham, AL 35209
Phone (205) 945-6040

Patient: CLACKLER,DEBRA                              L4038          *971578-6*
Doctor : GUEST                       TUTWILER PRISON FOR WOMEN      REQ:
                                     CORRECTIONAL MEDICAL SERV      LOG: 3/20/1997
                                     8966 U.S HIGHWAY 231           REP: 03/20/97
Age/Sex: 112654/F                    WETUMPKA, ALABAMA 36092        ROUTE: I
Coll. Date: 03/19/97     at 10:46 AM                               PHONE: 1-334-567-4369

CYTOLOGY

CLINICAL INFORMATION:

    LMP: 2/97

CURRENT CLINICAL INFORMATION:  ONE SLIDE RECEIVED     LABELED AND INTACT

SOURCE OF SPECIMEN:  PAP SMEAR

==================================================================================

PAP SMEAR REPORT:  CLASS I — NEGATIVE


    SATISFACTORY FOR EVALUATION
    HORMONAL PATTERN CONSISTENT WITH AGE AND HISTORY


    WITHIN NORMAL LIMITS
    MILD REACTIVE CHANGES


    PATHOLOGIST: C. JOYCE GREATHOUSE, M.D.
    CYTOTECHNOLOGIST: L. WHITLOW, C.T.(ASCP)

Test performed by NORWOOD CLINIC LABORATORY, 1528 CARRAWAY BLVD., Birmingham AL 35234

PHS0340



Leukocytes    Neg
Nitrite    Neg
Urobilinogen    Neg
Protein    Neg
PH    5
Blood    neg
Specific GRAVITY    1.025
Ketones    Neg
BiliRubin    Neg
Glucose    Neg
Color    yellow

LABORATORY
MISCELLANEOUS    F-27

PHS0341

**LabCorp**™

| 096-205-0485-0 | S | F. | FINAL | PG | 1 | 03 | 01 | 04/06/96   06:51 |
|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION

REV.5/95

CD- 50666192973

DOB:
11/26/54

CLINICAL INFORMATION

PHYSICIAN ID.   GUEST     PATIENT ID.   159516

PATIENT NAME
CLACKLER , DEBRA

SEX F   AGE (YR./MOS.) 041/04

ACCOUNT
TUTWILER  PRISON FOR WOMEN        013030
CORRECTION  MEDICAL  SERVICES           03
3966 U.S. HIGHWAY 231                          03
WETUMPKA           , AL  36092-
334-567-4369      ALY

PT. ADD.                    ,

| DATE OF SPECIMEN | DATE ENTERED | DATE REPORTED |  |
|---|---|---|---|
| 04/05/96 | 04/05/96 | 04/06/96 | 0939 |

| TEST | RESULT | | LIMITS | |
|---|---|---|---|---|
| Cholesterol, Total | 168 | mg/dL | 0 - 199 | |

DIRECTOR:    JAMES A DAVIS III MD
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 800-621-8037
LAST PAGE OF REPORT

FOLD

WESLEY BUSINESS FORMS · BURLINGTON, NC 27216-2305 · (910) 226-6339

FOLD

3RD QUARTER 1995



H-8-96

**PHS0342**

©Laboratory Corporation of America™ Holdin

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE DEPENDENT REFERENCE RANGES

REPORT



PHS0343



SPECIFIC GRAVITY

PH

LEUKOCYTE

NITRITE

PROTEIN

GLUCOSE

KETONES

UROBILINOGEN

BILIRUBIN

BLOOD

COLOR

LABORATORY
MISCELLANEOUS

F-27

PHS0344



SPECIFIC GRAVITY    1.020

PH    5

LEUKOCYTE    +1

NITRITE    0

PROTEIN

GLUCOSE

KETONES

UROBILINOGEN

BILIRUBIN

BLOOD

COLOR    amber

NAME

R/S

PRISON NUMBER    1595-6

LOCATION

DOCTOR

REPORT

Tecnician

Date

Department

☐ ROUTINE    ☐ STAT    ☐ OUTPATIENT

Date Requested    4/13/05    By

Date Collected    4/13/05    By

Date Reported    By

TEST REQUESTED

SERVICE CODE

LABORATORY
MISCELLANEOUS    F-27

Annuals

PHS0345

CoreMeb, New Jasey, 08-7670
201-393-5000
800-631-1390 Client Service

**Laboratory Report**

*Joseph C. O'Brien, M.D.*
JOSEPH E. O'BRIEN, M.D.

*Charlene Polan, M.D.*
CHARLENE S. POLAN, M.D.

| Patient Name | | Date Drawn | Date Received | | Date of Report |
|---|---|---|---|---|---|
| CLACKER, DEBRA | 01313 | 06/03/94 | 06/08/94 | 2103 | 06/16/94 |

Sex __ Age 39 AJ

Referring Physician
MENDEZ
159516

Client Name / Address
TUTWILER PRISON FOR WOMEN         AJ
RT#1 BOX 33 1400 HWY 231N
WETUMPKA       AL      36092

I.D. Number

C.L.I.A. # 31D0696246

Account Number
40099      2

Specimen Number
74615P

Time Drawn

Patient I.D./Spec-Seq-Number

CLIENT INFO:      ANNUAL

TEST NAME
CYTOLOGY-FEM GENITAL
    RECEIVED 1 SLIDE(S) WITH PATIENT IDENTIFICATION
    SITE(S):   VAGINAL        CERVICAL    ENDOCERVICAL

    - FINDINGS

                    SPECIMEN ADEQUACY
    SATISFACTORY.  HOWEVER.  INTERPRETATION
    IS LIMITED BY THE FOLLOWING:
    ENDOCERVICAL COMPONENT (COLUMNAR AND/OR METAPLASTIC CELLS)
    SEEN.
    OTHER: SEE ADDITIONAL COMMENT(S) BELOW.

                    GENERAL CATEGORIZATION
    WITHIN NORMAL LIMITS: EPITHELIAL
    * EVIDENCE OF INFECTION: SEE COMMENT(S) *

                    DESCRIPTIVE COMMENT(S)
        (MICROORGANISMS)
    NO TRICHOMONAS PRESENT.
    * CANDIDA SPECIES ARE PRESENT. *

                    OTHER COMMENT(S)
    NUMEROUS WHITE BLOOD CELLS PRESENT.
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
        PATIENT AGE AND/OR DATE OF LMP NOT PROVIDED.
        *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

    CYTOTECHNOLOGIST: GRACE PALOMARES, C.T. (ASCP)

6-17-94

-2 © 1992 MetPath. All rights reserved.
...ished 1992, Revised 12/92

MetPath
a CORNING
Clinical Laboratory

**PHS0346**