**Laboratory Report**

Teterboro, New Jersey 07608-0070
201-393-5000
800-631-1390 Client Service

JOSEPH E. O'BRIEN, M.D.

CHARLENE S. POLAN, M.D.

| | | |
|---|---|---|
| Patient Name | Date Drawn | Date Received | Date of Report |
| CLACKLER, DEBRA | G1910 NOT GIVEN | 06/22/93 | 06/27/93 |

| Sex | Age | | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|---|
| F | 38 | AM | TUTWILER PRISON FOR WOMEN    AM | | 40599 | 2 |

Referring Physician
159516

RT#1 BOX 33 1400 HWY 231N
WETUMPKA    AL    36092

C.L.I.A. # 31D0696246

Specimen Number
418452

Patient I.D./Soc. Sec Number

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | ABNORMAL    NORMAL | | |

*   CULTURE, G.C., GENITAL
        CULTURE WAS NEGATIVE FOR NEISSERIA GONORRHOEAE. PLEASE
        REVIEW THE NEGATIVE RESULTS WITH CAUTION. A TRANSTUBE
        WAS RECEIVED AND IS NOT THE OPTIMAL TRANSPORT MEDIA FOR
        N. GONORRHOEAE. PLEASE USE A JEMBEC PLATE IN THE
        FUTURE.

*   MICROBIOL. CALL TEST
        INSTRUCTIONS ON THE REQUISITION ACCOMPANYING THIS
        SPECIMEN DID NOT INCLUDE A TEST NUMBER AND/OR WERE
        NOT CLEAR. EVALUATION OF YOUR ORDER BY A MANAGER WAS
        REQUIRED. THIS HAS RESULTED IN A DELAY IN PROCESSING.
        IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CALL
        THE MICROBIOLOGY DEPARTMENT AT 800-852-5783.

Published 1992, Revised 12/92

PHS0347

MetPath
a CORNING
Clinical Laboratory

**Laboratory Report**

201-393-5000
800-631-1390 Client Service

JOSEPH E. O'BRIEN, M.D.          CHARLENE S. POLAN, M.D.

| | | | |
|---|---|---|---|
| **Patient Name** | **Date Drawn** | **Date Received** | **Date of Report** |
| CLACKLER, DEBRA | 00515 NOT GIVEN | 06/22/93 | 06/26/93 |

| Sex | Age | | Client Name / Address | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|
| F | 38 | AM | TUTWILER PRISON FOR WOMEN      AM | | | 40599 | 2 |

**Referring Physician**
159516

RT#1 BOX 33 1400 HWY 23IN
WETUMPKA      AL      36092

C.L.I.A. # 31D0696246

**Specimen Number**
28606R

**Patient I.D./Soc. Sec Number**

TEST NAME
CYTOLOGY-FEM GENITAL
RECEIVED 1 SLIDE(S) WITH PATIENT IDENTIFICATION

- FINDINGS

          SPECIMEN ADEQUACY
SATISFACTORY FOR INTERPRETATION.
ENDOCERVICAL COMPONENT (COLUMNAR AND/OR METAPLASTIC CELLS)
SEEN.

          GENERAL CATEGORIZATION
WITHIN NORMAL LIMITS: EPITHELIAL
* EVIDENCE OF INFECTION: SEE COMMENT(S) *

          DESCRIPTIVE COMMENT(S)
(MICROORGANISMS)
NO TRICHOMONAS PRESENT.
* CANDIDA SPECIES ARE PRESENT. *

          OTHER COMMENT(S)
NUMEROUS WHITE BLOOD CELLS PRESENT.

CYTOTECHNOLOGIST: MARLENE DANIELS, C.T. (ASCP) SUPV.

Published 1992. Revised 12/92

MetPath
a CORNING
Clinical Laboratory

PHS0348

Laboratory
Report

CLACKLER, DEBRA                E1903 NOT GIVEN        06/22/93        06/27/93

F    38    AM        TUTWILER PRISON FOR WOMEN        AM                    40599        2

159516                RT#1 BOX 33 1400 HWY 231N
                      WETUMPKA        AL    36092                            418452

| TEST NAME | RESULT | | UNITS | REFERENCE |
| | ABNORMAL | NORMAL | | RANGE |

* CULTURE,G.C.,GENITAL
    CULTURE WAS NEGATIVE FOR NEISSERIA GONORRHOEAE. PLEASE
    REVIEW THE NEGATIVE RESULTS WITH CAUTION. A TRANSTUBE
    WAS RECEIVED AND IS NOT THE OPTIMAL TRANSPORT MEDIA FOR
    N. GONORRHOEAE.  PLEASE USE A JEMBEC PLATE IN THE
    FUTURE.
* MICROBIOL. CALL TEST
    INSTRUCTIONS ON THE REQUISITION ACCOMPANYING THIS
    SPECIMEN DID NOT INCLUDE A TEST NUMBER AND/OR WERE
    NOT CLEAR.  EVALUATION OF YOUR ORDER BY A MANAGER WAS
    REQUIRED.  THIS HAS RESULTED IN A DELAY IN PROCESSING.
    IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CALL
    THE MICROBIOLOGY DEPARTMENT AT 800-852-5783.

<table>
<tr><td>

**MetPath**
Teterboro, New Jersey 07608 1070
201-393-5000
800-631-1390 Client Service

</td><td>

**Clinical**
**Laboratory**
**Report**

*Joseph E. O'Brien, M.D.*
JOSEPH E. O'BRIEN, M.D.

*Charlene S. Polan, M.D.*
CHARLENE S. POLAN, M.D.

</td></tr>
</table>

| Patient Name | | | Date Drawn | Date Received | Date of Report |
|---|---|---|---|---|---|
| CLACKLER, PETRA | | I0522 06/13/93 | | 06/15/93 | 06/18/93 |

| Sex | Age | | Client Name / Address | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|
| F | 3d | AM | TUTWILER PRISON FOR WOMEN        AM | | 40599 | 2 |
| | | | #781 BOX 33 1400 HWY 231?       | C.L.I.A. # 31D0696246 | | |
| | | | WETU PKA      AL    36092 | | Specimen Number | Time Drawn |
| Referring Physician | | | | | 273244 | 1154 |
| 15x514 | | | | | | |

Patient I.D./Soc. Sec. Number

| TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|
| | ABNORMAL | NORMAL | | RANGE |
| COMPLETE BLOOD COUNT | | | | |
| WBC | | 7.95 | THOUS./CU.MM | 3.80-11.4 |
| RBC | | 4.03 | MIL./CU.MM | 3.90-5.40 |
| HGB | | 13.2 | GM/DL | 11.8-15.7 |
| (01)  HCT | | 41.4 | PERCENT | 35.0-47.0 |
| (01)  MCV | 104.0 | | FL | 83.0-103 |
| (01)  MCH | | 32.9 | PG | 26.0-33.0 |
| (01)  MCHC | | 31.9 | PERCENT | 31.0-37.0 |
| RDW | | 15.2 | PERCENT | 12.0-16.2 |
| (02)  PLATELET COUNT | | 351.0 | THOUS./CU.MM | 140- 440 |
| DIFFERENTIAL | | | | |
| POLY        ( 60.4 PCT) | | 4345 | CU.MM | 1650-8330 |
| LYMPH       ( 31.8 PCT) | | 2249 | CU.MM | 1040-3591 |
| MONO        (  6.4 PCT) | | 460 | CU.MM | 61.0- 929 |
| EOS         (  0.4 PCT) | 28 | | CU.MM | 40.0- 423 |
| BASO        (  1.0 PCT) | | 72 | CU.MM | 10.0- 148 |
| SEROLOGY (APT) | NONREACTIVE TITER | | | NON-REACT |
| (03)  HIV-1 AB. CONFIRM. | | | | |

(03)  HIV-1 AB. CONFIRM.
      NEGATIVE BY WESTERN BLOT FOR DETECTION OF HIV-1 SPECIFIC
      BANDS.

(01)  THE HEMATOCRIT AND RED BLOOD CELL INDICES MAY HAVE BEEN
      AFFECTED BY THE EXTENDED TIME BETWEEN SPECIMEN DRAWING AND
      RECEIPT IN THE LABORATORY.

(02)  RESULTS MAY BE AFFECTED IF THE TIME LAPSE BETWEEN SPECIMEN
      DRAWING AND TESTING IS PROLONGED. PLEASE NOTE THE DATE DRAWN
      AND DATE RECEIVED.

CONTINUED ON PAGE 2

192-208-1  © 1992 MetPath. All rights reserved.
Published 1992. Revised 12/92

MetPath
Teterboro, New Jersey
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

JOSEPH E. O'BRIEN, M.D.            CHARLENE S. POLAN, M.D.

| Patient Name | | | | Date Drawn | Date Received | Date of Report |
|---|---|---|---|---|---|---|
| CLACKLER, CLARA | | | 10522 | 06/13/93 | 06/15/93 | 06/18/93 |

| Sex | Age | | Client Name / Address | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|
| F | 38 | AA | TUTWILER PRISON FOR WOMEN        AA | | | 40599 | 2 |

Referring Physician
159515

C.L.I.A. # 31D0696246

| | Specimen Number | Time Drawn |
|---|---|---|
| ETA1 BOX 33 1400 HWY 231   WETUMPKA    AL    36092 | 273244 | 1154 |

Patient I.D./Soc. Sec Number

PAGE 2*** CONTINUED FROM PREVIOUS PAGE ***

(03) THESE INTERPRETATIVE CRITERIA ARE BASED ON RECOMMENDATIONS
FROM THE CENTERS FOR DISEASE CONTROL (CDC) WHICH WERE TAKEN
FROM THE FOURTH CONSENSUS CONFERENCE ON HIV TESTS BY THE
ASSOCIATION OF STATE AND TERRITORIAL PUBLIC HEALTH LABORATORY
DIRECTORS, MARCH 1989 (SEE MMWR 1989; 38 (NO. S-7 (1-7).

IT IS RECOMMENDED THAT ALL TEST RESULTS BE RELAYED TO THE
PATIENT ONLY BY PHYSICIANS OR PERSONNEL SUITABLY TRAINED TO
COUNSEL THE INDIVIDUAL AS TO THE SIGNIFICANCE OF THE REPORT.

STATE REGULATIONS REQUIRE THE ASSURANCE OF PATIENT
CONFIDENTIALITY WITH REGARD TO HIV TESTING.  IF THIS SPECIMEN
WAS NOT SUBMITTED ENCODED, THE CONFIDENTIALITY OF THE TEST
RESULTS CANNOT BE ASSURED.  IT IS STRONGLY RECOMMENDED THAT
SPECIMENS FOR THIS TEST BE SUBMITTED WITH A PATIENT IDENTI-
FICATION CODE ONLY.

92-2086-1 © 1992 MetPath. All rights reserved.
Published 1992. Revised 1292

PHS0351

MetPath
a CORNING
Clinical Laboratory



PHS0352

PHS0353



PHS0354



PHS0355



# SOUTH ATLANTA RADIOLOGY ASSOCIATES, P.C.
P.O. Box 961930
119 Upper Riverdale Rd.
Riverdale, GA 30296-1930
(770) 991-1010    Fax: (770) 997-8242

PT.:        Clacker, Debra
GD159516                                                        XRAY#:
DOB:        11/26/1954
EXAM DATE: 12/06/2005                                          SSN:
GLOBAL                                                          EXAM LOCATION:

U/s Global Diagnostics
2504 Beech Tree Ct SW
Conyers, GA  30094
(770)602-0502                                                  PHONE:

PROCEDURE(S) PERFORMED: Ultrasound Pelvic

PELVIC ULTRASOUND:

Findings:  Uterus measured 9.3 x 7.8 x 6.0 cm.  Endometrium measured
approximately 11 mm in thickness.  Hypoechoic lesions involve the
myometrium.  In the fundus, there is a dominant lesion measuring up to
2.8 cm.  Posteriorly in the body, there are two lesions, both of which
measure up to a maximum of 2.4 cm.

Right ovary measured 1.5 x 1.5 x 1.0 cm.  Left ovary measured 1.7 x
1.7 x 0.7 cm.  No free fluid or mass was otherwise identified.

IMPRESSION:
FIBROID UTERUS WITH THREE LESIONS DEMONSTRATED AS DESCRIBED.

Elizabeth L. Hadley, M.D.
Signature on file
DATE/TIME GENERATED: 12/13/2005 / 12:23:07
TECH/TRANS: OT/sw

Page 1 of 1

PHS0357

HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Julin Thomson Prison_

Name: _Clinton, Deman_
State ID No.: _159 516_
DOB _11/26/54_
Race: _W_    Sex: _F_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED.

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _Williams_ | | | | | |

HISTORY/DIAGNOSIS:

_KUB   constipation_

| X-RAY REQUEST | | | |
|---|---|---|---|
| X ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

REPORT

ABDOMEN:  Surgical clips are seen in the right upper quadrant.  The bowel gas pattern is unremarkable. There is no evidence of obstruction or unusual intra-abdominal calcifications. If symptoms persist, follow-up would be recommended.

D & T: 08-04-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

_8/5/5_
_rw_

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | _8-3-05_ DATE, TIME EXAM PERFORMED |
|---|---|---|
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

(THU)AUG  4 2005 13:28/ST. 13:08/NO. 6311228114 P 11

PHS0358

FROM CAHABA IMAGING



**ELMORE COMMUNITY HOSPITAL**
PO BOX 130
WETUMPKA, AL 36092

RADIOLOGY REPORT

PATIENT NAME: CLACKLER DEBRA
PATIENT DOB: 11/26/1954
PATIENT NUMBER: 308499     PATIENT MR#: 051447
PATIENT SS#: 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     X-RAY #: 60191
ADMITTING PHYSICIAN: ENGLEHART
FAMILY PHYSICIAN:
PATIENT ROOM: OP

REASON FOR EXAM: ROUTINE

PROCEDURE: MAMMOGRAM                    DATE: 07/01/05

Craniocaudal and mediolateral oblique views of both breasts were obtained.

The breast parenchyma is very dense with no dominant masses or clusters of suspicious microcalcifications noted. Benign calcifications are noted bilaterally.

IMPRESSIONS:

Benign findings, as described above. Continued annual screening is recommended.

BI-RADS Category II -- Benign findings.

Approximately 15% of breast cancers will not be identified by mammography. It is important that a negative radiographic study does not exclude the possibility of malignancy, particularly in the presence of a palpable mass.

Evaluation of the breast for tumor will be enhanced by correlating radiographic findings with physical findings. We, therefore, urge regular breast self-examination and examination by a physician.

                                        Craig Lyles, M.D.

CL/bfw
D: 07/06/05
T: 07/06/05

PHS0359

HEALTHCARE CORRECTIONS    *U-A-077*    *Am Factory*    State ID No: 159516

RADIOLOGY SERVICES REQUEST AND REPORT

DOB 11-26-54

INSTITUTION: _Tutwiler_

Race: W    Sex: F

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr. Engelhart | 4/4/04 | | | | |

HISTORY/DIAGNOSIS: (R?PD)

**X-RAY REQUEST**

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| ✓ CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / ~~~ | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

Clecker Debra

Chest: The heart is not enlarged. There are calcifications secondary to old healed granulomatous disease. The lungs are otherwise clear.
IMPRESSION: THERE ARE CALCIFICATIONS SECONDARY TO OLD HEALED GRANULOMATOUS DISEASE. THE CHEST IS OTHERWISE UNREMARKABLE.

D: & T: 04-11-05  Howard P. Schiele, M.D./jhl Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED  4-8-05

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

PH-3020 (REV. 12/93)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

# Advanced Medical Imaging Center

SAMUEL ENGELHARDT, MD 04-22-03
8966 US HIGHWAY 231
WETUMPKA, AL 36092

RE:    CLACKLER, DEBRA
       DOB: 11-26-54
       PATIENT NO: 62992
       EXAM: BILATERAL MAMMOGRAM 04-22-03
       REASON FOR EXAM: FIBROCYSTIC BREAST/PAIN/NEEDS FOLLOW-UP
       MAMMOGRAM

BILATERAL MAMMOGRAM:
Comparison is made to a mammogram dated 23 September 2002. The breasts are
extremely dense, limiting sensitivity of the study. I see no interval development of a
dominant mass, cluster of malignant appearing calcifications, or area of architectural
distortion. A few benign appearing calcifications are seen.

IMPRESSION:
No mammographic evidence of malignancy. Recommend routine mammographic follow-
up unless clinically indicated sooner. ACR CAT. II (benign).

EP VINING, MD

EPV/ lgh

525 S. Lawrence Street • P.O. Box 4117 • Montgomery, AL 36103 • 334/262-7226
Toll Free 1-800-844-SCAN

RIVERVIEW RADIOLOGY ASSOCIATES, P.C.
P.O. BOX 1687
GADSDEN, ALABAMA 35902-1687

DIAGNOSTIC RADIOLOGIC SERVICES PROVIDED AT: Tutwiler Correctional Facility

PATIENT NAME:    CLACKER, DEBRA
DOB/AGE:         11-26-54
ID NUMBER:       159516

PHYSICIAN:

DATE OF EXAMINATION: 11-5-02

INDICATION FOR STUDY: breast mass

BILATERAL BREAST ULTRASOUND SCAN: Axial and sagittal real-time and hard-copy ultrasound views were performed for each breast.

Small cystic changes are noted in both breasts. The largest of these on the right measures approximately 5mm and is in the eleven o'clock position. On the left, there is approximately a 4 X 5mm cyst in the one o'clock position and 4 X 6mm cyst at three o'clock. Underlying fibroglandular changes are echogenically unremarkable otherwise.

OPINION: SMALL CYSTS BILATERALLY WITHOUT SIGNIFICANT ABNORMALITY OTHERWISE IDENTIFIED.

KENNON H. HAGER, M.D.
RADIOLOGIST

D: 11-6-02
T: 11-6-02
TRANSCRIPTIONIST: KP

PHS0362



# Advanced Medical Imaging Center

US Diagnostics, Inc.

```
MR#
Ex.Dt.  09/23/2002
F  47  DOB: 11/26/1954
CLACKER DEBRA
ADVANCED MEDICAL IMAGING
525 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104
Appt. Type: C4MM       334-262-7226
```

Address _____

_____

_____

We wish to report the following on your mammography examination. A report will be sent to your referring physician or other health care provider.

☒ **Normal/Negative.** No evidence of cancer.

❑ **Probably benign (not cancer).** Recommended repeat mammogram -6 months.
 • Please call your referring physician for an appointment and referral slip.

❑ **Additional imaging studies** are needed to complete evaluation, such as an ultrasound or additional mammographic views.
 • Please call your referring physician for an appointment and referral slip

❑ **Previous films needed.** There is a finding on your mammogram that needs to be compared to previous mammograms.

❑ **Abnormal.** There is a finding on your mammogram that requires further tests for a more thorough evaluation. You should contact your physician or other health care provider as soon as possible (if you have not already done so).

Interpreting Radiologist:

☒ E. Vining, M.D.                    ❑ R. Vanbergen, M.D.
❑ R. Eichelberger, M.D.              ❑ R. Snow, M.D.
❑ C. Reich, M.D.                     ❑ M. Goddard, M.D.

American Cancer Society Guidelines for Screening Mammography

---

 • Annual Breast Examination by a physician or other healthcare provider

 • Annual Mammography Screening beginning at age 40

 • Monthly Breast Self Examination

---

Should you develop a lump or any changes in your breast before your next screening mammogram, contact your physician or other healthcare provider for an exam without delay.



# Advanced Medical Imaging Center

US Diagnostic, Inc.

SAMUEL ENGELHARDT, MD 09-23-02
8966 US HIGHWAY 231
WETUMPKA, AL 36092

RE:    CLACKER, DEBRA
       DOB: 11-26-54
       PATIENT NO: 62992
       EXAM: BILATERAL MAMMOGRAM 09-23-02
       REASON FOR EXAM: RIGHT NIPPLE DISCHARGE

BILATERAL MAMMOGRAM:

This is a baseline study. Two views were obtained of each breast. The breasts are very dense, limiting sensitivity of the study. I see no evidence of a dominant mass, cluster of malignant appearing calcifications, or areas of architectural distortion. A small benign appearing calcification is noted on the left.

IMPRESSION:

1. No mammographic evidence of malignancy. Recommend routine mammographic follow-up unless clinically indicated sooner. ACR CAT. II (Benign).
2. With persistent nipple discharge, especially if this is serous or bloody, consider a galactogram for further evaluation (not available at this facility).

EP VINING, MD

EPV/ lgh



**CORRECTIONAL HEALTH CARE**          **DENTAL RECORD**

## Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 11-10-93 | 5 | *Calculus* | *Pt C/O sore gums around a tooth* *Calculus bit around #* | | |
| 1-21-94 | 14 | *MO Caries* | *Curetted + P.O. Prophy.* *carp. 2% Lido c 1x10^5 epi.* *Ext. 1 MO Dryd amalgam* | | |
| 3/22/94 | | | *sche. for prophy had to* *resch because she needs* *to have anesthesia* | | |
| 4-19-94 | | | *2¼ carp c Marcaine 1 carp* *Xylocaine c 8X10^5 epi. Scale + Polish* | | |
| 1-4-96 | 10 | *root tip* | *Save 1 carp 2% Lido c* *1X10 epi ext root tip #10* *Sdiff POI Rx - Motrin* | | |
| 1-8-96 | | | *Scale maxillary right* *posterior PSR for appt* | | |
| 10-27-97 | | | *PA X #29 PXop* | | |
| 11-1-97 | 29 | *OD* | *Composite, 1.8cc Lido 2% c epi 10^5* | | |
| 3-20-00 | | | *Zinsen + Cynlite placed facial 5 + 6* | | |
| 3-22-00 | 20 | *DO* | *Amalgam, dycal 1.8cc Lido 2% c epi 100* | | |
| 12-23-02 | | | *Pt C/O soreness around left ear radiating* *down the mandible. Possible TMJ. Will* *send to Filer for pano* | | |
| 1/6/03 | | | *PANOREX was taken* | | |
| 2-26-03 | 13 | | *1.8cc (x2) lido 2% c epi 10^5* *4x1 diff, POI gum* | | |
| 3/21/03 | | | *NO Show* | | |
| 4-9-03 | | | *inmate wants to R/S* | | |
| 5-14-03 | 12 | *DO* | *1X2% lidocan 1:100k #12-DO-Amp POI-Aspn* | | |
| 4/10/04 | 3 | *irr pulp* | *1.8cc 2% lido c epi/100. 1.8cc 3% Carbocan* *Ext #3 No compln POI + Med - hd* | | |
| 4/27/04 | 14 | *irr pulp* | *1.8cc 2% lido c epi/100. 1.8cc 3% Carbocan* *Ext #14 w diff POI + meds* | | |

CMS

| Patients Last Name | First | Middle | DOB | |
|--------------------|-------|--------|-----|--|

PHS0365

**INMATE REQUEST SLIP**

Name _Debra Clackler_ Quarters _10A-11 B_ Date _4/18/05_

AIS # _159516_

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     (✓) Other _Medication_

Briefly Outline Your Request - Then Drop In Mail Box

Ms. Jones,

I saw Dr. Peasant on 4/12/05. He ordered some Metamucil for me. I have been unable to get it, because it is not on the book at the pill line. Would you please check on this for me.

Thank you,
Debra Clackler

Do Not Write Below This Line - **For Reply Only**

5/08/05

There is an order for Meta-mucil - Report to pill line

J. Bufurew

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden     ( ) Deputy Warden     ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary Public     ( ) Record Office

RECEIVED
APR 19 2005

N176

# PRISON HEALTH SERVICES
## MEDICAL COMPLAINT FORM

NAME: Clackler, Debra     AIS #: 159516     UNIT: D11-B60B     DATE: 9/3/04

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

I have been having abdominal pains, constipation, bloating and nausea for 5 months. The abdominal pain, nausea and bloating occurs shortly after eating and lasts for hours. They have treated the symptoms, but still haven't determined the source of the abdominal pain. The tumor on my left side has grown, and I frequently feel a pulling sensation across my abdomen and down my left side. I have repeatedly signed up for this problem since April 6, 2004.

INMATE SIGNATURE: Debra Clackler

**PART B –RESPONSE**          DATE RECEIVED_____

Dr. Engelhardt is following you as appropriately

MEDICAL STAFF SIGNATURE: Mari T. Wa— HSA

DATE: 9-22-04

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE PRISON HEATLH SERVICES **GRIEVANCE** FORM

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

11/03 - Alabama

Prison Health Services
## Inmate Informal Grievance

_Debra Clackler_ _____ _159516_ _____ _Dorm 10A Bed 11B_ _April 28, 2005_
NAME                  AIS #                      UNIT                     DATE

**PART A---Inmate Complaint**

I am having pain in my abdomen and both sides. The pain is continuous
and goes through my abdomen and into my back. When I saw Dr. Peasant
on April 12, he prescribed metamucil and ~~~~ ordered a sonogram and
mammogram. When I went to pill line, I was told that they did not have any
medication on the book for me. I still haven't heard anything about the sonogram
or mammogram. Have the appointments been scheduled yet?

_Debra Clackler_
INMATE SIGNATURE

**PART B –RESPONSE**                    DATE RECEIVED _4-28-05_

Ms. Clackler, We can not give
the information that you
request.

_Maria Wright RN HSA_
MEDICAL STAFF SIGNATURE
_4-28-05_
DATE

**If resolution has not occurred and you wish to file a formal grievance you may request a
grievance form from the Health Services Administrator.  Return the completed grievance
form to the Health Service Administrator.**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI   Delay in Health Care Provided | | ☑ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | | ☑ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X    Other | | ☐ | ☐ |

11/03 - Alabama

PHS0368

## Prison Health Services, Inc.

### Inmate Grievance

| | | | |
|---|---|---|---|
| *Debra Clackler* | *159516* | *Dorm 12 Bed 47B* | *10-4-05* |
| NAME | AIS # | UNIT | DATE |

**PART A---Inmate Grievance**

I reported to pill line on 10-4-05 and took the INH. Nurse Robinson did not have the books and the medication was not recorded. When I questioned her, she wrote my name on a yellow post it notepad and told me that she was doing her job. I told her that I was just doing what I was told to do, and Warden Albright told me to watch the nurse record the INH on the morn in the medical book. I would like for this information to be recorded. Warden Albright is aware of this.

*Debra Clackler*
INMATE SIGNATURE

**PART B --RESPONSE**                    DATE RECEIVED_____

I have spoken with the nurse about writing on your medication log when you take your medication. The medication will be logged for this day.

*Nichu RN DON*
P.H.S. Department Head Signature

*10/19/05*
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator.  Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

RECEIVED

| I.S.N Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | | | X    Other | ☐ | ☐ |
| Committee Review of Data Collection | | | | | |

11/03 – Alabama
Revised 5/16/05

PHS0369

 Prison Health Services, Inc.

 Inmate Grievance

 **received** 10-09-05

Debra Clackler _____ 159516 _____ Dorm 12-Bed 47B _____ 10-8-05
NAME                    AIS #                    UNIT                DATE

PART A---Inmate Grievance

I was transported back from Louisiana on March 25, 2005. Warden Albright told me that I was to get my medical problems resolved as soon as possible, so I would be able to go back to Louisiana. I have been repeatedly requesting medical attention since I arrived. I had surgery on June 24 to remove a lipoma from my left side, but I am still having problems with my bowels. Every time I request medical care, I am screened and told that my name will be put on the doctor's list, but I do not get to see the doctor. Would you, please make me an appointment with the doctor, so I can get this problem resolved? I am having pain in my left side and abdomen. My upper abdomen is very tight and sore, and the soft area between my ribs on both sides is sore. All of my stomach is swollen, and my upper abdomen is distended. I get nauseated every time I eat. I also have a family history    Debra Clackler of colon cancer, and I know that these symptoms INMATE SIGNATURE should not be taken lightly. Your help in this matter would be greatly appreciated.

PART B –RESPONSE                    DATE RECEIVED

Seen on 10/5/2005 by Dr Englehardt.
Have rescheduled to see MD again.

_____ RN
P.H.S. Department Head Signature

10/24/2005
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health
Services Administrator.  Return the completed form to the attention of the;   Health Service
Administrator. You may place the form in the sick call request box or give it to the
segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI   Delay in Health Care Provided | ☑ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

Prison Health Services, Inc.

Inmate Grievance

Debra Clackler        159516        Dorm 12 Bed 47B    10-24-05
NAME              AIS #            UNIT          DATE

PART A---Inmate Grievance
I spoke with you on 10-13-05 when you were at the annex. I am having problems
with my bowels and need medical attention. I have requested medical care 9
times. Every time I was screened and told that they were putting my name on
the doctor's list, but I have not seen the doctor yet. I am having continuous pain
and swelling in my abdomen and in both sides in the soft area between my ribs.
My bowels will not move without a laxative. I get nauseated after eating, and
everything I eat stops in my upper abdomen. When I had the lipoma surgery
on 6-24-05, the doctor discovered that my heart rate had dropped to 40. He
gave me some medication to increase my heart rate, so he could go ahead
and do the surgery. I was told to make healthcare aware of this, so they could
run some tests to determine the problem. I have also requested medical attention
regarding this problem. When I spoke with you,    Debra Clackler
you said that you would put my name on Dr.    _____
Williams' list. I has been over a week, and I    INMATE SIGNATURE
still have not seen Dr. Williams. Would you please check & make sure that my name is on Dr.
                                                    Williams' list
PART B –RESPONSE                    DATE RECEIVED_____    Written response
                                                    requested

Chart  Reviewed  placed on  Dr williams list  for
11/3/05

M Moore, RN. H.S.A.
P.H.S. Department Head Signature

11/2/05
DATE

If you wish to appeal this review you may request a Grievance Appeal form from the Health
Services Administrator.  Return the completed form to the attention of the;  Health Service
Administrator. You may place the form in the sick call request box or give it to the
segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI  Delay in Health Care Provided | | ☑ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☑ | ☐ | VIII Request to be seen | | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | | ☑ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | | | | |

Committee Review of Data Collection

RECEIVED
OCT 24 2005

# LCS MEDICAL TRANSFER SUMMARY

FACILITY: SCCC

OFFENDER NAME: Debra Clackler    DOC# 159516

DOB: 11·26·54    SS# 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    RACE W    SEX F

MEDICAL SUMMARY: Diagnosis, Current Treatment, Follow up appointments, etc.

Lipoma on L side, constipation

TB SKIN TEST
    RESULTS & DATE ⊕ hx took meds 2003

ALLERGIES: codeine

DIET: Bland

CURRENT MEDICATION & DOSAGE:
Tagamet 400mg BID
Dulcolax II pro
Colace 100mg II BID

CURRENT MENTAL HEALTH STATUS:
Stable - OK to travel

3/24/05    RECEIVED    Pamela    Name and Title of Staff Member Completing Form
Date

APR 27 2006

## LCS CORRECTIONS SERVICES, INC.
### Medication Administration Record

Month: march     Year: 2005

RECEIVED APR 27 2006

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL |
|---|---|---|---|
| 12/7/04 | | | Cafcee 100mg TIPO q hs |
| 12/14/05 | RF PRN | | Toprmet 400mg TIPO bid |
| | | | Duloolox tot po hs |

R - Refused     NS - No Show     C - Count     O - Other

DC - Discontinue

ALLERGIES: Codeine

D.O.B. / Offender #: 11/26/51

LOCATION: Tiger

NAME: Chackler, Deira

## LCS CORRECTIONS SERVICES, INC.

### PATIENT AUTHORIZATION TO RELEASE MEDICAL INFORMATION

TO: _____
_____ *Name of Person or Class of Persons Authorized to Make Disclosure* _____

PATIENT NAME: _____
DATE OF BIRTH: _____

RELEASE TO:   REPRESENTATIVES OF: LCS CORRECTIONS, SERVICES, INC. _____

INFORMATION REQUESTED: I request and authorize the above-named person or class of persons to release the information specified below to representatives of LCS CORRECTIONS SERVICES, INC. Any and all records regarding treatment of: _____ including but not limited to:

1.   Copy of complete chart, progress notes & interview notes, discharge summaries, operative reports, x- ray & all imagery, laboratory tests, pathology tissue, and all diagnostic studies whether in electronic data or other format.
2.   Billing records

PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:

_____

CERTIFICATION: I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the Information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by the Standards for Privacy of Individually-Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

EXPIRATION:
*CHECK ONE:*

[ ]   This Authorization will automatically expire upon conclusion of the litigation now Pending.

[ ]   This Authorization will automatically expire in one (1) Calendar year from the date Affixed with signature. ____

[ ]   This Authorization shall be effective until: _____

OTHER CONDITIONS:

√   A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.
√   Communications between provider and any representative of LCS, Corrections Services, Inc. are authorized.

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _____

_____        _____
*(DATE)*                                          *(PRINT OR TYPE NAME)*

RECEIVED
APR 2 7 2006

PHS0374

## LCS CORRECTIONS SERVICES, INC.
### BASIC OFFENDER PHYSICAL EXAMINATION / HEALTH SCREEENING

DATE: 10-21-04

OFFENDER: Debra Chockler    DOC#: 159516    DOB: 11-24-54    SEX: F    RACE: W

TESTING: T.B.: _____    OTHER: _____

GENERAL: B.P.: 134/60    PULSE: 90    RESP: 18    TEMP: 98.4    HEIGHT: 5'6"    WEIGHT: 153

**1. DO YOU NOW OR HAVE YOU EVER HAD ANY OF THE FOLLOWING AILMENTS?** *(CHECK YES OR NO)*

| AILMENT | Y | N | AILMENT | Y | N | AILMENT | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Injury | | ✓ | Stomach Problems | | ✓ | Cancer | | ✓ |
| Headaches | | ✓ | Hernia | | ✓ | Operations Gall Bladder | ✓ | |
| Epilepsy | | ✓ | Broken Bones /Fractures | | ✓ | Skin Disorders | | ✓ |
| Defective Hearing | | ✓ | Joint Injuries | | ✓ | Communicable Diseases | | ✓ |
| Sinus Problems | | ✓ | Physical Deformities | | ✓ | Mental Illness | | ✓ |
| Surgical Removal of disk or spinal infusion | | ✓ | Diabetes (Medication: Yes___ No___ ) | | ✓ | Drug Addiction | | ✓ |
| TB, Asthma, Emphysema | | ✓ | Hemophilia | | ✓ | Alcoholism | | ✓ |
| Heart Trouble | | ✓ | Arteriosclerosis | | ✓ | Polio (poliomyelitis) | | ✓ |
| Dizziness / Blackouts | | ✓ | Cataracts / Glaucoma | | ✓ | Dental Problems | | ✓ |
| High Blood Pressure | | ✓ | Back or Neck Injury | ✓ | ✓ | Other | | ✓ |
| Stroke | | ✓ | Thrombophlebitis | | ✓ | | | |

Explain all "YES" answers. Please use back of form to give further explanation and details.

ILLUSTRATE ON THE DIAGRAM(S) THE POSITION OR PLACE OF INJURY IF ANY:

| LEVEL OF CONSCIOUSNESS | |
|---|---|
| Pupils | PERRLA |
| Heart | S1 + S2 auscultam |
| Lungs | BBS |
| Abdomen | (+) bs x 4 |
| Deformities | Ø |
| Skin | WNL |
| Other | |



REFERRAL MADE:
☑ YES ☐ NO ☐ N/A

REFERRAL NEEDED:
☑ PHYSICIAN ☐ DENTAL ☐ MENTALHEALTH

☐ ROUTINE SICK CALL

☐ EMERGENCY SICK CALL

☐ NONE

RECEIVED APR 2 ...

PHYSICIAN / MEDICAL STAFF REMARKS / RECOMMENDATIONS: _____

EXAMINING MEDICAL STAFF:
PHYSICIAN SIGNATURE: M. Diggs RN
DATE: 10-21-04

D/W V

## LCS IMMUNIZATION RECORD

NAME: _Debra Waller_     OFFENDER# _____

ALLERGIES: _Codeine_     DOB _11-26-54_

### PPD

| DATE GIVEN | NURSING SIGNATURE | DATE READ | RESULTS | NURSING SIGNATURE |
|------------|-------------------|-----------|---------|-------------------|
| 9-10-03 | CXR (+) b/c tootmoda 2003 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TETANUS

| DATE | DOSE | NURSES SIGNATURE |
|------|------|------------------|
| | | |
| | | |
| | | |

RECEIVED
APR 27 2006

*Codeine*

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Clackley Debra    DOC#: _____

| Date / Time | Allergies: |
|---|---|
| 11/2/04 | Pt has a Lipoma |
| | ® side |

Relative
Large Lipoma

m/c Reglan
m/c Phenelar
m/c Colace

A/P Passion

m Dugan PN

| 2-11-05 | c/o Abdominal pain |
| | acute abdomen |

① Tagamet 400 bid #40

② ~~Colace~~ Duration 1 au ‖
NTG    #30

Bonnie pa

RECEIVED
APR 27 2006

DWV

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: SLCC

TO: Dr. Tasson                                          DATE: 3/17/05

(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☑     OTHER ☐ _____

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Debra Clackler          OFFENDER # A159516

HOUSING ASSIGNMENT Tiger 4 Bed 6

DETAILS OF REQUEST (Briefly state nature or reason for request):
Lipomas in left side. Pain in left side and abdomen. Constipation. I would like to see an outside doctor. The pain is getting worse every day. I cannot have a bowel movement without a laxative. The glands in the left side of my neck are also swollen and throbbing. After eating, even the smallest amount, the tightness and pain in my left side is almost unbearable for hours.

---

| OFFICIAL USE ONLY |
|---|

DATE: 3/18/05                    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled
Request is forwarded to Phoneil Lynn Brown - Reg Admin
Comments: of Int Miller, reported cond. Phoned &
Spoke to Marion Wright - Health Admin
@ Interview - cond. of Lipoma & Copaia re-
ported. She will Conduct the Dr. these &
return my call as to tx & resolution
of current problem.              W. Maher

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

RECEIVED
APR 27 2006

SICK CALL SHEET
MEDICAL CO-PAYMENT SHEET
FACILITY: _SLCC_

NAME: _Debra Clackler_          DOC#/ DOB: _A 1595 16/11-26-54_ DORM: _Tiger 4 Bed 6_

SICK CALL: _✓_  EMERGENCY: ___  ACCIDENT: ___  FIGHT: ___  USE OF FORCE: ___  OTHER: ___

DATE OF INCIDENT: _2/6/05_     TIME: _____     PLACE: _____

COMPLAINT: _Constipation and pain and swelling in left side and upper abdomen. I_
_would like a laxative as needed._

FINDINGS:

S:

O:                                    Illustrate on the diagram(s) the position
                                      or place of injury, if any:

A:   On MD C/O
     list

P:

NAME OF M.D. NOTIFIED, IF NECESSARY: _____

M.D. NOTIFICATION DATE: _____ &  TIME: _____ (IF APPLICABLE)

MEDICAL ACCESS FEE:        $ 5.00 _____

PRESCRIPTIONS: _____ X     $ 4.00 _____

OTHER:

         TOTAL        $ _____

RECEIVED
APR 27 2006

UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

_Debra Clackler_              _2/10/05_
INMATE'S SIGNATURE              DATE              MEDICAL SIGNATURE

PHS0379

## SICK CALL SHEET
### MEDICAL CO-PAYMENT SHEET
FACILITY: _SLPC_

NAME: _Debra Clackler_                    DOC#/DOB: _A159516/11-20-54_ DORM: _Tiger 3 Bed 6_

SICK CALL: _✓_  EMERGENCY: ___  ACCIDENT: ___  FIGHT: ___  USE OF FORCE: ___  OTHER: ___

DATE OF INCIDENT: _12-19-04_  TIME: _____  PLACE: _____

COMPLAINT: _I have a tooth ache and need this tooth pulled._

---

FINDINGS:

S:

Illustrate on the diagram(s) the position or place of injury, if any:

O:     added to dental
        12-20-04

A:

P:

NAME OF M.D. NOTIFIED, IF NECESSARY: _____

M.D. NOTIFICATION DATE: _____  &  TIME: _____ (IF APPLICABLE)

MEDICAL ACCESS FEE:        $ 5.00 _____

PRESCRIPTIONS: _____ X    $ 4.00 _____

RECEIVED
APR 27 2006

OTHER:                      _____

        TOTAL      $ _____

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

_Debra Clackler_          _12-19-04_
INMATE'S SIGNATURE            DATE              MEDICAL SIGNATURE

SICK CALL SHEET
## MEDICAL CO-PAYMENT SHEET
FACILITY: _SLCC_

NAME: _Debra Clackler_

DOC#/DOB: _A159516/11-26-54_    DORM: _Tiger 3 Bed 6_

SICK CALL: _✓_    EMERGENCY: _____    ACCIDENT: _____    FIGHT: _____    USE OF FORCE: _____    OTHER: _____

DATE OF INCIDENT: _12-6-04_    TIME: _____    PLACE: _____

COMPLAINT: _I need an eye exam and new glasses_

---

FINDINGS:

S:

Illustrate on the diagram(s) the position or place of injury, if any:

O:    Already on
      eye list

A:

      Colace 100mg ‡ po qhs
P:    ~~Dulcolax~~ 5mg ‡ po
                    qhs

NAME OF M.D. NOTIFIED, IF NECESSARY: _____

M.D. NOTIFICATION DATE: _____    &    TIME: _____    (IF APPLICABLE)

MEDICAL ACCESS FEE:         $ 5.00 _____

PRESCRIPTIONS: _____ X    $ 4.00 _____

OTHER: _____             _____

        TOTAL    $ _____

RECEIVED
APR 27 2006

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

_Debra Clackler_                    _12-6-04_
INMATE'S SIGNATURE                    DATE                    MEDICAL SIGNATURE

PHS0381

SICK CALL SHEET
## MEDICAL CO-PAYMENT SHEET
FACILITY: _SLCC_

NAME: _Debra Clackler_

DOC# DOB: _A159516/11-26-54_ DORM: _Tiger 9 Bed 6_

SICK CALL: _✓_ EMERGENCY: ___ ACCIDENT: ___ FIGHT: ___ USE OF FORCE: ___ OTHER: ___

DATE OF INCIDENT: _11-24-04_    TIME: ___    PLACE: ___

COMPLAINT: _Please put my name on the list to see an outside doctor to have this lipoma surgically removed. I can no longer stand this tightness and pulling in my left side._

FINDINGS:

S:

Illustrate on the diagram(s) the position or place of injury, if any:

O:

A: _has been seen by DrTassin & referred to UMC._

P:

NAME OF M.D. NOTIFIED, IF NECESSARY: _____

M.D. NOTIFICATION DATE: _____    & TIME: _____ (IF APPLICABLE)

MEDICAL ACCESS FEE:        $ 5.00 _____

PRESCRIPTIONS: _____ X    $ 4.00 _____

RECEIVED
APR 27 2006

OTHER: _____

TOTAL    $ _____

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

INMATE'S SIGNATURE _____

DATE _11-25-04_

MEDICAL SIGNATURE _____

## SOUTH LOUISIANA CORRECTIONAL CENTER

### INMATE REQUEST FOR ASSISTANCE

TO: _Medical staff_                    DATE: _Oct, 18, 2004_
(PERSON TO WHOM REQUEST IS TO BE SENT)

NATURE OF REQUEST: _Eye care needs_

INMATE NAME _Clackler, Debra_          D.O.C.# _A159516_

HOUSING ASSIGNMENT _Tiger 3 Bed 6_

Request will not be processed unless above is filled out completely

DETAILS OF REQUEST:
_I need an eye exam and new glasses._

_Debra J. Clackler_
SIGNATURE OF INMATE

| OFFICE USE ONLY |
|---|

DATE:_____          TIME:_____

REQUEST IS:     [ ] APPROVED     [ ] DENIED     [ ] HANDLED

COMMENTS _put on list   10·20·04   M Dugasie_

CLASSIFICATION RECORD

Booked        D.B. Record        G.T.D.-              D.O.B.
                                 F.T.D.-

P.O.C.

RECEIVED
APR 27 2006

CORRECTIONS SERVICES, INC.
SICK CALL SHEET
MEDICAL CO-PAYMENT SHEET
FACILITY: _SLCC_

NAME: _Debra Clackler_

DOC# DOB: _A158516_/_11-2x-54_  DORM: _Tiger 3 Bed L_

SICK CALL: _✓_  EMERGENCY: ___  ACCIDENT: ___  FIGHT: ___  USE OF FORCE: ___  OTHER: ___

DATE OF INCIDENT: _11-11-04_  TIME: ___  PLACE: ___

COMPLAINT: _I can't rest at night due to pain in my left side. Could you please give me something to help me rest?_

FINDINGS:

S: _I/M refused all meds_

O: _Ʇ Dr. rounds_

A: ___

P:

Illustrate on the diagram(s) the position or place of injury, if any:

NAME OF M.D. NOTIFIED, IF NECESSARY: ___

M.D. NOTIFICATION DATE: ___  &  TIME: ___  (IF APPLICABLE)

MEDICAL ACCESS FEE:  $ 5.00 ___

PRESCRIPTIONS: ___ X  $ 4.00 ___

OTHER: ___

TOTAL  $ ___

RECEIVED
APR 27 2006

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

INMATE'S SIGNATURE ___  DATE ___  MEDICAL SIGNATURE ___

SICK CALL SHEET
MEDICAL CO-PAYMENT SHEET
FACILITY: *SLCC*

NAME: *Debra Clackler*

DOC#/ DOB: *A159516/ 11-26-54*  DORM: *Tiger 3*

SICK CALL: *✓*  EMERGENCY: ___  ACCIDENT: ___  FIGHT: ___  USE OF FORCE: ___  OTHER: ___

DATE OF INCIDENT: *11-3-04*  TIME: _____  PLACE: _____

COMPLAINT: *I have fluid-filled fibroid cysts in both breast. My last mammogram was on July 2003. They recommended that I have another one in 6 months. Would you please schedule me for a mammogram?*

FINDINGS:

S:

Illustrate on the diagram(s) the position or place of injury, if any:

O:

A: *Inmate related no Hx above during intake screening and denied*

P: *having medical screen done*

NAME OF M.D. NOTIFIED, IF NECESSARY: *MD Gelbert*

I.D. NOTIFICATION DATE: _____ & TIME: _____ (IF APPLICABLE)

MEDICAL ACCESS FEE:          $ 5.00 _____

PRESCRIPTIONS: ___ X        $ 4.00 _____

OTHER:

TOTAL          $ _____

UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

*Debra Clackler*
INMATE'S SIGNATURE

*11-3-04*
DATE

*Sower LPN*
MEDICAL SIGNATURE

RECEIVED
APR 27 2006

PHS0385

# LCS MEDICAL AND DENTAL HISTORY

FACILITY: _____

NAME: Debra Clackler        AGE: _____

DOC#: 159516        DOB: 11-20-54        RACE: W        SEX: F

S.S.# 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

Current Medical Problems: Knot on (R) side of stomach

Medications: Reglan 10mg bid        Colace 100mg bid

Disease: NO

Recent Surgery: NO

Recent Accidents: NO

Communicable Diseases: NO

Any Risk of Pregnancy: NO

Attempted Suicide: NO

Alcohol or Drug Abuse: NO

Mental Health Problems: NO

Mental Condition: alert + coherent

Do You Wear any Prosthetic Dental Appliances: NO

When was Your Last Visit to the Dentist: last year

Have You Ever Had Any Teeth Filed or Removed: yes

Ever Had Bleeding Gums: NO

Do You Have Any Dental Complaints At This Time: yes — two teeth filled

Have You Ever Seen An Eye Doctor - If Yes Why: yes — 15 years ago

Were You Issued A Prescription For Corrective Eye Wear: yes

What Type OF Eye Wear Are You Currently Using: glasses

Description & Condition of Eye Wear: _____

Comments: _____

Debra Clackler  10-21-04        Diago RN  10-21-04
Offender Signature and Date        Staff Signature and Date

# LCS MEDICATION ADMINISTRATION RECORD

**FACILITY:** Staton

**MONTH:** Feb    **YEAR:** 2005

RECEIVED APR 2 2006

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/04 | RF PRN | | Colace 100mg ii po qhs | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/7/05 | ~ | | Robitrin 400mg i po bid until denial | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/11/05 | | | Tagamet 400mg i po bid | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/11/05 | | | Dulcolax i po ii qhs prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** Codeine

**DC – Discontinue    R – Refused    NS – No Show    C – Court    O – Other**

**D.O.B./DOC#:** 11-26-59    **159 516**

**LOCATION:** Tiger

**NAME:** Clackler, Debra

PHS0387



PHS0388

# LCS MEDICATION ADMINISTRATION RECORD

**MONTH:** Dec    **YEAR:** 2004

**FACILITY:**

| DRUG-DOSE MODE-INTERVAL | | |
|---|---|---|
| Colace 100mg TP PO BID | | |
| Enalapril | | |

RECEIVED APR 27 2006

| START DATE | STOP DATE | INT |
|---|---|---|

Issued on 12-18-04 m Dukes M5

DC – Discontinue    R – Refused    NS – No Show    C – Count    O – Other

**ALLERGIES:**

**D.O.B. / DOC#:** 11-26-54    **LOCATION:** H 24 054    **NAME:** Chandler, Debra





LCS MEDICATION ADMINISTRATION RECORD

FACILITY: _South Louisiana Correctional Center_

MONTH: _JUN_   YEAR: _2004_

| START DATE | STOP DATE | INT | DC — Discontinue | DRUG-DOSE MODE-INTERVAL | H 1 | R 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 0 | 1 1 | 1 2 | 1 3 | 1 4 | 1 5 | 1 6 | 1 7 | 1 8 | 1 9 | 2 0 | 2 1 | 2 2 | 2 3 | 2 4 | 2 5 | 2 6 | 2 7 | 2 8 | 2 9 | 3 0 | 3 1 |

Reglan 10 mg ī po bid   8AM/4HS

Ducolox 5mg ī hs   4HS

Ciotec 100mg ī po bid   8AM/4HS

RECEIVED APR 27 2006

ALLERGIES:

R — Refused    NS — No Show    C — Count    O — Other

D.O.B./ROOM: 11.80.59

LOCATION: A/A

NAME: Clayter, Debra

# LCS MEDICATION ADMINISTRATION RECORD

**FACILITY:** _South Louisiana Correctional Center_    **MONTH:**    **YEAR: 2004**

RECEIVED APR 27 2006

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL |
|---|---|---|---|
| | | | Reglan 10mg ī po BID |
| | | | Dulcolax 5mg īī Q HS prn |
| | | | Colace 100mg īī po BID |
| tut. 10/11 — 11/11 | | | Mag Citrate īī Tues. & Fri. x 30 days |

DC – Discontinue    R – Refused    NS – No Show    C – Court    O – Other

ALLERGIES: Codeine

D.O.B. / DOC#: 595lb

LOCATION:

NAME: Clacker, Debra

LCS MENTAL HEALTH QUESTIONNAIRE

OFFENDERS NAME: Debra Clackler    NUMBER: _____

ALLERGIES: Codeine    DOB: 11·24·54

1. HAVE YOU EVER BEEN TREATED FOR A MENTAL ILLNESS OR CONDITION?
   (IF YES WHEN AND WHERE)  NO _____

2. HAVE YOU EVER BEEN HOSPITALIZED FOR A MENTAL CONDITION OR ILLNESS?
   NO _____

3. ARE YOU PRESENTLY ON MENTAL HEALTH MEDICATION? NO _____
   MEDS: _____

4. HAVE YOU EVER ATTEMPTED SUICIDE? NO _____ HOW? _____
   HOW MANY TIMES? _____ LAST TIME? _____

5. DO YOU STILL THINK ABOUT ATTEMPTING SUICIDE? N/A
   FREQUENTLY? _____ HOW WOULD YOU DO IT? _____

6. HAS ANYONE IN YOUR FAMILY COMMITTED SUICIDE? NO _____

7. DO YOU DRINK? NO WHAT? _____ HOW MUCH? _____
   HOW OFTEN? _____ DO YOU DRINK TIL YOU ARE DRUNK? _____

8. DO YOU USE DRUGS? NO WHAT? _____
   HOW MUCH? _____ HOW OFTEN? _____

9. EVER BEEN TREATED FOR DRUGS/ALCOHOL ABUSE? N/A
   WHERE? _____

10. WHAT IS THE LAST GRADE YOU COMPLETED IN SCHOOL? 2 yrs College
    SPECIAL EDUCATION OR SLOW LEARNERS CLASSES? NO
    DO YOU READ AND WRITE ENGLISH? yes ANY OTHER LANGUAGE? NO

11. EVER BEEN CONVICTED OF A VIOLENT CRIME? yes WHAT? Murder
    _____ WHERE? Alab.

12. EVER BEEN CONVICTED OF A SEXUALLY RELATED CRIME? NO _____
    WHAT? _____ WHERE? _____

13. DO YOU HAVE ANY OTHER MENTAL PROBLEM THAT YOU HAVE NOT TOLD ME
    ABOUT? NO

REFERRAL: (GENERAL POPULATION)    MENTAL HEALTH    EMERGENCY CARE
(REFERRAL COMPLETED?)

APR — 7 2006

m. Duggo LPN    10.21.04
MEDICAL STAFF SIGNATURE    DATE

PHS0392

## MEDICAL CO-PAYMENT SHEET

FACILITY: _SLCC_

NAME: _Debra Clackler_

DOC#/ DOB: _A159516/11-26-54_    DORM: _Tiger 4 Bed 6_

SICK CALL: _✓_    EMERGENCY: ___    ACCIDENT: ___    FIGHT: ___    USE OF FORCE: ___    OTHER: ___

DATE OF INCIDENT: _Jan 19, 2005_    TIME: ___    PLACE: ___

COMPLAINT: _I am having tightness, soreness, and pain in my left side. I also have a lipoma on my left side. It is getting more + more difficult to have a bowel movement._

FINDINGS:

S:  _lipoma about the_

O:  _size of an orange_

A:  _facilities physican_
    _recommends surg._

P:  _need to H/u on &_
    _what do we do?_

Illustrate on the diagram(s) the position or place of injury, if any:

NAME OF M.D. NOTIFIED, IF NECESSARY: _____

I.D. NOTIFICATION DATE: _____    &    TIME: _____    (IF APPLICABLE)

MEDICAL ACCESS FEE:    $ 5.00 _____

PRESCRIPTIONS: _____ X    $ 4.00 _____

OTHER:

TOTAL    $ _____

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE MYSELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

_Debra Clackler_
INMATE'S SIGNATURE

_Jan. 19, 2005_
DATE

MEDICAL SIGNATURE

PHS0393

DIET ORDER

OFFENDER
NAME: Clackler, Debra   NUMBER: AL-159516

DIET ORDERED: Bland

START DATE: 10.88.04   STOP DATE: indef

MEDICAL SIGNATURE: Slo R Toddio lm, Augo LPN

*************************************************

DIET ORDER

OFFENDER
NAME: Clackler, Debra   NUMBER: 159516

DIET ORDERED: Regular Diet

START DATE: 11/2/04   STOP DATE: indef

MEDICAL SIGNATURE: _____

*************************************************

RECEIVED
APR 17 2006

From: unknown        Page: 46/64      Date: 07/14/2005 7:49:38 AM

07/13/05  CLACKLER, DEBRA  #106394   She comes to the office today for followup of excision of a large lipoma in her flank. On examination, the wound is healing nicely. I removed the Steri-Strips.  She may resume normal activities and return to see me on an as needed basis.     DMD/mpf

RECEIVED
APR 4 7 2006

This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com

PHS0395