IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-172-WHA |
| | ) |
| GLADYS DEESE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In her complaint, the plaintiff names Gladys Deese as a defendant in this cause of action. Service was attempted but unperfected on Gladys Deese because she was not at the address provided by the plaintiff. If a person has not been served, she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Gladys Deese, the plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that on or before June 26, 2006 the plaintiff shall furnish the clerk's office with the correct address of Gladys Deese. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Gladys Deese she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Gladys Deese, and this case will proceed against only the defendants on whom service has been perfected.

*See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 12th day of June, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE