United States District Court
for the Middle District Of Alabama

2006 JUN 16 A 9: 49

U.S. DISTRICT CLERK

Debra Joyce Clackler 159516
Full name and prison number of Plaintiff

V.                              Civil Action Number: 2:06-CV-00172-WHA

Warden Gladys Deese
Deputy Warden Frank Albright
Dr. Samuel Englehardt
Name of persons who violated my
constitutional rights

Request for Production of Documents etc., Under Rule 34

Plaintiff requests defendants Gladys Deese, etc. al., to respond
within 5 days from the date of service to the following request:

   i. that the defendants produce Gladys Deese's present or
      last known address.

Plaintiff Clackler does not personally need this information,
but it is needed by the US Marshall to complete service as
ordered by the court by June 26, 2006. It is acceptable to have
the address provided directly to the US Marshall if prison

Officials prefer.

Done this 14th day of June, 2006.

Debra Joyce Clackler
Signature of Plaintiff

Certificate of Service

I hereby certify that a copy of the foregoing has been served upon Attorney General Troy King, Balch and Bingham, and the US Middle District Court of Alabama by the US first-class mail, this 14th day of June, 2006.

Delisa Joyce Clackler
Petitioner