IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBRA JOYCE CLACKLER** )<br>)<br>Plaintiff(s),   )<br>)<br>v.   )<br>)   2:06-CV-172-WHA<br>**GLADYS DEESE, ET AL.**   )<br>)<br>Defendant(s).   )<br>)<br>) | |

## RESPONSE TO COURT ORDER (DOC 26)

COMES NOW the Defendant, Frank Albright, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and responds to this Honorable Court's Order (Doc 26) as follows:

1. The undersigned has consulted with his client, Frank Albright and was informed the address of former Warden Gladys Deese is not readily available within any documents kept at the Tutwiler Prison for Women. Though it is probable her address does exist on some document somewhere in the prison, in current files or in storage, it would be unduly burdensome to require the Warden to search every scrap of paper to seek former Warden Deese's address. The Tutwiler Prison administration only keeps current employees' addresses in its computer.

Respectfully submitted,

TROY KING
Attorney General

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 23rd day of June, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Debra Joyce Clackler, AIS 159516
Tutwiler Prison for Women
8966 US Hwy 231 N
Wetumpka, AL  36092

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General