DOCUMENT #28 STRICKEN FROM RECORD DUE TO CLERICAL ERROR. THE PLEADING IS NOT IN COMPLIANCE IN WITH THE DIRECTIVES AS STATED IN THE ORDER OF PROCEDURE OF 3/20/2006