IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-172-WHA ) |
| GLADYS DEESE, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On July 5, 2006, the plaintiff filed a response in which she advises the court of an address for Gladys Deese. The Clerk is hereby DIRECTED to serve a copy of the complaint, the March 20, 2006 order of procedure (Court Doc. No. 5) and this order on Gladys Deese at 3649 Robert C. Ham Road, Montgomery, Alabama 36108-6830. Accordingly, it is

ORDERED that on or before August 14, 2006 Gladys Deese shall file a written report and answer.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Gladys Deese this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 14th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE