IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA JOYCE CLACKLER, #159516,   )
   )
      Plaintiff,   )
   )
v.   )   CIVIL ACTION NO. 2:06-CV-172-WHA
   )
GLADYS DEESE, et al.,   )
   )
      Defendants.   )

**ORDER ON MOTION**

Upon review of the request for production of documents filed by the plaintiff on July

18, 2006 (Court Doc. No. 30), which the court construes as a motion for production of

documents, and for good cause, it is

ORDERED that:

1. The motion for production of documents be and is hereby DENIED to the extent

that the plaintiff requests that the defendants be required to provide her with copies of the

requested documents.

2. The motion for production of documents be and is hereby GRANTED to the extent

that the plaintiff seeks access to her inmate file and prison medical records which are

maintained in conjunction with her incarceration.

3. The motion for production of documents be and is hereby DENIED with respect

to all other requests made by the plaintiff.

4. On or before August 2, 2006, the correctional and medical defendants at the Julia

Tutwiler Prison for Women shall allow the plaintiff to inspect and/or copy all documents

contained in her institutional file and medical records which are within the care, custody or control of the defendants. **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide her with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in her records, she must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) she may utilize any means available to her to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials she seeks to retain for herself and/or submit to this court; and (ii) she must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to her records unless she is able to establish that exceptional circumstances warrant additional production of these documents**.

The Clerk is DIRECTED to provide a copy of this order to the warden of the Julia Tutwiler Prison for Women and to the supervisor of the health care unit at such facility.

Done this 19th day of July, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE