IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBRA JOYCE CLACKLER, #159516,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:06-CV-172-WHA** |
| **GLADYS DEESE, FRANK ALBRIGHT** ) | |
| **and DR. SAMUEL ENGLEHARDT,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF COMPLIANCE

COMES NOW, DR. SAMUEL ENGLEHARDT, pursuant to this Court's Order dated July 19, 2006 (the "Order"), and certifies to this Court that he has fully complied with the Order by providing Plaintiff DEBRA JOYCE CLACKLER ("Plaintiff") access to her medical records on July 21, 2006. A true and correct copy of an Acknowledgement of Access to Medical Records executed by Plaintiff is attached hereto as **Exhibit "A."**

Respectfully submitted this the 27th day of July, 2006.

/s/ Douglas B. Hargett
One of the Attorneys for Dr. Samuel Englehardt

**OF COUNSEL:**

David B. Block
William R. Lunsford
Douglas B. Hargett
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

97066.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and service will be perfected by e-mail to the CM/ECF participants or by postage prepaid first class mail to the following this the 27th day of July, 2006:

Debra Joyce Clackler  
AIS# 159516  
JULIA TUTWILER PRISON FOR WOMEN  
8966 US Highway 231 North  
Wetumpka, Alabama 36092  

Jeffery Harris Long  
Office of the Attorney General  
11 South Union Street  
Montgomery, Alabama 36130  

                                      /s/ Douglas B. Hargett  
                                      Of Counsel