# Exhibit "A"
## Acknowledgment of Access to Medical Records

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-172-WHA |
| GLADYS DEESE, FRANK ALBRIGHT and DR. SAMUEL ENGLEHARDT, | ) |
| Defendants. | ) |

## ACKNOWLEDGEMENT OF ACCESS TO MEDICAL RECORDS

I, Debra Joyce Clackler, #159516, acknowledge and agree that on this the 21 day of July, 2006, I was provided access to my medical records, which are in the possession, custody and/or control of the Alabama Department of Corrections and its privately contracted medical provider, Prison Health Services, Inc. Such access was provided to me pursuant to and in compliance with the Order of United States Magistrate Judge Charles S. Coody dated July 19, 2006.

_Debra Joyce Clackler 159516_
DEBRA JOYCE CLACKLER, #159516

<u>WITNESSED BY</u>:

_Lan Ashley_

96743.1