United States District Court
for the Middle District of Alabama

RECEIVED
2006 AUG -3 A 10: 25

Debra Joyce Clacker 159516

V.   Civil Action Number: 2:06-CV-00172-WHA

Gladys Deese et. al.,

Plaintiff's First Interrogatories to Defendants

Pursuant to Rule 26 and Rule 33 of the Federal Rules of Civil Procedure, plaintiff requests that defendants answer the following interrogatories:

1. Please describe the missed outside medical appointments mentioned on number 9 of Dawn Tumlison's requested information for Warden Albright.

2. Please identify the people responsible for medically clearing inmates for transport to South Louisiana Correctional Center.

3. Please identify the people responsible for making decisions regarding the medical treatment which can and cannot be provided by the medical staff for Alabama inmates who are housed at South Louisiana Correctional Center.

4. Please explain physician's reasons for prescribing donnatal for plaintiff, who was suffering from chronic constipation, when one of its side effects is constipation.

5. Please identify the on-duty nurse at the South Louisiana Correctional Center on February 12, 2005, who refused to see plaintiff and informed Officer Coutreau that there wasn't anything she could do for plaintiff.

6. Please explain physician's reasons for continuing to prescribe provera for plaintiff after noting on her medical records, "not responding to provera."

Done this  31st  day of  July  , 2006.

_Debra Joyce Clackler_
Signature of Plaintiff

Certificate of Service

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing document by first-class United States mail in a properly addressed envelope with adequate postage thereon. The individuals served are:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Balch & Bingham LLP
P.O. Box 18668
Huntsville, AL 35804-8668

Attorney General Troy King
11 South Union Street, Suite 310
Montgomery, AL 36130

This 31st day of July, 2006.

_____
Debra Joyce Clackler
Petitioner

**Albright, Frank**

From: Tumlison, Dawn
Sent: Friday, May 13, 2005 7:41 AM
To: '844adm@asgr.com'
Cc: Tumlison, Dawn; Albright, Frank
Subject: Requested Information for Warden Frank Albright

Importance: High

*[Handwritten: If No reply b 5/18/05 Advise them that I Needed it by 5/23/05. 05/17 see attached]*

Warden Albright would like medical information concerning the below mentioned inmates as soon as possible. Your responses will need to be written or emailed back to Warden Albright. Thank you.

| | |
|---|---|
| Deborah Johnson AIS#150359 | (medical complaint and last time seen by PHS) |
| Teresa Brooks AIS#187303 | (medical condition concerning legs and stomach and last time seen by PHS) |
| Cherry Baker AIS#1822448 | (last time seen for sick call screening and any charges for follow up care) |
| Connie Wiggins AIS#233626 | (charges for the same visit) |
| Terry Butts AIS#198293 | (medical condition concerning lumps in throat and last time seen by PHS) |
| Velveeta Johnson AIS#222528 | (medical condition and treatment) |
| Lisa Fretwell AIS#236030 | (medical condition, last seen seen by PHS and treatment) |
| Lynda Sides AIS#150446 | (status on KOP medication shortage) |
| Gloria Richardson AIS#139059 | (medical condition concerning needle in left breast and last time seen by PHS) |
| Debra Clackler AIS#159516 | (last time seen by outside physician concerning liphoma and missed outside appointments) |
| Sonya Williams AIS#215778 | (appointment for surgery) |
| Cynthia Jones AIS#232772 | (meds 3 times a day are being refused by nurses but being charged allthough chronic care) |
| Ruth Chambers AIS#134196 | (charges for visits) |
| Linda Cox AIS#230965 | (medical condition and treatment plan) |
| Malikah Shabazz AIS#140301 | (copy of MARS) |

1