IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA JOYCE CLACKLER, #159516

    Plaintiff,                              CIVIL ACTION No.2: 06-CV-172-WHA

v.

GLADYS DEESE, et al.,

    Defendants.

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Gladys Deese, who being duly sworn deposes and makes the following statement:

My name is Gladys Deese. I am an individual over the age of nineteen years and I am a former employee of the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U.S. Highway 231, Wetumpka, Alabama. While employed at Tutwiler I served in the capacity of Warden III. . I am named a defendant in this case.

I have read the complaint in the above referenced case and make the following statement in defense thereof, As Warden of Tutwiler my Deputy Warden, Frank Albright advised me that Inmate Debra Clackler needed to be returned from South Louisiana Correctional Center due to a medical issue. I advised Ruth Naglich, ADOC Associate Commissioner for Health Services, of inmate's Clackler complaint and the decision was made to have inmate Clackler returned to Tutwiler on the next available trip. I advised the ADOC transportation division to place Inmate Clackler on the next available trip returning from South Louisiana Correctional Center. Upon Inmate Clackler's return to Tutwiler Prison for Women on March 25, 2005 the following medical attention was received: According to our records, Dr. Peasant saw Inmate Clackler on April 12, 2005, for a mass in her side. An ultrasound was ordered and an outside consultation with Dr. Daly was ordered. Inmate Clackler saw Dr. Daly on May 16, 2005 and on May 17, 2005 the process was started to schedule another appointment with Dr. Daly for surgery for the removal of the mass. Inmate Clackler sent several complaints addressed to the medical provider concerning her medical condition, and Deputy Warden Albright acted expeditiously in getting the necessary information from medical staff to ascertain whether or not Inmate Clackler's medical condition was being taken care of.



EXHIBIT I

Deputy Warden Albright advised me of the progress being made on Inmate Clacker's case ie. Conversations with the Medical Provider Supervisor and reviewing medical files and reviewing answers to medical grievances filed by Inmate Clackler.

 I deny the claims that Inmate Clackler did not receive medical attention by the department medical provider. Our records document that actions were taken to ensure Inmate Clackler's medical issue was addressed.

_Gladys Deese_ Affiant

Sworn to and subscribed before me this _1st_ day of ~~July~~ August 2006.

_Emelyn Hooks_ Notary Public

My commission expires _04/05/09_.