United States District Court
for the middle District of Alabama

RECEIVED
2006 AUG 25 A 9: 25

Debra Joyce Clacker 159516

V.                              Civil Action Number: 2:06-CV-00172-WHA

Gladys Deese et. al.,

Motion for an Extension of Response
to the Defendant's Reports

When I received my medical file, I did not find
the EKG or the grievance appeal. Warden Albright
had me to sign a release, so he could get the
EKG from Baptist South, Warden Albright
said that he would contact PHS Corporate
Office and get a copy of the grievance.
appeal, When PHS received those documents,
they did not notify me and make those docu-
ments available for copying. Therefore, I need
an extension to file a Response to the Dependants'
Reports, until the defendants make those
documents available.

Done this ___22nd___ day of ___August___, 2006


___Debra Joyce Clackler___
Signature of Plaintiff

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy

of the foregoing document by first-class United States mail in a properly addressed

envelope with adequate postage thereon.  The individuals served are:


Office of the Clerk
United States District Court
P. O. Box 711
Montgomery, AL 36101-0711


Balch & Bingham
P. O. Box 18668
Huntsville, AL 35804-8668


Attorney General Troy King
11 South Union Street, Suite 310
Montgomery, AL 36130


This _22nd_ day of _August_____, 2006.

_Debra Joyce Clackler_____
     Petitioner



*State of Alabama*
## Alabama Department of Corrections

Julia Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, Alabama 36092



**BOB RILEY**
GOVERNOR

**FRANK ALBRIGHT**
WARDEN III

**DONAL CAMPBELL**
COMMISSIONER

**PATRIIA HOOD**
WARDEN II

Memorandum:

**To:**     **Inmate Debra Clackler W/ 159516**

**From:**   Lieutenant C.P. Johnson

**Date:**   July 21, 2006

**Ref:**    **Medical**

By affixing your signature below, you acknowledge having received copies of your medical records on the above date. You requested a copy of the Grievance Appeal and copies of your EKG and other documents from Baptist Medical Center-South, which were not included in your medical records.

You signed a release to have Baptist South forward the missing documents to Tutwiler so that you could acquire copies of these documents.

You stated to Warden III Frank Albright, that you did not wish to receive a copy of your institutional records.

_Debra Joyce Clackler 7-21-06_
INMATE SIGNATURE/DATE

_Lieutenant Cathleen P. Johnson_
WITNESS SIGNATURE/DATE

Cc:  Warden III Frank Albright
         File