IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA JOYCE CLACKLER, #159516, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-172-WHA |
| ) | |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on August 25, 2006 (Court Doc. No. 39), and for good cause, it is

ORDERED that the motion for extension of time be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from September 5, 2006 to and September 20, 2006 to file a response to the defendants' special reports in compliance with the directives of the order entered on August 17, 2006.

Done this 30th day of August, 2006.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE