UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Debra Joyce Clackler 159516

v.   Civil Action Number: 2:06-cv-00172-WHA

Gladys Deese et. al.,

Declaration Under Penalty of Perjury

Debra Clackler, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U. S. C. section 1746:

1. On April 6, 2004, Dr. Englehardt examined the mass on my left side and diagnosed it as a benign lipoma.

2. On June 20, 2004, I began suffering with constipation, nausea, vomiting, abdominal pain and feeling faint.

3. On July 17, 2004, Dr. Peasant examined my abdomen and said that he was scheduling a sonogram, because he thought I might have chronic appendicitus.

4. On July 20, 2004, Dr. Englehardt saw me and told me that he was canceling the sonogram which Dr. Peasant had ordered on July 17, 2004, because he preferred not to do one at that time.

5. On September 3, 2004, I wrote a request to Warden Albright about my lipoma, abdominal pain, and Dr. Peasant's possible diagnosis of appendicitus.

6. On October 14, 2004, I was transported to South Louisiana Correctional Center

in Basile, Louisiana.

7. On November 2, 2004, I saw Dr. Tasson at South Louisiana Correctional Center. Dr, Tasson diagnosed the mass on my left side as a lipoma and said that it needed to be removed as soon as possible. Dr. Tasson explained that the lipoma was a fatty tumor which would continue to grow and choke or block my organs.

8. On February 11, 2005, I saw Dr. Tasson. Michelle Maxie, the DON, told me that they could not do anything for me, because Alabama would not allow them to do the surgery. Michelle Maxie also told me that I would be transported back to Alabama, and that Alabama was aware of my problem.

9. On February 11, 2005, after eating a small amount of lunch, I was in intense pain. Around 2:30 P. M. on February 12, 2005, I notified Officer Goutreau and she contacted medical. The nurse on duty refused to see me and said that there wasn't anything she could do for me.

10. On April 7, 2005, I wrote a request to Warden Albright about my old unresolved medical problem and asked him to please help me get some medical attention.

11. I filed an Informal Medical Grievance on April 28, 2005.

12. I filed a Formal Medical Grievance on May 5, 2005.

13. On May 8, 2005, I wrote a request to Warden Albright about my old unresolved medical problem. I also informed him that I had filed an Informal Medical Grievance and a Formal Medical Grievance.

14. I had a consultation with Dr. Daly on May 16, 2005, and he recommended lipoma surgery.

15. I had the lipoma surgery on June 24, 2005, at Montgomery Surgical Center at Baptist South.

16. I had a mammogram at Elmore County Hospital on July 1, 2005.

17. I had a follow-up visit with Dr. Daly on July 13, 2005.

18. I was given a TB test on July 25, 2005.

19. On August 16, 2005, I wrote a request to Warden Albright to let him know that the problem with my bowels was still unresolved.

20. On August 25, 2005, I wrote a request to Warden Albright about my unresolved medical problem with my bowels.

21. I filed a Grievance Appeal on August 28, 2005, by placing it in the request box beside the healthcare door.

22. I went to the healthcare unit for labwork. I also saw Dr. Englehardt and was treated for a hormone imbalance.

23. I began taking INH and Vitamin B6 on September 13, 2005.

24. I saw LPN Webb for a thyroid exam on October 3, 2005.

25. I wrote a request to Warden Albright when Nurse Robinson did not record the medication which I had taken on October 4, 2005. I also sent a grievance to DON Moore on October 4, 2005.

26. I filed a Medical Grievance to DON Strickland about the unresolved medical problem with my bowels on October 8, 2005.

27. I filed a Medical Grievance to DON Strickland about the unresolved medical problem with my bowels on October 24, 2005.

28. On November 3, 2005, I saw Dr. Williams. He discontinued the INH and Vitamin B6, ordered labwork and referred me to Dr. Englehardt for the female problems.

29. I wrote a request to Warden Albright to inform him that Dr. Williams had canceled the INH and Vitamin B6.

30. I had labwork on November 7, 2005.

31. I saw Dr. Englehardt on November 8, 2005. He prescribed provera and ordered a sonogram.

32. I had the sonogram on December 6, 2005.

33. I saw Dr. Englehardt on December 29, 2005, to discuss the sonogram results, fibroid uterus.

34. I saw Dr. Englehardt on January 18, 2006. He prescribed provera for the female problems and referred me to Dr. Williams for the other problems.

35. I saw Dr. Englehardt on January 31, 2006. He prescribed some medications for the abdominal pain and back pain and ordered labwork.

36. I saw Dr. Englehardt on February 2, 2006. He told me that my labwork revealed an increased bacterial level and he prescribed Tetracycline and Flagel.

37. I saw Dr. Englehardt on February 13, 2006 and he referred me to Dr. Williams.

38. I saw Dr. Williams on February 14, 2006. He prescribed Flagel, Amoxicillim, Maalox, Prilosec and Zantac.

39. I filed an Informal Medical Grievance on February 26, 2006.

40. I filed an Informal Medical Grievance on March 14, 2006.

41. I saw Nurse Webb on March 20, 2006. She prescribed Flagel and Amoxicillin.

42. I filed an Informal Medical Grievance on March 30, 2006.

43. On April 6, 2006, I saw Dr. Williams. He examined my abdomen and said that he planned to order a battery of tests, starting with the least evasive and progressing until he discovered the problem. He told me to avoid grease, spice, chocolate and caffeine.

44. I saw Dr. Williams on April 19, 2006. He ordered Flagel and Amoxicillin for three more weeks and a follow-up visit in two weeks. He said that the bacterial level in my

blood had decreased.

45. I saw Dr. Williams on May 2, 2006, and he ordered an endoscophy.

46. I filed an Informal Medical Grievance on May 25, 2006, regarding the endoscophy.

47. I went to Elmore County Hospital on June 28, 2006, for a consultation with Dr. Bianchi.

48. I saw Dr. Englehardt on June 30, 2006, for excessive and continuous bleeding. He prescribed provera. He told me to sign up again if the problem continued, and he would refer me to Dr. Pena.

49. I filed a Grievance on July 4, 2006. I saw Dr. Englehardt on June 30, 2006. He prescribed provera. I have reported to pill line every day, and my medication has not been recorded on my MAR. Would you please see that my medication is recorded and brought to the Annex?

50. I saw Nurse McLaughlin on July 20, 2006, for pain and tingling up the right side of my back to the back of my head. She renewed my prescription for Milk of Magnesia and prescribed muscle relaxers for back pain. She also ordered a back x-ray.

51. I had an emergency visit to healthcare on July 23, 3006. I was suffering from nausea, vomiting, low heart rate and feeling faint. Nurse Joe did an EKG and my heart rate was 43. He prescribed Raglan for nausea and scheduled me for an appointment with Dr. Alba on July 24, 2006.

52. On July 24, 2006, I reported to healthcare for back x-rays.

53. On July 24, 2006, I saw Dr. Alba regarding gastrointestinal problems, low heart rate, nausea, vomiting and thyroid problems. Nurse Wilkerson did an EKG and my heart rate was 40. Dr. Alba ordered labwork to check my thyroid. He told me that my endoscophy appointment had been rescheduled, and he scheduled me for a follow-up

visit in two weeks.

54. On July 26, 2006, I reported to healthcare for labwork.

55. On August 1, 2006, I spent the night in healthcare and went to Elmore County Hospital for an endoscophy on August 2, 2006.

56. On August 3, 2006, I saw Dr. Alba. He gave me the results of my back x-rays, thyroid test and endoscophy. Dr. Alba said that Dr. Bianchi had scheduled me for a colonoscophy on August 9, 2006, after finding some nodes on the endoscophy.

Pursuant to 28 U. S. C. Section 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on __4th__ day of __September__, 2006.

_/s/ Debra Joyce Clackler_
Debra Joyce Clackler