# Exhibit "B"

11. Newspaper Article