# Exhibit "C"

7. Plaintiff's Medical Log

Ex. C # 1

1.) 07-02-02 I was diagnosed with fibroid cysts in breast.

2.) 09-02-02 I had a mammogram at Advanced Imaging in Montgomery.

3.) 11-02-02 I had a sonogram at Tutwiler, fibroid cysts in both breasts (5mm).

4.) 01-03-03 I test showed Positive for TB. I was given INH from 2-4-03 until 11-4-03 (Montgomery Health Department).

5.) 07-03-03 I had my second mammogram at Advanced Imaging. They recommended another one in 6 months.

7.) 08-03-03 I fainted in pill line. I was diagnosed as anemic. They prescribed prenatal vitamins and iron tablets.

8.) 08-03-03 I was diagnosis with a female infection and prescribed antibiotics. I was told that a follow-up visit would be schedule, but it wasn't.

9.) 04-06-04 Dr. Englehardt looked at the mass on my left side and diagnosed it as a benign lipoma without doing an x-ray. He told me that it was nothing to worry about. I asked, "If that is so, why am I having abdominal pain?" He said, "I can't explain all your little aches and pains, but the lipoma is nothing to worry about." He also said that he would schedule follow-up visits to check the growth of the tumor periodically. There were no follow-up visits scheduled.

10.) 04-21-04 I had a tooth extracted.

11.) 05-10-04 I signed up for dental care. I was given an antibiotic and an appointment for May 27th. .

12.) 05-10-04 A nurse (Tew) or doctor gave me pelvic exam. They said female problems were signs of menopause, and prescribed a muscle relaxer for the abdominal pain.

13.) 05-27-04 I had a tooth extract.

14.) 06-20-04 I went for a special visit to healthcare during 3rd shift for constipation, nausea, vomiting, abdominal pain and feeling faint. The nurse filled out a body chart. She gave me some medication for nausea and Maalox. She suggested that I be on a 24-hour liquid diet, and prescribed medication for nausea. I was told to report to pill line the following morning. When I reported to pill line, they did not have any medication listed on the book at the pill line window for me.

15.) 06-20-04 I signed up for healthcare. I was screened on 6-21-04. Body chart that was filled out on 6-20-04 could not be found. The nurse gave me a laxative.

16.) 07-14-04 Signed up for healthcare. Was screened and told that I was scheduled for an appointment on Friday 16th. However, I was not paged to healthcare on Friday 16th.

17.) 07-16-04 I went for a special visit to healthcare on Friday 16[th,] 3rd shift bad abdominal pain. I was given medication for nausea and Motrin for pain.

18.) 07-17-04 I went for a healthcare appointment on Saturday afternoon. Dr. Peasant examined my abdominal, and said that he was scheduling me for a sonogram. He also said that he thought it might be chronic appendicitis

19.) 07-20-04 I went to healthcare for a follow-up visit. Dr Englehardt told me that he was canceling the sonogram, because he preferred not to do one at that time. He prescribed donagel twice daily. I went to pill line for 3 days and was told that there was not any medication ordered for me. Evidently, the prescribed medication was not transferred from my personal file to the book at the pill-line window (2nd time this has happened to me).

20.) 08-15-04 I requested another mammogram.

21.) 08-16-04 I signed up for healthcare. I was never called for screening

22.) 08-18-04 I went to healthcare for a follow-up visit. Dr Englehardt increased the antacid dosage and prescribed a medication to aid in digestion. He said that he would order a CBC to check the enzyme level of my pancrease and see me again in 2 weeks

23.) 08-19-04 When Nurse Wilbanks went to pick up my medication and bring it to the annex, she found all the medication that had been ordered for me but was not given to me.

24.) 09-02-04 I was paged to healthcare for a follow-up visit, Dr Englehardt told me that he was changing my medication. He did a urine culture, because I was burning and hurting when I urinated. He also did a blood test to check for pancreas problems.

25.) 09-03-04 I filed a medical complaint. I have been having abdominal pain, constipation, bloating, and nausea for 5 months. The abdominal pain, nausea, and bloating occur shortly after eating and last for hours. They have treated the symptoms, but still haven't determined the source of the abdominal pain. The tumor on my left side has grown, and I frequently feel a pulling sensation across my abdomen and down my left side. I have repeatedly signed up for this problem since 4-6-04. Nurse Wright replied, "Dr. Englehardt is following your case appropriately

26.) 09-05-04 I signed up for healthcare. I was awakened at 1:00 am with intense abdominal pain. The pain began underneath my ribs and went down my left side to my pelvic area and from my naval to my left side. Pain also went through my abdomen and into my back. I was screened on 9-6-04 and told that I would be given a laxative.

3

27.) 09-17-04 I fainted at the pill line window. I was sent to healthcare and scheduled to see the doctor.

28.) 09-19-04 I put in a Request to healthcare and screening. I was in pain all night beginning on 9-18-04 from a urinary tract infection. I received medication on 9-21-04.

29.) 10-10-04 I put in a request to healthcare and screening. Constipation and pain in left side and abdomen, was Prescribed colace for 180 days.

30.) 11-00-04 I told Lt. Hawthorne that Dr. Peasant had diagnosed the mass in my left side as a lipoma, which needed to be removed as soon as possible to prevent the choking or blocking of my organs. I asked, "will I be allowed to have the surgery here or will I be transported back to tutwiller"? Lt. Hawthorne said she would talk to the medical staff and let me know what they recommended. She did not let me know anything.

31.) 11-02-04 I saw Dr Tasson in Louisiana. He diagnosed the mass on my left side as a lipoma and said that it needed to be removed. He said that I needed surgery as soon as possible, because the lipoma was a fatty tumor, which would continue to grow and chock or block my organs.

32.) 11-25-04 I signed up for healthcare and went to screening. The nurse told me that my name was on the referral list to see an outside doctor

33.) 12-08-04 I told Warden Deese that Dr. Peasant had diagnosed the mass in my left side as a lipoma, which needed to be removed as soon as possible to prevent the choking or blocking of my organs. Warden Deese asked to see the lipoma and I showed it to her. I asked her if I would be allowed to have the surgery there. Warden Deese said she did not know, but she would talk to the medical staff in Louisiana and Dr. Englehardt then she would make her decision based on the information they give her.

34.) 01-23-05 I signed up for healthcare. I am having constipation and pain in left side and abdomen. I asked nurse Jimmy to check on my medical appointment to see an outside doctor.

35.) 01-26-05 My bowels were locked. I was in pain. Lt. Bell talked to a nurse and got a saline enema for me. My bowels gradually began to move again.

36.) 02-06-05 I am having constipation, pain, and swelling in my left side and upper abdomen. On 2-7-05, I began having diarrhea. On 2-8-05, the diarrhea began to slow down, and I started passing a grass green, gel like substance. I was screened on 2-9-05. Nurse Michelle put my name on the doctor's list. I saw Dr. Tasson on 2-11-05. I was told that they could not do anything for me, because Alabama would not allow them to do the surgery. He prescribed Tagmet, Colace, and Ducolax. He told me that I would be transported back to Alabama, and that they were aware of my problem.

4

37.) 02-11-05 I filled out a medical grievance: I have put in 6 medical requests and have seen the doctor 2 times. The doctor informed me that I have alipoma in my left side that requires surgery as soon as possible. I was put on the referral list to see an outside doctor on 11-2-04. Since then, I have requested medical treatment and have not been treated properly for my illness. I, as of yet, have not seen anyone about this, and the pain and discomfort is getting severe. I have pain after eating due to blockage of my intestines, and the lipoma is enlarging. At times, I have been passing a grass green, gel like substance in my bowel movement. My bowels are also locking up on me.

38.) 02-00-05 I told Warden Albright that Dr. Peasant had diagnosed the mass in my left side as a lipoma, which needed to be removed as soon as possible to prevent the choking or blocking of my organs. I told Warden Albright that the director of nursing Michelle Maxie told me they could not do anything for me because Alabama would not allow them to do the surgery. I also told Warden Albright that Michelle said I would be transported back to Alabama and that Alabama was aware of my problem. Warden Albright asked if I seen an outside doctor. I replied no sir. Warden said then you will not be going anywhere until you see an outside doctor.

39.) 03-14-05 the grievance was returned. Rejected. Reason: If you have a medical concern, you need to fill out a sick call request, not a grievance. Warden Viator.

40.) 03-17-05 I have a Lipoma in left side and pain in left side and abdomen along with constipation. I would like to see an outside doctor. The pain is getting worse everyday. I cannot have a bowel movement without a laxative. The glands in the left side of my neck are also swollen and throbbing. After eating, even the smallest amount, the tightness and pain in my left side become almost unbearable for hours.

41.) 03-26-05 I signed up for health care. I am having pain in my abdomen and both sides, tightness in both sides, bowels will not move without a laxative. I have been passing a grass green gel like substance in my bowel movement at times.

42.) 03-28-05 I went to health care for screening. My name was put on Dr Englehardt list. I was not paged to see the doctor.

43.) 03-29-05 I requested another mammogram.

44.) 03-31-05 Reply to request for mammogram: when you have your annual, if M.D. Wants to schedule your mammogram he will order it, however if you are in pain or feel a lump in breast don't hesitate. Sign up for sick call.

45.) 04-01-05 I was paged to mental health. I told the nurse that I had a medical problem not a mental problem. The mental health nurse took me to the director of nursing who scheduled me for an appointment on 4-4-05.

46.) 04-04-05 I was paged to healthcare for an annual physical only. When I asked about my appointments, I was told that my name was not on the doctor's list.

5

47.) 04-04-05 I submitted a request for healthcare because of pain in abdomen and both sides tightness in both sides pain is continuous and goes through my abdomen and into my back also need to be scheduled for a mammogram. Follow up: I went to screening on 4-5-05 and my name was put on the doctor's list.

48.) 04-06-05 I was paged to healthcare. I was unable to go due to lock down. By the time lock down was over, the doctor had already left. Officer Walton told me that I would be paged again the next day, but I was not paged again.

49.) 04-07-05 I signed up for healthcare pain in abdomen and both sides tightness in both sides pain is continuous and goes through my abdomen and into my back. I also need to be scheduled for a mammogram. Follow up: screening on 4-8-05 my name was put on the doctor's list.

50.) 04-07-05 I put in a request to Warden Albright. While I was in Louisiana I spoke with you about my unresolved medical problems. I have a lipoma in my left side, and I am unable to have a bowel movement without a laxative. I am having pain in my abdomen and both sides. The pain is continuous and goes through my abdomen and into my back. The doctor in Louisiana told me I need surgery to remove this tumor. I came back to Tutwiler on 3-25-05. I signed up for healthcare on 03-26-05. I was screen on 03-28-05, and told that my name would be put on the doctor's list. I waited 4 days and was not paged to healthcare to see the doctor. However, I was paged to mental health on 04-01-05. I told the nurse about my problem. She took me to the director of nursing, who told me she was scheduling me for an appointment on 04-04-05. I was paged to healthcare on 04-04-05 for an annual physical only. When I asked about my appointment, I was told that my name was not on the doctor's list so I sign up for health care again on 04-04-05. I went to screening on 04-05-05, and my name was put on the doctor's list. I was page to healthcare on 04-06-05, but I was unable to go due to lock down. By the time lock down was over, the doctor had already left. I signed up for health care again on 04-07-05. Can you please help me get some medical attention? I am concerned about my health and would like to see an outside doctor. My daughter should be calling you about this matter soon.

51.) 04-12-05 I saw Dr Peasant he schedule me for a sonogram and a mammogram and prescribed Metamucil. I was unable to get the Metamucil because the information was not transferred from my personal file to the book at the pill line window.

52.) 04-28-05 I filed an informal medical grievance. I am having pain in my abdomen and both sides the pain in continuous and goes through my abdomen and into my back. When I saw Dr. Peasant on 04-12-05 he prescribed Metamucil and order a sonogram and a mammogram. When I went to pill line, I was told that they did not have any medication on the book for me. I still haven't heard anything about the sonogram or mammogram. Have the appointments been scheduled yet? Mrs. Wright replied, "Mrs. Clackler we can not give you the information that you requested."

53.) 05-05-05 I filed a formal medical grievance. I am having pain in my abdomen and both sides the pain is continuous and goes through my abdomen and into my back. The pain is getting worse everyday every time I eat my abdomen swells. Dr Peasant ordered a sonogram and a mammogram for me on 04-12-05. I still haven't had the sonogram or mammogram. Would you please check and see if the appointments have been scheduled? I did not receive copy of grievance.

54.) 05-08-05 I signed up for healthcare. I am having abdominal pain, also pain and burning in both sides, when I eat and drink the pain and burning gets worse and my abdomen swells. I feel weak and faint have difficulties breathing when I lay down.

55.) 05-08-05 I put in a request to Warden Albright while I was in Louisiana. I spoke with you about my unresolved medical problems. I have a lipoma in my left side, which is causing problems. After I wrote a request to you on 04-07-05, I finally got to see Dr Peasant he ordered a sonogram and mammogram on 04-12-05 but they still haven't done anything. I am signing up for healthcare again today. I am having abdominal pain and pain and burning in both sides, when I eat and drink the pain and burning gets worse and my abdomen swells. I feel weak and faint. I am also having difficulties breathing when I lay down. I have also filed grievances more than once. Can you please help me get some medical attention?

56.) 05-08-05 I went to screening. The nurse did no know whether the appointment for the sonogram and mammogram had been scheduled. She made a note and put it with the doctor's orders to let him know that the x-rays had not been done. She also put my name on the doctor's list. I was not called to see the doctor.

57.) 05-16-05 I went to Montgomery Surgical Center. I saw Dr. Daniel Daly. Dr. Daly said that he wanted to remove the lipoma first and then remove the scar tissue from the surgical scar where my gall bladder was removed. He believes the scar tissue is obstructing my bowels.

58.) 05-27-05 I signed up for health care. I was screened on 5-28-05, I was asked to discuss my outside doctor's visit. I was told that I would have to talk to the doctor. My name was put on the doctor's list, but I was not paged to see him.

59.) 06-05-05 I started having a reddish-brown discharge on 6-2-05. After 2 days, I suddenly started bleeding, but it lasted only 1 day. The next day I abruptly stopped bleeding and started swelling and burning in my abdomen. My last normal period was April 17th 2005. The fibroid cysts in my breasts are extremely painful. I still haven't had a mammogram. No response.

60.) 06-09-05 I went to a special visit to healthcare during 3rd shift. I was having pain and burning in my abdomen and both sides. I was told that an appointment was scheduled for surgery to remove the lipoma. I was told that she could not find an order or appointment for the sonogram and mammogram, which Dr Peasant ordered on April 12th. My name was put on the doctor's list. I was not paged to see the doctor.

61.) 06-10-05 I signed up for healthcare. I was having constipation, pain and swelling in both sides, and pain in both breast. I asked, "Could you please tell me if an appointment has been scheduled for the sonogram and mammogram which Dr Peasant ordered on April 12th". I went to screening. I was given a liquid laxative and Zantac for 10 days. I was charged for a follow-up.

62.) 06-16-05 my breast are extremely sore and painful. The fibroid cysts have increased and spread to my underarm and the inside of my upper arm. I need to be scheduled for another mammogram. My last mammogram was July 2003. I was charged for a follow-up. 06-16-05 I went to screening. My name was put on the doctor's list.

63.) 06-23-05 I signed up for healthcare. I am continually having bloody-brown discharge. My last normal period was April 17th. I am having soreness around my naval. I still need to be scheduled for a mammogram. It has been 2 years since my last mammogram.

64.) 06-24-05 I had surgery at Baptist Health. They discovered I had a low heart rate. Lipoma Excision. Went back to Tutwiler HCU. I was released to population on 6-27-05. Ordered mammogram. I was prescribed flagil for female infection. I was scheduled a follow-up visit with Dr. Daly. I had a Follow-up visit with healthcare on 6-29-05.

65.) 06-29-05 I had a follow-up visit to have bandages removed.

66.) 07-01-05 I had a mammogram at Elmore County Hospital.

67.) 07-13-05 I had a follow-up visit with Dr. Daly. He removed the adhesive strips and he said the incision was healing nicely.

68.) 07-21-05 I am having bowel obstruction. I was having pain and swelling in the center and right side of my abdomen. I also had a low heart rate and weakness and shortness of breath. My name was put on the doctor's list. I did not see the doctor.

69.) 07-25-05 PHS and Ashley Jones with Alabama Department of Public Health (TB control) came to the annex to administer TB tests. I told them that Mrs. Lopez and her coworker at Montgomery Health Department said that I should never take that TB test again, and that I would need a chest x-ray due to a positive test in January 2003. I was told that their procedure had changed, and that I had to take the test. Later that day, those same people administered tests at Tutwiler. Tutwiler inmates who had previously tested positive were allowed to sign a waiver was later forced to take the test also.

70.) 07-29-05 I am having bowel obstruction and pain and swelling in the center and right side of my abdomen. My bowels will not move without a laxative. I have a low heart rate, weakness and shortness of breath. My name was put on the doctor's list. I did not see the doctor.

71.) 08-03-05 had an abdominal x-ray

08-12-05 I am having bowel obstruction and pain and swelling in the center and right side of my abdomen. My bowels will not move without a laxative. I have a low heart rate, weakness and shortness of breath. My name was put on the doctor's list. I did not see the doctor.

72.) 08-16-05 Put in a request to Warden Albright. I was transported from Louisiana to Tutwiler on March 25th, for medical. I saw Dr. Daly at Montgomery Surgical Center on May 16th. Dr Daly said that I had a lipoma, which needed to be removed and bowel obstruction. I had the lipoma surgery on June 24th, but the bowel obstruction problem still has not been resolved. I requested healthcare on July 21st. I was screened and my name was put on the doctor's list, but I did not see the doctor. I requested healthcare again on July 29th. I was screened and my name was put on the doctor's list. I was paged to healthcare for an abdominal x-ray on August 3rd, but I did not see the doctor. I requested healthcare again on August 12th. I was screened and my name was put on the doctor's list again. I still have not seen the doctor. Would you please help me get this problem resolved?

73.) 08-19-05 I had a doctor's appointment at 7:30 am and was told to go to the factory until healthcare called for me. At lunch, I was going to healthcare to check on my appointment. When I got to central hall, the officer (Yelder) sent me into the pill line. I had to stay there for almost an hour. When I got to healthcare, Dr. Williams was already gone.

74.) 08-19-05 Bowel obstruction, pain and swelling in the center and right side of my abdomen, bowels will not move without a laxative, I have a low heart rate, and have weakness and shortness of breath. I went to screening on 8-20-05. My name was put on the doctor's list. I did not see the doctor.

75.) 08-22-05 I had a special visit to healthcare. Having pain and swelling in the center and right side of my abdomen. Having pressure in my abdomen, nausea and bleeding. I was given Motrin and told to sign up for healthcare.

76.) 08-23-05 I signed up for healthcare. Having pain and swelling in the center and right side of my abdomen. I am also having difficulties breathing when I lay down. I am having nausea and bleeding and have a low heart rate. I went to screening and the nurse hardly examined me. She gave me medication for nausea and put my name on the doctor's list. When I woke up I was feeling faint, nauseated, and having difficulty breathing. I was screened on 8-25-05. I did not see the doctor.

77.) 08-25-05 I put in a request to warden Albright. I wrote while I was in Louisiana, I spoke with you about my unresolved medical problems, which started on April 6, 2005 and I have repeatedly signed up for healthcare. Every time I go to screening, the nurse tells me that she is putting my name on the doctor's list. I still have not seen the doctor, and the pain is continually getting worse. I am having a chronic problem with

constipation, and it is getting harder for me to have a bowel movement even with laxatives. I am having continuous pain in my upper abdomen and both sides underneath my ribs. The pain is getting unbearable. I also have a low heart rate. The doctor discovered this when I went to Montgomery Surgical Center for lipoma surgery. I have a family history of heart problems and colon cancer, and I know that these symptoms should not be taken lightly. Would you please help me get an appointment with the doctor and get some tests to determine what is causing these problems? Your help in this matter would be greatly appreciated.

78.) 08-28-05 Put in a request for healthcare. Pain and swelling in both sides and abdomen. Difficulty breathing. I am having pressure in abdomen, low heart rate, nausea, and feeling faint. Bowels will not move without a laxative. Went to screening. My name was put on the doctor's list.

79.) 08-28-05 I filed a grievance appeal. I saw Dr. Daly at Montgomery surgical center on May 16. Dr Daly said that I had a lipoma, which needed to be removed, and bowel obstruction. I had the lipoma surgery on June 24th, but the bowel obstruction problem still has not been resolved. At the time of my surgery, my heart rate had dropped to 40. I was told to notify healthcare about my heart rate, so they could do some tests to determine the problem. I have signed up for healthcare 6 times. Each time I was told that my name was put on the doctor's list, but I still have not seen the doctor. The bowel obstruction has continued to be a problem. I have pain and swelling in the center and right side of my abdomen, and my bowels will not move without a laxative. Written response requested.

80.) 08-30-05 I requested health care. Everything I eat stops in my upper abdomen, causing tightness, pain and swelling, until I take a laxative. Then the cycle starts over again. My bowels will not move without a laxative, nausea, low heart rate and shortness of breath. Went to screening on 8-31. Nurse Robinson repeatedly nodded off to sleep during the entire screening. Then she would complain about the number of hours that she was working and apologize. She sent me to healthcare to see the doctor around 8:00 a.m. They waited for her to get back with my file. She finally arrived at 12:21 p.m. Then they decided to put my name on the doctor's list for 9-1. When she checked my blood pressure, she laid the cuff aside and nodded off to sleep. Then she jumped and aroused, started shaking her head, and finally wrote down a number. The number that she wrote for my blood pressure was almost identical to the lady who went before me. Were these numbers correct? I always have a low heart rate. Nurse Robinson listed my heart rate as 82, so I decided to check it myself. My heart rate was 58.

81.) 09-08-05 Went to Tutwiler for lab work. I also saw Dr. Englehard for excessive bleeding, nausea and abdominal pain and swelling. Diagnosis: hormone imbalance: Treatment: medication 7 days work stop, 5 days bed rest. Scheduled for follow up visit in 2 weeks. Reported to pill line for my medication on 9-9-05. I was informed that I was supposed to be taking INH and vitamin B6 and that I would be receiving a disciplinary if I did not start reporting to pill line and taking my medication. Nurse Robinson also said that she would check on my other medication.

82.) 09-13-05 Began taking INH and vitamin B6

83.) 09-24-05 Pain and Swelling in left side and abdomen, pressure in upper abdomen. Provera stopped the bleeding temporarily, but the bleeding returned as soon as I stopped taking the medication. Name was put on the doctor's list when screened on 9-25-05

84.) 10-03-05 I saw Practitioner Webb for thyroid exam.

85.) 10-04-05 I put in a request to Dr Williams. I desperately need to see you. I am having pain in my left side and abdomen. My upper abdomen is very tight and sore. And the soft area between my ribs on both sides is sore. All of my stomach is swollen, and my upper abdomen is distended. My surgical scar is stinging and burning. I get very nauseated every time I eat. Would you please see me as soon as possible? I am a factory worker, so please notify Officer Perkins at the factory.

86.) 10-04-05 I put in a request to Warden Albright, when I went to pill line this morning. Nurse Robinson did not have the medical books. I asked, "Are you not going to record this?" Nurse Robinson said, "I am doing my job." Then she reached over, picked up a yellow post it note pad and wrote my name on it. I said, "I am just doing what I was told to do. Warden Albright told me to watch you record the INH on the MAR in the medical book." I wanted you to be aware of this, just in case healthcare does not record the medication. Also sent in grievance to D.O.N. Moore and a copy to Warden Albright.

87.) 10-04-05 I was paged to health care to see licensed practitioner Webb. I was told that my thyroid count was abnormal. Nurse Webb examined me and said that she would give the results to Dr. Williams. She scheduled me an appointment with Dr. Englehardt for a pap smear.

88.) 10-06-05 I was paged to health care to see Dr. Englehardt for an annual physical.

89.) 10-08-05 I submitted a medical grievance to D.O.N Strickland. I was transported back from Louisiana on March 25, 2005. Warden Albright told me that I was to get my medical problems resolved as soon as possible, so I would be able to go back to Louisiana. I have been repeatedly requesting medical attention since I arrived. I had surgery on June 24th, to remove a lipoma from my left side, but I am still having problem with my bowels. Every time I request medical care, I am screened an told that my name will be put on the doctor's list, but I do not get to see the doctor, so I can get this problem resolved? I am having pain in my left side and abdomen. My upper abdomen is very tight and sore, and the soft area between my ribs on both sides is sore. All of my stomach is swollen and my upper abdomen is distended. I get nauseated every time I eat. I also have a family history of colon cancer and I know that these symptoms should not be taken lightly. Your help in this matter would be greatly appreciated.

90.) 10-21-05 I requested healthcare pain and swelling in upper abdomen and both sides. Chronic constipation, soreness in center of abdomen and I get nauseated after eating. I

was screened on 10-22-05. Nurse Robinson filled out the nurse evaluation tools form and put my name on the doctor's list. I did not see the doctor.

91.) 10-24-05 I filed a medical grievance to D.O.N Strickland. I spoke with you on 10-13-05 when you were at the annex. I am having problems wit my bowels and need medical attention. I have requested medical problems with my bowels and need medical attention. I have requested medical care 9 times. Every time I was screened and told that they were putting my name on the doctor's list, but I have not seen the doctor yet. I am having continuous pain and swelling in my abdomen and in both sides in the soft area between my ribs. My bowels will not move without a laxative. I get nauseated after eating and ever thing I eat stops in my upper abdomen. When I had the lipoma surgery on 6-24-05, the doctor discovered that my heart rate had dropped to 40. He gave me some medication to increase my heart rate, so he could go ahead and do the surgery. I was told to make healthcare aware of this when I returned to Tutwiler, so they could run some tests to determine the problem. When I spoke with you, you said that you would put my name on Dr. Williams' list. It has been over a week, and I still have not seen Dr. Williams. Would you please check and make sure that my name is on Dr. Williams' list? Written response requested.

92.) 10-28-05 I requested medical care. I am having pain in abdomen, back and both sides, burning and swelling in upper abdomen. My name was put on the doctor's list.

93.) 11-03-05 I was paged to healthcare to see Dr. Williams. He said that I have a small lipoma in the soft area between my ribs on the left side and a build up of scar tissue and possibly a hernia in the center of my upper abdomen. He discontinued the INH and vitamin B6. He said that he was ordering more lab work and going to review my other medical chart. Then he referred me to Dr. Englehardt for the female problems.

94.) 11-03-05 I put in a request to Warden Albright. I saw Dr. Williams today, and he discontinued the INH and vitamin B6. I wanted to make sure that you were aware of this.

95.) 11-07-05 I was paged to healthcare for lab work.

96.) 11-08-05 I was paged to healthcare to see Dr. Englehardt. Dr. Englehardt prescribed provera for the bleeding and lacex for the swelling. He ordered a sonogram. He said my mammogram, abdominal x-ray, and pap smear were all good.

97.) 12-02-05 I requested medical attention. I am having severe abdominal and back pain. The nurse asked that sonogram be scheduled ASAP and a follow up visit to discuss the results.

98.) 12-06-05 I was paged to health care for a sonogram. I was told that the results would be back in approximately one week.

100.) 12-25-05 I requested medical care. I am having abdominal pain and swelling, headache, nausea and vomiting, my bowels are not moving, as they should, even though I am taking a laxative. I still have not had follow up visit to discuss sonogram results.

101.) 12-29-05 I saw Dr. Englehardt and was told that the sonogram results shoed fibroid cysts on my female organs and that my uterus was enlarged. I was prescribed Metamucil for constipation. He said if I had any more problems with excessive bleeding to sign up again and he would treat it with provera shots. If this did not resolve the problem, he would order a D&C. If the problem continued, as a last resort, he would order a partial hystorectomy.

102.) 01-12-06 I requested medical care. I am having abdominal pain and swelling, back pain, vaginal pain when sitting, nausea and headache. My last period was 12-1-05. I was screened on 1-13-06 and my name was put on the doctor's list.

103.) 01-18-06 I saw Dr. Englehardt. He prescribed provera for female problems. He said the back pain and abdominal pain and swelling were not related to my female problems. He told me that he was referring me to Dr. Williams for the other problems. A follow up visit was ordered.

104.) 01-27-06 I requested medical care. I am having severe back and abdominal pain, extreme tiredness everyday. All of my stomach is swollen. My bowels are not moving properly, even with a laxative. I am in constant pain. My last period was on 12-1-05.

105.) 01-31-06 I saw Dr. Englehardt. I told him that I was still having abdominal pain and back pain. He prescribed some medications, ordered lab work and a follow up visit.

106.) 02-02-06 I saw Dr. Englehardt. He told me that he had received my lab work results and was prescribing tetracycline and flagel.

107.) 02-09-06 I requested medical attention. I am having severe back pain and abdominal pain. All of my stomach is swollen. My bowels are not moving properly, even with a laxative. I am in constant pain. I was not called to screening.

108.) 02-11-06 I requested medical attention. I am having severe abdominal and back pain, nausea, vomiting and headache. My bowels are not moving, as they should, even with laxatives.

109.) 02-12-06 I had a special visit to healthcare. I was in severe pain in my back and abdomen. My insides were burning, nausea, vomiting and headache. The nurse gave me some Maalox and put my name on the doctor's list.

110.) 02-13-06 I saw Dr. Englehardt. I was referred to Dr. Williams and told that I would see him in a few days.

*13*

111.) 02-14-06 I saw Dr. Williams. He examined my abdomen and prescribed some medication (Flagel, Tetracycline, Maalox, Prilosec, & Zantac).

112.) 02-21-06 I requested medical attention. I was screened on 2-23-06. I am still having abdominal pain and swelling and would like to get the antibiotics renewed.

113.) 02-26-06 I submitted an informal grievance. I saw Dr. Williams on 2-14-06 for abdominal pain and back pain. My insides were burning. I was also having nausea, vomiting and headache. He prescribed Flagel, Tetracycline, and Prilosec. While I was taking the antibiotics the pain went away, and I was feeling much better. As soon as I stopped taking the antibiotics, the abdominal pain and back returned. Then I requested a follow up visit and additional antibiotics. I have not seen the doctor or received additional antibiotics. I am in severe pain. Response: I will place you on Dr Williams' list to be seen. Please sign up for sick call if your symptoms worsen prior to your visit with Dr. Williams.

114.) 03-09-06 I requested medical attention. Abdominal pain and swelling and back pain. I saw Dr. Williams on 2-14-06 and was treated for this same problem. While taking the medication, the pain and swelling and back pain went away and I was feeling much better. As soon as I stopped taking the medication, the abdominal pain and back pain returned. I put in a 2nd request for a follow up visit. I was screened on 3-11-06. Nurse Moseley told me that I was scheduled to see Dr. Williams for a follow up visit on 3-14-06. I was not paged to health care, so I went there anyways to check on my appointment. Officer Golson told me that Dr. Williams was not there.

115.) 03-14-06 I filled an informal grievance. I saw Dr. Williams on 2-14-06 for abdominal pain and swelling and back pain. My insides were burning. I was having nausea, vomiting and headache. He prescribed Flagel, Tetracycline and Prilosec. While taking the antibiotics, the pain and swelling and back pain went away and I was feeling much better. As soon as I stopped taking the antibiotics, the abdominal pain and back pain returned. Then I requested a follow up visit and additional antibiotics on 2-21-06. I did not see the doctor or receive additional antibiotics on 2-21-06. I did not see the doctor or receive additional antibiotics. I filed an informal grievance on 2-26-06. I still did not see the doctor, so I requested a follow up visit again on 3-9-06. I was screened on 3-11-06 and told that I was scheduled for a follow up visit on 3-14-06. I was not paged to health care on 3-14-06. I am in severe pain and need an appointment as soon as possible. I sent a copy to Warden Albright.

116.) 03-14-06 I requested medical attention. I am having abdominal pain, swelling, and back pain. I saw Dr. Williams on 2-14-06, and was treated for this same problem. While taking the medication, which was prescribed, the pain went away, and I was feeling much better. As soon as I stopped taking the medication, the pain and swelling returned. I was screened on 3-16-06. Nurse Strickland gave me a work stop for today and scheduled an appointment with Dr. Williams.

14

117.) 03-20-06 I saw nurse Webb. I asked Nurse Webb to renew my antibiotics. I explained that I was better while taking the antibiotics, but the problem returned as soon as I stopped taking the antibiotics. Nurse Webb asked me if I had taken all of the previous antibiotics. I told her that I had taken all of them. Nurse Webb said, "Shut up! I can't listen to you talk and listen to your intestine at the same time!" Then nurse Webb examined my abdomen and said, "Well, I am going to assume that you did not take all of the antibiotics and prescribe some more for 2 weeks." She prescribed Amoxicillin and Flagel. She informed me that she was scheduling me for a follow up visit also. I asked her about renewing my bottom bunk profile. She said, "I will not renew your bottom bunk profile today and probably will never renew it. Your problems and treatment does not require a bottom bunk."

118.) 03-30-06 I requested medical attention. I am having sharp pains in the center of my abdomen. I am having pain and burning in my back and pressure in my abdomen. My stomach is swollen and I am having difficulties breathing. I was screened on 4-1-06. My name was put on the doctor's list.

119.) 03-30-06 I filed an informal grievance. I saw nurse Webb on 3-20-06 for abdominal pain and swelling and back pain. My insides are burning. I am having pressure in my abdomen and difficulties breathing. Nurse Webb renewed the antibiotics, but the pain is not going away this time. I am in severe pain and need an appointment immediately.

120.) 04-06-06 I saw Dr. Williams. He examined my abdomen and back. Dr. Williams said that he was planning to do a series of test starting with the least evasive, one at a time, until he discovered the problem. He told me to avoid grease, spice, chocolate and caffeine.

121.) 04-19-06 I had a follow up visit with Dr. Williams. He prescribed Flagel and Amoxicillin for 3 more weeks and scheduled another follow up visit in 2 weeks. He said that the bacteria level in my blood had decreased.

122.) 04-26-06 I had a special visit to healthcare. I am having pain in my upper abdomen that goes straight through me into my back also a pulling my upper abdomen. I was vomiting green bile. Officer Mitchell called healthcare on 2nd shift. Healthcare was suppose to return her call, but neglected to do so. Officer Morgan called healthcare on 3rd shift and they agreed to see me. The nurse gave me some medication for nausea and pain and a 24hour work stop. She also left a note for Dr. Williams to let him know that I was still having problems.

123.) 05-02-06 I saw Dr. Williams. He ordered an endoscopy and discontinued the antibiotics.

124.) 05-20-06 I requested medical attention. I am having chronic constipation. Will you please renew my prescription for milk of magnesia?

125.) 05-25-6 I filed an informal grievance. When I saw Dr. Williams on 5-2-06 he ordered an endoscopy. I have not heard anything, and I have not had the test. Would you please check and see if the appointment has been scheduled? Response: " Your appointment has been approved and scheduled. Please let me know if I can be of any further assistance."

126.) 06-11-06 I requested medical attention. I am having continuous vaginal bleeding. After taking provera, I had 2 normal periods (November & December) then I skipped 4 months (January – April). In May, the bleeding returned and is continuous.

127.) 06-28-06 I went to Elmore county hospital for a consultation with Dr. Bianchi. I went to healthcare when I returned to Tutwiler for a routine vital check.

128.) 06-30-06 I saw Dr. Englehardt for excessive and continuois bleeding. He prescribed Prevera. I told me to sign up again if the problem continued and he would refer me to Dr. Pena

129.) 07-04-06 Grienvance. I saw Dr. Englehardt on 6-30-06. He prescribed Provera. I have reported to pill line everyday and my medication has not been on my MAR. Would you please see that my medication is recorded and brought to the Annex?

130.) 07-09-06 I requested medical attention. I am having pain and tingling up the right side of my backbone to the back of my head. Chronic constipation. I need milk of Magnesia prescription renewed. I am having numbness in my arms.

131.) 07-20-06 I saw Nurse McLaughlin regarding pain and tingling sensation up the right side of my back to the back of my head. She renewed prescription for Milk of Magnesia and ordered an x-ray of my back. I was also prescribed Naproxen and Baclofen for back pain.

132.) 07-23-06 I had a special visit. Low heart rate, nausea and vomiting. Nurse Joe did an ECG and prescribed Raglan for nausea. I was scheduled an appointment with Dr. Alba on 7-24-06.

133.) 07-24-06 I reported to healthcare for back x-ray.

134.) 07-24-06 I saw Dr. Alba regarding gastrointestinal problems, low heart rate, nausea, vomiting and thyroid problem. I had an ECG done and my heart rate was 40. Lab work was ordered to check my thyroid. I was told that my endoscopy appointment had been rescheduled. I was scheduled for a follow up visit in two weeks.

135.) 07-26-06 I reported to healthcare for lab work.

136.) 08-01-06 I spent the night in healthcare and went to Elmore Co. Hospital for an endoscopy on 8-2-06.

*16*

137.) 08-03-06 I saw Dr Alba and he gave me the results of my back exrays, thyroid test and endoscopy. Dr. Alba said that Dr. Bianchi had scheduled me for a colonoscophy on 8-9-06, after finding some nodes on my endoscopy.

138.) 08-14-06 I signed up for dental. I was screened on 8-8-06. My name was put on the dentist's list. I inquired about my colonoscophy. Nurse Exum told me that my appointment had already passed. She said that she would call this to Don Strickland's attention and ask her to reschedule my appointment.

139.) 08-23-06 I was paged for a mammogram in the West Florida Hospital bus.

140.) 08-27-06 Grievance. When I saw Dr. Alba on 8-3-06, he told me that Dr. Bianchi had scheduled me for a colonoscophy. When I was screened on 8-14-06, I asked about my appointment. Nurse Exum said that my appointment had already passed. I did not have the colonoscophy, so I would like to know what is happening regarding this test.

141.) 08-29-06 I was housed in healthcare overnight for a colonoscophy on08-30-06. Dr. Bianchi said that all he saw on the colonoscophy was some sacs in my colon. He told me that he recommended an ultrasound to follow-up on the nodes, which he found on the endoscopy. He recommended a high-fiber diet which Tutwiler does not provide.





Everything Alabama

# Prison medical care tied to deaths

Thursday, April 21, 2005

**CARLA CROWDER**
**News staff writer**

Prison medical staff provided poor, incomplete or substandard medical care to the three inmates who died last year at Tutwiler Prison for Women, according to a physician who monitors the prison's medical system for a federal court settlement.

Dr. Michael Puisis of Illinois, an expert in correctional health care, also suggests in a report that negligent, error-ridden medical care might have led to two of the three deaths.

His report is based on visits to the Wetumpka prison March 7-10 during which he reviewed records, interviewed staff and toured parts of the prison. It was required by a 2004 federal court settlement of a lawsuit over crowded conditions and medical care at Alabama's only prison for women.

With current patients, Puisis reported that private contractor Prison Health Services lacked follow-up, made mistakes in prescribing drugs and gave substandard care to 19 of 22 prisoners whose charts he reviewed. Women with HIV, staph infections, diabetes and other conditions were consistently denied treatment, he wrote.

PHS Vice President Ben Purser said Wednesday that he could not comment because he could not reach Alabama staff familiar with the report because they were in the field.

Efforts to reach the Department of Corrections failed.

The department contracts with PHS, a for-profit company based in Tennessee, to provide medical care in all state prisons. The care it offers at Tutwiler, Limestone and Donaldson prisons has been scrutinized most closely because of federal lawsuit settlements between prisoners and the state.

Dr. Samuel Englehardt, a retired obstetrician and the primary doctor at Tutwiler at the time of the review, worked there before PHS took over and was retained by the company. "Based on chart reviews, Dr. Englehardt should not be providing general internal medical care to the patients," the report states.

PHS recently added a full-time medical director at Tutwiler, a requirement of last summer's settlement of the lawsuit.

Efforts to reach Englehardt Wednesday failed. PHS medical staff at Tutwiler said all questions must go through the Department of Corrections.

**Mistakes cited:**

Among the mistakes the report cited in the three deaths:

"This patient's underlying medical conditions were grossly mismanaged," Puisis wrote about one woman, a lupus patient who suffered a brain hemorrhage and died in March 2004, a few months after Englehardt canceled tests recommended by an outside cardiologist. "There is no clinical basis for this decision," Puisis wrote.

"Care (of three chronic conditions) was substandard and may have contributed to her death," Puisis wrote about a prisoner who died in August. Her hyperlipidemia, a form of high cholesterol, was untreated and "unquestionably contributed to her death," he wrote.

This woman needed to go to a hospital, he wrote, but instead was kept in the prison infirmary and was not seen regularly by a doctor.

The third inmate hanged herself while on suicide watch. She was on suicide watch for five days, but was not evaluated by a mental health professional except for a phone call to a psychiatrist who prescribed medication. On Jan. 24, 2004, the woman was crying, saying "Daddy, don't hurt me anymore," and was banging her head against a wall, a nurse reported. The next day she hanged herself.

"It appears that the record is either incomplete or she was not seen for the duration of her suicide watch until she died," Puisis wrote. "This type of death review is inadequate and leaves many unanswered questions."

**Right to know:**

The state and PHS are trying to keep Puisis' reports confidential. Previously, the reports have been filed with the court and released by the Southern Center for Human Rights, the Atlanta-based law firm that represents prisoners in the lawsuit.

But the Southern Center has declined to release the latest report because of unresolved issues with DOC and PHS. A state source provided the report to The Birmingham News.

In it, Puisis discusses the publicity issue. While fear of liability keeps doctors from reporting errors and is counterproductive to improving care, "on the other hand some errors are due to negligence and gross incompetence," Puisis wrote.

Because Tutwiler's physician is not trained in internal medicine and appears to be making serious mistakes, Puisis suggests the information should be public and the inmates, especially, have a right to know.

Two more women have died at Tutwiler this year, and their deaths are under investigation. Puisis has yet to review those cases.

The March report by Puisis does not name the prisoners who died in 2004. He requests more thorough death reviews for all of them.

In the August death, Puisis reports, Englehardt, the physician responsible for "her substandard care," performed the death review. "There were serious problems with the care of this patient, but the physician responsible for the care completed a report that indicated there were no problems," Puisis wrote.

E-mail: ccrowder@bhamnews.com

Copyright 2005 al.com. All Rights Reserved.