# Exhibit "D"

1. Affidavit of Perrion Roberts