# Exhibit "E"

1. Sick-call requests

2. Utilization Management Referral Review Form

3. Daily Patient Assessment Sheet

4. PHS Nursing Evaluation Tools

5. Emergency

E1-1



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Debra Clackler         Date of Request: 3/26/05
ID # 159516                        Date of Birth: 11/26/54   Location: 10A-11B
Nature of problem or request: I am having continuous pain in my abdomen and both sides. I feel a tightness in both sides. I have a grass-green gel-like substance in my bowel movement at times. I cannot have a bowel movement without a laxative.

Debra Clackler
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 3/28/05
Time: 8:30 AM/PM
Allergies: Codiene

RECEIVED
Date: 3/28/05
Time: 8:30
Receiving Nurse Initials: ___

(S)ubjective: I'm having pain to my stomach and am sore in either my side all the way to my back. I'm having a problem c constipation.

(O)bjective (V/S): T: 98  P: 52  R: 20  BP: 114/72  WT: 162
O2 Sat 98%

(A)ssessment: Constipation / side and back pain

(P)lan: 1) MD review
        2)

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

RECEIVED
MAR 28 2005

_____
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)                                             PHS0160

E 1-2





# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST



MAY 08 2005

Print Name: Debra Clackler    Date of Request: 5-8-05
ID # 159516    Date of Birth: 11-26-54    Location: Dorm 3 Bed 26 B
Nature of problem or request: Abdominal pain. Also pain + burning in both sides. When I eat and drink something the pain and burning gets worse and my abdomen swells. Feel weak and faint and have difficulty breathing when I lay down.

Signature: Debra Clackler

## DO NOT WRITE BELOW THIS LINE

Date: 5/8/05
Time: 840  AM / PM
Allergies: Codeine

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials ___ |

(S)ubjective: My leg & abd as swollen c soft

(O)bjective (V/S): T: 98⁵   P: 86   R: 20   BP: 112/70   WT: ___

(A)ssessment: swelling ? etio
Tests ordered on 4/12/05 — not yet done

(P)lan: ? Reason

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No (✓)
Was MD/PA on call notified:   Yes ( )   No (✓)

M Cronin RN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS 1183

E1-3



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Follow up

Print Name: Debra Clackler  Date of Request: 5-26-05
ID #: 159516  Date of Birth: 11-26-54  Location: Dorm 3 Bed 26B
Nature of problem or request: Constipation. I would also like to know what the outside doctor said after examining me on May 16.

Signature: Debra Clackler

**DO NOT WRITE BELOW THIS LINE**

Date: 5/27/05
Time: 925 AM (PM)
Allergies: Codune

RECEIVED
Date: 5/27/05
Time: 925
Receiving Nurse Initials: A

(S)ubjective: "Constipation + would like to know if I can have the liquid for constipation"

(O)bjective (V/S): T: 98³  P: 44  R: 18  BP: ___  WT: 103
O2 Sat 97%

(A)ssessment: Constipation / MD referral for consult

(P)lan: ① MD review
② MD referral for consult from outside
Dr.

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Will have Dr. follow up / Removed!

SIGNATURE AND TITL

PHS0156

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

E 1-4

**PHS**
PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Follow up: 3rd request

Print Name: Debra Clackler     Date of Request: 6-16-05
ID # 159516                    Date of Birth: 11-26-54   Location: Dorm 3 Bed 26B
Nature of problem or request: Breasts are extremely sore and painful. The fibroid cysts have increased and spread to my underarm and the inside of my upper arm. I need to be scheduled for another mammogram. My last mammogram was July 2003.

_Debra Clackler_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 6/17/05
Time: 9 AM/PM
Allergies: Codeine

RECEIVED
Date: 6/17/05
Time: 6p
Receiving Nurse Initials: [illegible]

(S)ubjective: "My breast are sore and painful @ breast has thickness to area" would like to have mammogram scheduled.

(O)bjective: (V/S): T: 98  P: 48  R: 20  BP: 118/70  WT: 166
O2Sat 97%

(A)ssessment: c/o painful breast / desires mammogram

(P)lan: 1) MD review
2) MD follow/up: mammogram  Schd mammogram 6/24/05

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                                 CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )  No ( )
    Was MD/PA on call notified:                Yes ( )  No ( )

_A Miller_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0154

GLF-1002  (1/4)

E 1-5



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Clackler, Debra  Date of Request: 7-21-05
ID # 169516  Date of Birth: 11-26-54  Location: 12-47B
Nature of problem or request: bowel obstruction. Pain + swelling in center and right side of abdomen. Low heart rate, weakness and shortness of breath.

Signature: Debra Clackler

## DO NOT WRITE BELOW THIS LINE

Date: 7/21/05
Time: _____ AM PM
Allergies: _____

**RECEIVED**
Date:
Time: JUL 21 2005
Receiving Nurse Initials: ___

(S)ubjective: My heart rate is low I get cold alot I+ is hard to catch my breath sometimes I have scar tissue from a gall bladder surgery or doing so to me. I hard to have bowel

(O)bjective (V/S): T: ___  P: 52  R: 18  BP: 100/62  WT: 164
Skin warm and dry to touch pt breathing with ease pulse low. bowel sounds present x 4 Abdomen distended

(A)ssessment: Alteration in comfort low pulse and hard to have Bowel Movement

(P)lan: MD LBJ

7/25/05

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )  No ( )
    Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0150

GLF-1002 (1/4)

E1-6



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Follow-up

Print Name: Debra Clackler          Date of Request: 10-21-05
ID #: 159516                         Date of Birth: 11-26-54   Location: Dorm 12 - Bed 47B
Nature of problem or request: Pain and swelling in upper abdomen and both sides. Chronic constipation. Soreness in center of abdomen. I get nauseated after eating.

Signature: Debra Clackler

**DO NOT WRITE BELOW THIS LINE**

Date: 10/22/05
Time: 832 AM
Allergies: Codeine

RECEIVED
Date: OCT 21 2005
Time:
Receiving Nurse Initials ____

(S)ubjective: ☺ fever  see NGT tool

(O)bjective (V/S): T: 98.4  P: 48  R: 18  BP: 132/78  WT: ___

(A)ssessment:

(P)lan: MO list  MOM po qhs x 3 days  30cc

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                         CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified: Yes ( )  No ( )
   Was MD/PA on call notified: Yes ( )  No ( )

Signature: M. Robinson LPN   nw 10/24/05
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0141

# Nursing Evaluation Tool: Abdominal Pain

**Facility:** Tutwiler Correctional Facility
**Patient Name:** Clackler, Debra
**Inmate Number:** 159516
**Date of Birth:** 11/26/1954
**Date of Report:** 10/22/2005
**Time Seen:** 832 (AM)/PM

**Subjective:**
Chief Complaint: C/o chronic constipation; soreness ABD; pain/swelling ABD
Onset: July 2005
History: after surgery in June this began occurring c̄ stomach swelling after eating

Pain Description: ☑ Sharp ☑ Dull ☐ Crampy ☐ Burning ☐ Intermittent ☑ Constant ☐ Radiation to: _____ ☐ Other: _____
Location: ☐ RUQ ☑ LUQ ☐ RLQ ☐ LLQ ☐ Epigastric ☑ Diffuse

Last BM: 10/21/05 ☐ Normal ☑ Constipation ☐ Diarrhea x___ stools  Color change: ☐ No ☐ Yes:
Associated symptoms: Nausea ☐ No ☑ Yes  Vomiting ☐ No ☑ Yes (x__)  Painful urination ☑ No ☐ Yes
Back pain ☐ No ☑ Yes  Other: _____

* FEMALE: LMP: menopausal  Vaginal Discharge: ☐ No ☑ Yes (Describe): pinkish, watery q other week x 2 day
Pregnancy Test: negative / positive / NA (Circle One)

**Objective:** Vital Signs: (If Indicated) T: 96.4  P: 48  RR: 18  B/P: 132/78
General appearance: ☑ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☑ Moist ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☐ Present ☑ Decreased ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☑ Distended  ☐ Non-Tender ☑ Tender Middle of ABD & LUQ
Pain induced/increased with: Walking ☑ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☑ Yes
☐ Additional Examination: _____

**Assessment:** (Referral Status)
☐ Referral Not Required
☑ Referral Required due to the following: (Check all that apply)
  ☑ Abnormal Vital Signs
  ☐ Bloody or "Tarry" stools
  ☐ Distended/rigid abdomen
  ☐ Pallor, moist clammy skin
  ☑ Persistent Nausea and/or vomiting
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Preliminary Determination(s): _____

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens or does not improve
☑ Education on bowel elimination  ☑ Education on Lifestyle Modifications to prevent reflux
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☑ YES ☐ NO
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☑ Maalox 30 cc PO X1 dose (or) Mylanta 30 cc PO
☐ Other OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): TCU  Date for referral: 10/22/05
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time: _____

X _M. Robinson, LPN_  Name: _M. Robinson, LPN_
   Nurses Signature                Printed

PHS0140

E-2

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM   PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 844 - TUTWILER | Mackler, Debra | 11-16-05 |
| Site Phone #: 334-514-6269 | Alias: (Last, First) Clackler Debra | Date of Birth: (mm/dd/yy) 11-26-54 |
| Site Fax #: 334-514-9559 | Inmate #: 159516 | PHS Custody Date: (mm/dd/yy) 08-10-90 |
| Will there be a charge? ☒ Yes ☐ No | Sex ☐ Male ☒ Female | SS Number: 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 | Potential Release Date: (mm/dd/yy) 05-23-20 |

Responsible party: ☒ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): ___

RECEIVED NOV 17

## CLINICAL DATA

Requesting Provider: ☒ Physician  ☐ NP, PA  ☐ Dental
Samuel Engelhardt, M.D. /signature/
Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☒ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: ___
☐ Radiation therapy  ☐ Chemotherapy  ☒ Other: Global

Specialist referred to: ultrasound
Type of Consultation, Treatment, Procedure or Surgery: Pelvis 62cc

Diagnosis: abnormal vag bleeding - DUB
ICD-9 code:

History of Illness/Injury/symptoms with Date of Onset:
abnormal menstrual bleeding since 4/05; not responding to

Results of a complaint directed physical examination:
provera - uterus nl parous size. Need u/s to detect thickened endometrium -

Previous treatment and response (including medications):
provera - not responding

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☒ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___

Regional Medical Director Signature, printed name and date required: /W/   11/23/05

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: US | Mod Code: R/H | CPT code: 76856 | UR Auth #: 1-062662 |

05a - UM Referral review form    Ultrasounds done inhouse by Global Diagnostic
                                  M. Moore HSA 11/17/05

IQ-not approved

PHS0276

E 3-1

**PHS** — PRISON HEALTH SERVICES INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date: 6/26/00

Patient: Clathin, Jesse

| | | 11-7 | 11-7 | 7-3 | 7-3 | 3-11 | | | 11-7 | 11-7 | 7-3 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | 12 | 3:20 | 8AM | 12N | | | Time | 12 | 3:20 | 8AM | 12N | |
| | Assessed by (initials): | KO | PL | CS | CS | | | Assessed by (initials): | B | PL | GS | CS | |
| **RESPIRATORY** | Quality | ✓ | | ✓ | ✓ | | **TUBES AND DRAINAGE** | | | | N/A | N/A | |
| | Normal | | | | | | | | | | | | |
| | Shallow | | | | | | | | | | | | |
| | Deep | | | | | | | | | | | | |
| | Labored | | | | | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| | Slow | | | | | | | | | | | | |
| | Rapid | | | | | | | Wound healing & inflammation | | | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | ✓ | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | ✓ | ✓ | ✓ | ✓ | |
| | Abnormal | | | | | | | Dressing Changed | | | | | |
| | Cough - Productive | | | | | | | Size | ✓ | | ✓ | ✓ | |
| | Non-Productive | | | | | | | Treatment | | | ✓ | ✓ | |
| | Humidified O2 Therapy | | | | | | | Location | | | ✓ | ✓ | |
| | L/Minute | | | | | | | abnormal | | | | | |
| | Incentive Spirometer | | | | | | | | | | | | |
| | Suctioning-Oral/NT/Trach | | | | | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | | ✓ | ✓ | | | **TREATMENTS** | | | | N/A | N/A | |
| | Abnormal | | | | | | | | | | | | |
| | Bowel sounds - Active | | | | | | | | | | | | |
| | Abnormal | | | | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | | | | |
| **PULSE/RATE** | Regular | | ⊘ | | | | **I.V. THERAPY** | Bottle #/Rate | | | | | |
| | Irregular | | ✓ | ✓ | | | | | | | N/A | N/A | |
| | Strong | | ✓ | ✓ | | | | | | | | | |
| | Weak | | | | | | | | | | | | |
| | Apical | | | ✓ | | | | | | | | | |
| | Radial | | ✓ | ✓ | | | | Site and Rate checked every two hours | | | | | |
| **REFERRALS** | Patient Teaching | | | | | | | | | | | | |

| NURSE'S SIGNATURE: | RN 11-7 | [sig] | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | C Smith | 7-3 | |
| | 3-11 | | 3-11 | | 3-11 | |

PHS-MD-70055

PHS0013

E3-2

| Date/Time | Inmate's Name: Cushing, Dehin | D.O.B.: 11/26/54 |
|---|---|---|

**6/26/05 3:20 am** S= "Good Morning"
O= V.S. assumed. 98.2 - 46-14-98/50. ↓ Pulse.
Encouraged to cough & deep breath and to splint incisional area. Dressing to L lateral abdomen C.D.I. No complaints voiced. Resp. even & regular. O₂ Sat. 93% RA
Skin warm, dry, pink. No s/s of infection.
A. Alteration in comfort R/T S/P lipoma.
P= Continue Plan of Care.
E- Keep area clean & dry. ↑ fluid intake.
Splint incisional area c pillow & cough & deep breathe. —— K.Sipp L

**6/26/05 8 am** S- No comments at this time.
O- VS — T 97.4, P 80, B/P 118/78, R 18 O₂ Sat 96%
Pt- Alert & O x 3. Skin W/D to touch. Resp. even & unlabored. Dry dsg intact to Lt side of abd.
A- Alteration in comfort R/T S/P Lipoma
P- Cont. Plan of CARE.
E- Keep dsg dry, contact nurse if having any problems. —— C.Smith

**6/27/05 12:15** S- Resting Quietly
O- V.S. 100/80 - 97 - 80 - 20 SpO₂ 94%
Pulse decreased. Skin color pink and dry
A- Noted Surgical dressing dry and intact to left side of abdomen. NC c/o pain.
P- Cont Plan of care.
E- Encouraged to increase fluids and deep breathe.
—— L Duncan

E 4-1

PHS

## Nursing Evaluation Tool: Abdominal Pain

**Facility:** Tutwiler Correctional Facility
**Patient Name:** Clackler, Debra
**Inmate Number:** 159516
**Date of Birth:** 11/26/1954
**Date of Report:** 10/22/2005
**Time Seen:** 852 AM

**Subjective:** Chief Complaint: C/O chronic constipation; soreness ABD, pain/swelling ABD
**Onset:** July 2005
**History:** after surgery in June this began occurring & stomach swelling after eating

**Pain Description:** ☒ Sharp ☒ Dull ☐ Crampy ☐ Burning ☐ Intermittent ☒ Constant ☐ Radiation to: ☐ Other:
**Location:** ☐ RUQ ☒ LUQ ☐ RLQ ☐ LLQ ☐ Epigastric ☒ Diffuse

**Last BM:** 10/21/05  ☐ Normal ☒ Constipation ☐ Diarrhea x___ stools  Color change: ☐ No ☐ Yes:
**Associated symptoms:** Nausea ☐ No ☒ Yes  Vomiting ☒ No ☐ Yes (x )  Painful urination ☒ No ☐ Yes
Back pain ☐ No ☒ Yes  Other:

**FEMALE: LMP:** menopausal
**Vaginal Discharge:** ☐ No ☒ Yes (Describe): pinkish, watery q other week x 2 days
**Pregnancy Test:** negative / positive / NA (Circle One)

**Objective: Vital Signs:** T: 96.4  P: 48  RR: 19  B/P: 132/78
**General appearance:** ☒ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
**Skin:** ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  **Skin Color:** ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
**Mucous Membranes:** ☒ Moist ☐ Dry

**ABDOMINAL EXAM**
**Bowel sounds:** ☐ Present ☒ Decreased ☐ Absent
**Abdomen:** ☐ Soft ☐ Guarding ☒ Distended  ☐ Non-Tender ☒ Tender  Middle of ABD & LUQ  Location
**Pain induced/increased with: Walking** ☒ No ☐ Yes
**Pain induced/increased with: Gentle abdominal palpation** ☐ No ☒ Yes

☐ Additional Examination:

**Assessment: (Referral Status)**
☐ Referral **Not Required**
☒ Referral **Required** due to the following: (Check all that apply)
  ☒ Abnormal Vital Signs          ☐ Distended/rigid abdomen       ☒ Persistent Nausea and/or vomiting
  ☐ Bloody or "Tarry" stools      ☐ Pallor, moist clammy skin     ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other:

**Preliminary Determination(s):**

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens or does not improve
☒ Education on bowel elimination    ☒ Education on Lifestyle Modifications to prevent reflux
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☒ Maalox 30 cc PO X1 dose (or) Mylanta 30 cc PO
☐ Other OTC Medications given ☐ NO ☐ YES (If Yes List):

**Referral:** ☐ NO ☒ YES (If Yes, Whom/Where): 4TCU       **Date for referral:** 10/22/05
**Referral Type:** ☒ Routine ☐ Urgent ☐ Emergent (emergent who was contacted?):       Time

X _M. Robinson, LPN_  Nurses Signature     **Name:** M. Robinson, LPN  Printed

DHS 0181

**PHS**                       Nursing Evaluation Tool:                      Abdominal Pain

E4-2

Facility: Alabama Department of Corrections
Patient Name: Clackler, Debra
Inmate Number: 159516                Date of Birth: 11/26/54
Date of Report: 2/12/06              Time Seen: 745 (AM)/PM   Circle One

**Subjective:** Chief Complaint: I'em having a lot of abdominal pain, back
Onset: pain, c̄ nausea & H/A
History: (Continue on back if necessary) Treated for this problem in past c̄ antibiotics + pain med

Pain Description: ☐ Sharp ☐ Dull ☐ Crampy ☒ Burning        Location: ☐ RUQ  ☐ LUQ
☒ Intermittent ☐ Constant ☐ Radiation to: Back                       ☐ RLQ  ☐ LLQ
☐ Other:                                                              ☒ Epigastric ☐ Diffuse
Last BM: this AM (Dulcolax ii po on 2/10/06) 3 stools yest.
☐ Normal ☐ Constipation ☒ Diarrhea x ___ stools  Color change: ☒ No ☐ Yes: ___
Associated symptoms: Nausea ☐ No ☒ Yes  Vomiting ☐ No ☒ Yes (x 2)  Painful urination ☒ No ☐ Yes
                     Back pain ☐ No ☒ Yes  Other: ___

**Objective:** Vital Signs: (If Indicated) T: 98.1  P: 54  RR: 16  B/P: 144/82
General appearance: ☒ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☐ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☒ Moist  ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☒ Present ☐ Decreased ☐ Absent
Abdomen: ☒ Soft ☐ Guarding ☐ Distended     ☐ Non-Tender ☒ Tender  Epigastric
Pain induced/increased with: Walking ☒ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☒ Yes
☐ Additional Examination: Tenderness to abdomen c̄ palpation

**Assessment:** (Referral Status)                   Preliminary Determination(s): Alteration in comfort
☐ Referral **Not Required**                                                       R/T pain
☒ Referral **Required** due to the following: (Check all that apply)
    ☐ Abnormal Vital Signs          ☐ Distended/rigid abdomen       ☐ Persistent Nausea and/or vomiting
    ☐ Bloody or "Tarry" stools      ☐ Pallor, moist clammy skin     ☒ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: ___

You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:** ☒ Instructions to return if condition worsens or does not improve
Check All That Apply: ☒ Education on bowel elimination    ☐ Education on Lifestyle Modifications to prevent reflux
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☒ Maalox 30 cc PO X1 dose
☒ Other OTC Medications given ☐ NO ☒ YES (If Yes List): Pepto Bismol tabs ii po now x 1

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): ___        Date for referral: ___/___/___
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent  (if emergent who was contacted?): ___   Time ___

X _Lynda F. Binion RN_        Name: Lynda F. Binion RN
    Nurses Signature                  Printed

PHS 0180

# EMERGENCY

DATE 6/10/05  TIME 11:47 AM/PM  ORIGINATING FACILITY: JTC
☐ SIR ☐ PDL ☐ ESCAPEE

☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT

Coleman

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VS: TEMP 97.7 ORAL/RECTAL   RESP. 16   PULSE 50   B/P 118/66   RECHECK IF SYSTOLIC <100> 50

OF INJURY OR ILLNESS: O2 sat 97%

"I'm having abdominal pain"
O: soft abdomen and burning on sides of upper abdomen. Has not had a BM today. LMP 5/25/05. Hysterectomy surgery '88.
Wt. 165
Building to (L) side. Heart murmur. Have seen an outside Dr. No pain or burning on urination just pain in abdomen. Able to stand erect. Hypoactive bowel sounds. Burning-like pain. Past Sinus Tumor resection in '79. Abdomen soft. UA - Normal.
A- Alteration in comfort r/t abdominal pain
P- MD to see
↑ fluid intake.
E- Stay away from greasy/spicy food. ↑ fluid intake.

PHYSICAL EXAMINATION

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE z/z  LACERATION/___ SUTURES

ORDERS / MEDICATIONS / IV FLUIDS: Tums ii po now   TIME   BY: ✓

DIAGNOSIS
INSTRUCTIONS TO PATIENT

DISCHARGE DATE 6/10/05   TIME 12:10 AM/PM   RELEASE/TRANSFERRED TO: Dorm   ☒ DOC ☐ AMBULANCE
CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE   DATE   PHYSICIAN'S SIGNATURE   DATE 6/13/05   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Coleman, Deborah
DOC# 159516   DOB 11/26/54   R/S W/F   FAC. JTC

PH50182