.

# Exhibit "F"

1. Inmate Request Slips

F-1

## INMATE REQUEST SLIP

Name _Debra Clackler_ _____ Quarters _10A-11B_ Date _4/18/05_

AIS # _159516_ _____

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit       ( ) Time Sheet       (✓) Other _Medication_

---

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms. Jones,

    I saw Dr. Peasant on 4/12/05. He ordered some Metamucil for me. I have been unable to get it, because it is not on the book at the pill line. Would you please check on this for me.

Thank you,
Debra Clackler

Do Not Write Below This Line - **For Reply Only**

5/18/05

There is an order for metamucil - Report to pill line

J. Baughman

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

---

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary     ( ) Record Office
                                 Public

RECEIVED
APR 19 2005

N176

## INMATE REQUEST SLIP

ume *Clackler, Debra*          Quarters _Annex D-11_    Date _8-15-04_

AIS # _159516_

( ) Telephone Call       ( ) Custody Change       ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet          (✓) Other _medical_

___

riefly Outline Your Request - Then Drop L; Mail Box

Would you please schedule me for another mammogram. It has been over a year since my last one, and they recommended that I have another one in six months.

Thank You,
Debra Clackler

___

o Not Write Below This Line - **For Reply Only**

You will be added this to the list we scheduled

Mau T. Wright #54
8-20-04

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

___

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden       ( ) Captain

( ) Classification Supervisor  ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

RECEIVED

AUG 19 2004

N176