# Exhibit "G"

1. Letter from Montgomery Surgical Associates, P. A.



**Montgomery Surgical Associates, P.A.**

Duncan B. McRae, MD, FACS
Alex V. Kreher, Jr., MD, FACS
Daniel M. Daly, MD, FACS
Robert B. Harris, MD, FACS

www.montgomerysurgical.com

Jimmy Norman, CPA   Administrator

May 16, 2005

Dr. Samuel Engelhardt
Julia Tutwiler Prison
Health Care Unit
8966 US Highway 231
Wetumpka, AL 36092

RE:   Debra Clackler

Dear Dr. Engelhardt:

I saw Debra Clackler in the office today for evaluation of a couple of problems. I told her I would take care of the left flank lipoma with excision of this as an outpatient. Her right-sided abdominal pain seems to originate just above the umbilicus and radiate toward the right abdomen and right flank. She has an area that is tender just above the umbilicus. I suspect she may have a small incisional hernia at the bottom of her cholecystectomy scar. However, I was unable to definitely detect a hernia. I told her I would explore the area or proceed with a hernia repair only if she developed a clinically detectable hernia. I told her I would like to see her back again in a few months to reexamine the area.

Thank you for allowing me to be of assistance in the care of Ms. Clackler.

Sincerely,

Daniel M. Daly, M.D.

DMD/mpf

PHS0294

Baptist South Office
2055 E. South Blvd., Suite 603
Montgomery, AL 36116-2463
(334) 281-9000
Fax (334) 281-8262

Baptist East Office
440 Taylor Road, Suite 3380
Montgomery, AL 36117
(334) 409-9683
Fax (334) 409-9258

Prattville Office
645 McQueen Smith Rd, Ste 102
Prattville, AL 36066
(334) 361-0711
Fax (334) 358-0370