# Exhibit "H"

1. LCS Inmate Grievance

2. LCS Administration Record

3. LCS Sick-call Sheet

H-1

# SOUTH LOUISIANA CORRECTIONAL CENTER

## INMATE GRIEVANCE

Is this an emergency grievance?  Yes_____  No ✓_____

INMATE'S NAME: Debra Clackler   LOCATION: Tiger 4 Bed 6

Time & Date of Incident: 8:30  2-11-05   Location of incident: _____

Name & Location of Witnesses: Contacted Michelle Dugas (nurse)

Name of Personnel Involved: Lt. Bell

Summary of Complaint: I am having intense pain in my left side, especially after eating. At times, I am having a grass-green gel-like substance passing in my bowel movement. My bowels are locking up on me. Soreness and swelling in left side and upper abdomen.

Specific Relief Desired: Would like to see an outside doctor to find out what the problem is and receive treatment.

Today's Date: 2-11-05   Inmate's Signature: Debra Clackler

*************************************************************

Grievance #: 05-077   Date Rec'd: = FEB 22 2005
Type: 100   Screened by: WARDEN VIATOR

Policy/Procedure Challenged? Yes_____  No_____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

*************************************************************

X (Rejected) Returned for the following reason: If you have a Medical Concern- You need to fill out a Sick Call Request- Not a Grievance.

Date: = FEB 22 2005   Warden or Designee Signature: WARDEN VIATOR

RESPONSE TO GRIEVANCE

(1ST Step- Respondent reply and return to Warden as quickly as possible, but no later than 15 days from date you receive.)

Date You Received: 2-25-05

Grievance: _____ Founded   ✓ _____ Unfounded

Response: Please read enclosed notes on the numerous times that I have signed up, and the response I received from medical. I still haven't seen an outside doctor or received the proper treatment.

Action Taken/Recommended (if founded): _____

Disposition of Recommendation (if applicable): _____

Today's Date: 2-25-05        1st Step Respondent Signature: Debra Clackler

Instructions to Inmate: If you are not satisfied with this response, you may proceed to step Two by checking below and forwarding to the Warden within five (5) days of your receipt of this response.

    ✓ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: 2-25-05        Inmate's Signature: Debra Clackler

H-1A

| Date | Entry |
|---|---|
| 11-2-04 | Saw the doctor – He diagnosed the mass on my left side as a lipoma and said that it needed to be removed. He said that I needed surgery as soon as possible, because the lipoma was a fatty tumor which would continue to grow and choke or block my organs. |
| 11-25-04 | I signed up for healthcare and went to screening. Nurse Michelle Dugas told me that my name was on the referral list to see an outside doctor. |
| 1-23-05 | Signed up for healthcare. Constipation and pain in left side and abdomen. Asked Nurse Jimmy to check on my medical appointment to see an outside doctor. |
| 1-26-05 | Bowels were blocked and I was in pain. Lt Bell talked to a nurse and got a saline enema for me. My bowels gradually began to move again. |
| 2-6-05 | Constipation and pain and swelling in left side and upper abdomen. Then on 2-7-05, I began having diarrhea. On 2-8-05, the diarrhea began to slow down, and I started passing a grass-green, gel-like substance. I was screened on 2-9-05. Nurse Michelle put my name on the doctor's list. Saw Dr. Tosson on 2-11-05. Was told that they could not do anything for me, because Alabama would not allow them to do surgery. He prescribed Tagmet, Ducolax, and Colace. Told me that I would be transported back to Alabama, and that they were aware of my problem. (Head nurse) |
| 2-11-05 | Filled out medical grievance. I am having intense pain in my left |

side, especially after eating. At times, I am having a grass-green, gel-like substance passing in my bowel movement. My bowels are locking up on me. Soreness and swelling in left side and upper abdomen. Was in pain all night and could not rest. After eating a small amount at lunch, I was in intense pain. Around 2:30 P.M. on 2-12-05, I notified Officer Goutreau. Officer Goutreau contacted medical. The nurse on duty refused to come and said that there wasn't anything she could do for me.



H-3

**SICK CALL SHEET**
**MEDICAL CO-PAYMENT SHEET**

FACILITY: SLCC

NAME: Debra Clackler

DOC# / DOB: A158516 / 11-20-54   DORM: Tiger 3 Bed 6

SICK CALL: ✓   EMERGENCY: ___   ACCIDENT: ___   FIGHT: ___   USE OF FORCE: ___   OTHER: ___

DATE OF INCIDENT: 11-11-04   TIME: ___   PLACE: ___

COMPLAINT: I can't rest at night due to pain in my left side. Could you please give me something to help me rest?

FINDINGS:

S: I/M refused all pills

O: ē Dr. rounds

A:

P:

Illustrate on the diagram(s) the position or place of injury, if any:

NAME OF M.D. NOTIFIED, IF NECESSARY: ___
M.D. NOTIFICATION DATE: ___ & TIME: ___ (IF APPLICABLE)

MEDICAL ACCESS FEE:     $ 5.00
PRESCRIPTIONS: ___ X    $ 4.00
OTHER:
                TOTAL    $ ___

RECEIVED APR 2 7 2006

I UNDERSTAND THAT IN ACCORDANCE WITH DEPT. REG. NO. B-06-001, I WILL BE CHARGED $5.00 FOR EACH SELF-INITIATED REQUEST FOR MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES AND $4.00 FOR EACH NEW PRESCRIBED WRITTEN AND DISPENSED TO ME, WITH THE EXCEPTIONS NOTED IN THE REFERENCED REGULATIONS. I AM AWARE THAT IF I DECLARE SELF A MEDICAL EMERGENCY AND THE MEDICAL STAFF FINDS THAT AN EMERGENCY DOES NOT EXIST, I CAN BE GIVEN A DISCIPLINARY REPORT FOR MALINGERING OR AGGRAVATED MALINGERING.

INMATE'S SIGNATURE         DATE         MEDICAL SIGNATURE

PHS0384