# Exhibit "I"

1. PHS Note about plaintiff's Transfer

*Inmate Debra Clackler 159516R*

(1)

## PER MEDICAL, SHE CAN NEVER TRANSFER OUT OF STATE!

## TRACIE BROWN
## 8/12/03