# Exhibit "J"

1. ECG Baptist South 6-24-05

2. ECG PHS 7-23-06

3. ECG PHS 7-24-06

CLACKLER, DEBRA J.                ID: 000180437         24-Jun-2005   9:18:07        BAPTIST MEDICAL CENTER-SOUTH

50years        Vent. rate        42 bpm        Marked sinus bradycardia
Female         PR interval       142 ms        Abnormal ECG
Caucasian      QRS duration      84 ms
               QT/QTc            460/384 ms
               P-R-T axes        67  16  37

Room: 6
Loc: 6

Technician: 8778

Referred by: DALY, DANIEL M.          Uncomfirmed



ID: *STAT#060723181903                    07/23/2006 18:19:02        REGULAR SUPRAVENTRICULAR RHYTHM
                                                                      ** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
D.O.B.:                    Vent. Rate:        41 bpm                    Inferior and lateral ST-T changes
Meds:                      RR Interval:     1434 ms                   BORDERLINE ABNORMAL CHANGES POSSIBLY DUE TO MYOCARDIAL ISCHEMIA
Class:                     PR Interval:          ms
Dr:                        QRS Duration:      84 ms                                               * Unconfirmed Analysis *
Tech:                      QT Interval:      456 ms
                           QTc Interval:     423 ms                   Summary: BORDERLINE ECG
                           QT Dispersion:     30 ms
                           P-R-T AXIS:    41°    ° 8°

ID: #STAT#060723181903   ▼42   07/23/2006 18:19:28

II

aVF

V5

L: 10 mm/mV
RC: 10 mm/mV
BURDICK

25 mm/s
STABLE 40 Hz

Serial #:A3000-001659

Atria 3000 Int ref#200502505(0814)

BURDICK REORDER NO/REF 716-0237-00

ID: #STAT#060723181903   ♥42   07/23/2006 18:19:39

I   aVF   V5

L: 10 mm/mV
C: 10 mm/mV
25 mm/s
~STABLE 40 Hz

BURDICK REORDER NO/REF 716-0237-00   Atria 3000 Int ref#20050202A5(0814)
Serial #:A3000-007659

```
clackler, debra                 07/24/2006 11:52:52      PROBABLE JUNCTIONAL RHYTHM
ID:       159516                                          T wave changes in inferior leads
                                                          THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY
D.O.B.: 11/26/1954    51 YEARS                            Summary: ABNORMAL ECG             * Unconfirmed Analysis
FEMALE           CAUCASIAN
Meds:
Class:    alba              Vent. Rate:        41 bpm
Dr:       wilkerson         RR Interval:     1456 ms
Tech:     wilkerson         PR Interval:
                            QRS Duration:      96 ms
                            QT Interval:      484 ms
                            QTc Interval:     451 ms
                            QT Dispersion:     48 ms
                            P-R-T AXIS:    45°  °  -6°
```