United States District Court
for the Middle District of Alabama

Debra Joyce Clackler, 159516

v.					Civil Action Number: 2:06-CV-00172-WHA

Gladys Deese et. al.,

Motion for Dismissal

Plaintiff is requesting that the court dismiss her claims for the following reason: Since the filing of this civil suit, Prison Health Services has resolved plaintiff's medical problems. Therefore, plaintiff is no longer interested in pursuing this matter.

Done this 19th day of August, 2007

_Debra Joyce Clackler_
Signature of Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy

of the foregoing document by first-class United States mail in a properly addressed

envelope with adequate postage thereon. The individuals served are:

Office of the Clerk
United States District Court
P. O. Box 711
Montgomery, AL 36101-0711

Balch & Bingham
P. O. Box 18668
Huntsville, AL 35804-8668

Attorney General Troy King
11 South Union Street, Suite 310
Montgomery, AL 36130

This _19th_ day of _August_____, 2006.

_Debra Joyce Clackler_
/Petitioner

Debra Clackler 159516
Dorm D Bed 67A
2066 US Highway 231
Wetumpka, AL 36092

MONTGOMERY AL 361
20 AUG 2007 PM 1 L
USA FIRST CLASS FOREVER

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated & the AL DOC is not responsible for the substance or content of the enclosed communication.