IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBORAH JOYCE CLACKER, ) | |
| AIS # 159516, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv172-WHA |
| ) | (WO) |
| GLADYS DEESE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 22, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 43). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the plaintiff's motion to dismiss be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED without prejudice; and

4. That no costs be and are hereby TAXED herein.

Done this the 11th day of September 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE